# APPENDIX 1

## ALDF's 2011 Rulemaking Petition

## And Accompanying Documents

**PETITION BEFORE THE**
**UNITED STATES DEPARTMENT OF AGRICULTURE (USDA),**
**FOOD SAFETY AND INSPECTION SERVICE (FSIS)**



Animal Legal
Defense Fund

)
**ANIMAL LEGAL DEFENSE FUND, INC.,** )
    170 East Cotati Avenue )
    Cotati, CA 94931 )
)
                 *Petitioner,* )
)
            **Filed with:** )
)
**TOM VILSACK,** )
    In his official capacity as Secretary, )
    United States Department of Agriculture )
    1400 Independence Avenue, Southwest )
    Washington, D.C. 20250 )
)
and )
)
**ALFRED V. ALMANZA,** )
    In his official capacity as Administrator, )
    Food Safety and Inspection Service )
    United States Department of Agriculture )
    1400 Independence Avenue, Southwest )
    Washington, D.C. 20250 )
)
)

170 East Cotati Avenue
Cotati, California 94931

T 707.795.2533
F 707.795.7280

info@aldf.org
aldf.org

**CITIZEN PETITION**

    The undersigned submit this petition to request that the United States Department of Agriculture ("USDA") take regulatory action to withhold its official mark from foie gras products not bearing a notice informing consumers that foie gras is derived from diseased birds.

    On November 28, 2007, the undersigned and others filed a rulemaking petition with the USDA seeking to exclude force-fed foie gras from the human food supply as an adulterated food product on grounds that foie gras is a product of a diseased animal and thus not fit for human consumption. On August 27, 2009, FSIS denied the petition. That denial is arbitrary, capricious,

Winning the case against cruelty

Printed on Recycled Paper

and in violation of the APA, and will be subject to judicial review. The instant petition is intended to at least ensure that consumers are not misled by the USDA's labeling practices, until the production of the product can be properly regulated.

The USDA is responsible for ensuring that poultry products are wholesome and properly labeled. Poultry products passed and inspected by the USDA must bear an inspection legend stating: "Inspected for wholesomeness by the U.S. Department of Agriculture." Under the Poultry Products Inspection Act ("PPIA"), the USDA is also responsible for ensuring that labeling and marking on poultry products do not mislead consumers. The USDA Secretary may prohibit use of misleading marking or labeling until it is modified in a way he prescribes.

Foie gras products, which are derived from the livers of birds deliberately force-fed to acquire a metabolic disease, now bear the USDA's seal of approval. Force-feeding induces liver disease by fattening and distending the birds' livers—the fatty, enlarged livers constitute foie gras. These sickened birds often have difficulty standing, walking, and breathing, and may die before slaughter, or even during the force-feeding process. Force-fed birds regularly have bacteria or toxins in their blood, and they carry protein fibers that may induce a fatal disease in humans that is similar to Creutzfeld-Jakob Disease (the human variant of Mad Cow Disease).

There is nothing wholesome about these animals. Intentionally inducing a cruel and debilitating disease in animals that also poses a risk to humans, simply to make the animals taste better, flouts the basic principles of the U.S. food safety regime.

Consumers rely on the Agency's assurances of wholesomeness when selecting poultry products – presumably that is why the USDA inspection seal exists and is used. Because consumers expect the USDA to approve only products from disease-free animals, stamping foie gras products with the USDA seal without disclosing that those products are derived from diseased birds misleads consumers, contravening the PPIA.

I.     **Action Requested**

Pursuant to the Right to Petition Government Clause contained in the First Amendment of the U.S. Constitution,[1] the Administrative Procedure Act,[2] and the USDA's implementing

---

[1] U.S. Const. amend. I.
[2] 5 U.S.C. § 553(e) (2006).

✉ 170 East Cotati Avenue   Cotati, CA 94931   ☎ 707.795.2533   ✍ 707.795.7280   🖳 www.aldf.org   ✉ info@aldf.org

Printed on 70% post consumer waste (PCW), 25% hemp (FSC)

regulation,[3] the undersigned submits this citizen petition for rulemaking under the PPIA,[4] requesting that the USDA take regulatory action to withhold use of its official mark on foie gras products unless those products are labeled as derived from diseased birds.

The proposed label should state, in type determined by the USDA to be of uniform size and prominence:

NOTICE: Foie gras products are derived from diseased birds.

