Fatty liver (hepatic lipidosis; hepatic steatosis) is a serious disease that can arise from a variety of causes. It is deliberately given to all ducks or geese raised for foie gras ("fatty liver"), since the enlarged, fatty liver is considered a delicacy.

Presence of disease is suspected from viewing the grossly enlarged (14 oz. to 1.5 lbs.), beige-colored liver; diagnosis can be confirmed with biopsy or necropsy (lab sheet #1).

Fatty liver can also be diagnosed if the liver contains over 5% fat -- [Biochemical Toxicology, E. Hodgson & P. Levi, p.460, Simon & Schuster 1994]. Based on laboratory analysis, livers of foie gras ducks contain 65% fat (lab sheet #2).

Animals in this condition would feel extremely ill, suffering from systemic effects of liver disease.

Foie gras production, by definition, constitutes clear-cut animal cruelty.

**THE UNDERSIGNED NEW YORK STATE LICENSED VETERINARIANS SUPPORT ANTI-FOIE GRAS LEGISLATION.**

| Signature | Printed Name | Address |
|---|---|---|
| | Edward Garner, D.V.M. | 1737 Second Ave. N.Y. N.Y. |
| | Gerald Johnson DVM | 134 E. 82 NYC 1002 |
| | Debra Kroken DVM | 1533 1st Ave NY, NY |
| | Alex Miller DVM | 201 E 89 ST. NY NY |
| | Edward Kepner DVM | 1533 1st Ave NYC NY 1002 |
| | George M. Korin DVM | 349 E 49th st NYC |
| | Marco Zancope, D.V.M. | 1623 1st Ave NY NY 100 |
| | P.A. Pigman DVM | 204 E 76th St NY NY |
| | Jacqueline Newner DVM | 321 E 59th ST. NY, NY |
| | Larry Potter DVM | 410 E. 38th St. NY 10017 |
| | Howard Kessler DVM | 201 85 St 10022 |
| | Gail Zausner VMD | 204 E 76 St |
| | Keith Manning, DVM | 321 E 52nd 10022 |
| | Spencer Silver DVM | 153 E 39th 10016 |
| | Allen Epstein DVM | 611 Second Ave 10016 |
| | Janet Ficawa DVM | 295 Greenwich St 8Fl 10003 |
| | Jay Kuhlman DVM | 37 E 19th St NY NY 10003 |
| | Karen Feibusch DVM | 37 E 19th St. NYC 10003 |
| | Peter Kross DVM | 649 2nd Ave NY 10016 |
| | Michael Pulsinson DVM | 306 E 57 St NY NY 10022 |
| Karen Cantor, DVM | Karen Cantor | 220 W 83rd NY NY |
| Gerald Post, DVM | Gerald Post | 220 W 83rd NY NY |
| | H Zweighaft | 8 W 6L |
| | Dr. Steven Kasanofsky | 219 W 79th NY NY |

Exhibit B

| Signature | Name | Address |
|---|---|---|
| [signature] | George M. Korin DVM | 349 E 49th St NYC |
| [signature] DVM | Marco Zancope, D.V.M. | 1623 1st Ave N.Y. NY 10028 |
| [signature] | P.A. Pitman DVM | 204 E 76th St NY NY |
| Jacqueline Neuner DVM | Jacqueline Neuner DVM | 321 E 52nd St. N.Y. N.Y. |
| [signature] | Larry Putter VM | 410 E. 38th St. NYC 10017 |
| [signature] VMD | Howard Kessler VMD | 301 E 55 10022 |
| [signature] VMD | Gail Zausner VMD | 204 E 76 St |
| [signature] DVM | Keith Manning, DVM | 321 E 52nd 10022 |
| [signature] | Spencer Silver DVM | 153 E 39th 10016 |
| [signature] | Allen Epstein DVM | 612 Second Ave 10016 |
| [signature] DVM | Janet Ficara DVM | 295 Greenwich St 8Fl 10007 |
| [signature] | Jay D Kuhlman DVM | 37 E 19th St NY NY 10003 |
| [signature] DVM | Karen Feibusch DVM | 37 E. 19th St. NYC 10003 |
| [signature] | Peter Kross DVM | 1649 2nd Ave NY 10028 |
| [signature] | Michael Rubinstein DVM | 306 E 59th St NY NY 10022 |
| Karen Cantor DVM | Karen Cantor | 220 W. 83rd NY NY |
| Gerald Post DVM | Gerald Post | 220 W. 83rd NY NY |
| [signature] | H Zweighaft | 8 WEL |
| [signature] | Dr. Steven Kasanofsky | 219 W 79th NY NY |
| [signature] | Dr Scott M Simon | 164 W 21st NYC |
| [signature] | Dr. Ian Rubens | 240 E. 33rd NY NY |
| [signature] DVM | O.M. Vidal DVM | 303. W. 22 St. N.Y. N.Y. |
| [signature] VMD | Henry M. Fireman, VMD | 250 W. 108 St. NYC |
| [signature] DVM | Andrew Shumon DVM | 229 W. 101 NY |
| [signature] | Philip Raclyn DVM | 200 W 100 St. |
| Kimberly Howell | Paul W. Howell DVM | 692 Columbus Ave NYC |
| Sally Haddock DVM | Sally Haddock DVM | 348 E. 9th St, NY, NY 10003 |
| J Wooldridge DVM | John Wooldridge DVM | 348 E 9th St. NY NY 10003 |
| Sandy Adamcek DVM | Sandy Adamcek DVM | 348 E 9th NYC 10003 |
| [signature] | Judith Schwartz, DVM | 424 East 92 St NY, NY 10028 |
| [signature] | D. A Giacalone DVM | 424 E. 92 St N.Y. N.Y |
| Margaret M Saari DVM | Margaret M Saari DVM | 1146 Second Ave NYC 10021 |
| [signature] | Charles Houell DVM | 424 E 92 st NYC |
| [signature] | SM Schimmel | 424 E 92 NY |
| Ann Wasso | Ann Wasso DVM | 424 E 92nd NYC |
| Julie B. Morris, DVM | Julie B. Morris, DVM | 424 E 92nd St. NYC |
| [signature] | Mark G. Burns | 281 W B'way NYC |
| [signature] | Michael Farber DVM | 281 W B'way NYC |

A.S.P.C.A's Chief of Clinical Medicine

Ms. Phyllis
425 E. 74th St.,
New York, NY 10

Exhibit B