In the Matter of the Petition of )
)
    THE HUMANE SOCIETY    )          Index No.
    OF THE UNITED STATES,  )
    ET AL.                                    )
)
for a Declaratory Ruling            )

## AFFIDAVIT OF DR. GREG J. HARRISON, DVM, DABVP, DECAMS

Dr. Greg J. Harrison, being duly sworn, deposes and says:

1.     My name is Dr. Greg J. Harrison. I submit this affidavit in support of the Petition for a Declaratory Ruling, based upon my education, training, experience, research, review of evidence specific to this matter, and where applicable, my personal knowledge.

2.     I received my DVM from Iowa State University in 1967, and later became a Diplomate of the American Board of Veterinary Practitioners specializing in avian medicine, and a Diplomate of the European College of Avian Medicine and Surgery. There are currently only seven other veterinarians in the United States and European Union who are double-boarded avian specialists.

3.     Early in my practice I established The Bird Hospital, the first Florida practice exclusively developed for pet bird medicine and surgery. In 1997, I was awarded the Stange Award, Iowa State University's highest honor for contributions to the veterinary field. I recently published a two-volume avian veterinary textbook, entitled Clinical Avian Medicine, and along with coordinating over 50 co-authors, I contributed to the writing of several of its chapters. Furthermore, I have contributed to other major textbooks in veterinary medicine and aviculture. See my curriculum vitae, attached hereto as Exhibit A.

4.     In preparing this affidavit, in addition to literature on the subject of foie gras production, I reviewed 1) the affidavit and report of Dr. Robert Schmidt, a veterinary pathologist that examined tissue samples taken from birds used in foie gras production, 2) two sets of necropsy reports created in 2002-2003, and 2005, at Antech and Cornell University laboratories respectively, based

Exhibit C

on animals used to produce foie gras, 3) a March 20, 2006 Dairy One feed analysis based on feed used in the foie gras production process, 4) the National Research Council (NRC) 1994 Requirements for Poultry- including chapter 5 on ducks, and 6) the listed references throughout this affidavit.

5. The tissue samples analyzed by Dr. Schmidt, as well as the 2002-2003 and 2005 necropsies, describe several different livers indicating various forms of what is generally known as hepatic lipidosis, a disease indicated by yellow discoloration and hepatomegaly (enlargement) of the liver due to fatty degeneration and subsequent impairment of the parenchymal cells, which can eventually lead to liver failure and death of birds diagnosed with it.[1] Put simply, the cellular changes associated with hepatic lipidosis alter the ability of the liver to function normally, resulting in impaired animal health and if left untreated, death.

6. In pet birds, fatty liver disease is common in cockatiels, Amazon parrots, and Quaker parrots. It is a serious condition; death may occur if treatment is not started early after its onset. It is normally caused by overfeeding energy-rich diets combined with nutritional deficiencies. Hepatic lipidosis often causes a sudden loss of appetite, lethargy and depression. Physical examination normally reveals a distended abdomen (caused by the hepatomegaly), and as a result of increased pressure on the lungs and related respiratory complications, the birds will often have visible difficulty breathing.

7. At some point in the process of the degeneration of the liver cells, hepatic encephalopathy, or abnormal brain function caused by passage of toxic substances from the liver to the blood, normally occurs, causing seizures, opisthotonos and other signs of nervous system impairment. Birds suffering from hepatic lipidosis do not always exhibit these symptoms, and may die suddenly without such overt signs.

8. I have read the affidavits of Dr. Robert E. Schmidt, and Dr. Yvan Beck, and their conclusions, based on the literature they cite, are consistent with my understanding of the disease and its pathogenesis. Furthermore, the 2002-2003 and 2005 necropsies indicate animals that were suffering from this disease, and that in addition showed several related untreated complications.

