# Resolution to the American Veterinary Medical Association's House of Delegates
## Submitted by Petition
## Position Statement on Force Feeding of Ducks and Geese to Produce Foie Gras

"Resolved that the AVMA opposes the practice of mechanical force feeding of ducks and geese to produce foie gras because of the adverse effects on the birds' health and welfare associated with this practice."

### Statement about the Resolution

* Foie gras, literally "fatty liver," is a high-priced gourmet food item sold at a small number of upscale restaurants. The individual livers are worth between $48 to $70 each.
* Foie gras is produced by force feeding ducks three times daily with a high volume of a rich concentrated food for a period of 4 weeks. As the degree of hepatic lipidosis increases, livers expand up to 10 to 12 times normal size and develop liver failure. According to the SCAHAW report (see below) page 42, the liver of force-fed geese is 55.8% fat, as compared to the livers of normal geese which are 6.6% fat; force-fed ducks can have fat compositions as high as 60% of the liver weight. Despite industry claims, this process is not reversible at this stage.
* In addition to hepatic lipidosis, the birds develop a greatly distended abdomen due to the increase in liver size, making ambulation difficult or impossible; it also causes extreme dyspnea since the enlarged livers compress the air sacs and make air exchange difficult. Many birds in the third to fourth weeks show hepatic encephalopathy, marked by opisthotonous, seizure-like activity, and semi-comatose states.
* Necropsies performed on birds from foie gras producers show lesions, including but not limited to: hepatic lipidosis; esophageal trauma secondary to insertion of the feeding pipes (granulomas, fungal and bacterial infections, ruptured esophagi); also fractured limbs, crop impaction, aspiration pneumonia, and ruptured livers. In many cases since the food is observed to be spilling out of their esophagi, mouths, and nares, pathologists have determined that the birds died during the force feeding process.
* This process does not mimic the natural pre-migratory gorging seen in wild migrating ducks. In the natural process and when fed ad lib, birds' livers will not expand beyond twice their normal size. Furthermore, the Moulard species used in foie gras production is a hybrid created by artificial insemination using flightless Pekin females (distantly related to migrating Mallards) and Muscovies (a non-migrating species).
* This process has been determined to be so cruel that it has been outlawed in many countries, including Israel, Denmark, Norway, Germany, Switzerland, the Czech Republic, and most of Austria. It is not practiced in the United Kingdom. In the United States, California has outlawed this practice starting in 2012.
* The European Union's Scientific Committee on Animal Health and Animal Welfare (SCAHAW) produced a report in 1998 that concluded that foie gras production methods negatively impacted the birds' physical and psychological welfare.

We believe that this resolution is in keeping with the AVMA Principles of Veterinary Medical Ethics, which state "Veterinarians should first consider the needs of the patient: to relieve disease, suffering, or disability while minimizing pain or fear."

Name print): _____ Signed: _____ (Please

Address:_____ Date:_____ AVMA Number(if known):_____
Please return to AVAR, PO Box 208, Davis, CA 95617-0208