**BEFORE THE NEW YORK STATE DEPARTMENT**
**OF AGRICULTURE AND MARKETS**
Albany, New York

| | | |
|---|---|---|
| In the Matter of the Petition of | ) | |
| | ) | |
| THE HUMANE SOCIETY | ) | Index No. |
| OF THE UNITED STATES, | ) | |
| ET AL. | ) | |
| | ) | |
| for a Declaratory Ruling | ) | |

### AFFIDAVIT OF TERESA BARNATO

I, Teresa Barnato, am over 18 years of age and am competent to testify. I have personal

knowledge of the facts stated below and, under penalty of perjury, being duly sworn,

depose and say:

1.      This affidavit is based on my personal knowledge, and if called upon to do so, I

would be prepared to testify to its truth and accuracy.

2.      I am National Director of the Association of Veterinarians for Animal Rights

("AVAR"), a national veterinary medical association representing veterinarians

throughout the country, and based in Davis, California.

3.      As part of my duties as National Director, during the first months of 2006, I

helped to prepare and circulate copies of a petition to the American Veterinary Medical

Society entitled "Resolution to the American Veterinary Medical Association's House of

Delegates, Submitted by Petition, Position Statement on Force Feeding of Ducks and

Geese to Produce Foie Gras." A true and correct copy of that petition is attached hereto

as Exhibit A.

4.      The petition stated in part that:

Necropsies performed on birds from foie gras producers show lesions, including but not limited to: hepatic lipidosis; esophageal trauma secondary to insertion of the feeding pipes (granulomas, fungal and bacterial infections, ruptured esophagi); also fractured limbs, crop impaction, aspiration pneumonia, and ruptured livers. In many cases since the food is observed to be spilling out of their esophagi, mouths, and nares, pathologists have determined that the birds died during the force feeding process.

See Exhibit A, paragraph 4.

5.    Copies of the same petitions were sent by AVAR to veterinarians throughout the country and, as instructed in the petition, the veterinarians were to return the petitions directly to AVAR.

6.    As part of my duties at AVAR, I personally tabulated the return of over 1,600 such signed petitions, evidencing unequivocal support for the statements therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day   5/24/06          /s/ _____
                                            Teresa Barnato

Subscribed and Sworn to before me, this day   May 24, 2006

Notary Public  _____

LANDON CLAIR CHRISTENSEN
Commission # 1432476
Notary Public - California
Yolo County
My Comm. Expires Jul 27, 2007

Exhibit E

# Exhibit A

**Resolution to the American Veterinary Medical Association's House of Delegates
Submitted by Petition
Position Statement on Force Feeding of Ducks and Geese to Produce Foie Gras**

"Resolved that the AVMA opposes the practice of mechanical force feeding of ducks and geese to produce foie gras because of the adverse effects on the birds' health and welfare associated with this practice."

### Statement about the Resolution

* Foie gras, literally "fatty liver," is a high-priced gourmet food item sold at a small number of upscale restaurants. The individual livers are worth between $48 to $70 each.

* Foie gras is produced by force feeding ducks three times daily with a high volume of a rich concentrated food for a period of 4 weeks. As the degree of hepatic lipidosis increases, livers expand up to 10 to 12 times normal size and develop liver failure. According to the SCAHAW report (see below) page 42, the liver of force-fed geese is 55.8% fat, as compared to the livers of normal geese which are 6.6% fat; force-fed ducks can have fat compositions as high as 60% of the liver weight. Despite industry claims, this process is not reversible at this stage.

* In addition to hepatic lipidosis, the birds develop a greatly distended abdomen due to the increase in liver size, making ambulation difficult or impossible; it also causes extreme dyspnea since the enlarged livers compress the air sacs and make air exchange difficult. Many birds in the third to fourth weeks show hepatic encephalopathy, marked by opisthotonous, seizure-like activity, and semi-comatose states.

* Necropsies performed on birds from foie gras producers show lesions, including but not limited to: hepatic lipidosis; esophageal trauma secondary to insertion of the feeding pipes (granulomas, fungal and bacterial infections, ruptured esophagi); also fractured limbs, crop impaction, aspiration pneumonia, and ruptured livers. In many cases since the food is observed to be spilling out of their esophagi, mouths, and nares, pathologists have determined that the birds died during the force feeding process.

* This process does not mimic the natural pre-migratory gorging seen in wild migrating ducks. In the natural process and when fed ad lib, birds' livers will not expand beyond twice their normal size. Furthermore, the Moulard species used in foie gras production is a hybrid created by artificial insemination using flightless Pekin females (distantly related to migrating Mallards) and Muscovies (a non-migrating species).

* This process has been determined to be so cruel that it has been outlawed in many countries, including Israel, Denmark, Norway, Germany, Switzerland, the Czech Republic, and most of Austria. It is not practiced in the United Kingdom. In the United States, California has outlawed this practice starting in 2012.

* The European Union's Scientific Committee on Animal Health and Animal Welfare (SCAHAW) produced a report in 1998 that concluded that foie gras production methods negatively impacted the birds' physical and psychological welfare.

We believe that this resolution is in keeping with the AVMA Principles of Veterinary Medical Ethics, which state "Veterinarians should first consider the needs of the patient: to relieve disease, suffering, or disability while minimizing pain or fear."

Name
print):_____          Signed:_____          (Please

Address:_____ Date: _____ AVMA Number(if known):_____
Please return to AVAR, PO Box 208, Davis, CA 95617-0208