**BEFORE THE NEW YORK STATE DEPARTMENT**
**OF AGRICULTURE AND MARKETS**
Albany, New York

|  |  |  |
|---|---|---|
| In the Matter of the Petition of | ) | |
| | ) | |
| THE HUMANE SOCIETY | ) | Index No. |
| OF THE UNITED STATES, | ) | |
| ET AL. | ) | |
| | ) | |
| for a Declaratory Ruling | ) | |

**AFFIDAVIT OF DR. ROBERT E. SCHMIDT, DVM, PhD, DACVP**

Dr. Robert E. Schmidt, being duly sworn, deposes and says :

1.　　My name is Dr. Robert E. Schmidt. I submit this affidavit in support of the Petition for a Declaratory Ruling, based upon my education, training, experience, research, review of evidence specific to this matter, and where applicable, my personal knowledge.

2.　　I have been a board certified veterinary pathologist since 1968. I received my DVM from the University of California School of Veterinary Medicine, Davis in 1962. I received an M.S. in anatomic pathology from Michigan State University, a Ph.D. from Oklahoma State University, and completed my residency in pathology at the Armed Forces Institute of Pathology. See Exhibit A, curriculum vitae of Dr. Robert E. Schmidt.

3.　　I have over thirty-five years of experience in experimental and diagnostic pathology, and have supervised eight veterinarians during their pathology training. I have extensive knowledge of, and experience with, various avian diseases, and have consulted with commercial and academic laboratories, over twenty zoos, and over seven-hundred clinical veterinary practices.

4.　　I have authored or co-authored over one-hundred papers, fifteen book chapters, and three books on veterinary medicine and/or veterinary pathology (many focusing on avian pathology), including an extensive atlas of zoo animal pathology and one of avian pathology. In 2003 I received the Association of Avian Veterinarians Lifetime Achievement Award for my work.

5.      On or about February 14, 2006, I ordered one Fresh Foie Gras (Duck) Grade 'A' liver, , from the website of Hudson Valley Foie Gras, Inc., New York, which was available online.[1] In additon they sent a piece of skeletal muscle.

6.      On or about March 18, 2006, I ordered one LaBelle Farms (New York) Foie Gras Grade A liver, which was also available online from the website of Prairie Harvest, Inc.[2] Both samples arrived in a condition sufficient for the analysis that I performed, and their mode of shipment in no way interfered with my anaylsis.

7.      Attached hereto is a true and correct copy of the report I prepared regarding my analysis of the liver samples described above, as well as true and correct copies of photos and enhancements of the samples, and I hereby adopt and swear to the best of my knowledge to all statements in that report. See Exhibit B, a true and correct copy of the report of Dr. Robert E. Schmidt ("report"), and photos and enhancements of the samples.

8.      In the report I determined that all of the liver samples showed abnormal hepatocytes (liver cells), representing a pathological condition, which would impair cellular functions, and which in turn can lead to clinical illness. This condition, known as hepatic lipidosis or hepatic steatosis, is well documented in published literature, and recognized as a metabolic disease. (Rupley, 1997, pages 293-294, 296; Saif, 2003, pages 1084-1085).[3]

9.      Hepatic lipidosis can be accompanied by various clinical signs including anorexia, depression, diarrhea, biliverdinuria, obesity, poor feathering, dyspnea, and abdominal enlargement, and via impairment of the liver's function, may lead to hepatic encephalopathy, with clinical signs of seizures, ataxia, and muscle tremors. (Rupley, 1997, pages 293-294).

10.     A recent study of hepatic lipidosis in turkeys, which noted that the most important mechanism by which fatty liver can be produced is enhanced lipogenesis and reduced transport of lipids from the liver, concluded that nutritional factors (low-protein and low-methionine diet) and environmental factors (high temperature, gorging with feed, lack of exercise) contributed to a severe outbreak of hepatic lipidosis eventually leading to severe liver degeneration and liver peroxidation in the flocks. (Gazdzinski et al., 1994).

11.     In commercial layer flocks, advanced lipidosis may lead to fatty liver-hemorrhagic syndrome, and is associated with increased flock mortality (Saif ed., 2003, pages 1082-1083); this has been compared to the hepatic steatosis induced in overfed ducks and geese to produce

---

[1] http://www.hudsonvalleyfoiegras.com/foiegrasmarket.html

[2] http://www.prairieharvest.com/pantry.html#foie
[3] See Exhibit C, References cited in Dr. Schmidt's affidavit.

foie gras. (Hermier, 1997). In a 2005 study, researchers showed that overfeeding hybrid ducks a carbohydrate-rich corn-based diet induces a de novo hepatic lipogenesis which predominates over dietary lipid intake to change the lipid composition of the hepatocyte plasma membrane. (Molee et al., 2005).

12.     Another recent study determined that hybrid ducks overfed with boiled corn develop acute hepatic steatosis, with total lipids 138 times higher in the overfed ducks than in the control group. (Gabarrou at al., 1996, page 478). The researchers also determined in part that the fat release during the exposure of the dissected liver to heat, which is an index of poor liver cell integrity, was high for large livers, and more prevalent in certain species. (Gabarrou at al., 1996, pages 474, 482-483). The study suggested that nutritional deficiency was an inductive factor in the process. (Gabarrou at al., 1996, page 483).

13.     On or about April 4, 2005, I received a group of necropsy reports, performed in 2002 and 2003 at Antech labs, New York, and in 20005 at Cornell University, New York, which were titled "NY2003" and "NY2005," respectively. Attached hereto are true and correct copies of these necropsy reports. See Exhibit D, 2002/2003, Antech necropsy reports, and September-October, 2005, Cornell necropsy report.

14.     The gross and histologic findings I made regarding the livers I obtained from Hudson Valley Foie Gras, Inc. and  Prairie Harvest, Inc. were similar to the primary hepatic findings reflected in the 2002 and 2003 necropsy reports performed by Antech, and 2005 necropsy report performed by Cornell. The liver samples I examined were abnormal as were those in the referenced reports.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on this day  *11 May 2006*          /s/ ~~Dr. Robert E. Schmidt~~

                                            Dr. Robert E. Schmidt



Subscribed and sworn to before me, this day
            *See attached Jurat Certificate*

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

State of California

County of  Siskiyou                    } ss.

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____
   Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

11th day of May, 2006, by
Date        Month        Year

(1) Robert E. Schmidt ,
                    Name of Signer

☐ Personally known to me
☑ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me (.)
                    (and

(2)_____ ,
                    Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
   to be the person who appeared before me.)

*Kathleen K. Kerns*
                    Signature of Notary Public

KATHLEEN K. KERNS
Commission # 1540538
Notary Public - California
Siskiyou County
My Comm. Expires Jan 15, 2009

Place Notary Seal Above

—— **OPTIONAL** ——

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit of Dr. Robert E. Schmidt, DVM, PhD, DACVP

Document Date: Not Dated        Number of Pages: 9
              Date Signed 5-11-06      Includes this page

Signer(s) Other Than Named Above: None

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

Exhibit F

Seal of the Notary Public

# Exhibit A

# Curriculum Vitae

**ROBERT E. SCHMIDT, DVM, PhD, DACVP**

**PO Box 267, Greenview, CA. 96037**

CAREER HISTORY:

CURRENT ACTIVITIES:
Veterinary Pathology Consultant, PRIVATE PRACTICE

Consultant in Veterinary Pathology for Veterinary Diagnostic Laboratories, Zoological Parks and Aquariums, and Veterinary Practitioners.

Specializing in diseases of avians, reptiles, fish, laboratory animals, zoo animals, and toxicological pathology.

