SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
----------------------------------------X

In the Matter of the Application of THE HUMANE
SOCIETY OF THE UNITED STATES, INC; FARM
SANCTUARY, INC.; THE NEW YORK STATE
HUMANE ASSOCIATION, INC.; JOY PIERSON as
proprietor of Candle Café and Candle 79; CAROLINE
A. LEE; LORI KOCH; IAN SPAFFORD; DORIS
BOOTH; and JESSICA GORMAN,

|  |  |
|---|---|
| Petitioners-Plaintiffs, | Index No. 7704-06 |
|  | RJI No. 01-06-ST7184 |

For a Judgment Pursuant to Article 78 of the
CPLR and Declaratory Judgment,

AFFIDAVIT OF
DR. ALEXANDER
STEVEN WHITEHEAD

-against-

PATRICK H. BRENNAN, as Commissioner of the
New York State Department of Agriculture and Markets;
the NEW YORK STATE DEPARTMENT OF
AGRICULTURE AND MARKETS; HVFG, L.L.C.
(d/b/a/ "Hudson Valley Foie Gras"); BELLA POULTRY,
INC.; and LA BELLE FARM, INC.

Respondents-Defendants.
- ----------------------------------X

State of Pennsylvania )
):ss
County of DELAWARE )

Alexander Steven Whitehead, D.Phil., duly sworn deposes and says:

1.      I am a Professor of Pharmacology in the Department of Pharmacology of the

University of Pennsylvania School of Medicine, Philadelphia, PA. I have held this

position since July 1st 1997. From 1991-1997, I was the Smurfit Professor of Medical

Genetics in the Department of Genetics, Trinity College, University of Dublin, Dublin,

1

Exhibit I

Ireland. Between 1982 and 1991 I held the positions of Postdoctoral Fellow, Instructor, Assistant Professor and Associate Professor at Harvard Medical School/Children's Hospital, Boston, MA. I have a B.Sc. degree (1977) in Zoology from the University of Edinburgh, Edinburgh, UK and a D.Phil. degree (1982) in Genetics/Biochemistry from the University of Oxford, Oxford, UK.

2.       Of relevance to this Affidavit, I and my research staff have studied the serum protein "Serum Amyloid A" (SAA) and its derivative "Amyloid A" (AA), the material that is deposited in the disease Secondary (or AA) Amyloidosis, since 1984. I have co-authored a total of 51 original papers on the subject of SAA and/or Serum Amyloid P (SAP), another protein that is found in AA Amyloid deposits. These papers include genetic studies, tissue culture studies, animal studies, and studies involving human subjects. The species that were used in these studies (either as animal models or as cloned DNA and other research materials) are mouse, guinea pig, dog, wallaby, arctic char, salmon, trout and human. My studies have been directed towards understanding the biology and clinical significance of SAA: its evolution and genetics; the way in which its production is controlled in the context of inflammation and disease; the factors that promote or retard its deposition in AA Amyloidosis; its potential as a measurable blood-borne marker for diagnosing disease and monitoring disease therapy; and, ultimately, the development of therapeutic strategies for treating AA Amyloidosis. I have published three major review articles dealing with the above.

3.       I also have expertise in Genetics, Immunology, diseases that have an inflammatory component, and diseases that are associated with sub-optimal folate and B

2

Exhibit I

vitamin metabolism. For more information regarding my credentials, see Attachment A, Curriculum Vitae.

4.      In developing my opinions described herein, I relied on my expertise, as described above and in Attachment A, and I reviewed and relied on the materials listed in Attachment B.

5.      For the reasons described below, it is my opinion, to a reasonable degree of scientific certainty, that AA Amyloid fibrils are present in duck foie gras, and that the similarity between SAA in mammals and birds makes it likely that AA from duck foie gras would be able to survive in the human stomach, be absorbed through the human intestinal tract and ultimately form potential nucleation sites in major human organs. Therefore, avoidance of foods that may be contaminated with AA fibrils, such as duck foie gras, might be important for those who have an inflammatory disease, like rheumatoid arthritis, or who could develop an inflammatory disease in the future. Such individuals may be placed at an increased risk of developing Secondary (or AA) Amyloidosis from eating foie gras containing AA fibrils.

6.      SAA (Attachment B, Ref. 1), the material that is deposited in the disease AA Amyloidosis, is a serum protein that is evolutionarily conserved, meaning that the SAAs from two given species are much more similar to each other in structure and amino acid (protein) composition than is the case for an "average" protein from those two species (Attachment B, Ref. 2). It is massively induced under acute inflammatory conditions (i.e. when an acute inflammatory stimulus is present) during which it becomes a major, high concentration, blood-borne protein. Such acute inflammatory conditions include infection, trauma, and surgery. The primary site of SAA synthesis is the liver, and

3

Exhibit 1

induction of SAA production is due to "signals" provided by pro-inflammatory cytokines (hormones), principally interleukin-1 (IL-1) and tumor necrosis factor (TNF). IL-1 and TNF are themselves synthesized and released in response to the underlying inflammatory stimulus. Steroid hormones, including the stress-related glucocorticoids, also support the increased synthesis of SAA. When the source of the acute inflammation has been neutralized, the pro-inflammatory cytokines are no longer made in sufficient quantities to sustain the very high level of SAA production and SAA concentrations in the blood return to normal.

7.     It is my opinion, to a reasonable degree of scientific certainty, that the evolutionary conservation of the SAAs in different species indicates an important function that is similar in each species. Such similarity includes the massively increased production of SAA in response to inflammation and other stresses, and a likely protective short-term role for SAA that remains poorly understood. In my opinion, elevated SAA levels are indicative of illness, disease or some kind of abnormal stress.

8.     AA Amyloidosis is the occasional consequence of chronic inflammatory diseases and conditions (Attachment B, Refs. 3, 4). In humans, episodic infections, such as leprosy, and chronic autoimmune conditions that have periods of relative quiescence and flaring, such as rheumatoid arthritis, involve long-term elevations in SAA beyond those judged to be beneficial in acute inflammation. SAA can be cleaved (degraded) to two fragments; one of these fragments (AA) is fibrillar in nature and highly insoluble and, in some individuals with predisposing inflammatory diseases and conditions, is deposited in major organs including the liver, spleen and kidney. This deposition is progressive as long as there continues to be a source of SAA to be cleaved to AA fibrils. In the absence

4

Exhibit I

of therapy, the resulting AA Amyloidosis eventually leads to hepatomegaly (enlarged liver) and kidney failure, and is ultimately fatal. Therapy depends upon effective treatment of the underlying cause of inflammation and the associated high levels of SAA, and is usually attempted using anti-inflammatory medications.

9.      A recent 86-month long study of 374 patients with AA Amyloidosis observed 163 (44%) deaths (Ref 5). The risk of death was dramatically increased in those with the highest chronically elevated SAA levels relative to those whose SAA levels (and underlying inflammation) was better controlled. Nevertheless, even in the patients whose therapeutic control was sufficiently effective to lead to modest regression of the amount of amyloid deposited, deaths occurred. This large study was undertaken by one of the best groups of specialist physicians at one of the best centers for the treatment of AA Amyloidosis world wide and therefore represents a "best case scenario" for the management of this disease. Different individuals may have different susceptibilities to AA Amyloidosis based on genetic factors, including genetic differences in the SAA genes.

10.      AA Amyloidosis occurs naturally (Attachment B, Ref. 1), and can also be induced experimentally in animals such as mice and hamsters by administering daily injections of an inflammatory stimulus such as lipopolysaccharide, azocasein, thioglycollate or silver nitrate. AA Amyloidosis in animal models is pathologically similar to the human disease. It impacts the same organs and is progressive and ultimately fatal. Different species have different susceptibilities to AA amyloidosis, as do different strains within a species (e.g. amyloid "susceptible" and "resistant" mouse strains). Pugh and colleagues have reported

Exhibit I

that amyloidosis is found in waterfowl, including domestic ducks. (Attachment B, Ref. 6).

11.     It is my opinion, to a reasonable degree of scientific certainty, that AA Amyloidosis in humans is caused by a triggering event in which SAA is cleaved to insoluble AA fibrils that in turn are deposited in major organs to provide "nucleation" sites at which further cleavage of SAA to AA, and consequent co-localized deposition, occurs. Progression of the amount of amyloid deposited depends on the long-term maintenance of high concentrations of SAA, produced largely in the liver. This occurs in chronic inflammatory diseases and conditions, but not in healthy individuals. Even when the best treatments are available AA Amyloidosis is associated with very high mortality.

12.     Mouse models of AA Amyloidosis, in which animals receive daily injections with inflammation-causing agents, take several weeks to develop systemic AA deposits. It is well established that this time frame can be dramatically shortened by co-injecting "amyloid enhancing factor (AEF)" with the inflammatory stimulus on the first day of the experimental protocol. AEF is a crude water extraction of material from livers or spleens of mice with silver-nitrate-induced AA Amyloidosis. It has been assumed that the causative component of AEF is AA itself, which is carried in the circulation to organs such as liver, spleen and kidney where it localizes and becomes a "nucleation site" for the subsequent cleavage and deposition of SAA produced by the inflamed host animal. Thus, the introduction of AEF into a healthy animal circumvents the need for the "triggering event" alluded to in the opinion stated in ¶ 11.

13.     In 2002, Westermark and colleagues produced ultra pure functionally active AEF and showed that it was chemically identical to AA (Attachment B, Ref. 7). They used this

6

Exhibit 1

material to accelerate AA Amyloidosis by co-injection with the first dose in a series of doses of inflammatory agent. In addition, they showed that serial transmission (i.e. multiple cycles of AA purification and use to accelerate AA Amyloidosis in host mice that in turn become the source of more purified AA) is possible. They made two other very important observations: that AA given to mice orally in their drinking water could accelerate the development of inflammation-induced AA Amyloidosis; and that injection of AA six months before administration of an experimental protocol of daily inflammatory stimuli could still accelerate AA Amyloidosis at that later date.

14.　It is my opinion, to a reasonable degree of scientific certainty, that AA fibrils can be transmitted orally from biological samples derived from an animal with AA amyloidosis to an unaffected member of the same species, and that the AA fibrils become "lodged" in major organs as relatively stable potential centers of nucleation at which SAA, subsequently produced by the host animal under conditions of chronic inflammation, can be cleaved and deposited as AA, leading to the appearance of AA Amyloidosis more rapidly than it would otherwise appear, or when it would not otherwise appear.