## II.    Interests of Petitioner

Petitioner Animal Legal Defense Fund ("ALDF") is a national nonprofit organization involved in every aspect of legal advocacy on behalf of animals. ALDF has spent over three decades focusing on issues involving animals and the law, with a focus on assisting agencies, courts, and legislatures in carrying out the public policy against animal cruelty and advancing the protection of the interests of animals through the legal system.

ALDF's groundbreaking efforts to use the legal system to end the suffering of abused animals are supported by hundreds of dedicated attorneys and more than 110,000 members. ALDF has been involved in the protection of animals used and sold in commercial enterprises, frequently with a focus on cruelty and the intensive confinement of animals used for food.

Some ALDF members eat meat and other animal products, including poultry products from ducks and geese. These ALDF members seek to receive accurate information about the poultry products they purchase and to reduce the cruel treatment of the animals they ultimately consume and ensure the wholesomeness and safety of their food.

ALDF members rely on USDA assurances when selecting poultry products. They are harmed when farmed animals are treated cruelly or illegally, or when labeling or marking on poultry products is misleading. Reasonable consumers need to know when a product carrying a USDA inspection seal comes from an animal in whom a cruel and debilitating disease has been

---

[3] 7 C.F.R. § 1.28 (2011).
[4] 21 U.S.C. §§ 451–472 (2006). 21 U.S.C. 457(d) states that "[i]f the Secretary has reason to believe that any marking or labeling . . . in use or proposed for use . . . is false or misleading in any particular, he may direct that such use be withheld unless the marking, labeling, or container is modified in such manner as he may prescribe so that it will not be false or misleading." The FSIS Administrator is authorized to do the same. 9 C.F.R. § 381.130 (2011).

intentionally induced, a disease that also poses a risk to humans. Failure to notify makes the labeling misleading by omission.

## III.    Statement of Grounds

Food labels in general, and government assurances of wholesomeness in particular, significantly influence consumers' decisions about food purchases. The U.S. government thus has a strong interest in ensuring that labeling and government seals of approval permit consumers to make knowledgeable choices. The USDA has publicized the importance of the accurate use of seals, and consumers' reliance on those seals, stating that "[t]he mark of inspection gives consumers confidence that the meat, poultry and processed egg products they are about to enjoy are safe and wholesome."[5]

Although the USDA is responsible for ensuring that poultry products are wholesome and labeled in a manner not misleading to consumers, and foie gras products bear the Agency's seal of inspection, no labeling discloses that those products are diseased. Consumers expect the USDA to keep diseased products from the market, so marking foie gras products as inspected and passed by the USDA leads consumers to believe that those products are not diseased. Failing to label foie gras products as diseased frustrates Congress' will that labeling on food accurately reflect essential characteristics of a food product and misleads consumers. Labeling foie gras products as derived from diseased birds corrects this problem.

### A.    The USDA is responsible for ensuring that poultry products are wholesome and properly marked and labeled.

Under the PPIA, the USDA is responsible for assuring that poultry products are wholesome and properly marked and labeled.[6] The Secretary of the USDA, or a delegate, is responsible for promulgating rules and regulations under the PPIA.[7] Responsibility for

---

[5] See USDA's "Faces of Food Safety," USDA Blog (*available at* http://blogs.usda.gov/2011/08/19/faces-of-food-safety/, last checked September, 7, 2011).
[6] 21 U.S.C. §§ 451–472.
[7] *Id.* at § 463(b).

✉ 170 East Cotati Avenue   Cotati, CA 94931   ☎ 707.795.2533   ✆ 707.795.7280   🖥 www.aldf.org   ✉ info@aldf.org

promulgating rules and regulations has been delegated to the Administrator of the Food Safety and Inspection Service ("FSIS").[8]

1. **The USDA oversees the detection and destruction of diseased poultry products, ensuring that those products are not sold for human consumption.**

The PPIA requires that "the health and welfare of consumers be protected by assuring that poultry products distributed to them are wholesome, not adulterated, and properly marked, labeled, and packaged."[9] To this end, the FSIS has an existing policy of preventing sick animals from entering the food supply.