---

[1] Olsen, GH; Orosz, SE. Manual of Avian Medicine. Mosby, Inc. St. Louis, MO; 2000; Altman, RB; Clubb, SL; Dorrestein, GM; Quesenberry, K. Avian Medicine and Surgery. W.B. Saunders Co. Philadelphia, PA; 1997

2

Exhibit C

9. Consistent with my understanding of the pathogenesis of the disease, published studies have shown that species of ducks force-fed specific diets to produce foie gras develop heaptic lipidosis (also known as hepatic steatosis). (Hermier 2003).[2]

10. In addition the studies cited by Dr. Schmidt and Dr. Beck, the Hermier study found that "certain genotypes may be more responsive to the dietary induction of fatty liver because of a less efficient channeling of hepatic lipids towards secretion into plasma and adipose storage, and the duck may represent a suitable model in which to study the development of hepatic steatosis and its pathogenesis." (Hermier 2003, page 663)[2] The study concluded in part that "overfeeding of ducks results in metabolic adaptations that resemble the features of metabolic syndrome in overeating [human] patients." (Hermier 2003, page 673)[2].

11. The Hermier study focused on the inability of Muscovy duck, relative to the common duck, to resist hepatic lipidosis, and suggested that the former was less efficient at recycling fatty acids between the adipose tissue and the liver – specifically that the capacity of VLDL secretion seemed lower in the Muscovy duck, making it prone to hepatic lipidosis rather than extrahepatic adiposity. (Hermier 2003, pages 671-673)[2].

12. As described by Hermier (2003, page 664)[2] accumulation of fat in the liver is a natural process that allows birds to store energy for later demands. Commercial production of foie gras has taken advantage of this. By overfeeding excess energy in the form of carbohydrates (with concurrent low protein, fat, vitamins and minerals) the fat deposition becomes excessive. The Dairy One feed analysis shows nutrient levels in the feed sample for protein (10%) and fat (4.4%) that are low. The NRC Nutrition Standards for Poultry 1994 has recommendations for ducks, based on age and production status, at 15-22% for protein. Hyde recommends 5-6.5% fat (Olsen, 1999)[3], while NRC only lists 1% of the fatty acid lysine as a requirement.

---

[2] Hermier D, Guy G, Guillaumin S, Davail S, Andre JM, Hoo-Paris R, Differential channelling of liver lipids in relation to susceptibility to hepatic steatosis in two species of ducks, Comp Biochem Physiol B Biochem Mol Biol, 135(4):663-75, 2003.

[3] Olsen JH: Anseriformes. In Ritchie, BW, Harrison, GJ, Harrison, LR (eds): Avian Medicine: Principles and Application. Brentwood, TN, HBD Intl Inc, 1999, p 1248.

Exhibit C

13. Furthermore, the NRC requirement for calcium is 1%; The Dairy One result is 0.33. The ratio of calcium to phosphorus for NRC is 2:1; the Dairy One result is 1:1. There is no analysis in the Dairy One formula for vitamins. According to Beck's affidavit (paragraph 23), foie gras production feeds are intentionally imbalanced and nutritionally deficient to intentionally cause hepatic steatosis. Lack of vitamins A, B and E also contributes to fatty liver disease (Harrison, GJ, 2006)[4].

14. The above factors, when combined with force-feeding excessive quantities of energy-rich food, lead to rapid fat accumulation. According to Hermier (2003, page 664)[2] the foie gras industry has selected breeds that store fats in the liver rather than develop uniform fat deposition throughout the entire body. The excess fat in the liver cells is accompanied by elevations in the triglycerides and cholesterol, specifically VLDL (Hermier 2003, pages 664, 673)[2]. The liver's function as the body detoxification center is reduced. The body's metabolic process is subsequently impaired.

15. The lack of sufficient protein, vitamins and minerals (calcium) leads the young birds' rapidly growing bones to be structurally flawed (osteodystrophy). This leads to bending and breaking (rickets). These latter imbalances also lead to a skin disorder known as hyperkeratosis (thinning, flaking, excess callus formation, slow healing). The bone pain combines with the lethargy from the toxins and leads to further immobilization of the bird. This lack of exercise leads to poor circulation in the feet. These factors combine with the hyperkeratosis to allow ulcers to form on the bottom of the feet. These become infected, red and swollen. Pain and bacterial toxins further complicate the situation.