EDUCATION AND TRAINING:

B.S.    University of California, Davis 1960

D.V.M. University of California, Davis          1962

M.S. (Veterinary Pathology) Michigan State University       1966

Residency Program   AFIP, Washington, D.C.        1966-1968

PhD. (Veterinary Pathology) Oklahoma State University    1973

Board Certification Veterinary Pathologist, 1968

RECENT CONTINUING EDUCATION ACTIVITIES:

| | |
|---|---|
| 1995 | Avian & Exotic Symposium , Univ. California Davis |
| 1995 | C.L. Davis Foundation Pathology Seminar, Purdue Univ., Indiana |
| 1992-98 | Association of Avian Veterinarians [AAV] Annual Meetings |
| 1996 | Avian & Exotic Symposium , Univ. California Davis |
| 1996 | ABVP Practitioners Symposium, Chicago, IL |
| 1997 | Avian & Exotic Symposium, Univ. California Davis |
| 1999-2000 | AAV Meeting |
| 2000 | Western States Veterinary Conference, Las Vegas, Nv. |
| 2001 | Avian & Exotic Symposium, Univ. of Californai, Davis |
| 2002 | Avian & Exotic Symposium, Univ. of California, Davis |
| 2002 | American Assoc. of Zoo Veterinarians annual meeting |
| 2003 | International Conference on Exotics, West Palm Beach, FL. |
| 2003 | AAV Annual meeting. |
| 2004 | ARAV Annual meeting. |

**RESEARCH EXPERIENCE:**

Spontaneous diseases of domestic, laboratory and exotic animals, and birds

• Environmental Pathology including:

Laser effects on the retina

Effects of particulate radiation on the retina

Nutritional pathology (mineral-atherosclerosis)

Oncogenic effects of Hydrazines

Experimental teratology

Various aspects of ophthalmic pathology toxicologic pathology with experience in studies involving hamsters, rats, mice, poultry, cattle and sheep.

**CONSULTING ACTIVITIES:**

Acted as consultant to investigators concerning the application and interpretation of pathology in medical experiments was a major responsibility at the 6571st, Aeromedical Research Laboratory,(ARL), 1969-1971, and at the US Air Force School of Aerospace Medicine (USAFSAM) 1973 to 1984

Member of Board of Consultants for The Journal of Medical Primatology

Member of the Minority Biomedical Support Program Advisory Committee, United Colleges of San Antonio 1976-1984. Assisted in writing grant proposals, reviewing and assisting students in research projects, and provided pathology consultation to investigators.

Consultant in Veterinary Pathology (W prefix) to the Surgeon General, USAF. Planned for management of veterinary pathology manpower resources in the U.S. Air Force, 1977-1984

Veterinary Pathology Consultant Southwest Foundation for Research and Education Southwest Research Institute, San Antonio, TX. 1979-1984. Direct Pathology consultation for diagnosis of spontaneous disease problems. Assistance in research project design and interpretation, and planning of laboratory facilities.

Member of the Editorial Review Board of Seminars in Avian & Exotic Pet Medicine

Pathology consultant for The California Avian Laboratory 1984-Present

Pathology consultant for Idexx Veterinary Services 1984-Present

Pathology consultant for the Avian & Exotic Laboratories 1985-Present

Pathology consultant for: Memphis Zoo ,Honolulu Zoo, Monterey Bay Aquarium, Turtle Back Zoo, Ocean Park Zoo, Pittsburg Zoo. 1984-present.

PROFESSIONAL MEMBERSHIPS:

American College of Veterinary Pathologists

American Veterinary Medical Association

American Association for the Advancement of Science (Fellow)

Association of Avian Veterinarians

American Association of Zoo Veterinarians

Association of Exotic Mammal Veterinarians

Association of Reptile and Amphibian Veterinarians

Sigma Xi

PROFESSIONAL HONORS:

Phi Zeta

Armed Forces Institute of Pathology Certificate of Meritorious Service

Air Force Commendation Medal

Air Force Meritorious Service Medal

2003 Association of Avian Veterinarians Pathology Award

TEACHING EXPERIENCE AND ACTIVITIES:

Instructor, USAFSAM

Trained residents in laboratory animal medicine.

Visiting Graduate Faculty, Texas A &M University

Teaching experience included classroom and laboratory instruction of technicians, veterinary students, and veterinarians studying for board exams in laboratory animal medicine and veterinary pathology.

OTHER RELEVANT EXPERIENCE:

As part of past and present positions, a variable amount of experience has been gained in the use of several types of scientific and technical instrumentation. This includes :

* clinical laboratory instrumentation

* scanning and transmission electron microscopes
* computers
used for data entry and retrieval and statistical manipulation of data.

PUBLICATIONS:

ARTICLES:

Spontaneous Disease in Laboratory and Domestic Animals.

Schmidt, R. E., and R. F. Langham.  A survey of feline neoplasms.  JAVMA 151: 1325-1328, 1967

Schmidt, R. E., J. S. Reed, and F. M. Garner.  Sparganosis in a cat.  J. Small Anim. Pract.  9: 551-553, 1968

Schmidt, R. E.  Ectopic thyroid in a rhesus monkey.  Lab. Primate News, 9: 3, 1970

Schmidt, R. E., and J. R. Prine.  Severe enterobiasis in a chimpanzee.  Path. Vet. 7: 56-59, 1970

Douglas, J. D., R. E. Schmidt, and J. R. Prine.  Vegetative endocarditis in a chimpanzee.  JAVMA 157: 736-741, 1970

Schmidt, R. E., and T. M. Butler.  Esophageal candidiasis in a chimpanzee.  JAVMA 157: 722-723, 1970

Schmidt, R. E.  Endocardiosis in rhesus monkeys.  Primates  11:  177-180, 1970

Schmidt, R. E. And G. L. Wiley.  An unusual lung mite lesion in a baboon.  Lab Primate News 9: 1, 1970

Butler, T. M., and R. E. Schmidt.  Melioidosis in a chimpanzee.  Am. J. Vet. Res.  32: 1109-1117, 1971

Fraunfelter, F. C., R. E. Schmidt, R. J. Beattie, and F. M. Garner.  Lancefield type C streptococcal infections in strain-2 guinea pigs.  Lab. Animals  5: 1-13, 1971

Schmidt, R. E.  Colobomas in nonhuman primates. Folia Primatol.  14:  256-258, 1971

Schmidt, R. E.  Ophthalmic lesions in nonhuman primates.  Vet. Pathol.  8: 28-36, 1971

Schmidt, R. E., and T. M. Butler.  Molluscum contagiosum in a colony born chimpanzee.  Lab. Primate News 10: 17, 1971

Farrow, C. S., and R. E. Schmidt.  Case report:  Colonic adenocarcinoma in a cat.  Okla. Vet. 25 (1): 7-9, 1973

Schmidt, R. E., and R. J. Panciera.  Cerebral malformations in fetal lambs from a blue-tongue enzootic flock.  JAVMA 162: 567-568, 1973

Farrow, C. S., R. A. Green, and R. E. Schmidt. Chronic nephritis leading to renal failure in a dog: A case report. Okla. Vet. 25: 2-8, 1973

Schmidt, R. E., and T. M. Butler. Choroid plexitis and encephalitis in a chimpanzee. J. Med. Primatol. 2: 39-43, 1973

Schmidt, R. E., and T. M. Butler. Glomerulonephritis and uremia in a chimpanzee. J. Med. Primatol. 2: 144-154, 1973

Boster, R. A., and R. E. Schmidt. What's your diagnosis: Renal adenocarcinomas and diabetes mellitus. Lab. Anim. (NY) 7: 14-16, 1978

Schmidt, R. E. Selected topics in laboratory animal medicine. The Hamster, Vol. 24. Aeromedical Review 5-75, USAF School of Aerospace Medicine, 1975

Schmidt, R. E. Transitional cell carcinoma metastatic to the eye of a dog. Vet. Path. 18: 832-834, 1981

Migaki, G., R. E. Schmidt, J. D. Toft II, and A. E. Kaufman. Mycotic infections in the alimentary tract of non-human primates. A review. Vet. Pathol. 19, Sup. 7: 93-103, 1982

Eisenbrandt, D. L., G. B. Hubbard, and R. E. Schmidt. A subclinical epizootic of sialodacryoadenitis in rats. Lab. Anim. Sci. 32: 655-659, 1982

Schmidt, R. E. Diagnostic exercise. Retinal degeneration in Swiss-Webster mice. Lab. Anim. Science 33 (5): 433-434, 1983

Schmidt, R. E., R. M. Letscher, and J. D. Toft, II. Megakaryocytic myelosis in cats: review and case report. J. Small Anim. Pract. 24: 759-762, 1983