15.　AA amyloidosis is one of a number of prion/amyloid diseases in which the defining feature is the deposition in major organs of insoluble "plaque" material, derived from natural precursors made by the patient's own body (Attachment B, Refs. 3, 4, 8). These prion/amyloid diseases share many characteristics: they are progressive; they are often underpinned, at least in part, by inflammatory processes; they are currently incurable; they are difficult to treat; they involve considerable medium- to long-term disability; they are transmissible; and they are, in general, fatal.

7

Exhibit I

16.     The following is a partial list of prion/amyloid diseases that share key features with AA Amyloidosis:

17.     *Bovine Spongiform Encephalopathy (BSE, Mad Cow Disease).* This is a prion disease that affects cattle. It is transmitted via cattle feed containing protein derived from other cattle infected with BSE. It is therefore analogous to the transmission of AA Amyloidosis from infected mice to healthy mice using AEF (crude extracts of AA from the organs of affected mice).

18.     *Kuru.* This is a prion disease that affects humans via spongiform degeneration of brain tissue. It has been largely restricted to Papua New Guinea where it was found in the Fore tribe, whose traditional burial rites included "mortuary feasting", during which the deceased are cannibalized. As this tradition has been abandoned, the incidence of kuru has fallen dramatically.

19.     *Iatrogenic CJD (iCJD).* This is a human prion disease in which individuals are infected with prion-contaminated human growth hormone and other biological materials from people with Creutzfeld-Jakob Disease, a degenerative brain disorder. It is therefore analogous to within species transmission of AA Amyloidosis via direct introduction of AEF into the bloodstream or peritoneal cavity.

20.     *Variant CJD (vCJD).* This is a human prion disease in which individuals are infected with prions from beef products derived from cattle infected with BSE. It is a degenerative brain disorder. It is analogous to transmission of AA Amyloidosis to unaffected animals due to consumption of AEF or AA extracts made from affected animals. *Importantly vCJD illustrates the principle of cross species transmission of prion/amyloid disease through the food chain.*

8

Exhibit 1

21.    It is my opinion, to a reasonable degree of scientific certainty, that prion/amyloid diseases can be transmitted to humans from affected animals that enter the food chain.

22.    In the June 26th 2007 issue of the prestigious scientific journal "Proceeding of the National Academy of Sciences" Solomon et al. published an original paper entitled "Amyloidogenic potential of foie gras" (Attachment B, Ref. 9). The authors of this study are internationally recognized as leaders in the field of amyloidosis research. The paper had been submitted to the journal under the auspices of National Academy Member D. Carleton Gajdusek, who received a Nobel Prize for his work on kuru.

23.    The authors analyzed three samples of foie gras (as whole liver) from French and American commercial suppliers. Microscopic examination of liver sections using methods appropriate for identifying AA fibrils as well as the use of antibodies capable of detecting AA fibrils revealed the presence of AA-like material in the samples. Purification of the fibrils present in duck foie gras permitted their formal identification as AA derived from SAA. Extracts of foie gras were prepared and tested for AEF activity in experiments similar to those mentioned in ¶¶ 12-13. When injected into healthy animals the extracts induced accelerated AA amyloidosis in both a conventional inflammation-dependent model and a "transgenic" amyloidosis model in which the animals had been engineered to develop amyloidosis over five months in the absence of experimentally induced inflammation. In the latter model the injected extracts caused AA Amyloidosis that could be detected at only eight weeks. *Importantly, the foie gras extracts could cause AA Amyloidosis within eight weeks in 5 out of the 8 mice to which extracts had been administered orally.* Cooking reduced, but did not abolish, the AEF activity in the foie gras extracts.

9

Exhibit I

24. It is my opinion, to a reasonable degree of scientific certainty, that the above study shows that AA Amyloid fibrils are present in duck foie gras, and that these fibrils can mediate cross-species transmission of AA Amyloidosis to mice either through their injection into, or oral consumption by, recipient animals.

25. It is my opinion, to a reasonable degree of scientific certainty, that the AA fibrils derived from duck foie gras can survive in the hostile environment of the stomach and are able to cross from the intestinal tract into the bloodstream from where they become "lodged" in major organs; thereafter, the lodged "foreign" AA fibrils can act as nucleation sites for the cleavage of SAA produced by the host animal and the consequent deposition of "host" AA fibrils.

26. It is my opinion, to a reasonable degree of scientific certainty, that the similarity between SAA in mammals and birds, as outlined in ¶¶ 6-7, makes it likely that AA from duck foie gras would be able to survive in the human stomach, be absorbed through the human intestinal tract and ultimately form potential nucleation sites in major human organs. In this respect the duck AA fibrils would act in a broadly similar fashion to the BSE or kuru prions described in ¶¶ 17, 18.

27. In discussing their findings, Solomon et al. stated that with regard to "the development of AA amyloidosis in a susceptible population............it would seem prudent for children and adults with rheumatoid arthritis or other diseases who are at risk for this disorder to avoid foods that may be contaminated with AA fibrils." I agree with this statement.

28. Furthermore, as outlined in ¶¶ 12-14, transmitted AA fibrils that form potential nucleation sites may persist in the host and support the development of AA Amyloidosis

10

Exhibit I

when chronic inflammation occurs at a later date. Therefore, avoidance of foods that may be contaminated with AA fibrils might be important for those who could develop an inflammatory disease like rheumatoid arthritis in the future. In theory, this category would include a very large proportion of the population.

29.     At the end of the discussion section of their paper Solomon et al suggested that, with respect to foodstuffs contaminated by AA fibrils, "it may be hazardous for individuals who are prone to develop other types of amyloid-associated disorders, e.g. Alzheimer's disease or Type II diabetes, to consume such products." In making this point Solomon et al refer to their own previous work (Attachment B, Ref. 10) showing that "chemically heterologous fibrils can serve as AEF" (i.e. non-AA fibrils that share structural characteristics with AA fibrils can act as nucleation centers and cause AA amyloidosis in animal models). It follows that it may be possible for AA fibrils from the consumption of AA-contaminated animal products (e.g. foie gras) to form nucleation sites for the progressive deposition of non-AA material, thereby leading to the development of other human prion/amyloid diseases such as Alzheimer's Disease. It is my opinion that such a possibility is plausible; however, assessing its likelihood would require further study.

_____
Alexander Steven Whitehead, D.Phil.

Sworn to before me
this day: _July 12th 2007_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JANICE B. BLYTHE, Notary Public
Newtown Twp., Delaware County
My Commission Expires Dec. 6, 2008

11

Exhibit I

# EXHIBIT A

Exhibit I

# CURRICULUM VITAE (July, 2007)

**Name:**         Alexander Steven Whitehead.

**Address:**      Department of Pharmacology and Center for Pharmacogenetics, University of
Pennsylvania School of Medicine,
153, Johnson Pavilion,
3620, Hamilton Walk,
Philadelphia, PA 19104-6084, USA.

Telephone:  215-898-2332.
Fax:             215-573-9135.
E-mail:        aswhitehead@pharm.med.upenn.edu

**Date of Birth:**     May 20, 1955.

**Place of Birth:**    Stirling, Stirlingshire, Scotland.

**Nationality:**        United States.

**Education:**

1977 B.Sc.       Edinburgh University (Zoology Department, School of Biological Sciences),
Edinburgh, Scotland (First Class Honours).

1982 D.Phil.    Oxford University (Wolfson College and Biochemistry Department), Oxford,
England (Dissertation: Cellular expression and genetics of the third component of
human complement. Supervisor: Sir Walter Bodmer).

**Research Fellowships:**

1982-1983       Postdoctoral Research Fellow, Division of Cell Biology, Children's Hospital Medical
Center, Boston, MA, USA.

**Academic Appointments:**

1983-1985       Instructor in Pediatrics, Harvard Medical School, Boston, MA, USA.
1985-1991       Assistant Professor of Pediatrics, Harvard Medical School, Boston, MA, USA.
1991-1993       Associate Professor of Pediatrics, Harvard Medical School, Boston, MA, USA.
1991-1998       Smurfit Professor of Medical Genetics, Department of Genetics, Trinity College,
University of Dublin, Dublin, Ireland.
1997-            Professor of Pharmacology, University of Pennsylvania School of Medicine,
Philadelphia, PA, USA.

**Other Professional Positions:**

1985-1991       Research Associate in Medicine, Children's Hospital Medical Center, Boston, MA,
USA.
1989-1991       Investigator, Center for Blood Research, Boston, MA, USA.
1992-1997       Director, Trinity College Biotechnology Institute, University of Dublin, Dublin,
Ireland.

Exhibit I

| 1998- | Director, Center for Pharmacogenetics, University of Pennsylvania School of Medicine, Philadelphia, PA, USA. |

**Major Visiting Appointments:**

| 11/89-2/90 | Visiting Scientist, Department of Clinical Immunology, Royal Perth Hospital, Perth, Australia; and Honorary Research Fellow, |
| 1998 | Department of Pathology, University of Western Australia, Nedlands, Australia. |

**Membership in Professional Societies:**

| 1988- | American Association of Immunologists. |
| 1992- | The Human Genome Organization. |
| 1997- | American Heart Association. |

**Awards and Honours:**

| 1983-1985 | Helen Hay Whitney Foundation Fellow. |
| 1987-1991 | Pew Scholar in the Biomedical Sciences. |
| 1989-1991 | International Fellow of the Deutsches Rheuma-ForchungsZentrum Berlin. |
| 1992 | M.A. degree conferred *de jure officii* by University of Dublin. |
| 1992 | Federation of European Biochemical Societies Anniversary Prize of the Gesellschaft Fur Biologische Chemie. |
| 1994-1997 | Elected Fellow of Trinity College, Dublin. |
| 1996 | Elected Member of the European Molecular Biology Organization. |
| 1999 | Elected Member of the John Morgan Society, University of Pennsylvania. |
| 2000 | Elected Fellow of the Council on Arteriosclerosis, Thrombosis, and Vascular Biology of the American Heart Association. |

**Editorial Boards:**

| 1988-1991 | Editorial Advisor, Biochemical Journal. |
| 1991-1998 | Editorial Board Member, Biochemical Journal. |