The PPIA prohibits commercial trade in "any dead, dying, disabled, or diseased poultry or parts of the carcasses of any poultry that died otherwise than by slaughter" unless the Secretary "assure[s] that such poultry, or the unwholesome parts or products thereof, will be prevented from being used for human food."[10] The PPIA also prohibits products consisting "in whole or in part of any filthy, putrid, or decomposed substance" or products "for any other reason unsound, unhealthful, unwholesome, or otherwise unfit for human food."[11]

2. **When the USDA does allow parts of diseased birds to enter the market, the diseased organ or tissue is first removed and condemned.**

The PPIA requires the condemnation of parts of a bird an FSIS inspector finds to be adulterated.[12] For example, a part of a carcass that is affected by a tumor, infested with parasites, or badly bruised must be condemned.[13] After the unwholesome part is removed and condemned, the FSIS inspector passes other parts of the same bird if those parts are reprocessed and the inspector does not find them to be adulterated.[14] Hence no authority permits the passing of foie gras. Until a court reviews the USDA's arbitrary and capricious refusal to properly regulate the

---

[8] 7 C.F.R. § 2.53(a)(2)(i).
[9] 21 U.S.C. § 451.
[10] *Id.* at § 460(d).
[11] *Id.* at § 453(g)(3).
[12] 9 C.F.R. § 381.72.
[13] *Id.* at § 381.87–381.89.
[14] *Id.* at § 381.72.

✉ 170 East Cotati Avenue   Cotati, CA 94931   ☎ 707.795.2533   📠 707.795.7280   🌐 www.aldf.org   ✉ info@aldf.org

Printed on 75% post consumer waste (PCW), 25% hemp (TCF)

production of the product, the Agency should at least take steps to ensure that the use of its seal
and labeling practices are not misleading consumers.

    **B.**    **The USDA is obligated to withhold its official mark where doing so is
necessary to ensure that marking and labeling on poultry products does not
mislead consumers.**

The PPIA prohibits marking or labeling that is false or misleading.[15] If the Secretary of
the USDA has reason to believe that marking or labeling is misleading, he may "may direct that
such use be withheld unless the marking, labeling, or container is modified in such manner as he
may prescribe so that it will not be false or misleading."[16] The Administrator of the FSIS may do
the same.[17]

    **C.**    **Foie gras products now bear the USDA's official mark.**

USDA regulations require federally inspected and passed poultry products, including foie
gras products, to bear a prominent inspection legend on the principal display panel[18] that states:
"Inspected for wholesomeness by U.S. Department of Agriculture."[19] The USDA permits foie
gras products to be labeled with grades "A," "B," or "C" according to standards the Agency has
established.[20]

    **D.**    **Foie gras producers intentionally induce disease in ducks and geese, deriving
foie gras products from those diseased birds.**

Foie gras, meaning "fat liver" in French, is the enlarged and fatty liver of a duck or
goose. To produce a fatty liver, workers thrust pipes down the necks of ducks or geese and pump

---

[15] 21 U.S.C. § 453(h)(1).
[16] *Id.* at § 457(c).
[17] 9 C.F.R. § 381.130.
[18] *Id.* at § 381.123.
[19] *Id.* at § 381.96.
[20] USDA, FSIS, FOOD STANDARDS AND LABELING POLICY BOOK (Aug. 2005) (*available at*
http://www.fsis.usda.gov/OPPDE/larc/Policies/Labeling_Policy_Book_082005.pdf, last checked September 7,
2011)

✉ 170 East Cotati Avenue   Cotati, CA 94931   ☎ 707.795.2533   ✆ 707.795.7280   🌐 www.aldf.org   ✉ info@aldf.org

large quantities of nutritionally deficient food down the birds' throats two or three times a day for two to four weeks, which causes great expansion of their livers.[21]

Force-feeding birds for the production of foie gras is intended to induce a disease in the birds known as hepatic lipidosis or steatosis. A statement recently adopted by more than sixty licensed veterinarians concluded that hepatic lipidosis is a "serious disease."[22] The statement explained that hepatic lipidosis may be diagnosed if a liver contains more than five percent fat, but that livers of foie gras ducks contain up to sixty-five percent fat.[23] The statement concluded that birds having such distended, fatty livers "suffer[] from systemic effects of liver disease."[24] One veterinarian explained that "the cellular changes associated with hepatic lipidosis alter the ability of the liver to function normally, resulting in impaired animal health and, if left untreated, death."[25]

Ducks and geese with expanded livers often have difficulty standing and walking, and some are not able to stand at all. The enlarged livers also compress the birds' air sacs, severely compromising their breathing. At a certain point, impaired liver function typically results in "abnormal brain function caused by passage of toxic substances from the liver to the blood . . . causing seizures, opisthotonos and other signs of nervous system impairment."[26]

Foie gras producers are careful not to extend force-feeding for extra days, because very high mortality rates may result.[27] Even in the typical course of force-feeding, the mortality rate of force-fed ducks may be ten to twenty times higher than that of non-force-fed ducks during the two weeks before slaughter.[28] A recent statement on foie gras production adopted by over 1,600 licensed veterinarians states:

---

[21] Ex. A, European Union Scientific Comm. on Animal Health & Animal Welfare, The Report of the European Union Scientific Committee on Animal Health and Animal Welfare on Welfare Aspects of the Production of Foie Gras in Ducks and Geese 39 (adopted Dec. 16, 1998, Brussels) (internal citation omitted) [hereinafter EU Scientific Comm.].