16. In some cases the liver's failure leads to a deficiency of clotting factors and the bird bleeds to death. Bleeding into tissue is reported as painful in people. Consistent with this, Dr. Beck (paragraph 14) points out that the mortality rate for foie gras production is 10-20 times higher than traditional meat production for the same species. The symptoms associated with situations in which the liver tissue cells fail to function are not all apparent and are easy to ignore (Hochleithner M., 2006).[5]

---

[4] Harrison, GJ: Nutritional Considerations. In Harrison GJ, Lightfoot TL (eds): Clinical Avian Medicine. Palm Beach, FL, Spix Pub Inc, 2006, pp 131-132.

[5] Hochleithner M et al: Evaluating and treating the liver. In Harrison GJ, Lightfoot TL (eds): Clinical Avian Medicine. Palm Beach, FL, Spix Pub Inc, 2006, p 242.

Table 15.1 | Clinical Signs of Liver Disease

4

Exhibit C

17.     For decades veterinarians failed to recognize such suffering in birds and only recently has the subject been even superficially addressed (Paul-Murphy J., 2006).[6] In pet parrots fatty liver disease is the common sequela brought on by feeding high energy diets of fatty seeds with no vitamin or mineral supplements. Although many birds are asymptomatic, many suffer from similar situations discussed for the foie gras birds, and many die despite treatment.

18.     Pet birds that are treated for liver failure and start to recover often continue to improve when put on proper diets. The slow loss of function can be difficult to detect as stated though, and things like bumble foot (pododermatitis) are often overlooked. (Olsen JH, 1999)[3]. Ionized calcium (Stanford, 2006)[7] and LDL:HDL ratio (Harrison, GJ, 2006 (Bavelaar))[4] can predict such diseases, though its expression varies with individuals, species, season, age and sex. While complete diets,

| Clinical Sign | Non-specific | More Specific |
|---|---|---|
| Anorexia | ✓ | |
| Lethargy | ✓ | |
| Weight loss | ✓ | |
| Weakness | ✓ | |
| Diarrhea | ✓ | |
| Polyuria | ✓ | |
| Polydipsia | ✓ | |
| Poor feathers | ✓ | |
| Dyspnea | ✓ | |
| Green or yellow urates | | ✓ |
| Abdominal swelling | | ✓ |
| Ascites | | ✓ |
| Coagulopathies | | ✓ |
| Melena | | ✓ |
| Abnormal beak/nails | | ✓ |
| Malcolored feathers | | ✓ |

---

[6] Paul-Murphy J: Pain management. In Harrison GJ, Lightfoot TL (eds): Clinical Avian Medicine. Palm Beach, FL, Spix Pub Inc, 2006, pp 233-239.

[7] Stanford M: Calcium Metabolism. In Harrison GJ, Lightfoot TL (eds): Clinical Avian Medicine. Palm Beach, FL, Spix Pub Inc, 2006, pp 141-152.

Exhibit C

exercise and other factors might prevent this, doing so is apparently contrary to the purposes of foie gras production.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this day 5/25/06

Dr. Greg J. Harrison, DVM, DABVP, DECAMS

Subscribed and sworn to before me, this day



GEORGINA S. LAGASSE
MY COMMISSION # DD 545577
EXPIRES: June 7, 2010
Bonded Thru Notary Public Underwriters

Seal of the Notary Public

# Exhibit A

Exhibit C

# CURRICULUM VITAE

NAME: Greg J. Harrison, DVM DATE: April, 2001
ABVP, Diplomate in Avian Practice
ECAMS, Diplomate in Avian Medicine and Surgery, Europe

ADDRESS: The Bird Hospital
6147 Lake Worth Road
Greenacres, FL 33463

DATE OF BIRTH: February 28, 1942

EDUCATION:
COLLEGE: Iowa State University
DATES: 1960 - 1967
DEGREE: Doctor of Veterinary Medicine (DVM)

American Board of Veterinary Practitioners (ABVP)
Certified in Avian Specialty
Diplomate status since 1994
2005 was awarded Emeritus status with ABVP.
ABVP was established to set standards for advanced professionalism in veterinary practice and is sanctioned by the American Veterinary Medical Association (AVMA).