Schmidt, R.E. Protozoal diseases of rabbits and rodents. In Fudge, A.M. (Ed.), Seminars in Avian & Exotic Pet Medicine. 4:126-130 1995, pp126-130

DISEASES OF ZOO ANIMALS

Schmidt, R. E. Systemic pathology of chimpanzees. J. Med. Primatol. 7: 274-318, 1978

Schmidt, R. E. Tuberculosis in a ring-tailed lemur (Lemur catta). J. Zoo Anim. Med. 6: 11-12, 1975
Bonney, C. H., and R. E. Schmidt. A mixed infection: Chagas' and Tyzzer's disease in a lessor panda. J. Zoo Anim. Med. 6: 4-7, 1975

Toft, J. D. II and R. E. Schmidt. Psuedophyllidean tapeworms in gree tree pythons (Chondropyton viridis). J. Zoo Anim. Med. 6: 25-26, 1975

Schmidt, R. E., and D. A. Hartfiel. Disseminated bacterial infection in an infant rhinocerous. J. Zoo Anim. Med. 7: 15-17, 1976

Toft, J. D.II, R. E. Schmidt, and DePaoli, A. Intestinal polyposis associated with oxyurid

parasites in a chimpanzee. J. Med. Primatol. 5: 360-364, 1976 ( Spring 1977)

Schmidt, R. E. Plasma cell tumor in an East Indian water lizard (Hudrosaurus Amboinensis). J. Wildl. Dis. 13: 47-48, 1977

Schmidt, R. E., and D. A. Hartfiel. Chromomycosis in amphibians. Review and case report. J. Zoo Anim. Med. 8: 26-28, 1977

Schmidt, R. E., and D. A. Hartfiel. Endometriosis in a gray-cheeked mangaby (Cercocebus albigena). J. Zoo Anim. Med. 9: 42-45, 1978

Bonney, C. H., D. A. Hartfiel, and R. E. Schmidt. Klebsiella pneumoniae infection with secondary hypopyon in Tokay gecko lizards (Gekko gecko). JAVMA 173: 1115-1116, 1979

Schmidt, R. E., and K. C. Fletcher. Adrenal cortical neoplasm in a dama gazelle. J. Wildl. Dis. 15: 299-301, 1979

Fletcher, K. C., A. K. Eugster, R. E. Schmidt, and G. B. Hubbard. Parvovirus infection in maned wolves. JAVMA 175: 897-900, 1979

Schmidt, R. E., and J. D. Toft II. Ophthalmic lesions in animals from a zoologic collection. J. Wildl. Dis. 17: 267-275, 1981

Schmidt, R. E., J. D. Toft II, R. L. Eason, and D. A. Hartfiel. Possible toxic liver degeneration in black rhinoceroses. J. Zoo Anim. Med. 13: 3-10, 1982

Migaki, G., J. D. Toft II, and R. E. Schmidt. Disseminated entomophthoromycosis in a mandrill (Mandrillus sphinx). Vet. Pathol. 19: 551-554, 1982

Hubbard, G. B., R. E. Schmidt, and K. C. Fletcher. Neoplasia in zoo animals. J. Zoo Anim. Med. 14: 33-40, 1983

Hubbard, G. B., K. C. Fletcher, and R. E. Schmidt. Fibrosarcoma in a Pere David deer. Vet. Pathol. 20: 779-781, 1983

Schmidt, R. E., and K. C. Fletcher. Non O-Group 1 vibrio cholera infection in a tortoise (Gopherus Berlanderi). J. Wildl. Dis. 19 (4): 358-359, 1983

Schmidt, R. E., G. B. Hubbard, and D. L. Eisenbrant. Tyzzer's disease in snow leopards. J. Comp. Path. Vol 94: 165-167, 1984

Schmidt, R. E., G. B. Hubbard, and K. C. Fletcher. Systematic survey of lesions from animals in a zoologic collection: I. Central nervous system. J. Zoo Anim. Med.17: 8-11, 1986

Schmidt, R. E., G. B. Hubbard, and K. C. Fletcher. Systematic survey of lesions from animals in a zoologic collection: II. Cardiovascular system. J. Zoo Anim. Med.17: 12-17, 1986

Hubbard, G. B., Schmidt, R. E., and Fletcher, K. C. Systematic Survey of Lesions from animals in a Zoologic Collection: XII: Integument System. J. Zoo Amn. Med. 18: 35-39, 1987

Hubbard, G. B., Schmidt, R. E., and Fletcher, K. C. Systematic Survey of Lesions from animals in a Zoologic Collection: XIII: Alimentary System. J. Zoo Amn. Med. 18: 40-46, 1987

Page, C. D. & Schmidt, R.E. Desseminated Intravascular Coagulation in a Neonatal White Rhinoceros (Ceratotherium Simum Simum). J. Zoo Amn. Med. 18: 53-55, 1987

Morales, P. & Schmidt, R.E. Spindle-cell tumour resembling haemangiopericytoma in a common goldfish. Carassius auratus" (L.) Journal of Fish Diseases, 14:499-502, 1991

Schmidt, R. E., G. B. Hubbard, and K. C. Fletcher. Systematic survey of lesions from animals in a zoologic collection: III. Respiratory system. J. Zoo Anim. Med. 17: 17-23, 1986

Schmidt, R. E., G. B. Hubbard, and K. C. Fletcher. Systematic survey of lesions from animals in a zoologic collection: IV. Endocrine glands. J. Zoo Anim. Med. 17: 24-28, 1986

Schmidt, R. E., G. B. Hubbard, and K. C. Fletcher. Systematic survey of lesions from animals in a zoologic collection: V. Reproduction system and mammary glands. J. Zoo Anim. Med. 17: 28-33, 1986

Schmidt, R. E., G. B. Hubbard, and K. C. Fletcher. Systematic survey of lesions from animals in a zoologic collection: VI. Special sense organs. J. Zoo Anim. Med. 17: 34-37, 1986

Schmidt, R. E., G. B. Hubbard, and K. C. Fletcher. Systematic survey of lesions from animals in a zoologic collection: VII. Musculo-skeletal system. J. Zoo Anim. Med. 17: 37-42, 1986
Page, C.D., Jacobson, E., Mechlinski, W., and Schmidt, R.E. Medical Management of a Debilitated Leopard Tortoise. Proc. AAZV. 118-119, 1986

Hubbard, G. B., Schmidt, R. E., and Fletcher, K. C. Systematic Survey of Lesions from animals in a Zoologic Collection: VIII. Pleura and Peritoneum. J. Zoo Anm. Med. 18: 14-17, 1987
Hubbard, G. B., Schmidt, R. E., and Fletcher, K. C. Systematic Survey of Lesions from animals in a Zoologic Collection: IX. Liver, Gallbladder, and Pancreas. J. Zoo Anm. Med. 18: 17-24, 1987

Hubbard, G. B., Schmidt, R. E., and Fletcher, K. C. Systematic Survey of Lesions from animals in a Zoologic Collection: X: Hematopoietic and Lymphoid System. J. Zoo Anm. Med. 18:24-28, 1987

Hubbard, G. B., Schmidt, R. E., and Fletcher, K. C. Systematic Survey of Lesions from animals in a Zoologic Collection: XI: Urinary System. J. Zoo Amn. Med. 18: 29-35, 1987

Uhl, E.W.,Jacobson, E., Bartick, T.E., Micinilio, J., and Schmidt, R. E. Aural-pharyngeal polyps associated with Cryptosporidium infection in three iguanas [Iguana iguana] Vet. Pathol. 38: 239-242, 2001

Miller, C.L., Kinsella, J.M., Garner, M.M. Evans S., Gullett P.A., and Schmidt, R.E. Endemic infections of Parastrongylus (= Angiostrongylus) Costaricensis in two species of non-human primates, raccoons, and an opossum from Miami, Florida J. Parasit. In press

AVIAN DISEASES:

Toft, J. D. II, R. E. Schmidt, and D. A. Hartfiel. Philophthalmus gralli infection in zoo waterfowl. In: Comparative Pathology of Zoo Animals, R. J. Montali and G. Migaki, eds. Smithsonian Institution Press, Washington, DC, 395-399,1980

Schmidt, R. E. Hypermature cataract in a crested mynah (Leucopsar Rothschildi). J. Wildl. Dis. 19: 158-159, 1983

Parnell, M. J., G. B. Hubbard, K. C. Fletcher, and R. E. Schmidt. Nocardia asteroides infection in a purple-throated sunbird (Nectarina Sperapa). Vet. Pathol. 20: 497-508, 1983

Hubbard, G. B., R. E. Schmidt, D. L. Eisenbrant, W. M. Witt, and K. C. Fletcher. Fungal infections of the ventriculus in captive birds. J. Wildl. Dis. 21: 22-28, 1985

Hubbard, G.B., W. Witt, W. Healy, and R.E. Schmidt. An Outbreak of Toxoplasmosis in Zoo Birds. Vet. Pathol. 23: 639-641, 1986

Schmidt, R. E., L.L. Becker, and J.M. McElroy. Malignant Intraocular medulloepithelioma in Two Cockatiels. JAVMA 189, 1105-1106, 1986

Fudge, A. M., Mc Entee, L., and Schmidt, R.E. Cutaneous and Systemic Tuberculosis in a grey-checked parakeet (Brotogeris Pyrrhopterus) Proc. of the AAV. 1986 pp 215-218

Schmidt, R.E., Goodman, G. J., Higgins, R. J., and Fudge, A. M. Morphologic Identification of Papovavirus in a Moluccan Cockatoo (Cacatua Moluccensis) with Neurologic signs. AAV Today 1, 107-108, 1987

Page, C. D., Greiner, E. C., & Schmidt, R. E. Leukocytozoonosis in Crested Oropendolus (Psaracolius Decumanus). AAV Today 1, 155-157, 1987

Huff, D. G., Schmidt, R. E., and Fudge, A. M. Psitticine Beak and Feather Disease in a Blue-Fronted Amazon (Amazona Aestiva). AAV Today 2, 84-86, 1988

Schmidt, R.E. Dustin, L.R., and Slevin, R.W. Proventricular Adenocarcinoma in a budgerigar (Melopsittarus undulatus) and a grey-cheeked parakeet (Brotogeris Pyrrhopterus). AAV Today 2:140-142, 1988

Page, C.D., Schmidt, R.E., Hubbard, G.B., and Langlinais, P. Sarcocystis myocarditis in a red lory (Eos bornea). J. Zoo & Wildlife Med. 20, 461-464, 1989

Page, C.D., Schmidt, R.E., English, J.H., et.al. Antemortem diagnosis and treatment of Sarcocystosis in two species of psittacines. J. Zoo Wildlife Med. 23. 77-85, 1992

Schmidt, R.E. Morpholoigc Diagnosis of Avian Neoplasms. Seminars in Avian and Exotic Pet Medicine. 1: 73-79, 1992

Schmidt,R.E. and Okimoto, B. Mast cell tumors in two owls. JAAV 6: 23-24, 1992

Schmidt, R.E. Common gross lesions on non-psittacine birds. JAAV 26:223-226, 1992

Schmidt, R.E. "Sudden" death in pet birds.Proc. AAV, Philadelphia, 1995, pp473-47.

Schmidt, R.E. Protozoal Diseases of Rabbits and Rodents. Seminars in Avian and Exotic Pet Medicine 3: 126-130, 1995.

Lafferty, SL., Fudge, AM., Schmidt, RE., et. al. Avian polyomavirus infection and disease in a green aracaris [Pteroglossus viridis]. Avian Dis. 43: 577-585. 1999.

Schmidt, R.E. and Reavill, D. R. Thyroid hyperplasia in birds. J. Avian Med. Surg. 16: 111-114, 2002

Schmidt, R. E. Avian Thyroid Metabolism and Diseases. Seiminars in Avian and Exotic Pet Medicine. 11: 80-83, 2002

Schmidt, R.E. Practical Gross Pathology. Seminars in Avian and Exotic Pet Medicine. 12: 59-61, 2003

Schmidt, R.E. Types of renal disease in avian species. Vet Clin Exot Anim 9: 97-106, 2006.


EXPERIMENTAL PATHOLOGY

Clarke, T.D., D.C. Smedley, W.H. Muzzy, C.D. Gragg, R.E. Schmidt, and E.M. Trout. Impact tolerance and resulting injury patterns in the baboon: Air Force shoulder harness. Lab. Belt Restraint. Proc., 16th Stapp Car Crash Conference, Society of Automotive Engineers, Inc. 365-411, 1972

Johnson, W.S., and R.E. Schmidt. Polyvinyl choloride acrylic thermoplastic compatibility test. EHL(K) 76-5, Technical Report, USAF Environmental Health Laboratory, Kelly AFB, TX, August 1976

Bonney, C.H., R.E. Schmidt, D.M. Hunter, and G.E. Conley. Florescien Angiography and light microscopy studies of retinas irradiated by oxygen nuclei. Aviat. Space & Environ. Med. 48: 418-423, 1977

Gibbons, W.D., R.E. Schmidt, and R.G. Allen. Histopathology of retinal lesions produced by long-term laser exposure. Aviat. Space & Environ. Med. 48: 708-711, 1977

Johnson, W.S., and R. E. Schmidt. Effects of polyvinyl choride ingestion by dogs. A. J. Vet. Res. 38: 1891-1982, 1977

Hubbard, G.B., R. E. Schmidt, C. A. Gleiser, and W. F. MacKenzie. Effects of hyperparathyroidism and dietary calcium supplementation on bone healing. Amr. J. Vet. Res. 40: 288-293, 1979

Sprague, E. A., D. F. Peterson, R. G. Troxler, R. E. Schmidt, and J. T. Young, Potentiation effect of cortisol on atherogenesis in cynomolgus monkeys. Fed. Proc. (Abstract) 38: 1457, 1979

Schmidt, R. E., J. Taboada, and W. I. Bucher. Suprathreshold retinal damage due to single 6 picosecond 1060 nm laser light pulses. Aviat. Space & Environ. Med. 50: 788-791, 1979

Schmidt, R. E., and R. J. Panciera. Effects of aflatoxin on pregnant hamsters and hamster fetuses. J. Comp. Pathol. 90: 339-347, 1980

Bacher, J. D., and R. E. Schmidt. Effects of autogenous cancellous bone on healing of homogenous cortical bone grafts. J. Small Anim. Pract. 21: 235-245, 1980

Schmidt, R. E., and J. Zuclich. Retinal lesions due to ultraviolet laser exposure. Invest. Ophthalmol. Vis. Sci. 19: 1166-1175, 1980

Reed, R. E., R. E. Schmidt, J. Taboada, and G. Griess. Histologic evaluation of ocular damage from a white-light laser. Fed. Proc. (Abstract) 39: 646, 1980

Schmidt, R. E., G. B. Hubbard, J. L. Booker, and C. A. Gleiser. Dietary induction of renal mineralization in dogs. Canad. J. Comp. Med. 44: 459-465, 1988

Zuclich, J., T. J. Tredici, G. W. Mikesell, W. D. Gibbons, and R. E. Schmidt. Miles device: Ocular hazard evaluation. SAM-TR-80-2, USAF School of Aerospace Medicine, 1980

Sprague, E. A., R. G. Troxler, D. F. Peterson, R. E. Schmidt, and J. T. Young. Effect of cortisol on the development of atherosclerosis in cynomolgus monkeys. In: The Use of Nonhuman Primates in Cardiovascular Diseases, S. S. Kalter, ed., Univ. of Texas Press, Austin, 261-264, 1980

Schmidt, R E., and C. H. Bonney. Oxygen nuclei radiation of retinas: long-term observations. Radiat. Res. 85: 355-366, 198

Schmidt, R. E., and J. L. Booker. Effects of different surgical stresses on hematologic and blood chemistry values in dogs. J. Am. Anim. Hosp. Assn. 18: 758-762, 1982