**Peer-Review Funding Agency Committee Membership:**

| 1992-1994 | Cell and Molecular Biology Panel of the Biomedicine and Health Research (BIOMED1) Program of the Commission of the European Communities (CEC), Brussels, Belgium. |
| 1992 | Cell Biology Committee of the Health Research Board, Dublin, Ireland. |
| 1993 | Human Genome Analysis Panel of the BIOMED1 Program of the CEC, Brussels, Belgium. |
| 1993-1997 | Genetics Committee of the Health Research Board, Dublin, Ireland. |
| 1993-1997 | Cardiovascular Panel of the BIOMED2 Program of the CEC, Brussels, Belgium. |
| 1994 | Fellowship Evaluation Committee, BIOMED Program of the CEC, Brussels, Belgium. |
| 1995-1997 | Grant Review Board, Irish Cancer Society, Dublin, Ireland. |
| 1995 | Fellowship Evaluation Committee, Health Research Board, Dublin, Ireland. |
| 1996-1997 | Scientific Committee, Irish Heart Foundation, Dublin, Ireland. |

Exhibit I

| 1998 | Chemistry and Related Sciences Special Emphasis Panel for Review of Small Business Grant Applications, National Institutes of Health, Bethesda, MD, USA. |
| 2002 | Dermatology and Rheumatology Special Emphasis Panel, National Institutes of Health, Bethesda, MD, USA. |
| 2003-2004 | Neurological Sciences and Disorders "A" Study Section (Temporary Member), National Institutes of Health, Bethesda, MD, USA. |

## University Committee Membership:

| 1992-1997 | Biotechnology Committee, University of Dublin. |
| 1996-1997 | Academic and Senior Administrative Staff Promotions Committee, University of Dublin. |
| 1998- | Graduate Group Executive Committee, Graduate Group in Pharmacological Sciences, University of Pennsylvania School of Medicine. |
| 1998- | Appointments and Promotions Committee, Department of Pharmacology, University of Pennsylvania School of Medicine. |
| 1998-2001 | Combined MD/PhD Degree Admissions/Advisory Committee, University of Pennsylvania School of Medicine. |
| 1999-2000 | Department of Genetics Review Committee, University of Pennsylvania School of Medicine. |
| 1999- | Preliminary Examination Advisory Committee, Graduate Group in Pharmacological Sciences, University of Pennsylvania School of Medicine. |
| 2004- | Chair, Graduate Group in Pharmacological Sciences Membership Committee, University of Pennsylvania School of Medicine. |
| 2006- | Clinical Research Advisory Committee, University of Pennsylvania School of Medicine. |

## External Academic Committee Membership:

| 1995-1997 | Genetic Anthropology Advisory Committee, Royal Irish Academy, Dublin, Ireland. |
| 1999-2002 | Vascular Biology Section Advisory Committee, Council on Arteriosclerosis, Thrombosis and Vascular Biology, American Heart Association. |
| 1999-2002 | Council on Arteriosclerosis, Thrombosis and Vascular Biology Executive Committee, American Heart Association. |
| 1999-2002 | Council on Arteriosclerosis, Thrombosis and Vascular Biology Communications Committee, American Heart Association. |
| 2004- | Pharmacogenetics Sub-Committee and Developmental Therapeutics Committee, Eastern Co-Operative Oncology Group. |

## External Professional Activities:

| 2000 | Member, Medical Advisory Board, Orchid Biosciences, Princeton, NJ. |

## Teaching Experience:

| 1977-1979 | Teaching Assistant, Undergraduate Genetics and Microbiology Laboratory Courses, Oxford University, Oxford, England. |
| 1977-1979 | Tutor to Undergraduate Biological Science Students, Oxford University, Oxford, England. |

Exhibit I

| 1978-1979 | Instructor, Genetics and Biochemistry Course, Oxford Polytechnic, Oxford, England. |
| 1991-1997 | Professor, Department of Genetics, Trinity College, Dublin, Ireland. |
| 1997- | Professor, Department of Pharmacology, University of Pennsylvania School of Medicine. |
| 1997- | Member, Graduate Group in Pharmacological Sciences, University of Pennsylvania School of Medicine. |
| 2002-2005 | Member, Graduate Group in Genomics and Computational Biology, University of Pennsylvania School of Medicine. |

**Doctoral Thesis Examiner:**

| 1993 | University of London, United Kingdom. |
| 1996 | University of Tromsoe, Norway. |
| 1997 | University of Aarhus, Denmark. |
| 1997 | National University of Ireland, University College Galway, Ireland. |
| 1997 | University of Western Australia, Australia. |
| 1997 | University of Oxford, United Kingdom. |
| 1999 | National University of Ireland, University College Cork, Ireland. |
| 2004 | University of Manitoba, Winnipeg, Canada. |
| 2007 | Trinity College, University of Dublin, Ireland. |

**Current Research Interests:**

1. Biosynthetic control and molecular genetics of major acute phase proteins.

2. Mechanisms and mediators of inflammation.

3. Inherited defects of folate metabolism and their role in hyper-homocysteinemia, cardiovascular disease, neural tube defects, and other pathological conditions.

4. Pharmacogenetics of commonly prescribed drugs that target, or interact with, components controlling homocysteine and folate metabolism.

5. The genetics of lung cancer and the modulating role of folate in susceptibility, onset and progression.

**Bibliography.**

**Original Reports:**

1. Whitehead AS, Sim RB and Bodmer WF. A monoclonal antibody against human complement component C3: The production of C3 by human cells *in vitro*. *Eur J Immunol*, 1981; 11: 140-146.

2. Fantl VE, Wang DY and Whitehead AS. Production and characterization of a monoclonal antibody to progesterone. *J Steroid Biochem*, 1981; 14: 405-407.

3. Whitehead AS, Solomon E, Chambers S, Bodmer WF, Povey S and Fey G. Assignment of structural gene for the third component of human complement to chromosome 19. *Proc Natl Acad Sci USA*, 1982; 79: 5021-5025.

Exhibit I

4.  Whitehead AS, Bruns GAP, Markham AF, Colten HR and Woods DE. Isolation of human C-reactive protein complementary DNA and localization of the gene to chromosome 1. *Science*, 1983; 221: 69-71.

5.  Whitehead AS, Goldberger G, Woods DE, Markham AF and Colten HR. Use of a human C4 cDNA clone for analysis of a genetic deficiency of the fourth complement component (C4) in guinea pig. *Proc Natl Acad Sci USA*, 1983; 80: 5387-5391.

6.  Tucci A, Goldberger G, Whitehead AS, Kay RM, Woods DE and Colten HR. Biosynthesis and post-synthetic processing of human C-reactive protein. *J Immunol*, 1983; 131: 2416-2419.

7.  Chaplin DD, Woods DE, Whitehead AS, Goldberger G, Colten HR and Seidman JG. Molecular map of the murine S region. *Proc Natl Acad Sci USA*, 1983; 80: 6947-6951.

8.  Whitehead AS, Woods DE, Fleischnick E, Chin JE, Yunis EJ, Katz AJ, Gerald PS, Alper CA and Colten HR. DNA polymorphism of the C4 genes: a new marker for analysis of the major histocompatibility locus. *N Engl J Med*, 1984; 310: 88- 91.

9.  Whitehead AS, Skinner M, Bruns GAP, Costello W, Edge MD, Cohen AS, and Sipe JD. Cloning of human prealbumin cDNA: localization of the gene to chromosome 18 and detection of a variant pre-albumin allele in a family with familial amyloid polyneuropathy. *Mol Biol Med*, 1984; 2: 411- 423.

10. Lundwall AB, Wetsel RA, Kristensen T, Whitehead AS, Woods DE, Ogden RC, Colten HR, and Tack BF. Isolation and sequence analysis of a cDNA clone encoding the fifth component of complement. *J Biol Chem*, 1985; 260: 2108-2112.

11. Whitehead AS, Colten HR, Chang CC and DeMars R. Localization of the MHC- linked complement genes between HLA-B and HLA-DR using HLA mutant cell lines. *J Immunol*, 1985; 134: 641-643.

12. Sipe JD, Colten HR, Goldberger G, Edge MD, Tack BF, Cohen AS and Whitehead AS. Serum amyloid A (SAA): biosynthesis and post-synthetic processing of preSAA and structural variants defined by complementary DNA. *Biochemistry*, 1985; 24: 2931-2936.

13. Mantzouranis EC, Dowton SB, Whitehead AS, Edge MD, Bruns GAP and Colten HR. Human serum amyloid P component: cDNA isolation, complete sequence of pre-serum amyloid P component, and localization of the gene to chromosome 1. *J Biol Chem*, 1985; 260: 7752-7756.

14. Cole FS, Whitehead AS, Auerbach HS, Lint T, Zeitz HJ, Kilbridge P and Colten HR. The molecular basis for genetic deficiency of the second component of human complement. *N Engl J Med*, 1985; 313: 11-16.

15. Strunk RC, Whitehead AS and Cole FS. Pre-translational regulation of the synthesis of the third component of complement in human mononuclear phagocytes by the lipid A portion of lipopolysaccharide. *J Clin Invest*, 1985; 76: 985-990.

16. Woo P, Korenberg JR and Whitehead AS. Characterization of genomic and complementary DNA sequence of human C-reactive protein, and comparison with the complementary DNA sequence of serum amyloid P component. *J Biol Chem*, 1985; 260: 13384-13388.

17. Davis AE III, Whitehead AS, Harrison RA, Dauphinais A, Bruns GAP, Cicardi M and Rosen FS. Human inhibitor of the first component of complement, C1: characterization of cDNA clones and localization of the gene to chromosome 11. *Proc Natl Acad Sci USA*, 1986; 83: 3161-3165.

Exhibit I

18.     Floyd-Smith G, Whitehead AS, Colten HR and Francke U. The human C-reactive protein gene (CRP) and serum amyloid P component gene (APCS) are located on the proximal long arm of chromosome 1. *Immunogenetics*, 1986; 24: 171-176.

19.     Schneider PM, Carroll MC, Alper CA, Rittner C, Whitehead AS, Yunis EJ and Colten HR. Polymorphism of the human complement C4 and steroid 21-hydroxylase genes: restriction fragment length polymorphisms revealing structural deletions, homo-duplications and size variants. *J Clin Invest*, 1986; 78: 650-657.