[22] Ex. B, Petition of N.Y. State Licensed Veterinarians Supporting Anti-Foie Gras Legis.

[23] *Id.*

[24] *Id.*

[25] Ex. C, Greg J. Harrison, DVM, DABVP, DECAMS Aff. 2 (May 25, 2006).

[26] *Id.*

[27] Ex. A, EU Scientific Comm. *supra* n. 21, at 41.

[28] *Id.* at 47. One study found that mortality during the two weeks before slaughter was 0.2%, for non force-fed ducks, compared with 2–4% for force-fed ducks. *Id.*

✉ 170 East Cotati Avenue   Cotati, CA 94931   ☎ 707.795.2533   ✆ 707.795.7280   🌐 www.aldf.org   ✉ info@aldf.org

Necropsies performed on birds from foie gras producers show lesions, including but not limited to: hepatic lipidosis; esophageal trauma secondary to insertion of the feeding pipes (granulomas, fungal and bacterial infections, ruptured esophagi); also fractured limbs, crop impaction, aspiration pneumonia, and ruptured livers.[29]

The European Union Scientific Committee on Animal Health and Animal Welfare, a permanent committee of the European Commission, concluded in 1998 that "because normal liver function is seriously impaired in birds with the hypertrophied liver which occurs at the end of force feeding this level of steatosis should be considered pathological."[30] A veterinary pathologist observed that hepatic lipidosis "is well documented in published literature, and recognized as a metabolic disease."[31]

The USDA has already "acknowledge[d] that the appearance of the livers of these birds would be characterized as affected by hepatic lipidosis."[32] The USDA further admitted that "the appearance of the foie gras livers, both grossly and microscopically, might be considered abnormal because it differs from a liver from a bird on a diet that contains less fat and carbohydrate," and that "the fatty changes are exactly those that would be expected due to the altered physiologic state of the bird."[33] However, the USDA has concluded that the altered physiological state of force-fed birds is not a "disease" because it is "normal," and in fact intended, for a force-fed bird to develop a distended, fatty liver.[34]

E.    **Foie gras products may enhance the onset of Secondary Amyloidosis, a disease fatal to humans.**

---

[29] Ex. D, Resolution to the Am. Veterinary Med. Ass'n's House of Delegates, Submitted by Petition, Position Statement on Force Feeding of Ducks and Geese to Produce Foie Gras; Ex. E, Teresa Barnato Aff. 2 (May 24, 2006) (stating, "I personally tabulated the return of over 1,600 such signed petitions, evidencing unequivocal support for the statements therein").
[30] Ex. A, EU Scientific Comm., *supra* n. 21, at 41.
[31] Ex. F, Robert E. Schmidt, DVM, PhD, DACVP Aff. (May 11, 2006).
[32] Ex. G, Letter from USDA, FSIS, to Humane Soc'y of the U.S. 1 (Aug. 27, 2009) (denying a petition requesting that the USDA ban foie gras products as adulterated).
[33] *Id.*
[34] *Id.*

170 East Cotati Avenue   Cotati, CA 94931   ☎ 707.795.2533   707.795.7280   www.aldf.org   info@aldf.org

In addition to *being* diseased, foie gras products may *induce* disease. A 2007 study published in the Proceedings of the National Academy of Sciences found that protein fibers from foie gras enhanced the onset of Secondary Amyloidosis, a disease fatal to humans.[35] At least one prion/amyloid disease is known to be susceptible to cross-species transmission, as humans can contract a variant Creutzfeld-Jakob Disease from beef products derived from cows infected with Bovine Spongiform Encephalopathy ("Mad Cow Disease").[36]

> **F.      Failing to disclose that foie gras products are derived from diseased birds misleads consumers, who expect products bearing a USDA seal not to come from diseased animals.**

Consumers expect the USDA seal to indicate, at the very least, that food products come from wholesome and healthy animals. This is what the legal regime backing up the USDA seal, described above and below, is meant to ensure. Consumers are misled when marking on poultry products indicates consistent standards, but standards for foie gras differ markedly from those set for other poultry products.