European College of Avian Medicine and Surgery
Diplomate status since 1998.

## PROFESSIONAL ACTIVITIES

1967-1985: Private veterinary practitioner in exotics and small animals in Florida. Consultant to Doctor's Pet Center, Dreher Park Zoo, Lion Country Safari; Dozens of pet shops and hundreds of aviaries world-wide.
1977: Hatched and raised the first psittacine ever produced by artificial insemination.
1980-89: Adjunct Professor, Biological Sciences, Florida Atlantic University, Boca Raton, Florida. Dr. Harrison established lectures on Aviculture Science.
1981-89: Consultant to the United States Department of the Interior on the Puerto Rican Parrot Project.
1981-1989: Started Eastern States (now North American Veterinary Conference) Avian Wet Labs and Lectures and ran them for six years.
1985-1992: Public television-30 segments, "Living With Animals".
1986-2004: Owner and operator, The Bird Hospital, Lake Worth, Florida. The practice offered a mentoring experience for veterinary students and veterinarians worldwide.
1986-1993: President, Research Institute for Avian Medicine, Nutrition, and Reproduction, Inc., Lake Worth, Florida. A non-profit organization to educate veterinarians.

Exhibit C

1988-1989: Consultant to Ziegler Brothers Inc., animal food manufacturing company of Gardeners, PA.

1991-Present: President and founder HBD, International Inc. a Florida corporation that produced and distributes Harrison's Bird Diets to practicing veterinarians, at HBD International Inc. 7108 Crossroads Blvd Suite 325. Brentwood, TN 37027

1991-Present: Editor and Publisher of HBD's Avian Examiner a quarterly periodical on avian medicine, surgery, practice and the unique properties of Harrison's Bird Diets.

1992-Present: Elleman International, Inc. Veterinary Surgical Instruments, Co. Advisory Board.

1993: Featured on Gentle Doctor, a PBS nationally syndicated program segment on what is new in veterinary medicine produced by Public Broadcasting Channel, Tampa, FL.

1993-1999: Veterinary Forum Magazine, 5460 Buena Vista, Fairway, Kansas, 66205, Veterinary Advisory Board.

1993-Present: Consultant to African Parrot Society.

1995-Present: Consultant and team member on developing avian practices. Medical Management International - Banfield Veterinary Clinics, Portland, Oregon.

1995: MMI Wellness Seminar series speaker sponsored by Waltham, Bayer and HBD, Inc. at University of California, Jan. 7-8, 1995. Several other universities, 1996.

1995: HBD, Inc. and Harrison's Bird Diets, first certified organic product for pets in the world as HBD is accepted by Organic Crop Improvement Association, (OCIA) Inc., Lincoln, Nebraska, as a private label member.

1995-1999: Board of Directors - International Aviculture Society (IAS) a non-profit group supporting proper bird raising and care.

1995-1998: Consultant on Avian Health to PetsMart. America's largest pet store chain.

1996: American Board of Veterinary Practitioners Practical Exam Committee Chairperson and member of ABVP mentoring.

1996: Developed the Levels Program. Avian educational courses for veterinarians and technicians. Delivered to 600 veterinarians in 1996.

1997-2001: The Companion Bird Workshop for the veterinary community at The Bird Hospital Lake Worth, FL/HBD International, Inc., a joint effort.

1999-2003: Nutrition of Pet Birds Lecture University of Florida College of Veterinary Medicine, Gainesville, Florida.