Schmidt, R. E., J. Tredici, and P.S. O'Connor. Histopathology of experimental optic tract hemianopia. Ophthalmic Res. 14: 354-360, 1982

Schmidt, R. E., and J. A. Zuclich. Effect of non-mode-locked ultraviolet laser (334 nm) on the retina. Aviat. Space Environ. Med. 55: 132-135, 1984

Schmidt, R. E., J. H. Merritt, and K.H. Hardy. In utero exposure to microwaves does not affect rat fetal development. In. J. Radiat. Biol. 46: 383-386, 1984

Vernot, E. H., J. D. MacEuen, R. H. Bruner, C. C. Haun, E. R. Kinkead, D. E. Prentice, A. Hall, R. E. Schmidt, R. L. Eason, G. B. Hubbard, and J. T. Young. Long term inhalation toxicity of hydrazine. Fund. and Appl. Toxicol. 5: 1050-1064, 1985

Raines, A. M., Kocan, A., and Schmidt, R. E. Experimental inoculation of adenovirus in ostrich chicks [Struthio camelus]. J. Avian Med. Surg. 11: 255-259, 1997

Shara, M., Ohia S.E., Schmidt, R. E. , Yasmin, T., Zardetto-Smith, A., Kincaid, A., Bagchi, M., Chatterjee, A., Bagchi, D., and Stohs, S. J. Physico-chemical properties of a novel[-]- hydroxycitric acid extract and its effect on body weight, selected organ weights, hepatic lipid peroxidation and DNA fragmentation, hematology and clinical chemistry, and histopathological changes over a period of 90days. Mol Cell Biochem. 260: 171-186, 2004

Other.

Schmidt, R. E., and F. M. Garner. Comparative Ophthalmic Pathology Syllabus and Study Set. American Registry of Pathology, AFIP, Washington, DC. 1969

Young, J. T., R. E. Schmidt, and E. A. Sprague. Branches of the aortic arch in the cynomolgus monkey (Macaca Fascicularis). Am. J. Vet. Res. 40: 1127-1130, 1979

Butcher, W.I., R. E. Schmidt, F. A. Elias, and M. J. Hammond. A rapid method for resectioning a semithin large epoxy section for electron microscopy. Micron 10: 141-143, 1979

Hubbard, G. B., and R. E. Schmidt. Pox Diseases. Section in "Health Hazards in the Veterinary Practice," Texas Department of Health. 28-29, 1985

INVITED ORAL PRESENTATIONS:

Diseases of Guinea Pigs," Pathology of Laboratory Animals (POLA) Course, Armed Forces Institute of Pathology (AFIP), 1968

Systemic Pathology of Chimpanzees" POLA Course, AFIP, 1970

Comparative Pathology of the Eye" Comparative Pathology Course, AFIP, 1974

Hamster Husbandry and Diseases Operational Laboratory Animal Problems (OLAMP) course, USAFSAM, May 1974

Diseases of Laboratory Primates and Dogs OLAMP Course, USAFSAM, May 1975

Rodent Eye Problems OLAMP Course, USAFSAM, 1976

What Is Your Diagnosis? " Seminar.
Panel Member, American Association for Laboratory Animal Sciences, Oct. 1977

Selective Photoreceptor Damaged Induced by Ultraviolet Radiation˝ J. A. Zuclich & R. E. Schmidt. Ninth International Congress on Photobiology, Philadelphia, 1984.

Pathology of Avian Viral Diseases ˘California Veterinary Association Annual Meeting, Santa Clara, CA 1989

Current Ostrich Disease Update American Ostrich Association Annual Meeting, Las Vegas, NV. February, 1993

Differential Diagnosis of Avian Skin Disease˘ AAV Conference,Nashville, TN, September, 1993

Avian Infectious Diseases/Avian Non-Infectious Disease˝s. Mid-Atlantic Coast Veterinary Assoc. Meeting, Atlantic City, NJ. October, 1993

Avian Infectious Diseases/Avian Non-Infectious Diseases. AVMA Conference, San Francisco, CA˘ July, 1994

Infectious Diseases of Pet Birds˝C.L. Davis Symposium, Purdue University, July, 1995.

Pathology of the Avian Urinary System and Special Senses. American Board ofVeterinary Practicioners Symposium.˘ Chicago, Ill. June 1996

Necropsy Wet Lab and Seminar for Practitioners And Aviculturists.˘ Salt Lake City, UT., November, 1996

The Avian Musculoskeletal System. Australian Association of Avian Veterinarians Annual Meeting. Noosa, Queensland, 1999

The Avian Liver in Health and Disease. Assoc. Avian Veterinarians Annual Meeting. New Orleans La. 1999

Anatomy, Histology and Diseases of the Avian Reproductive System. ABVP Symposium Dallas Tx. 2000

Emerging Diseases of Birds. International Conference on Exotics, West Palm Beach FL. 2003

Diseases of Ampibians. Annual meeting of the Association of Reptile and Amphibian Veterinarians, Naples Fl. 2004.

BOOK CHAPTERS:

Schmidt, R. E. Chromomycosis. In: Diseases of Reptiles and Amphibians, G. L. Hoff, F. Frye, and E. Jacobson Eds. Plenum Press, N.Y. 169-181,1984

Hubbard, G. B., and R. E. Schmidt. Noninfectious Diseases of Hamsters. Chapter in American College of Laboratory Animal Medicine (ACLAM) publication on the hamster.

Academic Press, New York 1988

Schmidt, R.E. Psittacine birds as reservoirs of serious disease. In: Zoo and Wild Animal Medicine, 3rd Edition, M.E. Fowler, (Ed.), Saunders, Philadelphia, PA 1992

Schmidt, R.E. Pathologic aspects of disorders of the skin and feathers. Chapt. 26A in: Diseases of Cage and Aviary Birds. 3rd Edition. Rosskopf & Woerpel, (Eds.). Williams & Wilkins, Philadelphia, 1996

Schmidt, R.E. Pathology of caged birds: Major diseases encountered in pet avian practice. Chapt. 66 in: Diseases ofCage and Aviary Birds. 3rd Edition. Rosskopf & Woerpel, (Eds.). Williams & Wilkins, Philadelphia, 1996.

Schmidt, RE & Hubbard, GB. Tumors of the endocrine glands. In: Pathology of Tumors in Laboratory Animals. Vol. 3. Tumors of the Hamster. V. Turusov & U. Mohr, (Eds). IARC Scien Pubs. No. 126. Lyon, 307-320, 1996

Schmidt, R.E. Neoplastic diseases. Chapt. 34 in: Avian Medicine and Surgery. Altman et. al., (Eds.), W.B.Saunders, Philadelphia, 1997

Schmidt, R.E. Immune System. Chapt. 37 in: Avian Medicine and Surgery. Ed. Altman et.al., (Eds.), W.B.Saunders, Philadelphia, 1997

Schmidt, R.E Contributing author, Self-Assessment color review of avian medicine. Eds. Altman, RB andForbes,NA: Iowa state univ press, 1998

Schmidt, R. E. Necropsy. Chapt. 25 in: Manual of Avian Medicine. Eds: Olsen, GH and Oroz, SE. Mosby, 2000

BOOKS.

Schmidt, R. E., R. L. Eason, G. B. Hubbard, J. T. Young, and D. L. Eisenbrandt. Pathology of Aging Syrian Hamsters, CRC Press, Boca Raton, Florida, 1983, 242 pp.

Schmidt, R. E. and G. B. Hubbard. Atlas of Zoo Animal Pathology: Vol. I. Mammals. CRC Press, Boca Raton, Florida, 1987

Schmidt, R E. and G. B. Hubbard. Atlas of Zoo Animal Pathology: Vol. II. Birds, Reptiles and Miscellaneous Species. CRC Press, Boca Raton, Florida, 1987

Schmidt, R. E., Reavill, D. R. and Phalen, D. L. Pathology of Pet and Aviary Birds. Iowa State Press, Ames, Iowa, 2003

Schmdit, R.E. and Reavill, D.R. A Practioner's Guide to Avian Necropsy. CD format. Zoological Education Network, Lake Worth FL. 2003

**Exhibit B**

Mr Carter Dillard
HSUS


Species: Avian-Ducks

History: Ducks force-fed to produce foie gras.