20.     Rao AG, Howard OMZ, Ng SC, Whitehead AS, Colten HR and Sodetz JM. Complementary DNA and derived amino acid sequence of the alpha subunit of human complement protein C8: evidence for the existence of a separate subunit messenger RNA. *Biochemistry*, 1987; 26: 3556-3564.

21.     Falus A, Wakeland EK, McDonnel TJ, Gitlin J, Whitehead AS and Colten HR. DNA polymorphism of MHC class III genes in inbred and wild mouse strains. *Immunogenetics*, 1987; 25: 290-298.

22.     Whitehead AS, Truedsson L, Schneider PM, Awdeh ZL, Fleischnick E, Blumenthal M, Costello W, Gerald PS, Yunis EJ and Alper CA. The distribution of human C4 DNA variants in relation to major histocompatibility complex alleles and extended haplotypes. *Human Immunol*, 1988; 21: 23-32.

23.     Whitehead AS, Rits M and Michaelson J. Molecular genetics of mouse serum amyloid P component (SAP): cloning and gene mapping. *Immunogenetics*, 1988; 28: 388-390.

24.     Ionasescu V, Burns T, Searby C, Ionasescu R and Whitehead AS. Linkage between the loci for autosomal dominant neuronal Charcot-Marie-Tooth neuropathy (CMTI) and serum amyloid P component (APCS) on human chromosome 1. *Cytogenet Cell Genet*, 1988; 47: 175-176.

25.     Shelley CS, Remold-O'Donnell E, Davis AE III, Bruns GAP, Rosen FS, Carroll MC and Whitehead AS. Molecular characterization of sialophorin (CD43), the lymphocyte surface sialoglycoprotein defective in Wiscott-Aldrich Syndrome. *Proc Natl Acad Sci USA*, 1989; 86: 2819-2823.

26.     Whitehead AS and Rits M. Characterization of the gene encoding mouse serum amyloid P component: comparison with genes encoding other pentraxins. *Biochem J*, 1989; 263: 25-31.

27.     Zahedi K and Whitehead AS. Acute phase induction of mouse serum amyloid P component (SAP): correlation with other parameters of inflammation. *J Immunol*, 1989; 143: 2880-2886.

28.     Whitehead AS, Zahedi K, Rits M, Mortensen RF and Lelias JM. Mouse C-reactive protein: generation of complementary DNA clones, structural analysis, and induction of mRNA during inflammation. *Biochem J*, 1990; 266: 283-290.

29.     Lin B-F, Ku N-O, Zahedi K, Whitehead AS, and Mortensen RF. IL-1 and IL-6 mediate increased production and synthesis of the acute phase reactant mouse serum amyloid P-component (SAP). *Inflammation*, 1990; 14: 297-313.

30.     Shelley CS, Remold-O'Donnell E, Rosen FS and Whitehead AS. Structure of the human sialophorin (CD43) gene: identification of features atypical of genes encoding integral membrane proteins. *Biochem J*, 1990; 270: 569-576.

31.     Yunis I and Whitehead AS. The mouse C-reactive protein gene maps to distal chromosome 1 and, like its human counterpart, is closely linked to the serum amyloid P component gene. *Immunogenetics*, 1990; 32: 361-363.

Exhibit I

32.    Abraham LJ, Du DC, Zahedi K, Dawkins RL and Whitehead AS. Haplotypic polymorphisms of the TNF-β gene. *Immunogenetics,* 1991; 33: 50-53.

33.    Sellar GC, DeBeer MC, Lelias JM, Snyder P, Glickman L, Felsberg P and Whitehead AS. Dog serum amyloid A protein: identification of multiple isoforms defined by cDNA and protein analyses. *J Biol Chem,* 1991; 266: 3505-3510.

34.    Zahedi K, Gonnerman WA, DeBeer FC, DeBeer MC, Steel DM, Sipe JD and Whitehead AS. Major acute phase reactant synthesis during chronic inflammation in amyloid susceptible and resistant mouse strains. *Inflammation,* 1991; 15: 1-15.

35.    Whitehead AS, Gonnerman WA, Steel DM, Zahedi K, Amyloid resistance in A/J mice is not determined by genetic variants at, or close to, the serum amyloid P component (SAP) locus. *Clin Exp Immunol,* 1991; 84: 153-156.

36.    Zahedi K, Seldin MF, Rits M, Ezekowitz RAB and Whitehead AS. The mouse interleukin 1 receptor antagonist protein (IL-1rn): molecular characterization, gene mapping, and mRNA synthesis *in vitro* and *in vivo. J Immunol,* 1991; 146: 4228-4233.

37.    Steel DM and Whitehead AS. Heterogenous modulation of acute phase reactant mRNA levels by interleukin-1β and interleukin-6 in the human hepatoma cell line PLC/PRF/5. *Biochem J,* 1991; 277: 477-482.

38.    Sastry K, Zahedi K, Lelias JM, Whitehead AS and Ezekowitz RAB. The molecular characterization of the mouse mannose-binding proteins. The mannose-binding protein A but not C is an acute phase reactant. *J Immunol,* 1991; 147: 692-697.

39.    Mehdi H, Nunn M, Steel DM, Whitehead AS, Perez M, Walker L and Peeples ME. Nucleotide sequence and expression of the human gene encoding apolipoprotein H (β2-glycoprotein I). *Gene,* 1991; 108: 293-298.

40.    Whitehead AS, DeBeer MC, Steel DM, Rits M, Lelias JM, Lane WS and DeBeer FC. Identification of novel members of the serum amyloid A protein (SAA) superfamily as constitutive apolipoproteins of high density lipoprotein. *J Biol Chem,* 1992; 267: 3862-3867.

41.    Coutinho M, Zahedi K, Whitehead AS and Davis AE III. Resistance to secondary amyloidosis in A/J mice is not a result of deficiency of the fifth component of complement (C5). *Eur J Immunogenetics,* 1992; 19: 419-423.

42.    Steel DM, Rogers JT, DeBeer FC, DeBeer MC and Whitehead AS. Post-transcriptional regulation of acute phase human serum amyloid A (A-SAA) synthesis *in vitro*: the roles of mRNA accumulation, poly (A) tail shortening and translational efficiency. *Biochem J,* 1993; 291: 701-707.

43.    Rubio N, Sharp PM, Rits M, Zahedi K and Whitehead AS. Structure, expression and evolution of guinea pig serum amyloid P component and C-reactive protein. *J Biochem,* 1993; 113: 277-284.

44.    Sellar GC, Keane J, Mehdi H, Peeples ME, Browne N and Whitehead AS. Characterization and acute phase modulation of canine apolipoprotein H (β2-glycoprotein I). *Biochem Biophys Res Commun,* 1993; 191: 1288-1293.

45.    Zahedi K and Whitehead AS. *In vitro* regulation of mouse serum amyloid P (SAP) gene expression. *Biochim Biophys Acta,* 1993; 1176: 162-168.

46.    Sellar GC and Whitehead AS. Localization of four human serum amyloid A (SAA) protein superfamily genes to chromosome 11p. Characterization of a fifth SAA-related sequence. *Genomics,* 1993; 16: 774-776.

Exhibit I

47. Steel DM, Sellar GC, Uhlar CM, Simon S, DeBeer FC and Whitehead AS. A constitutively expressed serum amyloid A protein *SAA4* gene is closely linked to, and shares structural similarities with, an acute phase serum amyloid A protein *SAA2* gene. *Genomics*, 1993; 16: 447-454.

48. Seery LT, Schoenberg DR, Barbaux S, Sharp PM and Whitehead AS. Molecular evolution of the pentraxins: Identification of a member of the pentraxin family from *Xenopus laevis*. *Proc Roy Soc Series B*, 1993; 253: 263-270.

49. Zahedi KA, Uhlar CM, Rits M, Prada AE and Whitehead AS. The mouse interleukin-1 receptor antagonist protein: gene structure and regulation *in vitro*. *Cytokine*, 1994; 6: 1-9.

50. Sellar GC, Jordan SA, Bickmore W, Fantes J, van Heyningen V and Whitehead AS. The human serum amyloid A protein (SAA) superfamily gene cluster: mapping to chromosome 11p15.1 by physical and genetic linkage analysis. *Genomics*, 1994; 19: 221-227.

51. Sellar GC, Steel DM, Zafiropoulos A, Seery LT and Whitehead AS. Characterization, expression and evolution of mouse β2-glycoprotein I (apolipoprotein H). *Biochem Biophys Res Commun*, 1994; 200: 1521-1528.

52. Butler A and Whitehead AS. Resistance to secondary amyloidosis in A/J mice is not significantly associated with allelic variants linked to the serum amyloid A gene cluster. *Scand J Immunol*, 1994; 40: 355-358.

53. Uhlar CM, Burgess CJ, Sharp PM and Whitehead AS. Evolution of the serum amyloid A (SAA) protein superfamily. *Genomics*, 1994; 19: 228-235.

54. Sellar GC and Whitehead AS. The putative fifth human serum amyloid A protein (SAA)-related gene "*SAA5*" is defined by *SAA3*. *Biochem Biophys Res Commun*, 1994; 200: 202-205.

55. Sellar GC, Oghene K, Boyle S, Bickmore WA and Whitehead AS. Organization of the human serum amyloid A protein (SAA) gene family on chromosome 11p15.1. *Genomics*, 1994; 23: 492-495.

56. Seery LT, McCabe BD, Schoenberg DR and Whitehead AS. S-Adenosyl-L-homocysteine hydrolase from *Xenopus laevis* - identification, developmental expression, and evolution. *Biochem Biophys Res Commun*, 1994; 205: 1539-1546.

57. Seery LT, Schoenberg DR, Canning M and Whitehead AS. Identification and characterization of a cDNA encoding ribosomal protein S12 from *Xenopus laevis*. *Gene*, 1994; 150: 331-333.

58. Butler A, Rochelle JM, Seldin MF and Whitehead AS. The gene encoding the mouse serum amyloid A protein, apo-SAA5, maps to proximal chromosome 7. *Immunogenetics*, 1995; 42: 153-155.

59. Shields DC, Harmon DL, Nunez F and Whitehead AS. The evolution of haematopoietic cytokine/receptor complexes. *Cytokine*, 1995; 7: 679-688.