> **1.      Foie gras products show evidence of numerous conditions typically necessitating condemnation of poultry products.**

FSIS regulations[37] require the condemnation of poultry carcasses or parts showing evidence of an abnormal physiological state,[38] septicemic or toxemic disease,[39] an inflammatory process,[40] general systematic disturbance,[41] or any disease characterized by the presence of toxins dangerous to the consumer.[42] All of these conditions are common in ducks and geese force-fed to produce foie gras.

---

[35] Ex. H, Alan Solomon et al., *Amyloidgenic Potential of Foie Gras*, 104 PROC. NAT'L ACAD. SCI. 10998 (2007).
[36] Ex. I, Dr. Alexander Steven Whitehead Aff. 8 (July 12, 2007).
[37] 9 C.F.R. § 381.78.
[38] *Id.* at § 381.83.
[39] *Id.*
[40] *Id.* at § 381.86.
[41] *Id.*
[42] *Id.* at § 381.85.

**Abnormal physiological state:** The USDA decided that hepatic lipidosis indicates an "altered physiological state," but that this state is "normal" in force-fed birds.[43] However, one of the foremost specialists on foie gras production in the world has concluded that hepatic lipidosis "can not be considered as a physiologically normal process."[44] Contrary to the USDA assertion, unnatural liver distension that may only be achieved through an artificial process of force-feeding is an abnormal physiological state.

**Septicemic or toxemic disease:** Septicemia, the presence of bacteria in the blood, is often associated with severe infections, and is common in force-fed birds. Numerous necropsies have found *Escherichia coli* (*E. coli*)[45] and *staphylococcus*[46] bacteria in the bodies of ducks removed from foie gras facilities. Impaired liver function contributes to the development of toxemia, the presence of toxins in the blood, often enough that a French manual for amateur breeders lists toxemia as one of the many "accidents and illness[es]" that can occur during the process of force-feeding.[47]

**Inflammatory process:** Enteritis, which is inflammation of the small intestine, usually appears at the end of the first week of force-feeding.[48]

**General systematic disturbance:** The negative effects of force-feeding, including hepatic lipidosis, fractured limbs, crop impaction, aspiration pneumonia, ruptured livers, displaced hock joints, and esophageal trauma caused by feeding pipes[49] all constitute systematic disturbances, because they have a significant and comprehensive impact on birds' health.[50]

**Disease characterized by the presence of toxins dangerous to the consumer:** Protein fibers from foie gras, which qualify as toxins, may induce fatal Secondary Amyloidosis in

---

[43] Ex. G, Letter from USDA, FSIS, to Humane Soc'y of the U.S., *supra* n. 32, at 1.
[44] Ex. J, Dr. Yvan Beck et al., Report on Force Feeding by Belgian Experts 21, presented to the Permanent Council of the European Convention on the Protection of Farmed Animals (1996).
[45] Ex. K, Meghan Beeby Aff. 10 (May 22, 2006); Ex. L, Dr. Holly Cheever, DVM Aff. 7 (May 8, 2006).
[46] Ex. K, Beeby Aff., *supra* n. 45, at 10; Ex. M, Letter from Dr. Wendy Thatcher, DVM (Nov. 15, 1991), and related animal pathology reports from the N.Y. State Coll. of Veterinary Med. 3–4 (Dec. 6, 1991).
[47] Ex. N, Antoine Comiti, Rebuttal to the Claim by the INRA Researchers that Force-Feeding is Not Harmful to the Bird's Health and Liver 23 (May 2006) (citing Jean-Claude Péreiquet, *Les Oles et les canards* ("Ducks and Geese") 105 (Éditions Rustica 1999) (cautioning that force-fed animals suffer from anoxemia, toxemia, cirrhosis of the liver, candidosis, feeding tube injuries, and internal muscular hemorrhages)).
[48] Ex. J, Dr. Beck et al., *supra* n. 44, at 41.
[49] Ex. D, Barnato Aff. *supra* n. 29, at 4; Ex. J, Beeby Aff. *supra* n. 45, at 10.
[50] *See* Ex. B, Petition of N.Y. State Licensed Veterinarians Supporting Anti-Foie Gras Legis., *supra* n. 22 (stating that birds with hepatic lipidosis "suffer[] from systemic effects of liver disease").