2000-Present: Monitor and answer questions - The Bird Guy, harrison'sbirdfoods.com.

2001-Present: Why Organic? A public service lecture using birds to explain the need for organic sustainable agriculture and purchasing organic products.

## SCIENTIFIC ORGANIZATIONS

American Academy of Veterinary Nutrition*
Association of Avian Veterinarians*
American Association of Avian Pathologists
American Veterinary Medical Association*
Florida Veterinary Medical Association*
Palm Beach County Veterinary Society*
American Animal Hospital Association, Member Hospital

Exhibit C

American Association of Zoo Veterinarians
American Board of Veterinary Practitioners (ABVP) - Avian Practice - Organizing Committee
American Board of Veterinary Practitioners - Avian Practice - Diplomat certified specialist in avian practice*
European College of Avian Medicine and Surgery - ECAMS - Diplomate*
Mid-Atlantic States Association of Avian Veterinarians
American Veterinary Society of Animal Behavior, Veterinary Behavior Consultations
American Academy of Veterinary Nutrition*
National Wildlife Rehabilitators Association*
*Current

## PROFESSIONAL HONORS

1978: Order of AARDVARK by the Morris Animal Foundation, awarded to authors of first book on Zoo Animal Medicine
1982: Recognition in October Better Homes and Gardens article as an avian specialist contact person and having a national consultation service.
1984: Broward County Veterinary Medical Association Speakers Award.
1986: Order of KUKUKIFUKU by the Morris Animal Foundation. For authoring a chapter in 2nd edition of Zoo Animal Medicine
1990: Award for Outstanding Contribution and Commitment to Avian Medicine and the Association of Avian Veterinarians.
1991-1992 Award for Outstanding Service & Commitment to Advancing & Promoting Avian Medicine and Stewardship. Association of Avian Veterinarians.
1992: Miles Inc. Awarded trip to Bonn Germany as recognition of leadership in Avian Medicine. One of ten in the whole profession world wide.
1996: Stange Memorial Award for Meritorious Service in Veterinary Medicine. Iowa State University's most prestigious award offered by the College of Veterinary Medicine to it's alumni.
2001 SCAVMA University of Pennsilvania School of Veterinary Medicine "From School To Success: Shaping the Future of Your Veterianry Career." Speaker.
2001: John Greve Honorary Lecture Series. Iowa State University. Omega Tau Sigma sponser. April 2001.

## PUBLIC SERVICE:

1975: Recognition Award for meritorious service to 4-H.
1978: Charter member Aviary and Cage Bird Society of South Florida
1978: The Florida Audubon Society Special Award for service to the Bald Eagle.
1982-1994 President's Advisory Board of The Audubon Society of the Everglades, Inc. West Palm Beach, FL.
1982-1986: The Audubon Society of the Everglades Certificate of Special Recognition.
1988-President Dune Deck Condominium Association, Palm Beach, FL.
1989: Aviculture's Top Gun an article on Dr. Harrison in Bird Talk magazine by Don

Exhibit C

Vaughan.
1994-Present: Advisor to Tambopata Research Center - Peru.
1994: HBD, Inc. awarded International Research Foundations plaque for largest corporate donation.
1995-1999: Board of Directors International Aviculture Society.

1995: HBD, Inc. acknowledged by Charles Munn, PhD for contribution for conservation of the Blue-throated Macaw in Bolivia - the largest corporate donor for this wildlife conservation project.
1995: HBD Juvenile Formula chosen by Eduardo Escaveara of Tambopata Research Center - Peru as the best formula tested to feed the macaws in their release project. Based on these studies Dr. Charles Munn, Wildlife Conservation Society, associated with the Bronx Zoo, chose HBD as the formula to be used in the Blue-throated Macaw and the Hyacinth Macaw recovery projects.
1997: Initiated into Mankind Project
2000: Awarded lifetime membership too the Sandoway House Nature Center in Delray Beach, Florida.
2001-present Board of Directors Rachel Carson Council, Inc. PO Box 10779, Silver Spring, Maryland 20914 Tel: (301) 593-7507 rccouncil@aol.com
A nonprofit organization raising awareness of the need for alternatives to pesticides and how to accomplish that.