Samples: Three samples examined, two from Hudson Valley Foie Gras and one from Prairie Harvest.

Hudson Valley. Submitted was a whole unfixed duck liver and a piece of skeletal muscle. Grossly the liver was enlarged and pale yellow-tan [Figure 1]. Scattered small red foci were noted. Histologically there was diffuse swelling and vacuolation of hepatocytes [Figure 2]. In the skeletal muscle there was mild separation of myofibers and infiltration/proliferation of adipocytes [Figure 3].

Prairie Harvest. Submitted was a whole frozen duck liver. It was grossly enlarged and pale tan-cream. [Figure 4] Histologically freeze artifact was present and hepatocytes were swollen and vacuolated [Figure 5]. Sections stained by the oil-red-O [ORO] method were diffusely positive for fat [Figure 6].


Comments: Both livers were obviously enlarged, pale and friable which are typical characteristics of excessive fat. The histologic appearance of both livers was also typical of excessive fat and this was positively seen with the ORO stained sections. The amount of fat noted in these livers was definitely abnormal.


There are a variety of mechanisms that allow accumulation of excessive fat in hepatocytes. One of these is excessive fat and calories in the diet.

There is usually hyperlipidemia and the normal mechanisms for clearing fat from the hepatocytes are overwhelmed which can lead to the histologic and gross appearance of the livers examined.

Although hepatocytes with excessive lipid are still viable, they are not normal and represent a pathologic condition that may lead to impaired cellular functions which in turn can lead to clinical illness. Primary metabolic disease associated with diminution of hepatic function is possible, and fat infiltration in to the skeletal muscle in one indicaton of possible systemic derangement in lipid metabolism. Secondary diseases, including infections are also possible in a debilitated animal and could infect any organ or organ system.

The gross and histologic findings in these livers were similar to the primary hepatic findings in the reports identified as NY2003 and NY2005 reports.

Robert E Schmidt DVM PhD DACVP
Zoo/Exotic Pathology Service

# Exhibit C

References cited in Dr. Schmidt's affidavit:

1.  Gabarrou, J.F., M.R. Salichon, G. Guy, and J.C. Blum. Hybrid ducks overfed with boiled corn develop an acute hepatic steatosis with decreased choline and polyunsaturated fatty acid level in phospholipids. Reprod. Nutr. Dev. 36:473-484. 1996.

2.  Gazdzinski, P., E.J. Squires, and R.J. Julian. Hepatic lipidosis in turkeys. Avian Dis. 38:379-384. 1994.

3.  Hermier, D. Lipoprotein metabolism and fattening in poultry. J. Nutr. 127(5):805-808. 1997.

4.  Molee, W., M. Bouillier-Oudot, A. Auvergne, and R. Babile. Changes in lipid composition of hepatocyte plasma membrane induced by overfeeding in duck. Comp. Biochem. Physiol., B 141: 437-444. 2005.

5.  Rupley, A., ed., Manual of Avian Practice. WB Saunders Co., Philadelphia. 1997

6.  Saif, Y.M., ed., Diseases of Poultry, 11th ed., Iowa State Press. 2003.

# Exhibit D

**The Exotic Pet Clinic**
7297 Commerce St
Springfield, VA 22150
Tel: 703-451-3414
Fax: 703-866-4926

Client # 1497
Chart #

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| S3530440 | | MOOSE | DUCK | 12/21/2002 |

| Species | Breed | Sex | Pet Age | Reported |
|---|---|---|---|---|
| Avian | | F | | 12/27/2002 05:37 PM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|

BIOPSY

Biopsy
Microscopic Description
The specimen consists of necropsy tissues representing lung, liver, and kidney. The tissues are from an adult female duck which was being force-fed corn.

The lung is severely congested with mild to moderate hemorrhage and edema in bronchioles. Droplets of eosinophilic proteinaceous and fatty material are present in the bronchioles with mild to focally moderate infiltrates of granulocytes and histiocytes. No microorganisms are identified.

The liver shows severe lipid swelling of hepatocytes. Small foci of hematopoiesis are present around portal triads representing myeloid and erythroid precursors. Rare minimal periportal infiltrates of lymphocytes and plasma cells are also noted.

The kidney has very mild multifocal interstitial infiltrates of lymphocytes, plasma cells, and a few granulocytes. No other changes are identified.

Microscopic Findings:
1. Aspirated food material with mild to moderate subacute hemorrhagic bronchiolitis, lung
2. Severe congestion, lung.
3. Severe fatty change, liver.
4. Minimal chronic cholangiohepatitis with mild patchy extramedullary hematopoiesis, liver.
5. Mild multifocal chronic active interstitial nephritis, kidney.

Comment
Lung morphology is consistent with aspiration pneumonia. Fatty proteinaceous food material is present with bronchioles. The severe fatty change in the liver is consistent with the clinical history of being force-fed. Inflammation in the liver and kidney is limited and probably not clinically significant.

Anne L. Kincaid, D.V.M., Diplomate A.C.V.P.

REPORT NOTES:
LIVER LUNG KIDNEY

Page 1                    FINAL                    12/27/2002 05:37 PM

Exhibit F

ANTECH DIAGNOSTICS 1111 Marcus Avenue Lake Success NY 11735 Phone 800-872-1001

The Exotic Pet Clinic
7297 Commerce St
Springfield, VA 22150
Tel: 703-451-3414
Fax 703-866-4926

Client # 1497
Chart #

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| S3654008 | SIEMERING | SHAPIRO | MULLARD 1 | 01/22/2003 |

| Species | Breed | Sex | Pet Age | Reported |
|---|---|---|---|---|
| Avian | | U | | 01/24/2003 03:23 PM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|

**BIOPSY**

Biopsy

Microscopic Description
The specimen consists of necropsy tissues representing liver, kidney,
and lung. The tissues are from a Muscovy Peking cross breed duck which
was being force fed. At necropsy, bumblefoot was present, the duck was
extremely overweight, and had dirty plummage. The liver was very
enlarged and fatty and huge amounts of intracoelomic fat were present.

The liver shows diffuse severe lipid swelling of hepatocytes. Mild to
moderate inflammation is present around portal triads representing
lymphocytes, plasma cells, histiocytes, and granulocytes. No
microorganisms are identified.

The kidney has mild multifocal interstitial infiltrates of lymphocytes
and plasma cells. The lung is severely congested. Very mild
peribronchiolar infiltrates of lymphocytes are present. However, the
lung is incompletely sectioned due to sectioning artifact.

Microscopic Findings:
1. Severe fatty change, liver.
2. Mild to moderate chronic active cholangiohepatitis, liver.
3. Mild chronic interstitial nephritis, kidney.
4. Severe congestion with mild chronic bronchiolitis, lung.

Comment:
The fatty change in the liver is consistent with the clinical history
of force feeding. Significant periportal inflammation is present,
suggesting systemic infection possibly from the bumblefoot.
Inflammation is limited in the kidney. Changes in the lung are
nonspecific although the bronchiolitis may reflect environmental
conditions. Deeper sectioning of the lung is in progress and any
significant changes will be noted in a supplemental report.

Anne L. Kincaid, D.V.M., Diplomate A.C.V.P.

Exhibit F

01/27/2003 10:13 ET    REF:1497    Z0AS9496    FR:Z0ASIS    TO: 7036664926/-S3654017    Page 1 of 1

ANTECH DIAGNOSTICS 1111 Marcus Avenue Lake Success NY 11735 Phone: 800-872-1001

The Exotic Pet Clinic                                    Client # 1497
7297 Commerce St                                         Chart #
Springfield, VA 22150
Tel: 703-451-3414
Fax: 703-866-4926

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| S3654017 | SIEMBERG | SHAPIRO | MULLARD 2 | 01/22/2003 |

| Species | Breed | Sex | Pet Age | Reported |
|---|---|---|---|---|
| Avian | | U | | 01/27/2003 10:05 AM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|

Biopsy
  Biopsy
    Microscopic Description: Liver: The liver parenchyma shows diffuse
    hepatocellular swelling and hepatocellular vacuolation compatible with
    fatty change. Some portal tracts show infiltration of lymphocytes and
    plasma cells with scattered heterophils. Scattered heterophils are
    also seen in some sinusoidal spaces. Vascular congestion is also
    evident.
    Lung: The lung parenchyma shows marked vascular congestion.
    Multifocal infiltration of plasma cells and lymphocytes with scattered
    heterophils and rare macrophages are also seen in some areas of the
    lung parenchyma.
    Kidney: The renal parenchyma shows moderate autolysis and congested
    blood vessels.