60. Gallagher PM, Ward P, Tan S, Naughten E, Kraus JP, Sellar GC, McConnell DJ, Graham I and Whitehead AS. High frequency (71%) of cystathionine β-synthase mutation G307S in Irish homocystinuria patients. *Human Mutation*, 1995; 6: 177-180.

61. Whitehead AS, Gallagher P, Mills JL, Kirke PN, Burke H, Molloy AM, Weir DG, Shields DC and Scott JM. A genetic defect in 5,10-methylenetetrahydrofolate reductase in neural tube defects. *Q J Med*, 1995; 88: 763-766.

62. Gaughan DJ, Steel DM and Whitehead AS. Ribozyme mediated cleavage of acute phase serum amyloid A (A-SAA) mRNA *in vitro*. *FEBS Lett*, 1995; 374: 241-245.

Exhibit 1

63.  Uhlar CM, Black IL, Shields DC, Brack CM, Schreiber G, and Whitehead AS. Wallaby serum amyloid A protein: cDNA cloning, sequence, and evolutionary analysis. *Scand J Immunol,* 1996; 43: 271-276.

64.  Shields DC, Harmon DL and Whitehead AS. Evolution of hemopoietic ligands and their receptors: Influence of positive selection on correlated replacements throughout ligand and receptor proteins. *J Immunol,* 1996; 156: 1062-1070.

65.  Walsh M-T, Divane A and Whitehead AS. Fine mapping of the human pentraxin gene region on chromosome 1q23. *Immunogenetics,* 1996; 44: 62-69.

66.  Barbaux S, Seery LT, Schoenberg DR, Sellar GC and Whitehead AS. The *Xenopus laevis* homologue of the 64kDa subunit of cleavage stimulation factor. *Comp Biochem Physiol,* 1996; 114B: 313-315.

67.  Harmon DL, Woodside JV, Yarnell JWG, McMaster D, Young IS, McCrum E, Gey KF, Whitehead AS and Evans A. The common "thermolabile" variant of 5,10-methylenetetrahydrofolate reductase is major determinant of mild hyperhomocysteinaemia. *Q J Med,* 1996; 89: 571-577.

68.  Whitehead AS, Bertrandy Bloud S, Finan F, Butler A, Davey Smith G and Ben-Shlomo Y. The frequency of the ApolipoproteinE ε4 allele in a case control study of early-onset Parkinson's Disease. *J Neurol Neurosurg Psychiatry,* 1996; 61: 347-351.

69.  Steel DM, Donoghue FC, O'Neill RM, Uhlar CM and Whitehead AS. Expression and regulation of constitutive and acute phase serum amyloid A mRNAs in hepatic and non-hepatic cell lines. *Scand J Immunol,* 1996; 44: 493-500.

70.  McCormack CC, Hobson AH, Doyle S, Jackson J, Kilty C and Whitehead AS. Generation of soluble recombinant human acute phase serum amyloid A2 (A-SAA2) protein and its use in development of an A-SAA specific ELISA. *J Immunol Methods,* 1996; 198: 101-110.

71.  Gallagher PM, Meleady R, Shields DC, Tan KS, McMaster D, Rozen R, Evans A, Graham IM and Whitehead AS. Homocysteine and risk of coronary heart disease: evidence for a common gene mutation. *Circulation,* 1996; 94: 2154-2158.

72.  Shields D C, Butler A, Mosurski KR, Walsh MT and Whitehead AS. Mapping genes within a YAC by computer-assisted interpretation of partial restriction digestions. *Nucleic Acids Res,* 1996; 24: 4495-4500.

73.  Butler A and Whitehead AS. Mapping of the mouse serum amyloid A gene cluster by long-range polymerase chain reaction. *Immunogenetics,* 1996; 44: 468-474.

74.  Jensen LE, Hiney M, Shields DC, Uhlar CM, Lindsay AJ and Whitehead AS. Acute phase proteins in salmonids: evolutionary analysis and acute phase response. *J Immunol,* 1997; 158: 384-392.

75.  Ramsbottom D, Scott JM, Molloy A, Weir D, Kirke P, Mills J, Gallagher PM and Whitehead AS. Are common mutations of cystathionine-β-synthase involved in the aetiology of neural tube defects? *Clinical Genetics,* 1997; 51: 39-42.

76.  Butler A and Whitehead AS. Structure of the mouse serum amyloid A 5 (*Saa5*) gene: relationship to other members of the serum amyloid A family. *Scand J Immunol,* 1997; 45: 160-165.

77.  Harmon DL, McMaster D, Shields DC, McCluskey DR and Whitehead AS. A common genetic variant affecting folate metabolism is not associated with chronic fatigue syndrome. *Ann Clin Biochem,* 1997; 34: 427-429.

Exhibit I

78. Uhlar CM, Grehan S, Steel DM, Steinkasserer A and Whitehead AS. Use of the acute phase serum amyloid A2 (*SAA2*) gene promoter in the analysis of pro- and anti-inflammatory mediators: differential kinetics of SAA2 promoter induction by IL-1β and TNFα compared to IL-6. *J Immunol Methods*, 1997; 203: 123-130.

79. Grehan S, Uhlar CM, Sim RB, Herbert J and Whitehead AS. Expression of a biologically active recombinant mouse interleukin-1 receptor antagonist (IL-1ra) and its use *in vivo* to modulate aspects of the acute phase response. *J Immunol*, 1997; 159: 369-378.

80. Gaughan DJ and Whitehead AS. Efficient *in vitro* cleavage of mouse acute phase serum amyloid A (A-SAA) mRNA mediated by a synthetic hammerhead ribozyme. *Scand J Immunol*, 1997; 46: 51-58.

81. Molloy AM, Daly S, Mills JL, Kirke PN, Whitehead AS, Ramsbottom D, Conley MR, Weir DG and Scott JM. Thermolabile variant of 5,10-methylenetetrahydrofolate reductase associated with low red cell folates: implications for folate intake recommendations. *Lancet*, 1997; 349: 1591-1593.

82. Kim CE, Gallagher PM, Guttormsen AB, Refsum H, Ueland PM, Ose L, Folling I, Whitehead AS, Tsai MY and Kruger WD. Functional modeling of vitamin responsiveness in yeast: a common pyridoxine-responsive cystathionine beta-synthase mutation in homocystinuria. *Hum Mol Genet*, 1997; 6: 2213-2221.

83. Grehan S, Herbert J and Whitehead AS. Down-regulation of the major circulating precursors of proteins deposited in secondary amyloidosis by a recombinant mouse interleukin-1 receptor antagonist. *Eur J Immunol*, 1997; 27: 2593-2599.

84. Molloy AM, Mills JL, Kirke PN, Whitehead AS, Weir DG and Scott JM. Whole-blood folate values in subjects with different methylenetetrahydrofolate reductase genotypes: differences between the radioassay and microbiological assays. *Clin Chem*, 1998; 44: 186-188.

85. Mealy K, Barry M, O'Mahony L, Sheehan S, Burke P, McCormack C, Whitehead AS and Bouchier-Hayes, D. Effects of human recombinant growth hormone (rhGH) on inflammatory responses in patients undergoing abdominal aortic aneurysm repair. *Intensive Care Med.*, 1998; 24: 128-131.

86. Woodside JV, Yarnell JWG, McMaster D, Young IS, Harmon DL, McCrum EE, Patterson CC, Gey KF, Whitehead AS and Evans A. Effect of B-group vitamins and antioxidant vitamins on hyperhomocysteinemia: a double-blind, randomized, factorial-design, controlled trial. *Am J Clin Nutrition*, 1998; 67: 858-866.

87. Vargas FR, Roessler E, Gaudenz K, Belloni E, Whitehead AS, Kirke PN, Mills JL, Hooper G, Stevenson RE, Cordiero I, Correia P, Felix T, Gereige R, Cunningham ML, Canun S, Antonarakis SE, Strachan T, Tsui L-C, Scherer SW and Muenke M. Analysis of the human *Sonic Hedgehog* coding and promoter regions in sacral agenesis, triphalangeal thumb, and mirror polydactyly. *Hum Genet*, 1998; 102: 387-392.

88. Molloy AM, Mills JL, Kirke PN, Ramsbottom D, McPartlin JM, Burke H, Conley MR, Whitehead AS, Weir DG and Scott JM. Low blood folates in NTD pregnancies are only partly explained by thermolabile 5,10-methylenetetrahydrofolate reductase: Low folate status alone may be the critical factor. *Am J Med Genet*, 1998; 78: 155-159.

89. Jensen LE and Whitehead AS. Competitive reverse transcription polymerase chain reaction for quantifying pre-mRNA and mRNA of major acute phase proteins. *J Immunol Methods*, 1998; 215: 45-58.

Exhibit I

90. Gallagher PM, Naughten E, Hanson NQ, Schwichtenberg K, Bignell M, Yuan M, Ward P, Yap S, Whitehead AS and Tsai MY. Characterization of mutations in the cystathionine-β-synthase gene in Irish patients with homocystinuria. *Mol Genet Metab*, 1998; 65: 298-302.

91. Harmon DL, Doyle RM, Meleady R, Doyle M, Shields DC, Barry R, Coakley D, Graham IM and Whitehead AS. Genetic analysis of the thermolabile variant of 5,10-methylenetetrahydro-folate reductase as a risk factor for ischemic stroke. *Arterioscler Thromb Vasc Biol*, 1999; 99: 208-211.

92. Uhlar CM and Whitehead AS. The kinetics and magnitude of the synergistic activation of the serum amyloid A promoter by IL-1β and IL-6 is determined by the order of cytokine addition. *Scand J Immunol*, 1999; 49: 399-404.

93. Harmon DL, Shields DC, Woodside JV, Peng K, Shane B, McMaster D, Yarnell JWG, Evans AE, and Whitehead AS. The methionine synthase D919G polymorphism is a significant but modest determinant of circulating homocysteine concentrations. *Genet Epidemiol*, 1999; 17: 298-309.

94. Mahmud N, Molloy AM, McPartlin J, Corbally R, Whitehead AS, Scott JM and Weir DG. Increased prevalence of methylenetetrahydrofolate reductase C677T variant in patients with inflammatory bowel disease, and its clinical implications. *Gut*, 1999; 45: 389-394.