✉ 170 East Cotati Avenue   Cotati, CA 94931   ☎ 707.795.2533   🖷 707.795.7280   🌐 www.aldf.org   ✉ info@aldf.org

humans.[51] Cross-species transmission of Mad Cow Disease, another prion/amyloid disease, has already been demonstrated.[52]

> ## 2.       The USDA's inconsistent treatment and marking of poultry products misleads consumers, contravening the PPIA.

While not in the context of the PPIA specifically, the U.S. Supreme Court has reaffirmed a core principle of labeling law: that language may mislead consumers through omissions as well as affirmative statements.[53] For example, the Court has stated that "warning[s] or disclaimer[s] might be appropriately required . . . in order to dissipate the possibility of consumer confusion or deception."[54] The Court has also noted that omitting information material to a consumer's decision to engage in a business transaction may make "the possibility of deception" "self-evident."[55]

In selecting poultry products, consumers rely on the USDA's seal for consistent assurance of material qualities, such as wholesomeness and freedom from disease. Unable to ascertain these qualities on their own, consumers must rely on the packages' marking or labeling in order to make purchasing decisions. Here, omitting the material fact that foie gras products bearing the USDA seal are derived from diseased birds misleads consumers, compromising their purchasing decisions.

Consumers have every reason to believe that the USDA would refuse to stamp its approval on parts of a diseased bird. Furthermore, the USDA typically ensures that any organ or part of an animal that is diseased is removed and condemned, even if the rest of the animal is permitted to enter the food supply.[56] However, USDA permits its approval to appear on foie gras, a diseased poultry product being offered to consumers for human consumption. Such inconsistency in treatment contravenes the PPIA, because it misleads consumers.

---

[51] Ex. H, Solomon et al., *supra* n. 34, at 10998.
[52] Ex. I, Dr. Whitehead Aff., *supra* n. 36, at 8.
[53] *E.g. In re R. M. J.*, 455 U.S. 191, 201 (1982); *Zauderer v. Office of Disciplinary Counsel of Sup. Ct. of Ohio*, 471 U.S. 626, 651–53 (1985).
[54] *In re R. M. J.*, 455 U.S. at 201.
[55] *Zauderer*, 471 U.S. at 652–53.
[56] 9 C.F.R. § 381.72.

✉ 170 East Cotati Avenue  Cotati, CA 94931  ☎ 707.795.2533  ⌕ 707.795.7280  ⊕ www.aldf.org  ✉ info@aldf.org

### G. Labeling foie gras products as derived from diseased birds corrects the public misperception that products bearing the official USDA mark do not come from diseased animals.

Presently, members of the public mistakenly believe that the USDA does not place its seal of approval on products from diseased animals or on diseased parts of animals. That is why the USDA has publicized the importance of the accurate use of seals, and consumers' reliance on those seals, stating that "[t]he mark of inspection gives consumers confidence that the meat, poultry and processed egg products they are about to enjoy are safe and wholesome."[57]

Thus, the USDA should decline to attach its official mark to foie gras products not labeled as derived from diseased birds. Withholding the USDA seal from unlabeled foie gras products is necessary to ensure that marking and labeling on those products is no longer misleading.

## IV. Conclusion

As described herein, foie gras products derived from diseased birds now bear the USDA's seal of approval. Consumers expect the USDA to approve only products from non-diseased animals, so stamping foie gras products with the USDA seal without disclosing that they are derived from diseased birds misleads consumers, contravening the PPIA. Foie gras products are unlike other American poultry products, because they alone are produced by inducing disease, and consumers should have access to this information when making purchasing decisions.

---

[57] *Supra* n. 5.

✉ 170 East Cotati Avenue   Cotati, CA 94931   ☎ 707.795.2533   📠 707.795.7280   🌐 www.aldf.org   ✉ info@aldf.org

## V.     Certification

The undersigned certifies that, to his best knowledge and belief, this petition includes all information and views on which the petition relies, and that it includes representative data and information known to the petitioner that are favorable to the petition.

Carter Dillard
Director of Litigation

Aurora Paulsen, Law Clerk
Michelle Lee, Litigation Fellow
Matthew Liebman, Staff Attorney

Animal Legal Defense Fund, Inc.
170 East Cotati Avenue
Cotati, CA 94931
Phone: (707) 795-2533
Fax: (707) 795-7280