## OFFICES HELD

Association of Avian Veterinarians - President (two terms), Aviculture Committee Chairman, Strategic Planning Committee Chairman, Co-Chairman Organizing Committee for Avian Specialty for American Board of Practitioners.
American Association of Avian Pathologists - Pet Bird Committee, Chlamydiosis Committee, Diseases of Pet Birds Committee, AAV Liaison Committee.
American Association of Zoo Veterinarians - Secretary.
Palm Beach County Veterinary Medical Association - Secretary.
American Board of Veterinary Practitioners - Practical Examination Committee Chairman - Avian, 1996.

## CONSERVATION AND ORGANIC/SUSTAINABLE AGRICULTURE

Tambopata Research Center, Tambopata, Peru. Supports World Parrot Trust through donations of bird food (Harrison's Bird Diets) for the macaw project run by Charles Munn (for more about the project see: "Macaws: Winged Rainbows" by Charles Munn, National Geographic, Jan 1994).

Florida Certified Organic Growers and Consumers, Inc.

## CONTINUING EDUCATION FOR COLLEAGUES

Exhibit C

LEVELS Program for Avian Veterinarians and Technicians: sponsored by HBD International, Inc. the levels program is a hands on seminar for veterinarians to expand their knowledge of basic avian medicine, care and handling.

## BIBLIOGRAPHY

Making Your New Psittacine a Positive Force in Your Aviary. First International Birds in Captivity Symposium. Seattle, Washington. 196-203, 1978.

Endoscopic examination of avian gonadal tissues. VM/SAC 73(4):479-483, 1979.

Aviculture Practices - A Management Outline. Report of findings to USDA-USDI on the Puerto Rican Parrot Project, 1981.

Avian Hospital Management. Proc Amer Animal Hospital Assoc, San Antonio, Texas, pp. 41-48. 1983.

Guidelines for the treatment of neonatal psittacines, Proc Am Assoc Zoo Vet, Tampa, 1983.

Avian Microsurgery (annual wet lab seminars and videotape), held in conjunction with Eastern States Veterinary Conference, Orlando, 1983-1989.

Cage Bird Symposium, Veterinary Clinics of North America, March, 1984 WB Saunders. Guest editor.

Endoscopic examination of avian gonadal tissues (videotape), AAV Autotutorial Library, 1984.

Suggested Adult Cage Bird Maintenance Diet; Diagnostic Techniques; First Aid for Birds; Suggested Laboratory Procedures in Avian Bacteriology. Proc Cage Bird Med Seminar and Workshop, U of Minn. College of Vet Med St Paul, Minn, 1984.

Suggested Adult Cage Bird Maintenance Diet and Suggested Aviculture Practices for Psittacines. Used as model for Management of Pet Birds, Yearbook of Agriculture Animal Health Livestock and Pets, United States Department of Agriculture. pp. 105-110, 1984.

Recent advances in avian surgery. Proc Annual Meeting Amer Animal Hospital Assoc, Orlando, 1985.

A clinical comparison of anesthetics in domestic pigeons and cockatiels. Proc Assoc Avian Vet, Boulder, 1985, pp 7-22. (First report on the use of Isoflurane in birds).

The Myths, Misconceptions and Magic of Aviculture. Proceedings of a Seminar, Florida Atlantic Un. 1986.

Clinical Avian Medicine and Surgery, Philadelphia, W.B. Saunders, 1986. Co-editor and chapter author.

Feeding practices for passerine and psittacine birds. In Fowler ME (ed): Zoo and Wild Animal Medicine, 2nd ed, Philadelphia, W.B. Saunders, 1986.

Pet Bird Medicine - From the Egg to the Grave. Penn. Annual Conference, Philadelphia, Penn. 1987.