    Diagnoses: 1. Liver: A) Diffuse hepatocellular vacuolation
               compatible with fatty change. B) Mild subacute
               pericholangitis
            2. Lung: Subacute pneumonia
            3. Kidney: Vascular congestion and autolysis

    Comment: Fatty change is a nonspecific lesion. It can be seen
    associated with anorexia, toxic, a metabolic disease, etc. The
    inflammatory changes seen in the portal tracts and in the lung
    parenchyma are nonspecific. They could be associated with Chlamydia,
    an underlying bacterial infection, etc.

    Byron Ruiz, D.V.M.

Page 1                          FINAL                    01/27/2003 10:05 AM

Exhibit F

ANTECH DIAGNOSTICS 1111 Marcus Avenue Lake Success NY 11735 Phone: 800-872-1001

The Exotic Pet Clinic
7297 Commerce St.
Springfield, VA 22150
Tel: 703-451-3414
Fax: 703-866-4926

Client # 1497
Chart #

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| 53654017 | SIEMERING | SHAPIRO | MULLARD 2 | 01/22/2003 |

| Species | Breed | Sex | Pet Age | Reported |
|---|---|---|---|---|
| Avian | | U | | 01/30/2003 02:31 PM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|

BIOPSY
Biopsy
Microscopic Description: Liver: The liver parenchyma shows diffuse
hepatocellular swelling and hepatocellular vacuolation compatible with
fatty change. Some portal tracts show infiltration of lymphocytes and
plasma cells with scattered heterophils. Scattered heterophils are
also seen in some sinusoidal spaces. Vascular congestion is also
evident.
Lung: The lung parenchyma shows marked vascular congestion.
Multifocal infiltration of plasma cells and lymphocytes with scattered
heterophils and rare macrophages are also seen in some areas of the
lung parenchyma.
Kidney: The renal parenchyma shows moderate autolysis and congested
blood vessels.

Diagnoses: 1. Liver: A) Diffuse hepatocellular vacuolation
compatible with fatty change. B) Mild subacute
pericholangitis.
2. Lung: Subacute pneumonia.
3. Kidney: Vascular congestion and autolysis.

Comment: Fatty change is a nonspecific lesion. It can be seen
associated with anorexia, toxic, a metabolic disease, etc. The
inflammatory changes seen in the portal tracts and in the lung
parenchyma are nonspecific. They could be associated with Chlamydia,
an underlying bacterial infection, etc.
ADDENDUM: The lesions observed in the liver could possibly have been
caused by high-fat content in the diet.

Byron Ruiz, D.V.M.

Supplemental Report:
Reculs of the liver, lung, and kidney are received for a second
opinion. The tissues are from a Mallard duck which was being
force fed. Necropsy lesions are not described.

The liver shows diffuse severe lipid swelling of hepatocytes. Mild
periportal infiltrates of lymphocytes, plasma cells, and fewer
granulocytes are identified. No microorganisms are present.

The lung is severely congested. Mild to focally moderate
peribronchiolar inflammation is present representing lymphocytes,
plasma cells, histiocytes, and a few granulocytes. No other changes
are seen.

Page 1                    FINAL              01/30/2003 02:31 PM

Exhibit F

| Accession No.<br>S3654017 | Doctor<br>SIEMERING | Owner<br>SHARIRO | Pet Name<br>MULLARD 2 | | |
|---|---|---|---|---|---|
| Test Requested | | Results | | Reference Range | Units |

The kidney is mildly congested and autolyzed but otherwise unremarkable.

Microscopic Findings:
1. Severe fatty change with mild chronic active cholangiohepatitis, liver.
2. Severe congestion with mild to focally moderate chronic active bronchiolitis, lung.
3. Mild congestion and autolysis, kidney.

Comment:
Liver fatty change is consistent with the clinical history of being force fed. The inflammation around portal triads contains some granulocytic infiltrates and the possibility of a low grade systemic infection cannot be excluded. The inflammation around bronchioles probably reflects environmental conditions. No overt evidence of infection is seen although a few granulocytes are identified.

Anne L. Kincaid, D.V.M., Diplomate A.C.V.P.

FINAL                    01/30/2003 02:31 PM

Exhibit F

# CORNELL UNIVERSITY HOSPITAL FOR ANIMALS
## (607) 253-3060

## STATEMENT OF DISCHARGE
### Discharge Date: 9/30/2005

Entry Date: 9/30/2005

| | | |
|---|---|---|
| Case #: **173915** Species: **Avian** | Owner: | **Beeby,Meghan C** |
| Patient: **Damon** | Address: | **344 Halseyville Rd** |
| Breed: **Other Duck** | | **Ithaca, NY 14850** |
| Color: **White** | Phone(s): | **(607) 387-3079** |
| DOB: Sex: **Unknown** | | **(607) 227-3669** |
| Referring Vet: | Referring Vet Phone: | |
| Reason for Visit: | Fax: | |

**Admission Date:** 9/29/2005
**Clinician:** Perchick, Jonathan; Bartlett, Susan
**Chief of Service:** Abou-Madi, Noha
**Student:** Lupo, Deborah
**Service:** Emergency SAC

**Problems:** Unable to ambulate, chronic malunion fracture of pelvic limbs bilaterally, bumble foot bilaterally on 4th digits, pressure sores on hocks and keel, pale mucous membranes

**Visit Summary:**
    Damon was presented 9/29/2005 in the evening to Cornell emergency. Damon was found by Mrs. Beeby on her porch when she arrived home from work. He was breathing heavily, panting, had diarrhea and could not walk. She tried to offer water but he was not interested and then was brought directly to Cornell.
    On physical exam Damon was bright, alert and responsive. His weight was 3.9kg, pulse 216 bpm, pale mucous membranes and respiratory rate was 24 bpm. He was moderately conditioned with a fair amount of flesh surrounding his keel. He has pressure sores on both hocks and his keel. The hock joints were firm and enlarged and fixed in a bent position (ankylosed). There were bilateral tibiotarsal fractures that had healed in an abnormal position. On the right pelvic limb there were proximal and distal tibiotarsal fractures and on the left limb there was a midshaft tibiotarsal fracture. There was hyperplasia and black pigmentation of the tissue on the plantar (bottom) surface of both feet (Bumble Foot) associated with the 4th digit and metatarsal pad.
    Damon remained is the hospital overnight. Pain medication was administered intramuscularly (torbugesic 1mg/kg). Fresh water and feed was offered. Damon began to drink immediately.
    9/30/2005: Damon was bright, alert and responsive. No additional findings on physical exam from yesterday were noted. 1.5mg/kg of Ketoprofen was administered intramuscularly.
    10/1/2005: Damon was bright, alert and respomsive. No additional findings on physical exam from the previous day were noted. Heart rate was 272 bpm, his mucous membranes were pale, and the respiratory rate was 24 bpm. Damon had very green feces today which was very foul smelling. 1.5mg/kg Ketoprofen was administered intramuscularly. Damon can not walk and is very stressed when handled even a small amount. As Damon's quality of life is very poor humane euthanasia was suggested to the owner as an option. Since Damon can not walk he will continue to have pressure and rub sores on his hocks and keel. These wounds are very susceptible to infection. As per the owners

**Susan Bartlett**

| Owner/Agent | Clinician | Chief of Service |
|---|---|---|
| | Electronic approval on 10/1/2005 | |

Exhibit F

request blood was submitted for a complete blood count and chemical analysis. The chemistry panel was within normal limits.

Due to the poor prognosis, the owners consented to humane euthanasia.