95. Longley DB, Steel DM and Whitehead AS. Post-transciptional regulation of acute phase serum amyloid A2 expression by the 5'- and 3'-untranslated regions of its mRNA. *J Immunol*, 1999; 163: 4537-4545.

96. Shields DC, Kirke PN, Mills JL, Ramsbottom D, Molloy AM, Burke H, Weir DG, Scott JM, and Whitehead AS. The "thermolabile" variant of methylenetetrahydrofolate reductase and neural tube defects: an evaluation of genetic risk and the relative importance of the genotypes of the embryo and the mother. *Am J Hum Genet*, 1999; 64: 1045-1055.

97. O'Hara R, Murphy EP, Whitehead AS, FitzGerald O and Bresnihan B. Acute phase serum amyloid A production by rheumatoid arthritis synovial tissue. *Arthritis Res*, 2000; 2: 142-144.

98. Cunnane G, Grehan S, Geoghegan S, McCormack C, Shields D, Whitehead AS, Bresnihan B and FitzGerald O. Serum amyloid A in the assessment of early inflammatory arthritis. *J Rheumatol*, 2000; 27: 58-63.

99. Rea IM, McMaster D, Woodside JV, Young IS, Archbold GPR, Linton T, Lennox S, McNulty H, Harmon DL and Whitehead AS. Community-living nonagenarians in Northern Ireland have lower plasma homocysteine but similar methylenetetrahydrofolate reductase thermolabile genotype prevalence compared to 70-89 year old subjects. *Atherosclerosis*, 2000; 149: 207-214.

100. Murphy RP, Donoghue C, Nallen RJ, D'Mello M, Regan C, Whitehead AS and Fitzgerald DJ. Prospective evaluation of the risk conferred by Factor V Leiden and thermolabile methylene-tetrahydrofolate reductase polymorphisms in pregnancy. *Arterioscler Thromb Vasc Biol*, 2000; 20: 266-270.

101. Barbaux S, Plomin R and Whitehead AS. Polymorphisms of genes controlling homocysteine/folate metabolism and cognitive function. *NeuroReport*, 2000; 11: 1133-1136.

102. Shields DC, Ramsbottom D, Donoghue C, Pinjon E, Kirke PN, Molloy AM, Edwards YH, Mills, JM, Mynett-Johnson L, Weir DG, Scott JM and Whitehead AS. Association between historically high frequencies of neural tube defects and the human *T* homologue of mouse *T* (*Brachyury*). *Am J Med Genet*, 2000; 92: 206-211.

103. Jensen LE, Muzio M, Mantovani A and Whitehead AS. Interleukin-1 signaling cascade in hepatocytes and the involvement of a soluble form of the interleukin-1 receptor accessory protein. *J Immunol*, 2000; 164: 5277-5286.

104. Roche HM, Black IL, Noone E, Tully AM, Whitehead AS and Gibney MJ. Post-prandial factor VII metabolism: the effect of the R353Q and 10bp polymorphisms. *Br J Nutr*, 2000; 83: 467-472.

105. Jørgensen JB, Lunde H, Jensen LE, Whitehead AS and Robertsen B. Serum amyloid A transcription in Atlantic salmon (*Salmo Salar* L.) hepatocytes is enhanced by stimulation with macrophage factors, recombinant human IL-1β, IL-6 and TNFα or bacterial lipopolysaccharide. *Dev Comp Immunol*, 2000; 24: 553-563.

106. Barbaux S, Kluijtmans LAJ and Whitehead AS. An accurate and rapid "multiplex hetero-duplexing" method for genotyping key enzymes involved in folate/homocysteine metabolism. *Clin Chem*, 2000; 46: 907-912.

107. Gaughan DJ, Barbaux S, Kluijtmans LAJ and Whitehead AS. The human and mouse methylenetetrahydrofolate reductase (MTHFR) genes: structure, mRNA expression and linkage with the CLCN6 gene. *Gene*, 2000; 257: 279-289.

108. Cahill M, Karabatzaki M, Donoghue C, Meleady R, Mynett-Johnson LA, Mooney D, Graham IM, Whitehead AS and Shields DC. Thermolabile MTHFR genotype and retinal vascular occlusive disease. *Br J Ophthalmol*, 2001; 85: 88-90.

109. Kluijtmans LAJ and Whitehead AS. Methylenetetrahydrofolate reductase genotypes and predisposition to atherothrombotic disease: evidence that all three MTHFR C677T genotypes confer different levels of risk. *Eur Heart J*, 2001; 22: 294-299.

110. Cahill MT, Gallagher P, Whitehead AS and Acheson RW. Autosomal dominant peripheral cystic retinal patches and non-cystic retinal tufts associated with peripapillary crescents, retinal breaks and uveitis. *Graefe's Arch Clin Exp Ophthalmol*, 2001; 239: 102-108.

111. Rygg M, Uhlar CM, Thorn C, Jensen LE, Gaughan DJ, Varley AW, Munford RS, Göke R, Chen Y and Whitehead AS. *In vitro* evaluation of an enhanced human serum amyloid A (SAA2) promoter-regulated soluble TNF receptor fusion protein for anti-inflammatory gene therapy. *Scand J Immunol*, 2001; 53: 588-595.

112. Gaughan DJ, Kluijtmans LAJ, Barbaux S. McMaster D, Young IS, Yarnell JWG, Evans A and Whitehead AS. The methionine synthase reductase (MTRR) A66G polymorphism is a novel genetic determinant of plasma homocysteine concentrations. *Atherosclerosis*, 2001; 157: 451-456.

[Gaughan DJ, Kluijtmans LAJ, Barbaux S. McMaster D, Young IS, Yarnell JWG, Evans A and Whitehead AS. Corrigendum to "The methionine synthase reductase (MTRR) A66G is a novel genetic determinant of plasma homocysteine concentrations." *Atherosclerosis*, 2003; 167:373.]

113. Jensen LE and Whitehead AS. IRAK1b, a novel alternative splice variant of the Interleukin-1 Receptor Associated Kinase (IRAK), mediates Interleukin-1 signaling and has prolonged stability. *J Biol Chem*, 2001; 276: 29037-29044.

114. Stevenson JP, Redlinger M, Kluijtmans LAJ, Sun W, Algazy K, Giantonio B, Haller DG, Hardy C, Whitehead AS and O'Dwyer PJ. Phase I clinical and pharmacogenetic trial of irinotecan and raltitrexed administered every 21 days to patients with cancer. *J Clin Oncol*, 2001; 19: 4081-4087.

Exhibit I

115. Thorn CF and Whitehead AS. Differential glucocorticoid enhancement of the cytokine-driven transcriptional activation of the human acute phase Serum Amyloid A genes, *SAA1* and *SAA2*. *J Immunol*, 2002; 169: 399-406.

116. Doolin M-T, Barbaux S, McDonnell M, Hoess K, Whitehead AS and Mitchell LE. Maternal genetic effects, exerted by genes involved in homocysteine remethylation, influence the risk of spina bifida. *Am J Hum Genet*, 2002; 71: 1222-1226.

117. Thorn CF and Whitehead AS. Differential transcription of the mouse acute phase serum amyloid A genes in response to pro-inflammatory cytokines. *Amyloid: J Protein Folding Disord*, 2002; 9: 229-236.

118. Meleady R, Ueland PM, Blom H, Whitehead AS, Refsum H, Daly LE, Vollset SE, Donoghue C, Giesendorf B, Graham IM, Ulvik A, Zhang Y and Bjorke-Monsen AL. Thermolabile methylenetetrahydrofolate reductase, homocysteine and cardiovascular risk. The European Concerted Action Project. *Am J Clin Nutr*, 2003; 77: 63-70.

119. Kluijtmans LAJ, Young IS, Boreham CA, Murray L, McMaster D, McNulty H, Strain JJ, McPartlin J, Scott JM and Whitehead AS. Genetic and nutritional factors contributing to hyperhomocysteinemia in young adults. *Blood*, 2003; 101: 2483-2488.

120. Jensen LE and Whitehead AS. Pellino2 activates the mitogen activated protein kinase pathway. *FEBS Lett*, 2003; 545: 199-202.

121. Fallon UB, Virtamo J, Young I, McMaster D, Ben-Shlomo Y, Wood N, Whitehead AS and Davey Smith G. Homocysteine and cerebral infarction in Finnish male smokers. *Stroke*, 2003; 34: 1359-1363.

122. Jensen LE and Whitehead AS. Expression of alternatively spliced interleukin-1 receptor accessory protein mRNAs is differentially regulated during inflammation and apoptosis. *Cell Signal*, 2003; 15: 793-802.

123. Brown KS, Kluijtmans LAJ, Young IS, Woodside J, Yarnell JWG, McMaster D, Murray L, Evans AE, Boreham CA, McNulty H, Strain JJ, Mitchell LE and Whitehead AS. Genetic evidence that nitric oxide modulates homocysteine: the *NOS3* G894T genotype is a risk factor for hyperhomocysteinemia. *Arterioscler Thromb Vasc Biol*, 2003; 23: 1014-1020.

124. Jensen LE and Whitehead AS. Pellino 3, a novel member of the Pellino protein family, promotes activation of cJun and Elk-1 and may act as a scaffolding protein. *J Immunol*, 2003; 171: 1500-1506.

125. Thorn CF, Lu Z-Y and Whitehead AS. Differential regulation of the human acute-phase serum amyloid A genes, *SAA1* and *SAA2*, by glucocorticoids in hepatic and epithelial cells. *Eur J Immunol*, 2003; 33: 2630-2639.

126. Jensen LE and Whitehead AS. Ubiquitin activated tumor necrosis factor receptor associated factor-6 (TRAF6) is recycled via deubiquitination. *FEBS Lett*, 2003: 553; 190-194.

127. Brown KS, Kluijtmans LAJ, Young IS, McNulty H, Mitchell LE, Yarnell JW, Woodside JV, Boreham CA, McMaster D, Murray L, Strain JJ and Whitehead AS. The thymidylate synthase tandem repeat polymorphism is not associated with homocysteine concentrations in healthy young subjects. *Hum Genet*, 2004; 114: 182-185.