Preventative Medicine, Aviculturists and Veterinarians, To My Fellow Aviculturists, Dealing with Crop Stasis. Birds Eye View Smokey Mountain Cage Bird Soc. Mag. 1987-1989.

Medroxyprogesterone Acetate-Impregnated Silicone Implants: Preliminary Use in Pet Birds. Proc. An Conf Assoc of Avian Vets, pp 6-10, 1989.

How to manage the sick parrot: what to do until a diagnosis is made; Psittacine radiographic considerations for the avian practitioner; Respiratory diseases in psittacines. Proc

Exhibit C

World Sm An Assoc Meeting, Harrogate, England, 1989.

Diagnostic Dilemma of Psittacosis for the Practitioner. Reports from the Symposium on Avian Chlamydiosis. JAVMA, Vol. 195 #11, Dec. 1989.

The Avian Diagnostic Dilemma. British Small Animal Veterinarians meeting. Harrogate, England, 1989.

Treatments for Chronic Egg-Laying Birds. Bird Talk Mag. p.115, April 1990.

What Eating Means To A Bird. Birds USA 1990 Annual. Fancy Publications 1990.

Preventative Medicine for Amazons. In Stoodley, J.& P. (Eds.): Genus Amazona, Bezels Publications, Lovedean, Portsmith, England. pp. 105-122. 1990.

Anesthesia and Common Surgical Procedures. Proc An Conf Assoc of Avian Vets, pp 460-488, 1990.

Psittacine Feeding and Malnutrition in the U.S.A., Proceedings European Chapter Association Avian Vets, (Vienna) p230-242, 1991

Using and Interpreting A Fecal Gram's Stain. Educational brochure. HBD, Inc. 1992

Avian Examiner - Editor - A newsletter for practicing veterinarians from HBD, Inc. 1991 to present.

Consistent Diet - aids evaluation of therapy. JAAV IME 7;2;1993 p 105

Avian Nutrition, Finding the Perfect Balance, Solving a Long-term Problem. Vet Forum, Jan. 1993. p48-49.

Anesthesia and Surgery. Basic Proceedings of the European Conference on Avian Medicine and Surgery. p86-119, Netherlands, 1993.

Avian Medicine: Principles and Application. Co-editor and multiple chapter author. Winger's Publishing, Lake Worth, FL, 1994.

Treating malnutrition problems will expand your avian practice. Special report - Focus on small animal nutrition, DVM Magazine, June, 1994.

Hysterectomies can help certain chronic female problems in pet birds. DVM Magazine, July, 1994.

Cloacal papillomas in psittacines. Co-author, American Journal of Veterinary Research, Vol. 47, No. 4, Pages 928-932, 19--.

Three articles in World Small Animal Veterinary Association Meeting - Durban, South Africa 1995.

Secret of Companion Bird Care: Understanding Behavior and the Future of Avian Medicine, Surgery and Nutrition, seminar on pet care at the University of California, Davis, Student Chapter of the AVMA, University of California, Davis, Jan., 1995.

Reproductive and Neonatal Surgery. Symposium on reproductive systems and neonatal diseases, Proceedings 3rd Conference of European Committee of the Association of Avian Veterinarians, Jerusalem, Israel, 1995.

Avian Medicine 101. Fla. Assoc. of Vet. Med. Technicians Conference, St. Petersburg, Fla. 1995.

Psittacine Malnutrition. Transcript First International Invitational Symposium on Exotic Companion Animals, Punta Leona Resort, Costa Rica, April 31-May 5, 1996. Winger's Publishing, Lake Worth, FL.

Avian Practice. Student Chapter AVMA Stillwater, OK, March, 1996.

Evaluating the Avian Patient for Malnutrition. 1996 Special Species Symposium, University of Pennsylvania, School of Veterinary Medicine, April 1996.

Exhibit C

Syllabus on Nutritional Evaluation of Parrots for Slide Series. HBD, Inc. 5770 Lake Worth Road, Lake Worth, FL 33463, 1996.