**Diagnoses:** right pelvic limb: proximal and distal tibiotarsal fractures
left pelvic limb: midshaft tibiotarsal fracture
Bumblefoot bilaterally
Pressure sores on both hocks and on the keel

**Procedures:** Emergency visit, physical exam, pain management, CBC, blood chemistry, euthanasia

**Medications:** In hospital, ketofen 1.5 mg/kg for pain

**Prognosis:** grave for ambulation

Thank you for caring so much for Damon. We regret we could not do more for him.

*Thank you for bringing Damon to the College of Veterinary Medicine for treatment. We hope that you have been satisfied with the service, treatment, and billing procedure. If you wish to discuss these matters, please feel free to contact us.*

Susan Bartlett
_____          _____          _____
Owner/Agent                              Clinician                              Chief of Service
                                  Electronic approval on 10/1/2005

Exhibit F

# CORNELL UNIVERSITY - COLLEGE OF VETERINARY MEDICINE

## VETERINARY MEDICAL TEACHING HOSPITAL

## NECROPSY REPORT

Case #: 173915    Species: Avian
Owner: Beeby,Meghan C
Address: 344 Halseyville Rd
Ithaca, NY 14850
Phone(s): (607) 387-3079, (607) 227-3669
Patient: Damon
Breed: Other Duck
Color: White
DOB:        Sex: Unknown

Admission Date: 10/3/05    Discharge Date: 10/3/05
Clinician(s): Morrisey,J
Service: Ultrasound/Radiolog Location:
Referring Vet:
Reason for Visit: Radiographs only
Discharge Status: Euthanized 10/3/2005

Method of Death: **Fatal Plus**
Date/Time of Death: **10/1/05**
Exam Type: **GH**
Date/Time of Exam: **10/4/05**
PM Interval: **3 day(s)**
Body Weight: **3.9 KG**
Duration of Illness:
# Animals Housed:
# Animals Affected: **1**
# Animals Died: **1**
Copy(s):
PM Test(s):

Necropsy #: **N05-295**
Diag Lab #:
Previous #(s):
Related #(s):
Receipt Date: **10/3/05**
Finalized:
Prosector: **Palyada,K.**
Path-in-charge: **Schlafer**
Student: **Greenberg**

### Tissues
**Crop ; G**
**Liver ; G**
**Joint ; G**

### Diagnoses

| | | |
|---|---|---|
| Antem | (2491-4160.0) | **Fracture tibiotarsal** |
| Gross | (1100-1000.9) | **Ulcerative dermatitis,skin disease,dermatosis** |
| Gross | (0Y00-8023.A) | **Papilloma A** |
| Gross | (2370-4160.0) | **Fracture tibia** |
| Gross | (2480-6102.X) | **Rotation laxity tibia, stifle joint** |
| Gross | (2400-9120.0) | **Osteoarthritis multiple joints** |
| Gross | (2400-9300.0) | **Arthritis due to unknown** |
| Gross | (6800-9170.0) | **Lipidosis liver** |
| Gross | (0100-3000.X) | **Death due to euthanasia** |

```
                              Malignancy Codes
A - Benign - no premalignant significance        B - Benign - having premalignant significance
D - Neoplasm - malignancy not determined         E - Malignant neoplasm - non-infiltrating
F - Malignant neoplasm - differentiated          G - Malignant neoplasm - undifferentiated (anaplastic)
H - Malignant neoplasm - differentiation not determined    I - Malignant neoplasm - metastatic site
```

### History:
-Duck found abandoned on porch by Mrs. Beeby abandoned.

Exhibit F

# CORNELL UNIVERSITY - COLLEGE OF VETERINARY MEDICINE

## VETERINARY MEDICAL TEACHING HOSPITAL

### NECROPSY REPORT

-PE: Bilateral tibiotarsal fractures
Ankylosis and infection of hock joints bilateral
Keel sore
Bumble foot 4th digits bilaterally


-Tx: 9/29 Butorphanol 5.85mg IM breast SID
9/30 Ketophen  1.5 mg 1kg IM breast SID
10/1 Ketophen  1.5mg 1 kg  IM breast SID
10/1 Pentobarb  2ml IV Rt ulnar v.


DDX: Bilateral tibiotarsal fractures (trauma, developmental, congenital, metabolic ??)


Paged Dr. Bunting to make sure that this is truly a Private Cremation.  lcc 10/1/05 - Private cremation confirmed by Dr. Bunting.  lcc


**Gross description**
This is the carcass of a 3.9 kg, male, intact, duck of unknown age in good body condition with moderate autolysis. There is a keel sore and pressure sores on the 3rd and 4th digits bilaterally. There is moderate roughening of the surface of both the femoral heads (osteoarthritis). Over both the tibiotarsal joints the skin is ulcerated and subjacent dermal necrosis extends to the joint capsule. There is a very small amount of fibrinous tissue in the tibial-tarsal joint (presumptive).


Both tibiotarsi show diaphyseal varus deformities. A section of one tibiotarsus shows an old fracture that has healed at a 45 degree angle and turns medially (varus). The intertarsal joints (hocks) bilaterally have 90 degree rotations, resulting in the plantar surfaces of both feet facing medially towards each other. The other limb is similarly involved (old fracture and distal limb deviation).


There is a 1 x 0.5 x 0.25 cm tan, hard, pedunculated 'almond-shaped' mass attached to the mucosa of the crop (papilloma, presumptive). The liver is mildly enlarged and is slightly yellow (hepatic lipidosis, presumptive). There is a 3 x 4 cm area of hemorrhage in the left pectoral muscle (injection site, presumptive).


**Gross Findings**
Tibiotarsal joints: Bilateral chronic arthritis and ulcerative dermatitis
Tibiotarsus: Healed fractures (bilateral) and resulting varus rotation       Femoral Heads:
Moderate Bilateral osteoarthritis

Exhibit F

Crop: Papilloma, presumptive
Liver: Hepatic lipidosis (presumptive)

**Gross Diagnosis**
Euthanasia
Ulcerative dermatitis with secondary arthritis
Limb deformity

**Comment**
Mycoplasma and Pasteurella most commonly affect the joints of birds and a sample of joint fluid is taken to rule out the said causes. The pedunculated mass observed in the crop is likely a papilloma. Hepatic lipidosis observed on the gross examination is likely incidental. However, hepatic amyloidosis can not be ruled out. The carcass was radiographed and the radiologist report is pending.
DHS/cmk 10/6/05

Exhibit F



**From :**  Don Schlafer <dhs2@cornell.edu>
**Sent :**  Tuesday, November 15, 2005 12:43 PM
**To :**  "Meghan Beeby" <meghanbeeby@hotmail.com>
**Subject :**  Re: Question about necropsy report

Ms Beeby,


The shape and appearance of the small lesion in the crop caused us to initially
consider the small tissue structure to be a small benign tumor (papilloma).
Histopathology (microscopic) examination revealed the area to be heavily
infected with fungal hyphae with and associated intense tissue response
(granuloma)  with tissue response (granulation tissue) that was organized into
a polypoid (papilliferous) shape.  The bottom line is that the mass was not a
tumor, but a chronic focal infection with fungi. Interpretation of the path
report can be confusing as it lists the initial gross path findings and the
histopathology diagnoses.  At the end, the final diagnoses are listed.

Hope this helps,

DHS



Dear Dr. Schlafer,

I have a question about a necropsy report which you worked on for my duck
who had to be euthanized.  I noticed that the report says the crop had a
pedunculated mass likely a papilloma, presumptive.  Do you think this was
scar tissue and a granuloma infected with fungi? This was case #173915.

Thank you very much for your time.

Sincerely,

Meghan Beeby

344 Halseyville Road
Ithaca, NY 14850


---
Express yourself instantly with MSN Messenger! Download today — it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/


--
Donald H. Schlafer DVM, PhD
Diplomate, ACVP, ACVM, and ACT
Professor of Comparative Reproductive Pathology

Exhibit F

T6-020 VRT, Department of Biomedical Sciences
College of Veterinary Medicine, Tower Road
Cornell University, Ithaca, New York 14853

607-253-3352 (Phone)
607-253-3541 (FAX)

Exhibit F