128. Veronese ML, Stevenson JP, Sun W, Redlinger M, Algazy K, Giantonio B, Hahn S, Vaughn D, Thorn CF, Whitehead AS, Haller DG and O'Dwyer PJ. Phase I trial of UFT/Leucovorin and Irinotecan in patients with advanced cancer. *Eur J Cancer*, 2004; 40: 508-514.

Exhibit I

129. Thorn CF, Lu Z-Y and Whitehead AS. Regulation of the human acute phase serum amyloid A genes by TNFα in hepatic and epithelial cell lines. *Scand J Immunol,* 2004; 59: 152-158.

130. Brown KS, Cook M, Hoess K, Whitehead AS and Mitchell LE. Evidence that the risk of spina bifida is influenced by genetic variation at the *NOS3* locus. *Birth Defects Research (Part A) Clin Mol Teratol,* 2004; 70: 101-106.

131. Brown KS, Kluijtmans LAJ, Woodside JV, Young IS, Boreham CA, Murray L, McMaster D, McNulty H, Strain JJ, Mitchell LE and Whitehead AS. The 5,10-methylenetetrahydrofolate reductase C677T polymorphism interacts with smoking to increase homocysteine. *Atherosclerosis,* 2004; 174: 315-322.

132. Matsumura T, Hayashi H, Takii T, Thorn CF, Whitehead AS, Inoue J and Onozaki K. TGFβ down-regulates IL-1α-induced TLR2 expression in murine hepatocytes. *J Leukocyte Biol,* 2004; 75: 1056-1061.

133. O'Hara R, Murphy EP, Whitehead AS, FitzGerald O and Bresnihan B. Local expression of the serum amyloid A and formyl peptide receptor-like 1 genes in synovial tissue is associated with matrix metalloproteinase production in patients with inflammatory arthritis. *Arthritis and Rheumatism,* 2004; 50: 1788-1799.

134. Jensen LE, Wall AM, Cook M, Hoess K, Thorn CF, Whitehead AS and Mitchell LE. A common *ABCC2* promoter polymorphism is not a determinant of the risk of spina bifida. *Birth Defects Research (Part A) Clin Mol Teratol,* 2004; 70: 396-399.

135. Kane D, Jensen LE, Grehan S, Whitehead AS, Bresnihan B and FitzGerald O. Quantitation of metalloproteinase gene expression in rheumatoid and psoriatic arthritis synovial tissue distal and proximal to the cartilage-pannus junction. *J Rheumatol,* 2004; 71: 1274-1280.

136. Jensen LE and Whitehead AS. The 3'-untranslated region of the membrane bound IL-1R Accessory Protein (IL-1RAcP) mRNA confers tissue specific destabilization. *J Immunol,* 2004; 173: 6248-6258.

137. Woodside JV, McMahon R, Gallagher AM, Cran GW, Boreham CA, Murray LJ, Strain JJ, McNulty H, Robson PJ, Brown KS, Whitehead AS, Savage M and Young IS. Total homocysteine is not a determinant of arterial pulse wave velocity in young healthy adults. *Atherosclerosis,* 2004; 177: 337-344.

138. Jensen LE, Barbaux S, Hoess K, Fraterman S, Whitehead AS and Mitchell LE. The human *T*-locus and spina bifida risk. *Hum Genet,* 2004; 115: 475-482.

139. Kelly CB, McDonnell AP, Johnston TG, Mulholland C, Cooper SJ, McMaster D, Evans A and Whitehead AS. The *MTHFR* C677T polymorphism is associated with depressive episodes in patients from Northern Ireland. *J Psychopharmacol,* 2004; 18: 567-571.

140. Kealey C, Brown KS, Woodside JV, Young IS, Murray L, Boreham CA, McNulty H, Strain JJ, McPartlin J, Scott JM and Whitehead AS. A common insertion/deletion polymorphism of the thymidylate synthase (*TYMS*) gene is a determinant of red blood cell folate and homocysteine concentrations. *Hum Genet,* 2005; 116: 347-353.

141. Jensen LE, Hoess K, Whitehead AS and Mitchell LE. The *NAT1* C1095A polymorphism, maternal multivitamin use and smoking, and the risk of spina bifida. *Birth Defects Research (Part A) Clin Mol Teratol,* 2005; 73: 512-516.

142. Jensen LE, Etheredge AJ, Brown KS, Mitchell LE and Whitehead AS. Maternal genotype for the monocyte chemoattractant protein-1 A(-2518)G promoter polymorphism is associated with the risk of spina bifida in offspring. *Am J Med Genet Part A,* 2006; 140A: 1114-1118.

Exhibit I

143. Von Feldt JM, Scalzi LV, Cucchiara AJ, Morthala S, Kealey C, Flagg SD, Genin A, Van Dyke AL, Nackos E, Chander A, Gehrie E, Cron RQ and Whitehead AS. Homocysteine levels and disease duration independently correlate with coronary artery calcification in systemic lupus erythematosus patients. *Arthritis and Rheumatism*, 2006; 54: 2220-2227.

144. Jensen LE, Hoess K, Mitchell LE and Whitehead AS. Loss of function polymorphisms in *NAT1* protect against spina bifida. *Hum Genet*, 2006; 120: 52-57.

145. Brown KS, Huang Y, Jian W, Lu Z-Y, Blair IA and Whitehead AS. Mild folate deficiency induces a pro-atherosclerotic phenotype in endothelial cells. *Atherosclerosis*, 2006; 189: 133-141.

146. Stanislawska-Sachadyn A, Jensen LE, Kealey C, Woodside JV, Young IS, Scott JM, Murray L, Boreham CA, McNulty H, Strain JJ and Whitehead AS. Association between the NAT1 1095C>A polymorphism and homocysteine concentrations. *Am J Med Genet Part A*, 2006; 140A: 2374-2377.

147. Huang Y, Lu Z-Y, Brown KS, Whitehead AS and Blair IA. Quantification of intracellular homocysteine by stable isotope dilution liquid chromatography/ tandem mass spectrometry. *Biomed Chromatogr*, 2007; 21: 107-112.

148. Kealey C, Chen Z, Thorn CF, Christie J, Samaha FF, Whitehead AS, Price M and Kimmel S. Warfarin and CYP2C9 genotype: possible ethnic variation in warfarin sensitivity. *Pharmacogenomics*, 2007; 8: 217-225.

149. Brown KS, Nackos E, Morthala S, Jensen LE, Whitehead AS and Von Feldt JM. Monocyte Chemoattractant Protein-1: Plasma concentrations and A(-2518)G promoter polymorphism of its gene in Systemic Lupus Erythematosus. *J Rheumatol*, 2007; 34: 760-766.

150. Schelleman H, Chen Z, Whitehead AS, Christie J, Price M, Kealey C, Brensinger CM, Newcomb CW, Thorn CF, Samaha FF and Kimmel SE. Warfarin response and vitamin K epoxide reductase complex 1 in African Americans and Caucasians. *Clin Pharmacol Ther*, 2007; 81: 742-747.

151. Kimmel SE, Christie J, Kealey C, Chen Z, Price M, Thorn CF, Brensinger CM, Newcomb CW and Whitehead AS. Apolipoprotein E (APOE) genotype and warfarin dosing among Caucasians and African Americans. *Pharmacogenomics J*, 2007; in press.

152. Laing M, Dicker P, Moloney F, Murphy G, Conlon P, Whitehead AS, Shields DC. Implications of MTHFR polymorphism and the folate pathway for the risk of squamous cell carcinoma in renal transplant patients. *Transplantation*, 2007; in press.

153. Casley WL, Ogrodowczyk C, Larocque L, Jaentschke B, Leblanc-Westwood C, Menzies JA, Whitehouse L, Hefford MA, Aubin RA, Thorn CF, Whitehead AS and Li X. Cytotoxic doses of ketoconazole affect expression of a subset of hepatic genes. *J Toxicol Environ Health*, 2007; in press.

154. Stanislawska-Sachadyn A, Mitchell LE, Brown KS, Woodside JV, Young IS, Murray L, McNulty H, Strain JJ, Boreham CA, Scott JM and Whitehead AS. Sex differences in the determinants of homocysteine concentrations. Manuscript submitted.

155. Barry CG, Whitehead AS, Yocum AK and Blair IA. The quantitative analysis of the effects of methotrexate on folate/homocysteine-associated phenotype utilizing SILAC and NSI-FTICR-MS. Manuscript in preparation.

Exhibit I

156.    Stanislawska-Sachadyn A, Kealey C, Brown KS, Woodside JV, Young IS, McPartlin J, Scott JM, Murray L, Boreham CA, McNulty H, Strain JJ and Whitehead AS. An insertion/deletion polymorphism of the dihydrofolate reductase (*DHFR*) gene is a determinant of red blood cell folate, extracellular folate and homocysteine concentrations. Manuscript in preparation.

157.    Summers C, Mitchell LE, Woodside JV, Young IS, Murray L, Scott JM, Yarnell JWG, McMaster D, Evans AE and Whitehead AS. Interaction between functional polymorphisms of the 5,10-methylenetetrahydrofolate reductase and cystathionine β-synthase genes. Manuscript in preparation.

158.    Jensen LE, Thorn CF, Deren J, Su C, Srinivasan R, Lewis J and Whitehead AS. The development of a proportional RT-PCR assay for determining expression ratios of serum amyloid A mRNAs and its use in the context of steroid therapy. Manuscript in preparation.

## Research Letters:

1.    Kirke PN, Mills JL, Whitehead AS, Molloy A and Scott JM. Methylene-tetrahydrofolate reductase and neural tube defects. *Lancet*, 1996; 348: 1037-1038.

2.    Harmon DL, Ben-Shlomo Y, Ramsbottom D, Davey-Smith G and Whitehead AS. The thermolabile variant of 5,10-methylenetetrahydrofolate reductase is not a risk factor for Parkinson's Disease. *J Neurol Neurosurg Psychiatry*, 1997; 62: 671.

3.    Harmon DL, McMaster D, Shields DC, Whitehead AS and Rea IM. *MTHFR* thermolabile genotype frequencies and longevity in Northern Ireland. *Atherosclerosis*, 1997; 131: 137-138.

4.    Woodside JV, Yarnell JWG, McMaster D, Young IS, McCrum EE, Evans AE, Gey KF, Harmon DL and Whitehead AS. Vitamin B6 status, MTHFR and hyperhomocysteinaemia. *Q J Med*, 1997; 90: 551-552.