Levels - Avian Course for veterinarians and technicians. HBD, Inc. 5770 Lake Worth Road, Lake Worth, FL 33463, 1996.

Computer Protocols for Avian Medicine. For VetSmart. HBD, Inc. 5770 Lake Worth Road, Lake Worth, FL 33463, 1996.

Differential Feeding Chart. The Bird Hospital, 5770 Lake Worth Road, Lake Worth, FL 33463, 1996.

Home Remedies Instructions - supplement to Differential Feeding Chart - The Bird Hospital, 5770 Lake Worth Road, Lake Worth, FL 33463, 1996.

Clinical Parameters for the Blue-headed Macaw. Manfred Hochleithner, Claudia Hochleithner, Greg J. Harrison, The Bird Hospital, 5770 Lake Worth Road, Lake Worth, FL 33463, 1996.

Avian Medicine: Principles and Application, Abridged Edition; paperback condensed by Donald Zantop, DVM, edited by Ritchie,B, Harrison,G and Harrison,L. 1997

Exotic Companion Medicine Handbook for Veterinarians. Cathy A. Johnson-Delancy, DVM ed. pub 1996, Winger's Publishing - Thanked in preface.

Exotic Medicine Library CD - Module 1 Zoological Education Network, Lake Worth, FL 1998, co-ed Avian Medicine: Principles and Application.

Diagnostic Application of Avian Endoscopy CD, Taylor M, Harrison G, Zool. Ed. Network, 1997.

Exotic DVM Veterinary Magazine, advisory board. Zool. Ed. Network, Lake Worth, FL, 1999 to present.

Polycystic Ovaries in a Cockatiel. Exotic DVM Mag., Vol 1.1 1998 p13.

Tumor and Pygostyle Removal. Proceedings 1999 International Conference on Exotics, Vol 1.3 p41-42.

Exotic Companion Animal Surgeries, Multimedia CD-ROM Vol 1, Zool. Ed. Network, 1999, contributor to Avian Surgical section.

Cloacal Prolapse and Papillomatosis in an Umbrella Cockatoo. European college of Avian Medicine and Surgery. Pisa, Italy 1999.

Incorporating Birds into the Small Animal Practice, 1997 AVMA Annual Convention.

Physical Examination of the Avian Patient, 1997 AVMA Annual Convention.

Practical Diet Conversion and Why, 1997 AVMA Annual Convention.

Behavior Problems and Modification in the Pet Bird, 1997 AVMA Annual Convention.

Standardization of the Avian Physical Examination. Proceedings 5th Conference of European Committee of the Association of Avian Veterinarians, Munich, Germany, 2001.

Justification for a Standard Physical Examination Form. Abstract - Proceedings EAAV, European College of Avian Medicine and Surgery, Munich, Germany, 2001.

Technician Techniques for Handling and Treating Birds, 73rd Western Veterinary Conference, Las Vegas, Nevada, Feb. 2001.

Avian Diets and Behavior Relationships, 73rd Western Veterinary Conference, Las Vegas, Nevada, Feb. 2001.

Avian Fecal Gram's Stain, 73rd Western Veterinary Conference, Las Vegas, Nevada, Feb. 2001.

Exhibit C

The Parrot Physical Exam, 73rd Western Veterinary Conference, Las Vegas, Nevada, Feb. 2001.

A Wellness Practice for Parrots, 73rd Western Veterinary Conference, Las Vegas, Nevada, Feb. 2001.

Gender Issues in Veterinary Medicine and Male Issues. From School to Success. Shaping the Future of Your Veterinary Career. Student AVMA Seminar. U. of Pennsylvania, Philadelphia, March 2001.

Feather cyst JAMS 2004

Clinical Avian Medicine. Vol I & II Spix Publishing Int Inc 3610 S Ocean Blvd # 601 Palm Beach, Fl 33480 2006 clinicalavianmedicine.com

Exhibit C

Exhibit C