5.    Kluijtmans LAJ and Whitehead AS. Reduced frequency of the thermolabile methylenetetra-hydrofolate reductase (MTHFR) genotype in the elderly. *Atherosclerosis*, 1999; 146: 395-397.

6.    Jensen LE and Whitehead AS. ELAM-1 E-selectin promoter contains an inducible AP-1/CREB Site and is not NF-kappa B-specific. *Biotechniques*, 2003; 35: 54-56.

## Editorials:

1.    Ben-Shlomo Y, Whitehead AS and Davey-Smith G. Parkinson's, Alzheimer's and Motor Neurone Disease: Clinical and pathological overlap may suggest common genetic and environmental factors. *Br Med J*, 1996; 312: 724.

2.    Whitehead AS and FitzGerald GA. Twenty First Century Phox: Not yet ready for widespread screening. *Circulation*, 2001; 103: 7-9.

## Medical/Scientific Correspondence:

1.    Whitehead AS. Changes in MTHFR genotype frequencies over time. (Letter) *Lancet*, 1998; 352: 1784.

2.    Whitehead AS, Molloy AM, Ramsbottom D, Weir DG, Kirke PN, Mills JL, Gallagher PM and Scott JM. Gene-gene interactions and neural tube defects. (Letter) *Clinical Genetics*, 1999; 55: 133-134.

Exhibit I

3. Woodside JV, Young IS, Yarnell JWG, McMaster D, Patterson CC, McCrum EE, Evans A, Gey KF, Harmon DL and Whitehead AS. Effects of folic acid on homocysteine in persons classified by methylenetetrahydrofolate reductase genotype. (Letter; reply to Duell PB and Malinow MR) *Am J Clin Nutrition*, 1999; 69: 1286-1289.

## Published Meeting Proceedings (non-peer reviewed):

1. Sipe JD, Woo P, Goldberger G, Cohen AS and Whitehead AS. Characterization of two distinct serum amyloid A gene products defined by their complementary DNAs. In "Amyloidosis: Proceedings of the IV International Amyloid Symposium." G Glenner et al. (eds) Plenum, New York. 1986; pp 57-60.

2. Whitehead AS. Organization, structure and expression of pentraxin genes. In "Acute phase proteins in the acute phase response: "Proceedings of the XIII Argenteuil Symposium". MB Pepys (ed) Springer-Verlag, 1990; pp 47-57.

3. Whitehead AS, Ward P, Tan S, Naughten E, Kraus JP, Sellar GC, McConnell DJ, Graham I and Gallagher P. The molecular genetics of homocystinuria, hyperhomocysteinaemia, and premature vascular disease in Ireland. In "Second workshop on methionine metabolism: molecular mechanisms and clinical implications." JM Mato and A Caballero (eds). Consejo Superior De Investigaciones Cientificas, Madrid, 1994; pp 70-74.

4. Scott JM, Weir DG, Molloy A, McPartlin J, Whitehead AS, Daly L, Kirke P and Mills J. The role of folate in neural tube defects. In "Third workshop on methionine metabolism: molecular mechanisms and clinical implications." JM Mato and A Caballero (eds) Consejo Superior De Investigaciones Cientificas, Madrid, 1996; pp 67-73.

5. Molloy AM, Ramsbottom D, McPartlin J, Whitehead AS, Weir DG and Scott JM. 5,10-Methylenetetrahydrofolate reductase C677T genotypes and folate related risk factors for neural tube defects. In "Chemistry and Biology of Pteridines and Folates" Pfleiderer W and Rokos H (eds.) Blackwell, Oxford, 1997; pp 291-296.

## Reviews:

1. Fey G, Domdey H, Wiebauer K, Whitehead AS and Odink K. Structure and expression of the C3 gene. *Springer Seminar Immunopathol*, 1983; 6: 119-147.

2. Whitehead AS and Sackstein R. Molecular biology of the human and mouse MHC Class III genes: phylogenetic conservation, genetics and regulation of expression. *Immunol Rev*, 1985; 87: 185-208.

3. Sellar GC and Whitehead AS. The acute phase response and major acute phase proteins in early host defence. *J Biomed Sciences*, 1993; 4: 1-9.

4. Steel DM and Whitehead AS. The major acute phase proteins: C-reactive protein, serum amyloid P component and serum amyloid A protein. *Immunology Today*, 1994; 15: 81-88.

5. Jensen LE and Whitehead AS. Regulation of serum amyloid A protein expression during the acute-phase response. *Biochem J*, 1998; 334: 489-503.

Exhibit I

6. Gaughan DJ and Whitehead AS. Function and biological applications of catalytic nucleic acids. *Biochim Biophys Acta*, 1999; 1445: 1-20.

7. Uhlar CM and Whitehead AS. Serum Amyloid A: the major vertebrate acute phase protein. *Eur J Biochem*, 1999; 265: 501-523.

8. Mitchell LE, Adzick NS, Melchionne J, Pasquariello PS, Sutton LN and Whitehead AS. Spina Bifida. *Lancet*, 2004; 364: 1885-1895.

**Book Chapters:**

1. Steel DM and Whitehead AS. The acute phase response. In "Natural immunity - humoral factors." E Sim and MA Kerr (eds). Oxford University Press, Oxford, UK. 1993; pp 1-29.

2. Cunnane G and Whitehead AS. Amyloid precursors and amyloidosis in rheumatoid arthritis. *Baillieres Best Pract Res Clin Rheumatol*, 1999; 13: 615-628.

3. Mitchell LE, Finnell RH and Whitehead AS. Aetiology and Prevention of Spina Bifida. In "Recent Advances in Paediatrics." TJ David (ed). Royal Society of Medicine Press, London, UK. 2006.

**Patents:**

1. Sipe JD, Whitehead AS, Cohen AS and Skinner M. Human prealbumin and related methods and products. *U.S. Patent Number 4,816,388*. Issued March 28th, 1989.

2. Doyle J, Hobson HA and Whitehead AS. Method for the quantitative measurement of human acute phase serum amyloid A protein. *Irish Patent Number S73217*. Issued April 22nd, 1997.

3. Doyle J, Hobson HA and Whitehead AS. Method for the quantitative measurement of human acute phase serum amyloid A protein. *U.S. Patent Number 6,194,163*. Issued February 27th, 2001.

4. Whitehead AS. Methods for determining steroid responsiveness. *U.S. Patent Number 6,878,518 B2*. Issued April 12th, 2005

**Ph.D. Students Graduated:**

<u>1996</u>

<u>Marie Walsh:</u>
"The genetics and expression of the human serum amyloid P gene".
(Trinity College, University of Dublin, Ireland)

<u>Christine C McCormack:</u>
"Expression of human recombinant A-SAA and its use in the development of a specific ELISA".
(Trinity College, University of Dublin, Ireland)

Exhibit I

**Aileen Butler:**
"Molecular genetics of the mouse serum amyloid A gene family".
(Trinity College, University of Dublin, Ireland)

**Sharon Grehan:**
"Production of a recombinant mouse interleukin-1 receptor antagonist (rmIL-1ra) and its use as an inflammatory mediator".
(Trinity College, University of Dublin, Ireland)

**1997**

**Liselotte E Jensen:**
"Major acute phase proteins: regulation of expression in mammals and characterization in salmonids".
(University of Aarhus, Denmark; Jointly supervised by Dr. Jens Jensenius).

**Clarissa M Uhlar:**
"Serum amyloid A: gene characterization, evolution and transcriptional regulation".
(Trinity College, University of Dublin, Ireland)

**Paula M Gallagher:**
"Pathogenicity of mutations in the genes for the enzymes cystathionine-β-synthase and methylene-tetrahydrofolate reductase in premature vascular disease and spina bifida: a genetic study".
(Trinity College, University of Dublin, Ireland)

**Derval J Gaughan:**
"Design, synthesis and characterization of hammerhead ribozymes directed against serum amyloid A mRNA".
(Trinity College, University of Dublin, Ireland)

**1998**

**Daniel Longley:**
"Translational control of human serum amyloid A protein".
(Trinity College, University of Dublin, Ireland)

**1999**

**Rose M. O'Neill:**
"Serum amyloid A transcriptional regulation in the human endothelial cell line, ECV304".
(Trinity College, University of Dublin, Ireland)

**2001**

**Caroline F. Thorn:**

Exhibit I

"Comparative analysis of human and mouse acute phase serum amyloid A gene expression".
(Trinity College, University of Dublin, Ireland)

**2005**

**Karen S. Brown:**
"The Folate Metabolic Cycle: Genetic Modulation and Biological Consequences".
(University of Pennsylvania, Philadelphia, USA)

Exhibit I

# EXHIBIT B

Exhibit I

## References

1. Uhlar CM and Whitehead AS (1999) Eur J Biochem 260: 501-523.

2. Uhlar CM et al (1994) Genomics 19: 228-235.

3. Merlini G and Bellotti V (2003) N Engl J Med 349: 583-596.

4. Pepys MB (2006) Annu Rev Med 57: 223-241.

5. Lachmann HJ et al (2007) N Engl J Med 356: 2361-2371.

6. Guo J-T et al (1996) Proc Natl Acad Sci USA 93: 14548-14553.

7. Lundmark K et al (2002) Proc Natl Acad Sci USA 99: 6979-6984.

8. Prusiner SB (1998) Proc Natl Acad Sci USA 95: 13363-13383.

9. Solomon A et al (2007) Proc Natl Acad Sci USA 104: 10998-11001.

10. Lundmark K et al (2005) Proc Natl Acad Sci USA 102: 6098-6102.


## Other Sources Reviewed

Jensen LE and Whitehead AS (1998) Biochem J 334: 489-503.

Jensen et al (1997) J Immunol 158: 384-392.

Rajkumar SV and Gertz MA (2007) N Engl J Med 356: 2413-2415.

Grehan et al (1997) J Immunol 159: 369-378.

Thorn CF and Whitehead AS (2002) J Immunol 169: 399-406.

Thorn et al (2003) Eur J Immunol 33: 2630-2639.

Dember et al (2007) N Engl J Med 356: 2349-2360.

www.ninds.nih.gov/disorders/kuru/kuru.htm

www.cjd.ed.ac.uk/TMER/TMER.htm

www.redcross.org/services/biomed/0,1082,0_557_,00.html

Exhibit I