# BEFORE THE NEW YORK STATE DEPARTMENT
## OF AGRICULTURE AND MARKETS
Albany, New York

| | | |
|---|---|---|
| In the Matter of the Petition of | ) | |
| | ) | |
| THE HUMANE SOCIETY | ) | Index No. |
| OF THE UNITED STATES, | ) | |
| ET AL. | ) | |
| | ) | |
| for a Declaratory Ruling | ) | |

## TRANSLATOR'S AFFIDAVIT

I, Karen Trevayne, am over 18 years of age and am competent to testify. I being duly

sworn, depose and say:

1.      I made the translation from French to English of the attached Report on Force-

Feeding by Belgian Experts ("Report on Force Feeding"), filed with the Petition for a

Declaratory Ruling.

2.      I am qualified to translate the Report from French into English, because I am a

founder member of the Institute of Translation and Interpreting, London, have a Post-

Graduate Diploma in Technical and Specialized Translation, (University of Westminster)

and a B.A. (Honours) in German/French, (Kings College, University of London).

3.      Pursuant to NY CLS CPLR R 2101, whilst every effort is made to ensure that the

translation is accurate, no legal responsibility is accepted for any errors or omissions in

that information. In case of doubt, the French language original should be consulted as

the authoritative text.



I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day

/s/ KS Treye

Karen Trevayne

Subscribed and Sworn to before me, this day     6/4/ 200 .

Notary Public



Vu pour la légalisation
de la signature de

Nedame Koren Trevayne.

Comité permanent de la convention européenne sur la protection des animaux dans les élevages (T-AP)

32<sup>ème</sup> réunion Strasbourg 8-11 octobre 1996

# Rapport d'un groupe d'expertise belge

## sur le

## gavage forcé

Yvan BECK - Médecin vétérinaire
123 rue E. Cavell - 1180 Bruxelles
Tél. 02.345.47.86 - Fax 02.345.84.67
E-mail : ybeck@skynet.be

Yvan BECK - Médecin vétérinaire
123 Rue E. Cavell - 1180 Bruxelles
Tél. 02.347.37.86 - Fax 02..343.84.6?
E-mail ybeck@skynet.be

## Introduction

Le gavage des palmipèdes gras est une pratique inacceptable sur le plan éthique, et en totale contradiction avec les projets de recommandation concernant les canards de barbarie et les canards mulards, émis par le comité permanent de la convention européenne sur la protection des animaux dans les élevages (T-AP)

**\* L'article 16** paragraphe 1 stipule en effet :

« Tous les canards doivent avoir accès chaque jour, de façon appropriée, à une *alimentation adéquate, nutritive, équilibrée et hygiénique (1)*, et à une quantité d'eau suffisante et de qualité satisfaisante à tout moment. /...

Les *méthodes* d'alimentation et les additifs alimentaires qui sont *sources de lésions, d'angoisse ou de maladies (2-3-4)* pour les canards ou qui peuvent aboutir au développement de *conditions physiologiques ou physiques portant atteinte à leur santé (2-3) et au bien-être (4)* ne doivent pas être autorisées. »

L'article 16 paragraphe 2 poursuit:

« La pratique du gavage des canards *peut aboutir* à de mauvaises conditions de bien-être durant la procédure.

Le gavage *peut conduire* à des stéatoses hépatiques pathologiques qui compromettent la santé et le bien-être du canard.

/.... Dans les pays où le gavage est autorisé, des recherches doivent être faites pour développer des *méthodes d'alimentation n'impliquant pas la prise forcée* d'aliments et *n'aboutissant pas à des niveaux de stéatose pathologique* du foie.

/... »

**\*\*\*\*\*\*\*\***

**\* Le rapport d'expertise belge** est composé de quatre volets, réalisés sous la responsabilité de quatre vétérinaires belges indépendants, ayant tous une compétence particulière dans le domaine qu'ils commentent. Un curriculum vitae, et un bref résumé des conclusions accompagnent leurs travaux. Les références et documents annexes sont joints au dossier complet. Nous remercions les autres scientifiques - de différentes disciplines - qui nous aidé de leurs précieux conseils.

1°- Ces quatre rapports démontrent dans chacun des domaines étudiés les **contradictions** qui existent par rapport à l'article 16 paragraphe 1 :

(1) **Rapport sur l'alimentation** (normale) des anatidés en comparaison avec les rations de gavage présenté par le Dr JM Guilmot.

(2) **Rapport anatomo-pathologique** sur la stéatose hépatique nutritionnelle en tant que pathologie hépatique, présenté par le Dr M.Heymann

(3) **Rapport sur les maladies originales** causées directement ou indirectement par la pratique du gavage forcé, présenté par le Dr Y.Beck

Exhibit J

(4) **Rapport éthologique** sur l'évaluation du stress et de la diminution du bien-être chez les oiseaux gavés, présenté par le Dr C.Van Berchem.

2°- **L'opposition éthique** à ce type de pratique repose sur les trois constations générales suivantes :

1- L'intensification des modes de production est à l'origine de <u>pratiques d'élevages intensives</u> (cages individuelles - gavage pneumatique - ...) qui doivent être proscrites. Elles sont en effet à l'origine d'une diminution dramatique du bien-être des oiseaux.

2- Le gavage a pour finalité - la stéatose hépatique - qui est une <u>pathologie du foie</u>. En tant que telle elle occasionne - à différents degrés et tout au long de son évolution - des troubles physiologiques et physiques, qui nuisent à l'état de santé et au bien-être des oiseaux. A terme, la stéatose hépatique entraîne la mort des oiseaux.

3- Le <u>gavage forcé</u> enfin est une <u>pratique</u> contre nature, qui viole la voie naturelle de préhension de l'aliment. Tant la contention des animaux que l'introduction des appareillages réduisent le bien-être des oiseaux qui le subissent.

3° En conclusion, il faut **modifier les commentaires** de <u>l'article 16 paragraphe 2</u> de la façon suivante:

■ La pratique du gavage des canards *aboutit* à de mauvaises conditions de bien-être durant la procédure.
■ Le gavage *conduit* à des stéatoses pathologiques qui compromettent la santé et le bien-être des canards.

Il faut se rappeler que la stéatose naturelle liée au stockage des réserves avant migration reste ne dépasse jamais un **facteur multiplicatif de deux (1.5 pour les grandes espèces)** du volume hépatique initial. Il semble logique de proposer ce chiffre comme « base acceptable » d'un niveau de stéatose induit de façon artificielle chez les oiseaux.

L'autogavage saisonnier enfin, semble être la seule pratique acceptable sur le plan éthique, en ce qui concerne la façon de produire. Elle limite en effet - par un jeu complexe de feedback - la stéatose à des niveaux qu'on ne peut considérer comme pathologiques, puisqu'on les retrouve chez les oiseaux dans les conditions naturelles.

Dr Y.Beck


## Résumé des rapports vétérinaires.

### 1- Rapport du Dr Guilmot.

#### ABSTRACT

L'auteur s'intéresse ici à la comparaison entre les types d'aliments utilisés dans les parcs et zoos pour les ansériformes d'ornements. On y trouve une analyse de la ration conseillée, avec les pathologies afférentes aux carences et excès en différents composant alimentaires ;

On trouve ensuite les règles données dans les ouvrages traitants de l'alimentation en période de gavage.

On constate que pour le gavage, seul le côté hautement énergétique est important. Et peu ou aucun intérêt n'est donné à l'aspect qualitatif des nutriments utilisés.

En conclusion , on ne peut pas parler d'aliment pour le gavage, puisque le matériel alimentaire utilisé ne subvient pas aux besoins physiologiques de l'animal.

### 2-Rapport du Dr Heymann.

**En résumé** : la charge lipidique excessive observée dans les foies en fin de gavage chez le canard et chez l'oie est d'un point de vue anatomopathologie une lésion et non pas un processus physiologique normal. Le caractère lésionnel de ces modifications est de plus confirmé par des modifications de la biologie clinique (augmentation des enzymes hépatiques au sein du sang, etc. En aucun cas, cette augmentation ne peut être considérée comme normale. Elle est un signe catégorique d'un état maladif) et une symptomatologie clinique (allaitement des animaux, difficulté à réguler leur thermie, abattement, difficulté à l'effort, etc.). On n'utilise donc pas un processus physiologique propre aux palmipèdes pour l'élaboration d'un met mais bien un processus pathologique que l'on peut reproduire dans certaines espèces. Si l'on utilise ici le foie de l'oie ou de canard c'est que la pathologie y est plus facile à reproduire.

A ces lésions entraînées directement par le gavage, s'ajoutent une fragilité immunitaire et une fragilité du foie à tout stress que pourrait subir l'animal.
Il est fréquent donc que l'animal développe des états infectieux qui peuvent être contrecarrés par l'emploi d'antibiotiques. Se pose alors la difficulté très importante de dépôts d'antibiotiques au sein de l'alimentation soumise à la consommation humaine.

Je conviens que le foie gras bien qu'étant un aliment parfaitement inutile pour l'homme, est un met hautement appréciable. L'obtention de ce met néanmoins et l'argent qu'il rapporte surtout à une minorité ne justifient pas les conditions extrêmement pénibles dans lesquelles cet aliment est produit. Une alternative pourrait être obtenue, utilisant cette fois uniquement la capacité physiologique de ces animaux. En effet, ils peuvent se nourrir de façon excessive à volonté produisant un foie plus gras par rapport à la normale. C'est d'ailleurs là l'origine de cette production traditionnelle.

### 3- Rapport du Dr Beck.

## RESUME.

*On s'aperçoit qu'en plus des pathologies propres aux palmipèdes (non reprises dans cet exposé), le gavage est à l'origine d'un ensemble de maladies originales.*
*Ces affections sont un reflet de la "qualité" du système de production: les "bonnes pratiques" associant hygiène, prophylaxies, formation du gaveur, etc... en diminuent dans une certaine mesure les répercussions sur l'état de santé des animaux et le bien-être qui en résulte. Le cas échéant, en fonction de la gravité des manquements et de la qualité des soins qu'on leur confère, elles provoquent des altérations de l'état général, voire des mortalités. De plus, elles posent le problème délicat des résidus du traitement dans les viandes, étant donné l'imminence de l'abattage.*

### 4-Rapport du Dr Van Berchem.

Résumé:
A l'ère de la neuro-psycho-physiologie, il semble aberrant de ne prendre comme critère dans l'évaluation du bien-être que des critères physiologiques sanguins. Il est unanimement reconnu de nos jours, dans d'autres espèces, que certains comportements anormaux tels que stéréotypies, hyperagressions pathologiques ,...manifestent la présence d'une souffrance mentale, peuvent être la conséquence de difficultés à gérer certaines contraintes extérieures et sont le reflet d'un dérèglement progressif des neurotransmetteurs. Il conviendrait donc de mettre en corrélation les évaluations sanguines et éthologiques avant de tirer des conclusions d'analyses sanguines quant au bien-être.

### * Rapport du Professeur René Zayan.

L'expertise éthologique ne permet certainement pas d'affirmer comme on l'entend souvent, qu'avant la période de gavage les canards sont maintenus dans des conditions d'élevage qui leur assure un maximum de bien-être. En revanche, il ne fait aucun doute que le gavage fait subir une souffrance physiologique et comportementale qui réduit de manière dramatique leur bien-être. C'est pourquoi il nous paraît insoutenable d'affirmer que ces animaux ne produiraient pas de foie gras (en telle quantité) s'ils étaient maltraités. Au contraire, le gavage paraît constituer une pratique critiquable sur le plan éthique.

Yvan BECK - Médecin vétérinaire
123 ... Cavell - 1160 Bruxelles
Tél ... 347.47.86 - Fax 02.345.84.67
E-mail ... ybeck@skynet.be

# *Rapport d'un groupe d'expertise belge sur le gavage forcé (1998)*

## Introduction

Le gavage des palmipèdes gras est une pratique inacceptable sur le plan éthique, et en totale contradiction avec les projets de recommandation concernant les canards de barbarie et les canards mulards, émis par le comité permanent de la convention européenne sur la protection des animaux dans les élevages (T-AP)

**\* Le rapport d'expertise belge** est composé de quatre volets, réalisés sous la responsabilité de quatre vétérinaires belges indépendants, ayant tous une compétence particulière dans le domaine qu'ils commentent. Un curriculum vitae, et un bref résumé des conclusions accompagnent leurs travaux. Les références et documents annexes sont joints au dossier complet. Nous remercions les autres scientifiques - de différentes disciplines - qui nous aidé de leurs précieux conseils.

1°- Ces quatre rapports démontrent dans chacun des domaines étudiés les **contradictions** qui existent par rapport à l'article 16 paragraphe 1 :

(1) **Rapport sur l'alimentation** (normale) des anatidés en comparaison avec les rations de gavage présenté par le Dr JM Guilmot.

(2) **Rapport anatomo-pathologique** sur la stéatose hépatique nutritionnelle en tant que pathologie hépatique, présenté par le Dr M.Heymann

(3) **Rapport sur les maladies originales** causées directement ou indirectement par la pratique du gavage forcé, présenté par le Dr Y.Beck

(4) **Rapport éthologique** sur l'évaluation du stress et de la diminution du bien-être chez les oiseaux gavés, présenté par le Dr C.Van Berchem.

2°- **L'opposition éthique** à ce type de pratique repose sur les trois constations générales suivantes :

1- L'intensification des modes de production est à l'origine de pratiques d'élevages intensives (cages individuelles - gavage pneumatique - ...) qui doivent être proscrites. Elles sont en effet à l'origine d'une diminution dramatique du bien-être des oiseaux.

2- Le gavage a pour finalité - la stéatose hépatique - qui est une pathologie du foie. En tant que telle elle occasionne - à différents

Exhibit J

degrés et tout au long de son évolution - des troubles physiologiques et physiques, qui nuisent à l'état de santé et au bien-être des oiseaux. A terme, la stéatose hépatique entraîne la mort des oiseaux.

3- Le gavage forcé enfin est une pratique contre nature, qui viole la voie naturelle de préhension de l'aliment. Tant la contention des animaux que l'introduction des appareillages réduisent le bien-être des oiseaux qui le subissent.

se rappeler que la stéatose naturelle liée au stockage des réserves avant migration reste

ne dépasse jamais un **facteur multiplicatif** de deux (**1.5** pour les grandes espèces) du volume hépatique initial. Il semble logique de proposer ce chiffre comme " base acceptable " d'un niveau de stéatose induit de façon artificielle chez les oiseaux.

**L'autogavage saisonnier** enfin, semble être la seule pratique acceptable sur le plan éthique, en ce qui concerne la façon de produire. Elle limite en effet - par un jeu complexe de feedback - la stéatose à des niveaux qu'on ne peut considérer comme pathologiques, puisqu'on les retrouve chez les oiseaux dans les conditions naturelles.

## Résumé des rapports vétérinaires.

### 1- Rapport du Dr Guilmot.

L'auteur s'intéresse ici à la comparaison entre les types d'aliments utilisés dans les parcs et zoos pour les ansériformes d'ornements. On y trouve une analyse de la ration conseillée, avec les pathologies afférentes aux carences et excès en différents composant alimentaires ;

On trouve ensuite les règles données dans les ouvrages traitants de l'alimentation en période de gavage.

On constate que pour le gavage, seul le côté hautement énergétique est important. Et peu ou aucun intérêt n'est donné à l'aspect qualitatif des nutriments utilisés.

En conclusion , on ne peut pas parler d'aliment pour le gavage, puisque le matériel alimentaire utilisé ne subvient pas aux besoins physiologiques de l'animal.

### 2-Rapport du Dr Heymann.

**En résumé** : la charge lipidique excessive observée dans les foies en fin de gavage chez le canard et chez l'oie est d'un point de vue anatomopathologie

Exhibit J

une lésion et non pas un processus physiologique normal. Le caractère lésionnel de ces modifications est de plus confirmé par des modifications de la biologie clinique (augmentation des enzymes hépatiques au sein du sang etc. En aucun cas, cette augmentation ne peut être considérée comme normale. Elle est un signe catégorique d'un état maladif) et une symptomatologie clinique (allaitement des animaux, difficulté à réguler leur thermie, abattement, difficulté à l'effort, etc.). On n'utilise donc pas un processus physiologique propre aux palmipèdes pour l'élaboration d'un met mais bien un processus pathologique que l'on peut reproduire dans certaines espèces. Si l'on utilise ici le foie de l'oie ou de canard c'est que la pathologie y est plus facile à reproduire.

A ces lésions entraînées directement par le gavage, s'ajoutent une fragilité immunitaire et une fragilité du foie à tout stress que pourrait subir l'animal.

Il est fréquent donc que l'animal développe des états infectieux qui peuvent être contrecarrés par l'emploi d'antibiotiques. Se pose alors la difficulté très importante de dépôts d'antibiotiques au sein de l'alimentation soumise à la consommation humaine.

Je conviens que le foie gras bien qu'étant un aliment parfaitement inutile pour l'homme, est un met hautement appréciable. L'obtention de ce met néanmoins et l'argent qu'il rapporte surtout à une minorité ne justifient pas les conditions extrêmement pénibles dans lesquelles cet aliment est produit. Une alternative pourrait être obtenue, utilisant cette fois uniquement la capacité physiologique de ces animaux. En effet, ils peuvent se nourrir de façon excessive à volonté produisant un foie plus gras par rapport à la normale. C'est d'ailleurs là l'origine de cette production traditionnelle.

### 1- Rapport du Dr Beck.

## RESUME.

*On s'aperçoit qu'en plus des pathologies propres aux palmipèdes (non reprises dans cet exposé), le gavage est à l'origine d'un ensemble de maladies originales.*

*Ces affections sont un reflet de la "qualité" du système de production: les "bonnes pratiques" associant hygiène, prophylaxies, formation du gaveur, etc... en diminuent dans une certaine mesure les répercussions sur l'état de santé des animaux et le bien-être qui en résulte. Le cas échéant, en fonction de la gravité des manquements et de la qualité des soins qu'on leur confère, elles provoquent des altérations de l'état général, voire des mortalités. De plus, elles posent le problème délicat des résidus du traitement dans les viandes, étant donné l'imminence de l'abattage.*

Exhibit J

## 4-Rapport du Dr Van Berchem.

### Résumé:

A l'ère de la neuro-psycho-physiologie, il semble aberrant de ne prendre comme critère dans l'évaluation du bien-être que des critères physiologiques sanguins. Il est unanimement reconnu de nos jours, dans d'autres espèces, que certains comportements anormaux tels que stéréotypies, hyperagressions pathologiques ,...manifestent la présence d'une souffrance mentale, peuvent être la conséquence de difficultés à gérer certaines contraintes extérieures et sont le reflet d'un dérèglement progressif des neurotransmetteurs. Il conviendrait donc de mettre en corrélation les évaluations sanguines et éthologiques avant de tirer des conclusions d'analyses sanguines quant au bien-être.

### * Rapport du Professeur René Zayan.

L'expertise éthologique ne permet certainement pas d'affirmer comme on l'entend souvent, qu'avant la période de gavage les canards sont maintenus dans des conditions d'élevage qui leur assure un maximum de bien-être. En revanche, il ne fait aucun doute que le gavage fait subir une souffrance physiologique et comportementale qui réduit de manière dramatique leur bien-être. C'est pourquoi il nous paraît insoutenable d'affirmer que ces animaux ne produiraient pas de foie gras (en telle quantité) s'ils étaient maltraités. Au contraire, le gavage paraît constituer une pratique critiquable sur le plan éthique.

# Rapport comparatif sur l'alimentation des anatidés

## par le

## Dr J-M Guilmot

**Abstract**

L'auteur s'intéresse ici à la comparaison entre les types d'aliments utilisés dans les parcs et zoos pour les ansériformes d'ornements. On y trouve une analyse de la ration conseillée, avec les pathologies afférentes aux carences et excès en différents composant alimentaires ;

On trouve ensuite les règles données dans les ouvrages traitant de l'alimentation en période de gavage.

On constate que pour le gavage, seul le côté hautement énergétique est important. Et peu ou aucun intérêt n'est donné à l'aspect qualitatif des nutriments utilisés.

En conclusion , on ne peut pas parler d'aliment pour le gavage, puisque le matériel alimentaire utilisé ne subvient pas aux besoins physiologiques de l'animal.

**Curriculum vitae**

**Dr Guilmot Jean-Michel**

Médecin vétérinaire agréé

Strombeeksesteenweg ,222

1800 Vilvoorde

Tel 02/267.96.12

Fax 02/267.53.82

Etudes terminées en 1989,

Travaille depuis 1989 dans divers parc animaliers avec une préférence pour les oiseaux.

Effectue les soins pour le Ranch St Ann ( kangourous, oiseaux divers , anatidés, lamas, yacks, zèbres, autruches.......).

Travaille pour le Amo Safari Parc (principalement autruches, emeus, flamands roses, aras....).

travaille pour le zoo de Lochristi et Harry Maalter

En 1989 je commence à me spécialiser en sexage des oiseaux par endoscopie.

En 1992, je commence à travailler pour le Parc Paradisio (Parc à vocation oiseaux principalement)

En 1994, je deviens inspecteur de quarantaine pour le Parc Paradisio.

Depuis 1994 , je sexe par endoscopie pour plusieurs importateurs en perroquets et oiseaux exotiques tels que grues, flamands roses .....



Exhibit J

D'un point de vue physiologique, la croissance des ansériformes est généralement plus rapide que pour les galliformes.

Les espèces vivant sous les latitudes extrêmes, ont une croissance supérieure aux espèces vivant sous nos latitudes.

Les taux de croissances semblent être définis par la longueur du jour.

De nombreuses informations sont disponibles quand à l'alimentation des ansériformes de production, mais très peu sont disponibles pour les espèces non domestiques

Dans la nature, les animaux ont le choix entre des graines, plantes, invertébrés et poissons.

L'alimentation des animaux sauvages, varie d'une espèce à l'autre tant de par les périodes réparties sur la journée où l'animal se nourri, que par le nombre de minutes passées par jour pour se nourrir.

Ceci implique que certains animaux arrivent à remplir deux fois par jour leur jabot et subviennent ainsi à leurs besoins de 24h. C'est notamment le cas des animaux qui ont un régime à base de graines. Par contre les animaux se nourrissant de végétaux, doivent passer beaucoup plus de temps pour obtenir le même nombre de calories

Les animaux qui se nourrissent de grains et plantes, sont des animaux qu'il est facile d'adapter et de nourrir avec des mélanges commerciaux étudiés pour les volailles, anatidés, voire même pour chien.

Les animaux qui se nourrissent d'herbe et verdure, peuvent être adaptés à des aliments commerciaux, mais seulement en petites quantités. De plus ces animaux doivent avoir un accès permanent à un parcours extérieur contenant de nombreuses espèces de graminées.

Les quantités moyennes d'aliments donnés par canard au *Wildfowl trust* de Slimbridge en Angleterre sont de 130gm/oiseau/jour de grain (orge , blé) et de 10gm/oiseau/jour de biscuit pour bébé.

Une oie de taille moyenne, ne mangeant que de l'herbe, mange approximativement 750gm/jour en hiver. En captivité, ce chiffre doit être revu à la baisse, car l'oiseau à des besoins réduits vu l'inactivité, et dispose en plus de grains.

En période de mue ou de condition climatique défavorable, les quantités d'aliments sont augmentées de même qu'en période de reproduction.

Dans ce travail, nous allons comparer l'alimentation des ansériformes en parc ou zoo et celle des ansériformes utilisés pour la production de viande ou foie gras.

Ceci nous permettra de voir quels sont les critères considérés comme important pour les personnes qui retirent un revenu de la production animale autre que par la vente d'animaux d'agrément.

Exhibit J

Jean BECK - Médecin vétérinaire
123 rue E. Cavell
1780 Brussel
Tél. 02 345 65...
...kwal.be

Il faut donc tenir compte du fait que dans le cas d'animaux destinés aux parcs ou amateurs d'oiseaux, la longévité des animaux est de bien supérieure à celle des animaux utilisés pour la boucherie. Il peut donc y avoir certains facteurs qui rentreront en compte à long terme et joueront un rôle moindre pour la production de viande.

### Comparaison de différents régimes alimentaires

Note : Il est important de noter que les régimes discutés ici sont de régimes calculés pour pouvoir tenir des animaux en bonne santé et non à des seules fin de production.

### Alimentation Conseillée des anseriformes d'ornement

( Régimes calculés par des nutritionnistes américains )

starter pour canards sauvages (utilisé lors des trois premières semaines de la vie)

| Ingrédients livres /tonne |
|---|
| mais 933 |
| avoine 200 |
| blé 300 |
| farine de soja 50%protéine, pauvre en fibre 250 |
| farine de poisson 160 |
| petit lait,55%lactose 20 |
| drèches de brasserie 20 |
| luzerne déshydratée100000UI Vit A 60 |
| phosphate dicalcique 10 |
| carbonate de calcium 30 |
| sel, iode 5 |
| sulfate de manganèse 0.5 |
| sulfate de cuivre 0.5 |
| carbonate de zinc 0.25 |
| DL-Methionine 1 |
| |
| Vitamines |
| Vitamine A 10000000 (USP) |
| Vitamine D3 1500000 (CUI) |
| vitamine E 5000 (UI) |
| riboflavine 3 gm |

Hyde .D.O.(ED) Raising wild ducks in captivity. New York E.P. Dutton & Co 1974

Dans le traité de médecine aviaire de Ritchie Harrisson et Harrison on note :

-les rations désignées pour l'alimentation commerciale des canards ne sont pas recommandables, pour une utilisation à long terme. Ces rations sont calculées pour produire une bonne carcasse et contiennent usuellement des additifs de croissance et des stimulants de la mue.

La graisse contenue dans les aliments pour chien est beaucoup plus élevée que ce que le canard peut accepter, en particulier quand on y ajoute un mélange de grain.

La majorité des canards à tendance à déposer des excès de graisse dans l'abdomen, autour du cœur et estomac. Les oiseaux obèses meurent fréquemment de dégénérescence graisseuse du foie

7

Exhibit J

Des niveaux adéquats de choline ont été conseillés pour protéger les ansériformes de l'infiltration graisseuse du foie.

Beaucoup d'éleveurs expérimentés sont convaincus que tous les oiseaux aquatiques nécessitent une ration riche en protéines. Ces croyances sont inexactes et dangereuses. Beaucoup de canards et oies sont principalement herbivores, or la majorité des herbes, ne dépasse pas les 17% de protéine. Une alimentation riche en protéine chez ces animaux, mènerait fatalement à de lourds troubles rénaux. Conjointement à ce problème, ces animaux ont donc des besoins hydriques très élevés et une privation d'eau même légère entraîne des conséquences rénales irréversibles.

Les oiseaux aquatiques sauvages, adaptent la prise d'aliments en fonction de leurs besoins du moment. Ainsi les femelles, au moment de la ponte, augmentent les quantités d'aliment ingérées si cet aliment est pauvre en calcium. De même, les animaux se préparent aux migrations en augmentant la prise d'aliment riche en énergie.

La même alimentation donnée à des animaux captifs les prédispose à des problèmes d'obésité et des problèmes du métabolisme des graisses

## Besoins alimentaires

### besoins énergétiques

Les besoins alimentaires énergétiques des canards et oies, sont sensiblement les mêmes que ceux des volailles. Ces besoins évoluent en fonction de la température extérieure. Si la température diminue, les besoins énergétiques augmentent de manière à assurer le thermogenèse des animaux. Il est faux de penser que pour une préparation à une migration , les oiseaux s'empiffrent un maximum afin de faire des réserves importantes. Il est vrai que à l'approche de l'automne, quand les jours commencent à diminuer et que la température commence à diminuer, les oiseaux augmentent les quantités d'aliment ingérés et stockent de l'énergie sous forme de graisse sous-cutanée, et en périphérie de certains organes tels que le cœur, le foie, les reins et le système digestif.

Il est plus difficile de sexer des animaux en période hivernale, car il y a des dépôts de graisse autour des organes génitaux et du tube digestif. Par contre, je n'ai jamais vu à l'endoscope un foie de couleur jaune (c'est-à-dire sur un animal, vivant et en santé satisfaisante (estimé satisfaisant que pour pouvoir être anesthésié et sexé)

### Besoins protéiques

Les nombreuses différences notées chez les ansériformes, peuvent être expliquées par la capacité d'adapter leur croissance en fonction des nutriments trouvés.

Un régime équilibré, pourrait être un mélange contenant diverses céréales telles que maïs, orge, avoine. On peut y ajouter des farines de poisson, des farines de soja,, de la poudre d'os. Au plus l'aliment est diversifié, au moins on aura de risque d'avoir une carence pour tel ou tel acide aminé à long terme. En effet si

8

Exhibit J

le régime est toujours le même, et qu'il présente un déséquilibre en acides aminés, à long terme, on aura un excès pour certains et une carence pour d'autres

Avec un mélange de ce type, on doit trouver tous les acides aminés nécessaires avec un risque d'insuffisance en méthionine, cystéine et lysine

besoins en vitamines

*Vitamine A :*

besoins de 5-10000 UI cette vitamine est importante pour augmenter la valorisation des aliments

Une hypovitaminose A est associée avec un faible développement musculaire, de la faiblesse, un retard dans la croissance osseuse, de l'ataxie, paralysie et mort. L'hypovitaminose chronique chez les ansériformes est suspectée (mais non prouvée) de provoquer le " Bumbelfoot " (lésion en crevasse de la plante du pied avec production hyperkératique)

*Vitamine D3*

Cette vitamine joue un rôle essentiel dans la synthèse et la minéralisation osseuse. Une déficience en vitamine D3 peut arriver chez les animaux présentant une déficience en enzyme responsable de la transformation de la vitamine alimentaire en vitamine activée (1,25 dihydroxycholécalciferol)

*Vitamine E*

L' hypovitaminose E n'est pas associée (comme chez les autres espèces) chez les ansériformes, à l' encéphalomalacie.

La dystrophie musculaire causée par l' hypovitaminose E chez les canetons, n'est pas prévenue par un supplément de cystine (comme c'est les cas chez les galliformes)

La prévention de la dystrophie musculaire consécutive à un trouble de la vitamine E est plutôt associé à des déficiences alimentaires en Sélénium ( Un faible apport de sélénium, réduit de beaucoup les besoins en vitamine E)

*Vitamine B1 ( Thiamine)*

Les canetons commencent à perdre du poids 4 jours après être mis sous régime pauvre en vitamine B1

*Vitamine B2 (Riboflavine)*

Une déficience en riboflavine cause chez les canetons une faible croissance et une mortalité élevée. Chez les adultes, une déficience provoque une mortalité embryonnaire élevée.

9

Exhibit J

Chez les ansériformes, on ne note pas de déformation (déviation) des orteils suite à une déficience en riboflavine.

### Acide Nicotinique (Nyacine)

Les besoins en nyacine sont très élevés pendant la croissance. La nyacine est responsable de la bonne croissance de pattes, et une déficience cause des déformations en arc des pattes. La nyacine est peu présente dans les aliments classiques, un supplément sera donc nécessaire.

### Biotine

La biotine est associée à différents types de dermatites lors de carence chez certaines espèces. Les ansériformes semblent ne pas en être atteint.

### Choline

Une déficience en choline est associée au perosis et à la dégénérescence graisseuse du foie.

### Besoins en mineraux

### Calcium

Chez les canetons, les taux recommandés sont de 0.6-0.8%. un taux de 1-1.5% mène à une diminution progressive à sévère de perte de poids.

Des canetons recevant une ration contenant 0.17% présentent de l'ostéoporose.

### Phosphore

Le taux conseillé de phosphore chez les canetons est de 0.6.% . Si le taux est élevé à 1%, on ne voit pas d'effet négatif ou bénéfique sur le gain de poids .

### Sodium

Une ration pauvre en sodium est rapidement mortelle. Le taux conseillé de chlorure de sodium sont de 0.3% Si on dépasse le taux de 1% on note une baisse significative du gain de poids.

#### Alimentation conseillée du canard de barbarie

(alimentation dirigée vers la production)

*La nutrition d'une espèce animale implique la connaissance : 1) de l'utilisation digestive des aliments et de leurs constituants (protéines, lipides, glucides, et minéraux) ; 2) de la régulation de l'ingestion d'aliment et des facteurs qui l'influencent ; 3) des besoins des animaux compte tenu de leur poids vif et de leurs synthèses. Dans le cas d'animaux en croissance, ce dernier aspect recouvre essentiellement les synthèses tissulaires.*

adaptation de l'ingestion d'aliment

10

Exhibit J

Comme beaucoup d'espèces, le canard réduit sa consommation alimentaire si la température s'élève et augmente si la température baisse.

Le canard supporte des conditions de température relativement basse en augmentant les quantités ingérées.

*Le gavage consiste à faire ingérer quotidiennement aux canards une quantité importante d'un aliment très énergétique qui conduit à un engraissement intensif et à la formation du foie gras.*

Besoins énergétiques

Pour les besoins énergétiques, il existe une formule passe partout valable pour toutes les espèces :

$E = 105 P_{0.75} + 14 Prot + 10,4 Lip$

où E est le besoin énergétique journalier (Kcalories)

P est le poids vif e(kg)

Prot est la quantité de protéine retenue(g)

Lip est la quantité des lipides retenue(g)

Attention , cette formule est utilisable comme **Besoin d'entretien dans les conditions de neutralité thermique (soit 25°C chez l'adulte)**

besoins en ACIDES aminés

Ils sont constitués des besoins d'entretien qui sont en général faibles pour la plupart des acides aminés et des besoins de croissance. Ces derniers dépendent de l'intensité des synthèses

Dans les ouvrages destinés à l'élevage, on trouve les conseils suivants :

" Il est judicieux d'adopter, en fonction des prix des matières premières, des aliments dont le prix, exprimé par 1000Kcalories (et non plus par kilogramme), est le plus bas et dont la teneur en graisse est compatible avec l'engraissement de carcasse souhaité... "

| additions recommandées de vitamines |
| --- |
| Vitamine A 2600 (UI) |
| Vitamine D3 330 (CUI) |
| vitamine E 6.67 (UI) |
| riboflavine 1.33mg |

**Aliment donné lors du gavage**

Chez des animaux âgés de 12 semaines, l'alimentation forcée en deux repas quotidiens de maïs grain étuvé ou non pendant 12-21 jours permet une production moyenne du foie gras de 450 g (maximum 800g).


Exhibit

L' aliment se compose de maïs, sel (15gr/kg maïs sec) et graisse (25g/kg maïs sec) ; le sel joue un rôle sur la facilité de digestion et la graisse joue un rôle de lubrifiant.

On peut ajouter du bicarbonate de soude et des fermants lactiques pour augmenter la digestibilité

Il semble que le gaveur joue un rôle entre la quantité de maïs donné pour un gain de poids fixe.

### Conclusion et interprétation personnelle

Ce qui est frappant dans la comparaison des deux régimes, est le fait que dans l'alimentation du canard de production , on ne parle que de quantité, kcal et niveau de production.

L'alimentation en période de gavage est orientée uniquement vers la stéatose hépatique : on donne en excès un aliment déséquilibré et hautement énergétique ; en l'occurrence du maïs, de la graisse et du sel.

La graisse et le sel ne rentrent pas directement en ligne de compte, puisque le sel ne sert qu'à faciliter la digestion, et la graisse ne fait que faciliter le travail du gaveur en faisant glisser l'aliment.

Nulle part on ne trouve de note sur d'éventuels compléments qu'il faudrait donner en même temps que cet *aliment* pour couvrir les besoins physiologiques de l'animal.

Il ne faut pas oublier que ces animaux sont toujours (d'un point de vue physiologique) en période de croissance. Aucun souci n'est apporté du point de vue alimentaire aux besoins en protéines pour les synthèses de l'animal.

Je n'ai trouvé aucune comparaison entre différents maïs, aucune analyse chimique des protéines, vitamines, minéraux.

Il est évident que les carences ou excès de tel ou tel paramètre ne rentrent pas en ligne de compte, car l'animal sera abattu avant de présenter l'un ou l'autre symptôme consécutif à cet excès ou carence.

On trouve toutes les données relatives au diamètre de l'embout à utiliser, de la manière de rentrer la sonde ou du prix du kilo d'aliment.

Dans le premier type de régime, on met en garde contre les excès, carences et pathologies relatives aux troubles alimentaires.

Le constat final que l'on peut faire, est que l'animal ne rentre pas en compte dans le dernier type d'alimentation, on ne parle que de rentabilité, coût et production.

Exhibit J

Tous les éleveurs sont d'accords pour admettre que le canard de barbarie ne se prête pas au gavage vu l'aspect non différencié de son jabot, mais qu'à cela ne tienne, il suffit d'adapter l'animal pour qu'il puisse se faire gaver.

La seule chose que je retiens des articles que j'ai lus, c'est qu'il faut trouver le bon moment d'arrêter de nourrir l'animal, pour éviter qu'il ne meure de maladie avant qu'on ne l'abatte.

Pour terminer : on ne peut objectivement pas comparer l'alimentation des canards d'ornements et des canards en gavage, car pour le gavage on ne peut pas parler d'aliment.

Dr Guilmot Jean-Michel

Exhibit J

**Rapport anatomo-pathologique**

**par le**

Dr M.Heymann

## *C URRICULUM VITAE*

*Name* **Marianne Heimann**

*profess ional addres s* **Institu t de Pathol ogie et de Généti que**

41 Allée des Templiers

6280 Gerpinnes (Loverval)

Tél.: 071/ 47.30.47.

Fax: 071/ 47 15 20.

*personal data*

Birth date 25 December 1962

nationality Belgium

marital status celibate

**knowledge in language:**

French, English: currently

Dutch: speaking and reading capacity

Spanish: slight speaking and reading capacity

*Education, training :*

**1980-1981** first candidature in medicine,

**University of Mons,** Cum Laude

**1981-1983** Candidature in Veterinary Medicine,

Exhibit J

University of Liège, Cum Laude.

**1983-1986** Doctorate in Veterinary Medicine, **University of Liège**, Cum Laude.

**1986-1988** Residency in veterinary pathology,

**Angell Memorial Animal Hospital**

(AMAH), Boston.

**1988-1989** First year Residency in Human Pathology

**Mallory Institute of Pathology**, Boston

**1990** Fellowship in Veterinary Pathology, **Animal Diagnostic Laboratory of Tuft**

**University**, Boston.

**1990-1991** Second year Residency in Human Pathology and laboratory Animals Pathology and Toxicology

**Mallory Institute of Pathology**, and **Boston University School of Medicine.**

**1991** PhD Program in Special Pathology and Molecular biology, first semester,

**Boston University School of Medicine.**

*Professionnal activities :*

Creation of a Veterinary Pathology Department at the **Institut de Pathologie et Génétique** Loverval (full time)

Secretary of the Working Group of Pathology (BCLAS). Organisation of the slides seminars of the Belgium council for laboratory animal science (BCLAS);

Slides echanges and seminars with : the faculty of medecine and veterinary Medecine of Porto with Dr. Fatima Gartner and Manuel Sobrinho, with the Veterinary Faculty of Llubjana, Dermatology Department, Dr. Tina Orozim, with the Dermatopathology group of Thelma Lee-Gross, USA, with the Belgium Dermatology group, Dr I. Remy, J. Fontaine, L. Beco...

*Experiences :*

- **Mammal, bird, fish and human pathology :** throughout my residency and during a benevolat at the New England Aquarium, IPG.

- **Electromicroscopy :** Mallory Institute; VA medical Centre, Jamaica Plain and IPG.

- **Immunochimistry :** Angell Memorial Animal Hospital (AMAH); Mallory Institute and IPG.

- **Cytology:** organisation of the AMAH cytology slides collection; Mallory Institute; VA Medical centre, Jamaica Plain and IPG.

15

**- Molecular biology :** PhD Program, Boston University School of Medecine (BUSM); Mallory Institute and IPG.

**- Toxicology and laboratory animals:** Mallory Institute of Pathology; BUSM;

Tuft University Animal diagnostic laboratory; IPG.

### *Research and publications :*

1. Chondrocalsinosis in a dog. Heimann M., Carpenter J., Halverson PB.;

Vet.Path. 1990, vol. 27 (2), p : 122-124.

2. Canine Ocular Melanocytic Lesion , M Heimann, F. Moore, J Carpenter.

To be send to Vet Path. In Preparation.

3. Naturally Occurring Ocular Syndrome in DBA/2 Mice; M Heimann, R. Bronson.

Research at the Tuft University Animal Laboratory under Dr. Bronson supervision.

4. Research on oesophageal precancerous lesions in Fisher Rats fed a zinc deficient diet in association with administration of Methylbenzylnitrosamine, Phenobarbital, Ethoxyquin and

-naphtaflavone. Under the supervision of Drs P.M. Newberne and T. Schrager.

5. Research on Dimethylhydrazines associated liver carcinogenesis in mice with Choline deficient diet; and inhibition of hepatocarcinogenesis in mice by dietary methyl donors, methionine and choline. Under the supervision of Dr. P.M. Newbern

6. Oral-Facial-Digital Syndrome Type I in a New-born Male.

Y. Gillerot, M. Heimann, C. Fourneau, CH. Verellen-Demoulin, L. Van Maldergem.

Am. J. of Med. Genet., vol. 46 : 335-338 (1993)

7. Leucodytrophie à Cellules Globoïdes chez des Terriers West Highland White Elevés en Belgique. L. Poncelet, M. Heimann, F. Coignoul, M. Balligand;

Anale de Medecine vétérinaire, November 1994.

8. Case reports publication in an educational purpose :

- Le lymphosarcome chez le cheval; Heimann M., Gerardy C.

Vétérinaria, 1994, (I), 36-38

- Dermatofibrose nodulaire associée à l'adénocarcinome rénal chez le Berger Allemand.

Vétérinaria, (III), 36-41

- Carcinome épidermoïde multiple du lit de l'ongle. Heimann, Godefroid.

Vétérinaria, 1994, (IV), 38-42

Exhibit J

- Biologie clinique rénale des petits animaux.

Vétérinaria, 1994 (V), 38-40

9 Corneal Ring Ulcer in Three Dogs. Grauwells M., Heimann M.

Presented by doctor Grauwells in United states of America, Congress of Ophthalmology 1994.

10 Toxicology study on rat testicle. Massumbuco M. (UCL), Heimann M.

11. Early modification of dog articulate cartilage in the arthropathy. Balligand M. Heimann M. In preparation.

12. Fibro-odontome améloblastique chez un chat. Dr William Barbe, Dr.Marianne Heimann

Abstract et conference presented at the CNVSPA congress Paris 1995

13. Dermatose paranéoplasique chez un chat. Dr. Jacque Fontaine, Dr. Marianne Heimann.

Abstract et conférence présentée au congrès international européen Bruxelles 1995

14. Torsion d'un testicule intra-abdominale: présentation d'un cas chez un lévrier Barzoï monorchide.

M. Heyneman, Beco L., M. Heimann, Annales de Médecine Vétérinaire.vol. 140, 239-272, 1996

15. Ununited epicondyle of the humerus in a dog.

Snaps F., Balligand M., Saunders J., Heimann M., Beths T. In preparation.

16. Développement de candida albicans au sein d'une lésion cutanée chez un chat souffrant d'une dermatopathie multiple. Drs Beco L., Heimann M., Fontaine J.

Ready for publication in the Anale de Médecine Vétérinaire.

17. Unusual mass in the pharynx of three Poodle :

Heimann Marianne, Pascal Dufour, Renoy Bernard. Abstract and présentation for the 13th European Congress on Veterinary Pathology of the European Society of Veterinary Pathology

To be published in the European Journal of Veterinary Pathology

18. Papillary endothelial hyperplasia in dogs.

Marianne Heimann, in preparation

19. Unusual location of a productif carcinoma of the adrenal gland cortex : clinical, radiological and anatomopathological presentation.

Beco L., Saunders J.H., Heimann M, Donderlinger R.F., Francois A., Henroteaux M.

Ready for submission to JAVMA.

## RAPPORT SUR LA STEATOSE HEPATIQUE NUTRITIONNELLE COMME PATHOLOGIE HEPATIQUE

Heimann Marianne, Annick Delire

La stéatose hépatique provoquée par le gavage chez les palmipèdes est un processus pathologique acquis qui se déclare d'abord par une dégénérescence graisseuse des hépatocytes puis par une nécrose.

Si en début de gavage, le processus s'organise quelque peu comme et appartient peut-être même encore à un " processus physiologique " avec accumulation centrifuge dans les cellules au sein de chaque lobule, très vite on dépasse comme dans tout déséquilibre diététique ou métabolique cet état d'adaptabilité hépatique.

Pour mieux baser mes commentaires, je reprendrais des définitions classiques et argumentation, description, etc..., fournies dans la littérature (réf. : **Veterinary Pathology, Jones and Hunt** fifth edition, Lea&Febiger, **Pathology of Domestic animals, Jubb, Kennedy and Palmer**, third edition, Academic Press, **Mechanisms of disease, Slauson, Cooper**, second edition, Williams&Wilkins, **Pathologic basis of disease, Cotran, Kumar, Robbins**, fifth edition, Saunders).

**- La lésion cellulaire** est définie comme étant tout changement entraînant une perte dans la capacité cellulaire à maintenir son état homéostatique. La cellule lésée est donc incapable de maintenir en balance tous les processus normaux qui régulent son environnement interne.

Cela entraîne des modifications décelables par la biologie clinique, l'anatomie pathologique (ultrastructurelle, microscopique et macroscopique) et enfin la symptomatologie clinique.

**- La pathogénèse** de la lésion cellulaire peut être résumée en deux mécanismes principaux : une interférence avec l'apport énergétique de la cellule ou une lésion directe sur la membrane cellulaire.

Les agents intervenants sont très variables, je ne citerai ici que les principaux : l'hypoxie (ischémie, infarcissement...), les agents physiques (traumas, radiation...), les agents chimiques (toxines, excès de certains éléments...), les anomalies génétiques, les agents biologiques (bactéries, virus, ...), **la malnutrition** (les déficiences, les excès) .

Il y a deux étapes dans les lésions cellulaires, les **lésions réversibles** et les **lésions irréversibles.**

**La réversibilité d'une lésion ne signifie absolument pas qu'il n'y a pas pathologie et souffrance.**

**Les lésions réversibles** : Les lésions réversibles les plus fréquemment observées à l'histologie sont la **distension cellulaire et la stéatose** (fatty change). La **distension cellulaire** est une manifestation précoce et universelle d'un processus pathologique. Ce gonflement cellulaire provient de la perte de sa capacité à contrôler les mouvements d'ions à travers sa membrane. Elle s'associe souvent à une variation tinctoriale du cytoplasme.

Exhibit J

La **stéatose** décrit une accumulation anormale de triglycérides dans le parenchyme cellulaire. Elle est surtout observée au sein des cellules qui métabolisent beaucoup la graisse. Elle s'observe dans le foie, le rein, le coeur et le tissu musculaire.

La stéatose était dans le temps appelée la dégénérescence graisseuse ou infiltration graisseuse. On lui préfère actuellement la dénomination de " stéatose " car la graisse n'est pas un infiltrat et parce que la présence de lipide intracellulaire n'indique pas nécessairement un processus dégénératif.

Les exemples sont donnés par les oies : dans les conditions naturelles, avant migration, on peut observer chez certains oiseaux migrateurs une faible accumulation de graisse dans les hépatocytes périlobulaires. Cette accumulation s'effectue sous forme de microvacuoles et ne distend pas la cellule. Elle est physiologique et non associée à une symptomatologie de souffrance cellulaire ou animale. Dans le cas du foie gras, par contre, comme il sera décrit plus loin, on observe l'établissement d'une dégénérescence graisseuse.

- **Le foie graisseux** est le terme utilisé pour décrire le foie qui contient plus de lipide visible (en général dans les hépatocytes) par rapport à la normale. Elle représente une réponse non spécifique qui peut être présente dans de nombreuse maladies. Morphologiquement, elle se manifeste par la présence de vacuoles remplies de lipide au sein du cytoplasme.

Le foie remplit de nombreuses fonctions métaboliques indispensables à la survie. Une de ces fonctions consiste notamment à transformer les acides gras absorbés par les intestins ou provenant des réserves graisseuses corporelles en triglycérides qui seront ensuite métabolisées en lipoprotéines de faible densité. Ces dernières peuvent alors être véhiculées dans le sang.

## Acides gras

## SANG

N'importe quelle perturbation dans la synthèse des protéines, des phospholipides ou de l'ATP a le potentiel d'inhiber la synthèse des lipoprotéines alors que la synthèse des triglycérides et l'absorption des acides gras se poursuivent entraînant un excès d'accumulation des triglycérides dans les hépatocytes. Une prise exagérée de triglycérides ou une mobilisation exagérée au niveau des réserves peut également dépasser les capacités du foie à les métaboliser alors qu'il continuera à les stocker.

- Si l'accumulation est faible, la stéatose n'est pas pathologique, elle ne correspond pas à une dégénérescence graisseuse.

- Si l'accumulation de graisse atteint le stade où elle remplit la cellule, elle la distant et repousse le noyau vers la périphérie. Le noyau devient pycnotique. On fait face à une dégénérescence graisseuse. A ce stade, les lésions bien qu'entraînant des signes cliniques

(malaise, anorexie, faiblesse générale...) et des signes biologiques (augmentation des GPT, GOT, Alk Phosp, LDH...) sont encore réversibles.

Je mentionnerais ici en exemple le syndrome de la stéatose féline bien connu de nos cliniciens qui est une maladie parfaitement réversible mais entraînant néanmoins une

19

Exhibit J

symptomatologie clinique et souffrance aisément décelables par les propriétaires ainsi qu'une issue fatale si l'on n'intervient pas à temps ; l'exemple de l'hyperlipémie équine pouvant être fatale et également caractérisée anatomiquement par une lipidose hépatique sévère fort peu associée à une nécrose.

- Si l'agent agressif est maintenu (dans le cas du gavage, le déséquilibre nutritionnel), une **nécrose cellulaire** se développera (rupture de la membrane cellulaire, cariolyse nucléaire...). Celle-ci est alors irréversible. La nécrose est donc la limite extrême et finale de la souffrance cellulaire.

Les lésions de nécrose peuvent se développer à des stades variables de la dégénérescence graisseuse.

Dans les cas d'intoxication, la destruction cellulaire se fait avant que l'accumulation de graisse ne soit sévère, avant distension cellulaire.

Dans le cas de déséquilibre alimentaire ou métabolique, l'agression est moins sévère et le développement de la pathologie plus progressive. L'accumulation de graisse se fait sur un temps plus long. On a alors le temps de voir la cellule se distendre, l'insuffisance hépatique s'installer progressivement et ce n'est qu'arrivée à un stade extrême de distension que la membrane cellulaire se rompt et que la nécrose s'installe.

La nécrose hépatique toxique serait équivalente à une nécrose diététique massive et le résultat d'une déficience nutritionnelle.

Compte-tenu des données de bibliographie sur l'origine des lésions de nécrose du foie, trois hypothèses peuvent être données dans le cas des foies gras :

- une origine infectieuse en raison de la présence fréquente de foyers de cellules inflammatoires.

- une origine toxique en entendant sous le terme toxique aussi bien l'absorption de toxines (type mycotoxine) apportées par des maïs de mauvaise qualité que des déséquilibres nutritionnels (carence en acides aminés, en vitamines et oligo-éléments chez des sujets mal préparés au gavage).

- une origine circulatoire avec des phénomènes d'anoxie tissulaire par hypertrophie trop importante du foie en fin de gavage mais également par hygiène défectueuse et ventilation importante de l'enclos de gavage, par entassement des animaux dans les cages et les véhicules transporteurs. Vu l'état de fragilisation extrême de ces animaux, cela suffit pour provoquer en quelques heures le développement de foyers de nécrose dans le foie gras initialement de bonne qualité.

Ces différentes hypothèses fournies par plusieurs auteurs démontrent l'importance de la maîtrise des conditions sanitaires lors de l'alimentation dans la production des foies gras des palmipèdes, de la douceur, de la maîtrise des éleveurs.
Une telle maîtrise ne peut être obtenue dans le cas d'élevage intensif.

## Aspect morphologique :

Lors de stéatose sévère, le foie apparaît modérément à fortement hyperplasié, de coloration uniforme jaune et pâteux. Les contours lobulaires sont arrondis et la surface est

Exhibit J

lisse. En surface de coupe, l'aspect est uniforme à moins qu'il y ait congestion ou nécrose.

C'est l'aspect macroscopique observé dans le foie gras des animaux gavés.

D'un point de vue histologique même si l'accumulation de graisse peut au début être " physiologique " et occuper d'abord la région périportale, les descriptions histologiques fournies dans la littérature rappellent rapidement les lésions hépatiques observées lors de dégénérescence graisseuse. Cette image histologique va d'ailleurs de paire avec le développement des signes cliniques et signes de souffrance observés chez les animaux (voir chapitre éthologie) et avec le développement des modifications de la biologie clinique (voir chapitre biologie clinique).

L'évolution histologique fournie notamment par les docteurs C. Labie et C. Bernard est la suivante :

Lors du gavage, les cellules hépatiques accumulent les lipides. Cette accumulation s'effectue de façon centrifuge, débutant au niveau de la région périlobulaire pour progressivement remplir les cellules de tout le lobule.

- Au jour 0, le foie de canard pèse +/- 100 g et présente des hépatocytes uniquement remplis de glycogène.

- Au jour 3, le poids double (200 à 220 gr), les cellules sont plus volumineuses avec un noyau central. On commence à observer une accumulation de lipides sous forme de micro-enclaves

(lysosomes) . La teneur en sucres solubles totaux diminue. Ce sont surtout les cellules périlobulaires qui sont concernées (les deux à trois premières rangées périphériques du lobule).

- Au jour 6, la taille des cellules a considérablement augmenté. Les enclaves lipidiques sont très nombreuses, très fines donnant un aspect spumeux aux cellules. Elles paraissent toutes entourées d'un fin cordon de protoplasme. Les noyaux sont encore visibles mais rejetés souvent sur un bord de la cellule (poids 340 gr). Progressivement tous les niveaux du lobule hépatique sont concernés.

- Au jour 9, le taux de matières grasses dans ce foie atteint les 42 % alors que les sucres solubles totaux diminuent et atteignent 2,5 %. La taille cellulaire a augmenté et il est difficile de reconnaître l'organisation lobulaire du foie. Des enclaves de grande dimension apparaissent.. La membrane cellulaire est encore bien conservée (poids 490 gr).

- Au jour 12, les enclaves lipidiques sont devenues plus grosses, les microvacuoles précédentes ont fusionné pour donner des enclaves qui occupent la plus grande partie du cytoplasme. Le taux de matières grasses atteint 42 % et les sucres solubles totaux 1,84 %.

- Au jour 15, la surcharge graisseuse est complète et homogène dans toutes les cellules. L'hépatocyte est gorgé de graisse cependant il demeure une fine trame cytoplasmique qui donne un aspect légèrement granuleux à l'ensemble. (poids 610 gr).

- Au jour 18, le taux de matières grasses atteint 50 à 60 % et le taux de sucres totaux solubles



Exhibit J

1,16 à 0 % (le poids du foie peut aller de 6 à 1000 g. soit 6 à 10 fois plus que la taille initiale).

Dans ces foies, on observe parfois des membranes rompues. Les cellules sont très distendues.

Si le gavage se maintient, la nécrose s'installe.

Pour le canard de Barbarie, on observe une évolution relativement identique. Le foie passe au jour 2 de plus ou moins 70 à 80 gr pour atteindre au jour 14 un poids de 500 à 600 gr.

On décrit au jour 12 des hépatocytes transformés en d'énormes vésicules graisseuses avec certaines cellules présentant des membranes rompues et la coalescence des vacuoles de graisse. La comparaison de la surcharge graisseuse dans le foie d'oie et de canard met en évidence chez l'oie le maintien plus tardif de petits liposomes limités par un fin filet de protoplasme tandis que chez le canard de Barbarie les lipides s'accumulent rapidement sous forme de vacuoles larges qui occupent très vite la totalité de la cellule.

Parfois cette membrane se rompt et les enclaves lipidiques de plusieurs cellules adjacentes confluent en un amas plus ou moins volumineux dont les contours polycycliques sont dessinés par les débris de membranes cellulaires. Ce type de modification est lié à l'état de surcharge macrovacuolaire. D'un point de vue pathologique, ce type de lésion est retrouvé dans différentes maladies hépatiques et est le signe flagrant histologique d'une maladie hépatique.

Nous voyons par la description histologique que dans le cas de gavage on dépasse largement cette capacité physiologique et que l'on fait face en fait à une dégénérescence à proprement parlé. Différents facteurs nous permettent d'évaluer la souffrance cellulaire exacte (biologie clinique) et la souffrance animale (symptomatologie).

En plus des effets métaboliques directs liés à l'accumulation de ces lipides, interviennent des problèmes mécaniques :

- dans le gavage des oies, le foie atteint une taille très importante, distendant le péritoine et occupant la place normalement réservée aux autres organes et notamment les sacs aériens. Ceci entraîne des difficultés respiratoires pas encore trop détectés puisque que ces animaux enfermés dans des cages étroites ne font pas d'effort musculaire mais surtout d'énormes difficultés dans la régulation thermique. Il y a également compression des vaisseaux avec développement des troubles circulatoires.

De par ces faits, nous sommes en présence d'animaux extrêmement fragilisés très sensibles au stress, aux modifications de l'environnement et aux problèmes infectieux.

Ces problèmes infectieux décrits par le docteur Yvan Beck (voir rapport des maladies originales) entraînent l'emploi, tant en prophylaxie qu'en traitement, d'antibiotiques et autres médicaments. Ceci soulève un autre problème important pour la santé publique qui est celui des **résidus de médicaments**. En effet, si des études ont été faites sur le métabolisme des médicaments chez des animaux sains, aucune n'a été faite permettant d'affirmer que la potentialité catabolique des canards et des oies n'est pas perturbée par le gavage et que les résidus sont éliminés avant la fin du gavage. Il y a donc risque de résidus dans les muscles et le foie.

Exhibit J

**Certaines pathologies qui** resurgissent à la faveur du gavage (ex : le **choléra**) sont difficilement diagnostiquées histologiquement étant donné les modifications déjà provoquées par l'engraissement, seul l'isolement de pasteurella dans le sang et la moelle osseuse des cadavres peut permettre de poser le diagnostic. Ceci n'est pas fait systématiquement.

**En résumé** : la charge lipidique excessive observée dans les foies en fin de gavage chez le canard et chez l'oie est d'un point de vue anatomopathologie une lésion et non pas un processus physiologique normal. Le caractère lésionnel de ces modifications est de plus confirmé par des modifications de la biologie clinique (augmentation des enzymes hépatiques au sein du sang, etc. En aucun cas, cette augmentation ne peut être considérée comme normale. Elle est un signe catégorique d'un état maladif) et une symptomatologie clinique (allaitement des animaux, difficulté à réguler leur thermie, abattement, difficulté à l'effort, etc.). On n'utilise donc pas un processus physiologique propre aux palmipèdes pour l'élaboration d'un met mais bien un processus pathologique que l'on peut reproduire dans certaines espèces. Si l'on utilise ici le foie de l'oie ou de canard c'est que la pathologie y est plus facile à reproduire.

A ces lésions entraînées directement par le gavage, s'ajoutent une fragilité immunitaire et une fragilité du foie à tout stress que pourrait subir l'animal.

Il est fréquent donc que l'animal développe des états infectieux qui peuvent être contrecarrés par l'emploi d'antibiotiques. Se pose alors la difficulté très importante de dépôts d'antibiotiques au sein de l'alimentation soumise à la consommation humaine.

Je conviens que le foie gras bien qu'étant un aliment parfaitement inutile pour l'homme, est un met hautement appréciable. L'obtention de ce met néanmoins et l'argent qu'il rapporte surtout à une minorité ne justifient pas les conditions extrêmement pénibles dans lesquelles cet aliment est produit. Une alternative pourrait être obtenue, utilisant cette fois uniquement la capacité physiologique de ces animaux. En effet, ils peuvent se nourrir de façon excessive à volonté produisant un foie plus gras par rapport à la normale. C'est d'ailleurs là l'origine de cette production traditionnelle.

## BIBLIOGRAPHIE

1. Veterinary Pathology, Jones and Hunt fifth edition, Lea&Febiger

2. L'évolution de la stéatose hépatique chez le canard mulard en cours de gavage

Prof Labie et col Laboratoire d'hygiène des denrées alimentaires d'origine animale

Ecole Nationale Vet de Toulouse Revue Med Vet 1989 140-8-9 p809

3. Pathology of Domestic animals, Jubb, Kennedy & Palmer, third edition, Academic Press

4. Biochemical changes associated with fatty liver in geese

Prof Bogin et col Department of biochemistry - Kimron Vet Inst Israel

Avian Pathology 13 683-701 1984

Exhibit J

5. " Le canard de Barbarie " B Sauveur H de Carleville 1990 ed de INRA

6. Modification of blood plasma componements as related to the degree of steatosis in the force fedded goose

NIR : Dep of animal hygiene and poultry science university of Jerusalem

Poultry Science 51 2044-2049 1972

7. Modification des valeurs des normes sanguines en fonction de la stéatose hépatique chez l'oie gavée

Blum et Col Annales de recherche vétérinaire 1970 1,2, 167-168

8. Contribution à l'optimisation des productions des palmipèdes gras

Bernard thèse déposée à l'Ec Nat Vet de Toulouse le 25/O6/92

Hygiène et industrie des denrées alimentaires d'origine animale

9. Contribution à la recherche de mesures objectives à la qualité de foie gras d'oies

Thèse doctorat de G. Bartel UNVT 1984

10. Inspection des viandes des oies et des canards gras

Thèse de doctorat de Castets ENVT 1979

11. Technologie de l'abattage et de la transformation des palmipèdes gras - 2ème partie

12. Mechanisms of disease, Slauson&Cooper, second edition, Williams&Wilkins

13. Pathologic basis of disease, Cotran, Kumar, Robbins, fifth edition, Saunders

14. Les lésions rencontrées à l'inspection des foies de palmipèdes gras : les périhépatites

Bernard, Pelletier, Labie; Rev. Med. Vet. 1992, 143, 4, 325-331

15. Les lésions rencontrées à l'inspection des foies de palmipèdes gras : les nécroses

Bernard, Pelletier, Labie; Rev. Med. Vet. 1992, 143, 5, 435-442

16. Fat deposition in migratory bird

Ake Lidstrom introductory paper n°44 - Dept of ecology-Lund university 1986

...re E. ... Médecin vétérinaire
... 02/3 ...7 47 86 - ... 89 Bruxelles
E-mail : ybeck@skynet.be

**(3)**

**Rapport sur les maladies originales causées directement ou indirectement par la pratique du gavage forcé.**

**par le**

Dr Y.Beck

# CURRICULUM VITAE

*Yvan Beck*
*Docteur en Médecine Vétérinaire - Licence spéciale interfacultaire en environnement*
*123 rue E Cavell - 1180 Bruxelles*
*Tél - Fax : inter 32-2-347-47-86*
*email : ybeck@arcadis.be*

Date de naissance : 11/12/1956 à Watsa ( Zaïre )

-Ecole secondaire  Athénée R.Catteau
  30/06/74          fin d'humanité section latin-sciences : mention Distinction

- 1971 et 1972  Diplôme d'Apiculture (cycle de 2 ans)  Ministère de l'Agriculture.
- 1976          Université Libre de Bruxelles: 1 ere candidature Médecine: mention
                 distinction.
- 1981          Université de Liège: Faculté de Médecine Vétérinaire: 3ème doctorat
mention distinction

- Praticien Médecine des Petits Animaux à Bruxelles depuis 1981 : 123 rue E.Cavell 1180
Bruxelles.

-1982: Création et Responsable du Département de Biologie Clinique des Petits Animaux:
laboratoire LAMA (rue du Sillon 1070 Bruxelles)

-1985: Création Département de Diagnostic des Maladies Virales des Carnivores Domestiques
en collaboration avec le Service de Virologie et de Pathologie des maladies virales de
l'Université d'Etat de Liège. Depuis lors statut de collaborateur au sein de cette université.

-Fusion du LAMA et de BIORIM. Responsable du Département de Biologie Clinique
Vétérinaire du laboratoire Biorim (chée de Charleroi 1060 Bruxelles) jusqu'en 09/92.

-1992: Fusion Biorim V-lab. Co-responsable du département vétérinaire de V-lab (av de Sellier
de Moranville 86 1080 Bxl tel : 468 23 22), puis consultant pour V-lab.

-1986 à1990: Vétérinaire et présentateur de l'émission journalière "Poils et Plumes " sur RTL
devenue TV team.

-1993:Université Libre de Bruxelles: Licence Spéciale interfacultaire en Environnement : 3ème
cycle organisé par la faculté des Sciences: mention Grande Distinction.

- /10/1993 : Délégué Permanent pour le Comité Anti-Fourrure au sein de Institut Belge de
Normalisation (29 av de la Brabançonne 1040 Bruxelles , tel 734 92 05)

- /01/96 Président du R.N.S : mouvement de protection animale et de sauvegarde de la nature
15 av de la Sapinière 1180 Bruxelles  tél fax 02/687-30-17

**\*\*\*PUBLICATIONS:**

- Rédaction du *Biorim Vet News* distribué aux Vétérinaires jusqu'en 1992
- co-Rédacteur du *V-lab News* distribué aux Vétérinaires
  Sujets traités : actualités en biologie clinique vétérinaire

- *Le Monde Vétérinaire*:
  1- Biologie Clinique et Hypercorticisme : 1991
  2- Biologie Clinique et Hypothyroïdie : n°35 02/92
  3- Syndrome Mal-Absorption Mal-Digestion : n° 37  09/92

 - *Annales de Médecine Vétérinaires:* l'incidence de l'infection du chat par le virus de la leucose féline ( Felv ) en Belgique : 1986-130-527 à 530  Beck Zygraich Verhoeven Lutz Pastoret

Exhibit J

## RESUME.

*On s'aperçoit qu'en plus des pathologies propres aux palmipèdes (non reprises dans cet exposé), le gavage est à l'origine d'un ensemble de maladies originales.*

*Ces affections sont un reflet de la "qualité" du système de production: les "bonnes pratiques" associant hygiène, prophylaxies, formation du gaveur, etc... en diminuent dans une certaine mesure les répercussions sur l'état de santé des animaux et le bien-être qui en résulte. Le cas échéant, en fonction de la gravité des manquements et de la qualité des soins qu'on leur confère, elles provoquent des altérations de l'état général, voire des mortalités. De plus, elles posent le problème délicat des résidus du traitement dans les viandes, étant donné l'imminence de l'abattage.*

## RAPPORT.

### 4.1.3   Symptômes et maladies associées à la stéatose hépatique

#### 1°   Introduction générale

Le processus de gavage des palmipèdes a pour finalité la formation d'un foie stéatosé ou "foie gras", livré à notre consommation. Dans ce chapitre nous débattrons des qualités intrinsèques de cet organe ainsi transformé: est-il normal ou pathologique, et dans ce cas quels problèmes y sont associés?

La pratique du gavage est à l'origine de toute une série d'affections originales "extra-hépatiques" (affectant essentiellement le tractus digestif et le système respiratoire) que nous examinerons en détail.

*Schéma 12*



STEATOSE HEPATIQUE

1- finalité

GAVAGE

2- complications extra-hépatiques

ACCIDENTS
en cours de MANIPULATION

ACCIDENTS
INFECTIEUX

### 2° La stéatose hépatique: tableau synoptique des affections hépatiques

Comme nous l'avons vu précédemment, la stéatose constitue l'étape intermédiaire d'un processus général de surcharge graisseuse du foie, dont le stade ultime est la dégénérescence ou  |vi's stéatonécrose hépatique. A chacun selon sa sensibilité ou sa formation (clinicien, pathologiste, biochimiste) de fixer le seuil qui sépare la surcharge de la dégénérescence au niveau cellulaire, et ses implications sur la souffrance de l'animal. Ce seuil déterminera "en gros" le moment de l'abattage des palmipèdes en fin d'engraissement.

La description clinique des animaux à ce moment est illustrée par le Dr Castets, dans sa thèse présentée à l'ENVT en 1979 (28) :

*les animaux au terme du gavage présentent:*
*- une forte augmentation de poids (qui peut doubler),*
*- de la pâleur de la peau et des muqueuses,*
*- un pelage collé par un enduit gras,*
*- des difficultés de la démarche, une forte ptose abdominale (abdomen lourd) et de la dyspnée (respiration haletante).*
*... "si le gavage continue, les animaux se couchent à bout de force, asphyxiés, pour mourir ..."*

Les affections hépatiques liées à la stéatose sont reprises ci-dessous:

---

1° l'hépatomégalie
2° les lésions hépatiques rencontrées à l'examen nécropsique des foies d'animaux gavés
   a- les périhépatites
   b- les nécroses hépatiques
3° les troubles circulatoires associés à l'hypertension porte
4° l'encéphalo-hépatie
5° l'insuffisance hépatique globale

---

### 2°-1 L'hépatomégalie

Il s'agit d'une augmentation de volume du foie provoquée dans ce cas particulier par l'accumulation des graisses dans les cellules hépatiques au cours du processus de stéatose. Les répercussions de l'hépatomégalie sur l'état général sont d'ordre essentiellement "mécaniques" et comportent:
- lourdeur et ptose abdominale,
- troubles de la démarche,
- une gène respiratoire (par compression des sacs aériens) accentuée par l'absence de diaphragme chez les oiseaux.

Cette hépatomégalie est surtout accentuée chez les canards à partir du 10ème jour de gavage, et s'accélère durant le dernier tiers de la période d'engraissement (21 page 57).



2°-2  Les lésions hépatiques rencontrées lors de l'examen nécropsique

a- Les périhépatites (21 - 36)

*"... l'inspection des foies de palmipèdes dans les salles d'éviscération et d'abattoirs à montré une fréquence notable de lésions de type périhépatites. Divers aspects macroscopiques et histologiques sont décrits et leurs conséquences sanitaires sont envisagées."*

En conclusion, il résulte de cette étude que les lésions de périhépatite sont le résultat de phénomènes inflammatoires en liaison avec:
- une atteinte fréquente des sacs respiratoires,
- plus rarement, une perforation oesophagienne en cours de manipulation,
- enfin, une déficience circulatoire qui peut elle-même provenir de problèmes pulmonaires.
Ces lésions superficielles au départ (inflammation de la capsule de Glisson) s'accompagnent néanmoins de répercussions profondes sur le foie (retiré de la consommation).

b- Les nécroses (21 -37)

*"... après avoir rappelé les différents types de nécroses observées dans le foie, les auteurs présentent une série de cas relevés sur les foies de palmipèdes gras, lors de leur préparation dans les ateliers d'abattage et d'éviscération ..."*

Trois hypothèses sont retenues quant à l'étiologie des lésions mises en évidence:
1- une origine infectieuse à départ respiratoire ou digestive;
2- une origine toxique consécutive, soit à l'absorption de mycotoxines dans des maïs de mauvaise qualité, soit aux déséquilibres nutritionnels chez des individus mal préparés au gavage;
3- une origine circulatoire, consécutive aux phénomènes d'anoxie tissulaire sur des foies en fin de gavage.

2°-3 Les troubles circulatoires

Les modifications apportées en cours de stéatose à l'organisation structurale hépatique sont à l'origine d'une hypertension du système circulatoire porte, dont les conséquences sont multiples. On retrouve ainsi des animaux qui présentent à l'autopsie:
- un liquide d'ascite dans l'abdomen (21-36-37),
- de la splénomégalie,
- des insuffisances cardiaques ou rénales.
Ces différentes pathologies peuvent apparaître seules ou en association.



Exhibit J

## 2°-4 L'encéphalohépatie

Cette affection est le résultat d'une intoxication endogène due à l'atteinte hépatique; le foie ne peut plus jouer son rôle de filtre circulatoire. Il en résulte l'apparition dans le sang de différents métabolites normalement arrêtés par le foie (ammonium, mercaptans, AG à courte chaîne), qui peuvent alors atteindre le SNC (particulièrement sensible à ces composés) pour y déclencher des troubles nerveux centraux tels :
- des mouvements de cerclage,
- des crises épileptiformes,
- des phénomènes d'augmentation de la pression intracrânienne accompagnant des migraines ...,
- et finalement la stupeur, le coma et la mort.

## 2°-5 L'insuffisance hépatique

Au delà des lésions d'hépatites ou de péri-hépatites déjà décrites, la stéatose s'inscrit dans un processus global pathologique dont le stade ultime, la stéatonécrose, est bien irréversible, et entraîne la mort de l'individu par insuffisance hépatique.

De nombreuses études effectuées par les services vétérinaires intéressés par ce type de production (service d'hygiène des denrées vétérinaires ENVT : 21-36-37, service de toxicologie biochimique et métabolique ENVT : 16, animal biology and poultry science UV Jérusalem : 17 ) ainsi que des thèses de doctorat de médecins vétérinaires (21-28-36-37) relèvent notamment:
- la présence de troubles fonctionnels hépatiques en cours et en fin de gavage,
- la présence de modifications biochimiques associés à ces disfonctionnements hépatiques,
- le type de pathologie hépatique en cause.
Ceci prouve que les animaux gavés développent à différents degrés, et selon leur sensibilité, des pathologies hépatiques induites par la stéatose. Celle-ci ne peut donc être considérée comme un processus physiologique normal; le foie stéatosé est bien un foie pathologique.

En fin d'évolution, l'incapacité globale de l'organe à maintenir ses fonctions métaboliques, se manifeste par un tableau clinique très diversifié associant ou non des troubles métaboliques des glucides, des lipides, des protéines, de l'eau, des troubles de la coagulation, des troubles sécrétoires (gastro-entérites, ictères , ..), de l'anémie, ...
A ces stades, les lésions de stéatonécroses sont généralement irréversibles et condamnent le malade.

## 3° Les affections extrahépatiques causées directement ou indirectement par la pratique du gavage forcé

Nous avons illustré les différentes pathologies induites par le gavage au niveau du foie. D'autres complications extra-hépatiques cette fois sont associées à cette pratique soit
- directement: ce sont essentiellement les traumatismes en cours de manipulation provoqués par l'embuc, par le manipulateur (en massant le cou) ou par l'aliment (trop chaud);
- indirectement: elles regroupent un ensemble de facteurs en interaction étroite, pour lesquels l'alimentation et les conditions d'élevage jouent un rôle essentiel.

## 3°-1 Les lésions provoquées directement par la pratique du gavage

a) Le mal de cou ou mal de jabot (1-2-22-28)

Cette affection revêt deux formes cliniques:
- la première, à localisation haute (oedème et inflammation péripharyngée) résulte d'une introduction trop brutale de l'embuc par le gaveur;
- la seconde, à localisation basse (partie déclive de l'oesophage et du proventricule) est une nécrose septique résultant de microtraumatismes ou d'une perforation de l'oesophage lors du passage de l'embuc (oesophagite). Elle est souvent aggravée par les manipulations du gaveur qui veut accélérer la descente du maïs dans l'oesophage dilaté par une accumulation trop rapide de grains. Le maïs brûlant ou, les réactions de défense de l'oiseau, figurent aussi parmi les causes déterminantes.

b) L'asphyxie par fausse déglutition (ou erreur de lieu)

Il s'agit du passage accidentel de maïs dans la trachée en cours de gavage.

c) Les névroses en fin de gavage

Elles se caractérisent par des accès de convulsion, suivies de la mort rapide des animaux, à la suite de crise d'hypoglycémie. Elles apparaissent le plus souvent à la suite d'interruptions dans la distribution d'aliments en cours de gavage (par exemple, pas d'aliments le dimanche).

d) Les morts subites par hémorragie hépatique, à la suite de rupture de la capsule de Glisson (qui entoure le foie) sous l'effet de stress ou de bousculades au sein du troupeau.

e) D'autres accidents peuvent encore se produire à la suite notamment de mauvaises conditions de détention: blessures aux pattes sur caillebotis, anoxie par mauvaise ventilation ou surpeuplement, ...

3°-2 Les maladies induites indirectement par le gavage

Les modifications du mode et du type d'alimentation, constituent un stress énorme pour l'organisme. Les infections secondaires (germes de sortie) constituent le tribut à payer pour pousser la productivité. Trois facteurs y prédisposent:

a) Les conditions générales d'exploitation qui regroupent un ensemble de facteurs agissant en synergie, tels la densité de population, les conditions d'hygiène (température et ventilation des locaux, désinfection, ...), le stress auquel sont soumis les animaux, etc ...

b) La modification brutale de la composition des aliments: le passage du régime habituel à une ration déséquilibrée et considérablement enrichie, perturbe profondément les habitudes alimentaires, la flore intestinale et la digestion des oiseaux.

c) Le parasitisme ambiant (la pression d'infection) qui joue un rôle déterminant déjà dans les élevages qui fournissent les oiseaux à gaver.

L'ensemble de ces facteurs, agissant seuls ou en association sur des animaux stressés ou affaiblis, favorise l'éclosion d'infections d'origine parasitaire, bactérienne, ou de champignons, que l'on regroupe sous la dénomination globale de "germes de sortie".

39

Exhibit J

a) Les parasites (verminoses intestinales)

Il faut insister sur le fait que tous les parasites rencontrés chez les palmipèdes adultes se retrouvent en cours de gavage; il est donc indispensable de respecter les méthodes prophylactiques mises en place dans les élevages et d'établir un contrôle (contamination parasitaire) avant d'accepter les oiseaux pour le gavage.

On vérifiera notamment :
- oesophage-jabot: les capillaires (rare)
- gésier et proventricule:     a- l'amidomostome: c'est le parasite le plus fréquent et le plus dangereux; hématophage, il provoque l'apparition d'un tableau de dysphagie, d'anémie, d'amaigrissement et la mort. L'infestation est le plus souvent discrète, les troubles n'apparaissent qu'au début du gavage par surcharge des segments antérieurs du tractus digestif.
b- l'épomidiostome
c- les spirures

b) Les champignons

La candidose ou muguet atteint essentiellement l'oesophage et le jabot. C'est une maladie de plus en plus fréquente, Candida albicans étant un opportuniste profitant pour se développer de toute lésion de l'oesophage ou de toute atteinte de l'état général (à la suite de modifications de la ration, du climat hormonal, d'une antibiothérapie, etc...).

c) Les infections bactériennes

Elles sont à l'origine de quatre grandes complications:

c-1 Les entérites

1°- l'entérite aigue du grêle ou entérite de gavage
Elle apparaît généralement à la fin de la première semaine de gavage et se caractérise par un syndrome de parésie, soif ardente, immobilité et diarrhée.
Origine: on cite de nombreuses causes prédisposantes dont les conditions climatiques (température excessive, humidité, ventilation, ..) et la suralimentation. Le gavage intervient en déséquilibrant la flore intestinale (apparition de germes producteurs de toxines) par un apport glucidique massif dépassant les capacités enzymatiques du tractus digestif, auquel s'ajoute une atonie digestive due à l'acidose. L'abus d'antibiotique en début de gavage et l'émergence de candidose sont également cités.
Ce tableau peut être à l'origine de mortalités brutales par septicémie ou entérotoxémie.

2° - l'entérite chronique
Elle peut faire suite à une entérite aigue, ou évoluer d'emblée selon ce mode.

c-2 L'entérotoxémie de gavage ou diarrhée verte

Elle survient dans les quinze premiers jours du gavage et associe des troubles digestifs

(gastro-entérites) et nerveux (crises convulsives), à une mortalité subite.

Origine : - soit une toxi-infection alimentaire à germes anaérobies (Clostridium perfringens)

- soit une prolifération de germes acidophiles (Colibaciles) qui produisent en grande quantité les toxines responsables de la mort des malades (22 page 42). Il est important de souligner qu'une proportion élevée d'oies et de canards connaît des atteintes d'entérotoxémie dans les deux premières semaines du gavage. Ils guérissent après une antibiothérapie adéquate, qui pose néanmoins le problème de la persistance de résidus dans les viandes livrées à la consommation.

c-3 Les maladies respiratoires (28 page 43)

*"... par leur fréquence et leur gravité posent à l'heure actuelle un problème préoccupant lors du gavage des palmipèdes et en particulier celui des canards".*
Elles se traduisent par des lésions d'aérosacculite, de péricardite et de périhépatite. Elles sont dues à l'action conjuguée de plusieurs facteurs dont:
- les endémies primitives d'aérosacculite dans les élevages (bactéries et mycoplasmes),
- le stress et la mauvaise hygiène en cours de gavage.
Elles sont à l'origine de baisse de productivité (ralentissement de l'engraissement) voire de mortalité.

c-4 Le choléra (Pasteurella multicoda)

Des épidémies de choléra peuvent également resurgir à l'occasion du gavage, dans des troupeaux contaminés ou insuffisamment immunisés (il faut faire une vaccination dans les élevages et un rappel trois semaines avant la mise au gavage).

c-5 D'autres complications non infectieuses du tractus digestif sont citées pour mémoire:
1- l'engouement: c'est une sténose de l'oesophage après un épisode d'oesophagite;
2- le tympanisme: il s'agit d'une indigestion, entraînant une production importante de gaz lors des fermentations dans le jabot;
3- l'indigestion intestinale: elle se manifeste chez des animaux suralimentés, vivant à l'intérieur sans exercice. Il s'agit d'un trouble du transit pouvant évoluer en une obstruction intestinale complète, par formation de pelotes d'excréments dans l'intestin.
4- le coma hypoglycémique;
5- la fibrose du foie.

## BIBLIOGRAPHIE.

1- Le gavage des palmipèdes et la production de foie gras : une approche globale d'un choix de société. Mémoire de fin d'étude présenté dans le cadre de la licence spéciale interfacultaire en environnement. ULB (université libre de bruxelles) 1994.

2- Le foie gras : un choix de société     Rapport du RNS sur base des commentaires de trente scientifiques.                                1995.

Exhibit J.


## <u>Rapport sur les maladies originales causées directement ou indirectement par la pratique du gavage forcé. par le Dr Y.Beck</u>

(Ce rapport vous renvoie aux chapitres concernés du mémoire.)

**Rapport éthologique**

**par le**

Dr C.Van Berchem.

**Et**

**Expertise éthologique**

**du**

Professeur R.Zayan.

## CURRICULUM VITAE

**VAN BERCHEM, Christine H.**

Rue Haute 260

1000 Bruxelles

Tel./Fax. :02/502.34.27

**Date of Birth :** 4th of July, 1964

Grand Duchy of Luxembourg

**Nationality :** Belgian

**Civil status :** Single

**Education :** * Dental Science, ULB, 1983

* Doctor in Veterinary Medicine, ULG & Faculty of Veterinary Medicine, Cureghem-Brussels, 1984 - 1989.

**Other :** * Course of lectures on Apiculture at the IRSN (Royal Institute of Natural Science of Belgium).

* Member of the GERC (Groupe d'Etude & Recherche sur le Comportement), since 1990.

* Member of the European Society for Veterinary Clinical Ethology.

**Languages :** French : mother tongue

English : fluent

Dutch : satisfactory.

**Professional Experience**

1989 * Training in Small Animal Practices, Dr. Dulière, Brussels.

26

Exhibit J

* Serial of locum jobs in Small Animal Practices, France.

1990 * Blue Cross Animals Hospital, Grimsby, England

Internist Veterinary Surgeon (12.000 patients a year for 2 veterinary surgeons positions).

1991 - present * Own practice, Brussels.

* Regular locum in England : Blue Cross Hospital & .

small animal private practice

1995 * BPT Congress, sept. 21-24, 1995

Braunschweig, Germany

Speaker at the 2nd ESVCE Symposium : "The use of

Clonidine in behaviour disorder in dogs ".

**Activities in Medical Research**

Institut Jules Bordet, Brussels.

Laboratory of Pharmacokinetics, Dr. Pierre Dodion.

* "Fondation Roi Baudouin"

**Conversion of Anthracyclines to Non-Fluoresent Derivates.**

Dr. P. Dodion with the cooperation of Misses D. Lucas, B. Peeters, C. Van Berchem.

**Abstracts**

- De Valeriola D., Dodion P., Peeters B., Van Berchem C., Crespeigne N., Kenis Y. :

*"Phase I trial with oral menogaril* (NSC 269148)".

Proc. Fall Meeting of the Pharmacokinetics and Metabolism Group of the EORTC,
November 1986, Brussels.

- De Valeriola D., Dodion P., Piccart M., Joggi, Peeters B., Van Berchem C., Crespeigne
N., Wery F. and Kenis Y. :

*"Phase I trial with oral menogaril* (NSC 269148)"

Proc. Amer Assoc Cancer Res 1987, 28, 230.

- Dodion P., De Valeriola D., Piccart M., Joggi J., Tueni E., Peeters B., Van Berchem C.,
Crespeigne N., Wery F. and Kenis Y. :

*"Phase I trial with oral menogaril* (Men; NSC 269148)"

Proc. 4th European Conference Clinical Oncology 1987, abs. 273.

**Publications**

- Dodion P., Abrams J., Gérard B., Crespeigne N., Peeters B., Van Berchem C. and Kenis Y. :

*"Clinical and pharmacokinetic phase I trial with the diethylaminoester of flavons acetic acid"* (LM 985, 1087; 23 : 837 - 842.

- Dodion P., De Valeriola D., Piccart M., Tueni E., Joggi J., Crespeigne N., Wery F., Peeters B., Van Berchem C. and Kenis Y. :

*"Phase I clinical and pharmacokinetic trial of oral menogaril administered on 3 consecutive days"*. European J Cancer Clinical Oncology 1988; 24 : 1019 - 1026.

- Dodion P., De Valerio D., Piccart M., Tueni E., Joggi J., Crespeigne N., Wery F., Peeters B., Van Berchem C. and Kenis Y. :

*" Phase I clinical trial of oral menogaril administered on 3 consecutive days"*.

Acta Oncologica 1988; 27 : 517 - 520.

### Résumé:

A l'ère de la neuro-psycho-physiologie, il semble aberrant de ne prendre comme critère dans l'évaluation du bien-être que des critères physiologiques sanguins. Il est unanimement reconnu de nos jours, dans d'autres espèces, que certains comportements anormaux tels que stéréotypies, hyperagressions pathologiques ,...manifestent la présence d'une souffrance mentale, peuvent être la conséquences de difficultés à gérer certaines contraintes extérieures et sont le reflet d'un dérèglement progressif des neurotransmetteurs. Il conviendrait donc de mettre en corrélation les évaluations sanguines et éthologiques avant de tirer des conclusions d'analyses sanguines quant au bien-être.

L'éthologie présente en outre l'avantage de tenir compte de la dimension temporelle et dynamique de la notion de bien-être dont une prise de sang ponctuelle ne tiendra jamais compte. Consistant en l'observation du déroulement des comportements, elle n'interfère pas avec les conditions expérimentales, alors que des manipulations dans le but d'effectuer des prises de sang constituent (dans le cas où l'évaluation du stress est le but de l'expérimentation) une interférence avec les conditions expérimentales.

La présence d'anxiété ,de stéréotypies et d'hyper agressivité signe une pathologie comportementale qui reflète l'absence de bien-être.

Rappelons la définition universellement connue de la santé par Hippocrate: la santé n'est pas juste une absence de maladie mais un état de bien-être physique et mental.

Il est communément admis tant par les psychiatres de quelle école qu'ils soient que par les éthologues que la présence de comportements gratuits, anormalement / fréquemment répétés et aberrants, est une manifestation de pathologie comportementale.

Les vétérinaires de l'école francophone de psychologie animale ont une approche éthologique du comportement basé sur une analyse séquentielle des différents comportements propres à l'espèce càd que ,dans toutes les espèces ,tout comportement normal peut être décomposé en 3 phases :

Exhibit J

1° une phase appétitive

2° une phase consommatoire

3° une phase d'apaisement

Ex: pour le comportement alimentaire: on a faim, on mange , on est repu)

Lors de pathologie comportementale véritable, cette séquence est généralement modifiée. On observe souvent une disparition de la 3ème phase(responsable de l'arrêt du comportement par un espèce de rétro-contrôle ) ensuite de la première (ou occasionnellement une désorganisation séquentielle )débouchant sur des comportements répétitifs. Les activités de substitutions font déjà partie des manifestations de l'anxiété en tant que pathologie. On considère qu'il y a pathologie comportementale dès que l'animal n'est plus capable de répondre de façon adaptée aux modifications de son environnement. Je cite Pageat " Nous définirons l'anxiété comme un état réactionnel caractérisé par l'augmentation de probabilité de déclenchement de réaction émotionnelles analogues à celles de la peur en réponse à toute variation de milieu. Il en résulte une désorganisation des autocontrôles... ".Chez le chien par exemple, cette rigidification des réponses comportementales est étudiée pour l'instant par le biais d'essais médicamenteux comparatifs très spécifiques permettant de mettre en évidence l'implication de tel et ou tel neurotransmetteur. Pageat tente de démontrer qu'il existe une évolution progressive au cours du temps entre différents tableaux pathologiques comportementaux définis par lui-même qui chacun sont caractérisés par l'implication de certains neurotransmetteurs précis, preuve en est la guérison par tel ou tel médicament dont le mode d'action est spécifique et bien connu. Avec comme constante pour tous ces tableaux que le taux de guérison spontanée observé est très faible sans traitement.

Il semblerait que les activités de substitution puissent évoluer chez le chien au cours du temps en stéréotypies.

Dans un système de pensée qui se veut applicable à toute espèce, tant l'anxiété que la présence de stéréotypie EST un symptôme d'une pathologie véritable caractérisée par des modifications neurophysiologiques subtiles et difficile à étudier directement . (Tomographie à émission de positrons)

D'autre part, les contraintes qu'exerce le gavage sur les palmipèdes par rapport à l'exécution de leur répertoire comportemental sont une évidence décrite logiquement et point par point par le Pr. R. Zayan dans son expertise éthologique .Des contraintes néfastes (mise en cage ,séparation de la " mère " ) agissant sur des comportements dont il a été prouvé depuis longtemps qu'ils sont innés et irréversibles tel que l'imprinting ( reconnaissance du 1er objet vu comme étant la mère) et qui pourraient être manipulés facilement dans un but profitable au bien-être de l'animal sont intolérables.

De même , l'apparition d'hyperagression et de cannibalisme sous de fortes densités de population /m2 chez les canards sont des symptômes de stress connus depuis longtemps pour leurs implications au niveau de la productivité des élevages(diminution de rendement)

A la lumière de ces connaissances, l'article réalisé par l'INRA , qui tente de mettre en évidence une variation de l'état de stress chez les palmipèdes selon les différents modes

Exhibit J

de contention apparaît comme une imposture scientifique, comme un exemple absurde de rigueur et de méthode scientifique mal utilisée.

La forme est superbe mais le fondement biaisé.

Le protocole utilisé donne peut-être des informations sur l'état de stress des animaux mais

celui-ci n'est en aucun cas significatif de l'état de bien-être des animaux.

S'il est admis que scientifiquement l'augmentation de cortisol dans le sang ou les urines est augmenté en cas de stress aigu et même " chronique " chez le chat par exemple, l'absence éventuelle de cette augmentation ne saurait à elle seule tenir lieu d'argument visant à prouver le bien-être de l'animal en question.

De nos jours, la dimension comportementale n'est plus négligée et à l'heure actuelle, des biologistes consciencieux et soucieux d'objectivité tentent d'établir chez le chat (dont le bien-être ou le mal être n'a pourtant que très peu d'implications financières et économiques...) une corrélation entre les modifications sanguines éventuelles et les modifications comportementales de sorte à valider les dosages sanguins qui , peut-être ,un jour ,permettront une évaluation quantitative et facile du bien-être. Mais cela reste à prouver.

En outre dans l'étude comparative réalisée par l'INRA est susceptible d'être scientifiquement faussée de d'une autre manière : tous les canards gavés - les conditions de l'élevage au gavage étant anormalement contraignantes pour un canard sont susceptibles de présenter un épuisement de la surrénale les rendant par là même incapables de réagir à un stress supplémentaire ;d'ou l'absence de fiabilité. Il conviendrait de prouver que ces canards n'ont pas une réactivité de la surrénale moindre que des canards élevés dans des conditions respectant mieux leurs besoins comportementaux.

Ajoutons à cette critique que la notion de bien-être ne saurait répondre qu'à une analyse dynamique. Ainsi, l'on peut-être maniaco-dépressif et n'être complètement stressé qu'en phase maniaque. Voilà qui amène en outre à mettre en évidence les limites d'une analyse physiologique ponctuelle ;certains dérèglements neurologiques évoluant par phases en fonction du temps. De même, si l'on photographie le canard gavé entre l'exécution de ses comportements stéréotypiques, il paraîtra normal alors que ce n'est pas le cas.

Seule l'approche séquentielle de l'éthologie tient compte de la dimension temporelle et dynamique dans son évaluation du bien-être.

En conclusion, au risque de sembler émettre une tautologie, l'évaluation du bien-être animal **doit** prendre en considération les analyses éthologiques.

Références:

• D.M.Broom and K.G. Johnson .Stress and animal welfare .Chapman§Hall 1993

• P.Pageat Pathologie du comportement du chien - états pathologiques élémentaires p80-95 Ed Point Vétérinaire 1995.

30

Exhibit J

l'élevage au gavage étant anormalement contraignantes pour un canard sont susceptibles de présenter un épuisement de la surrénale les rendant par là même incapables de réagir à un stress supplémentaire ;d'ou l'absence de fiabilité. Il conviendrait de prouver que ces canards n'ont pas une réactivité de la surrénale moindre que des canards élevés dans des conditions respectant mieux leurs besoins comportementaux.

Ajoutons à cette critique que la notion de bien-être ne saurait répondre qu'à une analyse dynamique. Ainsi, l'on peut-être maniaco-dépressif et n'être complètement stressé qu'en phase maniaque. Voilà qui amène en outre à mettre en évidence les limites d'une analyse physiologique ponctuelle ;certains dérèglements neurologiques évoluant par phases en fonction du temps. De même, si l'on photographie le canard gavé entre l'exécution de ses comportements stéréotypiques, il paraîtra normal alors que ce n'est pas le cas.
Seule l'approche séquentielle de l'éthologie tient compte de la dimension temporelle et dynamique dans son évaluation du bien-être.
En conclusion, au risque de sembler émettre une tautologie, l'évaluation du bien-être animal **doit** prendre en considération les analyses éthologiques.

Références:

- D.M.Broom and K.G. Johnson .Stress and animal welfare .Chapman§Hall 1993
- P.Pageat Pathologie du comportement du chien  - états pathologiques élémentaires p80-95 Ed Point Vétérinaire 1995.
- Welfare problems in dogs and cats Schilder, M.B.H 2nd symposium of the European Society for Veterinary Clinical Ethology -Braunschweig 1995.
- Carlstead,C,J.L.Brown and Strawn(1993)Behavioural and physiological correlates of stress in laboratory cats.
- Ödberg F.O.1978 Abnormal behaviours:stereotypies 1st congress on Ethology applied to Zootechnics, Ed Garsi, Madrid, 475-480.
- Neurotransmitters, drugs and diseases R.A.Webster §C.C Jordan p398 Animal model of anxiety -Blackwell 1989
- Manic-depressive illness  F.K.Goodwin §K Redfield Jamison -Oxford University Press1990 Animal models p403
  Critical evaluation of clinical- biological correlates p 488
- Neuro-transmetteurs J-M Meunier§A.Shvalov1992 Masson
- Abrégé de neuro-psycho-physiologie tome 2  M.Meulders ,N. Boisacq-Schepens.Masson
- La Recherche n°280 Oct 1995 Les médicaments de l'esprit

Exhibit J

**Expertise éthologique du Professeur René Zayan.**

(Professeur d'éthologie à l'UCL - Faculté agronomique - unité de psychobiologie).
Ces documents ont été déjà présentés lors de la réunion précédente du CE (31$^{ème}$ Strasbourg - 23 au 26 avril 1996 ) dans le mémoire remis par le Dr Y.Beck.

Nous en rappelons brièvement les conclusions, pour mémoire :

L'expertise éthologique ne permet certainement pas d'affirmer comme on l'entend souvent, qu'avant la période de gavage les canards sont maintenus dans des conditions d'élevage qui leur assure un maximum de bien-être. En revanche, il ne fait aucun doute que le gavage fait subir une souffrance physiologique et comportementale qui réduit de manière dramatique leur bien-être. C'est pourquoi il nous paraît insoutenable d'affirmer que ces animaux ne produiraient pas de foie gras (en telle quantité) s'ils étaient maltraités. Au contraire, le gavage paraît constituer une pratique criticable sur le plan éthique.

(/... Le dossier d'expertise complet est mis en documents annexes 4.1. - Il figurait déjà parmi les textes cités dans la thèse présentée par le Dr Beck.)

Exhibit J

Annexe 2

1

# EXPERTISE ETHOLOGIQUE SUR LE GAVAGE DES CANARDS

## Professeur René Zayan, UCL

Un vétérinaire est compétent pour démontrer que le gavage du foie rend les animaux malades.

Un éthologiste, c'est-à-dire un spécialiste du comportement animal, est compétent pour démontrer que le gavage cause de la souffrance. L'éthologiste se référera pour le démontrer non pas à des espèces sauvages, mais, directement, aux recherches scientifiques qui sont conduites sur les animaux domestiques et plus particulièrement sur les espèces ou races de production telles que les poules pondeuses. En outre, des recherches expérimentales de Psychologie animale permettent de connaître les motivations, les émotions, les perceptions et les représentations mentales des Vertébrés supérieurs (Oiseaux et Mammifères).

La souffrance correspond à une réduction critique (= soit gnificative, soit, a fortiori, importante) d'un état subjectif de animal qu'on appelle son degré de bien-être. Celui-ci résulte de la atisfaction relative et temporaire d'un certain nombre de besoins e base. Ces derniers sont définis par des prédispositions énétiques à rechercher dans l'environnement physique et social des éléments capables d'assurer la viabilité biologique de l'animal à survie, mais aussi sa santé, sa croissance, et sa reproduction). programme génétique des espèces ou races domestiques termine des besoins qui seront présents, ou au contraire cicitaires, dans l'environnement artificiel de captivité; celle-ci être dommageable, mais l'être humain peut aussi la rendre male par rapport aux conditions de bien-être que l'animal erche dès la naissance.

donc, la souffrance d'un animal résulte du fait objectif que ou plusieurs de ses besoins de base sont insuffisamment faits ou, a fortiori, tout à fait insatisfaits. Mais, en outre, la france d'un animal sera spécifiquement causée par des stimuli environnement exerçant des effets dommageables sur tation de l'animal, notamment par des stimuli causant de la eur et du stress.

### ivation de besoins comportementaux (éthologiques)

anards ont, tout comme les poules pondeuses, un programme que d'activités naturelles qui doivent pouvoir être exécutées eur milieu de captivité, surtout au cours de la période age la plus proche de la naissance

Exhibit J

Or, les conditions d'hébergement pendant le gavage sont incompatibles avec le bien-être, en raison des caractéristiques suivantes.

## 1. Le confinement

Dans les cages de batterie sur caillebotis pour canards et dans des systèmes plus intensifs, la surface au sol par animal ( < 375cm$^2$ ) est encore moindre que pour les poules pondeuses (500 cm$^2$), dont on a démontré qu'elles requièrent au moins 900 cm$^2$ par animal en cages de batterie. Les animaux ne peuvent se déplacer normalement, et ils sont gênés ou blessés par le grillage (notamment quand le cou, progressivement déplumé dépasse de la cage). Quand ils deviennent trop gros, les animaux ne peuvent même plus passer la tête hors de la cage. Bien entendu, il est exclu que les animaux puissent voler; ils peuvent à peine bouger.

## 2. La surpopulation

Dans les "parcs collectifs" ou "parcs de gavage", de 15 à 18 animaux sont entassés dans des boxes de ± 3m$^2$, à des surfaces au sol de type intermédiaire (1600-200 cm$^2$ par animal) qui sont connues pour déclencher les coups de bec agressifs et le cannibalisme (c'est pour cette raison que l'on doit procéder au débecquage dans les élevages au sol de canards de chair).

## 3. L'absence d'eau

Même chez les animaux élevés en prairie avant la période de gavage, il leur est impossible de nager ni de nettoyer leur plumage, qui reste desséché parce que le graissage naturel des plumes ne peut se faire.

## 4. Manger et boire passivement

Par définition, le gavage consiste à engraisser l'animal de force. Outre que l'animal ne peut plus se livrer à une activité alimentaire spontanée, il est privé du besoin (démontré expérimentalement) de consacrer au moins 35% de sa ration de farine industrielle à la recherche active de nourriture. De même, le fait de mélanger la poudre de maïs à l'eau constitue une procédure d'alimentation passive qui prive le canard du besoin de boire en mangeant.

## II. Privation de besoins physiologiques

La nourriture (= maïs cuit salé en pondre mélangé à de l'eau) constitue une alimentation peu équilibrée servant à déclencher et à entretenir un processus d'hypertrophie des cellules graisseuses du foie (adipeux). Cette nourriture, les canards ne la mangent pas spontanément et, surtout, ils n'en consommeraient pas dans les

ne correspond pas à un besoin naturel, contrairement à l'argument selon lequel les oiseaux migrateurs tels que les canards accumulent de la graisse autour de foie (sans compter que les canards domestiqués ne sont jamais confrontés aux températures très basses ni aux périodes de pénurie que rencontrent les migrateurs sauvages de leur espèce). On ne peut pas non plus tirer d'argument du fait qu'au cours du "prégavage", il arrive que des animaux ingurgitent eux-mêmes la nourriture: d'une part, les animaux y reçoivent une quantité raisonnable d'aliment (220g par jour) et, d'autre part, ce "prégavage" est appliqué précisément pour permettre aux animaux de s'habituer à des quantités excessives de nourriture. En bref, l'autogavage n'existe pas chez les canards à l'état naturel et, si l'hyperphagie peut être observée chez un canard dans la vie quotidienne, elle est toujours un comportement pathologique, symptomatique de stress physique ou social. En aucun cas peut-on affirmer que le gavage satisfait de manière maximale un besoin viscéral ou physiologique de base, d'autant plus que le besoin alimentaire d'un animal s'accompagne d'un choix, spontané ou appris, et d'une recherche active des aliments adéquats pour la santé.

## III. Privation de besoins sociaux

Toutes les espèces grégaires recherchent à la naissance le contact avec des congénères et cherchent à former des groupes stables où la reconnaissance individuelle fait prévaloir la coopération sur la compétition, notamment de type agressif.

1) Or, les canards sont le plus souvent enfermés individuellement dans des cages grillagées (de 15 cm x 25 cm); cet isolement partiel produit une séparation qui frustre l'animal des relations affiliatives normales avec ses congénères (visibles pour lui) et qui sont exprimées par des activités telles que le toilettage mutuel.

2) De plus, les femelles sont exclues de l'élevage, de sorte que les mâles sont privés de relations sexuelles, qui sont en général de type préférentiel chez les membres d'un couple reproducteur. Une telle frustation (démontrée dans le cas inverse chez les poules pondeuses) est une cause de stress social.

3) Cependant, l'atteinte la plus criticable aux besoins sociaux réside dans une exploitation abusive du processus éthologique d'imprégnation filiale, extrèmement caractéristique des canards et des oies. Il convient, pour l'honnêteté du propos, de préciser qu'une

producteurs de foie gras, qui n'en sont pas conscients et méritent d'être éclairés sur ce point.

Les canards ont une prédisposition génétique à suivre le premier objet qu'ils voient se déplacer devant eux après la naissance; ils apprennent les caractéristiques morphologiques de ce premier parent rencontré et s'y attachent d'une manière quasiment irréversible jusqu'à la maturité sexuelle. Cette imprégnation filiale s'adressera aux êtres humains si ces derniers sont les premiers "animaux-parents" que le caneton peut voir au cours des 3 jours postérieurs à la naissance (surtout entre la 5ème et la 24ème heure) et l'on sait que les canetons arrivent à l'usine d'engraissage à l'âge de 1 jour, quand ils ne naissent pas chez le gaveur lui-même. Le caneton suivra alors de manière préférentielle, et souvent même exclusive, les humains qui leur procurent chauffage (artificiel), protection, et nourriture; cette dépendance affective peut durer jusqu'à 30 jours.

C'est un tel attachement qui explique les réponses d'approche des canetons envers les éleveurs qui les nourrissent et qui croient de bonne foi que les canards sont "gourmands" au point d'accepter facilement d'être ultérieurement gavés. En tout cas, cette réponse positive envers les humains facilite le "prégavage", au cours duquel il arrive que les animaux ingurgitent eux-mêmes 220g par jour d'aliment, ce qui constitue une quantité raisonnable encore pour un canard (docile!). Mais ensuite, on sait que les animaux manifestent des réponses de fuite alors que des quantités croissantes de nourriture deviennent associées aux manipulations imposées par le gavage. Le gaveur doit alors quelquefois poursuivre et rattraper les animaux, ou à tout le moins le contraindre manuellement pour empêcher leur fuite, de telle sorte que les animaux vont éprouver un conflit émotionnel intense entre leur tendance sociale envers les humains et leur tendance à la méfiance puis à la peur à l'égard des gaveurs. Cette anxiété ira croissant avec la répétition des causes de stress et de douleur associées à la procédure de gavage. Même les gaveurs les mieux intentionnés ne sauraient qu'entretenir ce trouble émotionnel en prodiguant quantité de caresses après chaque gavage. La conséquence pratique qui résulte de cet attachement social néfaste des canards aux êtres humains est qu'il est exclu d'envisager de produire des canetons dans l'usine de gavage même, afin de leur éviter le stress du transport. En effet, ces canetons seraient encore davantage imprégnés aux éleveurs qu'ils verraient pendant la période critique des réponses filiales envers les "animaux-parents" (13ème-16ème heure après la naissance).

Exhibit J

## IV  Causes de souffrance exercées par les procédures de gavage

### 1. La douleur

Elle peut survenir si les récepteurs sensoriels dits nociceptifs de la bouche et du gosier (fibres nerveuses A δ & C) sont trop intensivement stimulés par l'outil de gavage (tube ou tuyau, entonnoir) ou par un aliment trop chaud. De même l'élargissement de la rate et la dilatation du foie (jusqu'à 7 à 9 fois son volume normal) exercent des pressions sur l'abdomen et les poumons, les volailles ne possèdent pas de diaphragme; des récepteurs de douleur sont (entre autres) localisés sous la muqueuse intestinale, avant les muscles de l'intestin (fibres C, surtout). Le contact répété avec le grillage des cages produit du déplumage et des lésions du cou, de la gorge, de la poitrine ou des ailes (surtout chez les animaux les plus agités).

### 2. L'encéphalopathie hépatique

L'ammonium et d'autres substances insuffissamment éliminées attaquent le système nerveux central et produisent des troubles du comportement (stéréotypies motrices, ataxie, immobilité et apathie).

### 3. Le stress (physiologique)

Des perturbations de l'environnement répétées imposent à l'animal des mécanismes d'adaptation excessifs qui finissent par être dommageables pour sa santé. Chez la volaille, un stress prolongé déclenche, après une activation des médullosurrénales (qui sécrètent l'adrénaline et la noradrénaline), une activation des corticosurrénales, qui sécrètent les hormones corticostéroïdiennes (corticostérone). Le stress ponctuel s'accompagne d'une acélération du rythme cardiaque et de réponses motrices de défense (fuites surtout, qui sont impossibles dans les cages de gavage). Le stress chronique s'accompagne d'une diminution des défenses immunologiques et précède diverses pathologies (cardiaques, gastro-intestinales), souvent même la mort chez les volailles domestiques de production. On sait, par exemple, que les manipulations et autres actions humaines causent un stress physiologique intense chez la poule ou le canard. Il ne fait aucun doute qu'il en va de ainsi quand le gaveur saisit les canards par la tête et le cou pour les forcer à ouvrir le bec; les animaux s'agitent fortement puis manifestent, après le gavage, des comportements pathologiques appelées stéréotypies motrices (telles que le fait de tourner dans la cage confinée en remuant la tête). D'autres ... démontrés expérimentalement sont constitués par le

Exhibit J

transport des canetons, à l'âge d'un jour, par camion et par train
ainsi que par la privation d'aliment qui précède ce voyage.
Le stress répété que subissent les canards explique une large
proportion des 4% à 10% des cas de mortalité qui sont constatés
(officiellement) jusqu'à l'abattage.

## Conclusion générale

L'expertise éthologique ne permet certainement pas d'affirmer,
comme on l'entend souvent, qu'avant la période de gavage les
canards sont maintenus dans des conditions d'élevage qui leur
assure un maximum de bien-être. En revanche, il ne fait aucun
doute que le gavage fait subir une souffrance physiologique et
comportementale qui réduit de manière dramatique leur bien-être.
C'est pourquoi il nous paraît insoutenable d'affirmer que ces
animaux ne produiraient pas de foie gras (en telle quantité) s'ils
étaient maltraités. Au contraire, le gavage paraît constituer une
pratique criticable sur un plan éthique.

Permanent Council of the European Convention on the protection of farmed
animals (T-AP)

32nd Meeting Strasbourg 8-11 October 1996

# Report on force-feeding

## by Belgian experts (1996)

## Introduction

Force-feeding to fatten palmipeds is an ethically unacceptable practice, and is in total contradiction to the recommendations concerning Barbary and Mallard ducks, issued by the Permanent Council of the European convention on the protection of farmed animals. (T-AP)

**Article 16** <u>paragraph 1</u> indeed stipulates:

"All ducks must have access, in an appropriate fashion, to *adequate, nutritious, balanced and hygienic food (1)* every day, and a sufficient quantity of water, of satisfactory quality, at every moment/...

The *methods* of feeding, and the additives in the foodstuffs, which are *the source of lesions, anguish or illness (2-3-4)* for the ducks, or which may result in the development of *physiological or physical conditions affecting their health (2-3) and well-being (4)* must not be authorised".

**Article 16** <u>paragraph 2</u> continues:

"The practice of force-feeding ducks *may result* in badly affecting well-being during the procedure.

Force-feeding *may lead* to pathological hepatic steatosis which compromises the health and well-being of the ducks.

/... In countries where force-feeding is authorised, research must be carried out to develop *methods of feeding which do not imply forced administration* of food and *which would not result in pathological steatosis* of the liver.

********

## Report By Belgian Experts

This consists of four sections, produced by four independent Belgian vets, who each had a particular competence within the area on which they commented. Their CV and a brief resume of their conclusions accompanies their work. We would like to thank other scientists – from different disciplines – who have helped by giving us their valuable advice.

2

Exhibit J

1. These four reports show the **contradictions** which exist within each of the areas under study, with regard to <u>Article 16: paragraph 1:</u>

    (1) **Report on Feeding** (normal) of anatides compared to the force-feeding rations presented by Dr JM Guilmot.

    (2) **Anatomical-pathological report** on nutritional hepatic steatosis as well as hepatic pathology, presented by Dr M. Heymann

    (3) **Report on diseases** caused directly or indirectly by the practice of forced feeding, presented by Dr Y. Beck

    (4) **Ethological report** on the evaluation of stress and decrease in well-being amongst force-fed birds, presented by Dr V. Van Berchem.

2. **Ethical Objections** to this kind of practice rests on the following three general findings:

    1- <u>Intensive farming methods</u> (individual cages -- pneumatic force-feeding...) due to industrialisation of farming must be banned. They are the cause of a dramatic reduction in the well-being of birds.

    2- The end result of force-feeding is -- hepatic steatosis -- which is a <u>liver disease</u>. This causes -- at different degrees during its development -- physiological and physical problems which are detrimental to the state of health and well-being of birds. Eventually the hepatic steatosis will lead to the death of the birds.

    3- <u>Force-feeding</u> is finally, a <u>practice</u> against nature, which violates the natural prehension of food. Therefore the contention that the introduction of such equipment reduces the well-being of the birds subjected to it.

3. In conclusion **the commentaries** <u>of article 16 paragraph 2</u> **must be modified** in the following manner:

■ The practice of force-feeding ducks *results in badly affecting their well-being* during the procedure.

■ Force-feeding *leads* to pathological steatosis which compromises the health and well-being of ducks.

It should be noted that natural steatosis linked to the stocking of reserves before migration, never exceeds the initial volume of the liver by a **factor multiplied by 2 (1.5**

3

for larger species). It would seem logical to propose this as an "acceptable" figure for the level of steatosis induced by artificial means into birds.

**Seasonal self-inflicted force-feeding** appears to be the only acceptable ethical practice concerning production. In effect it limits – by means of a complex game of feedback – steatosis to levels which are not considered pathological, such as found in birds in the wild.

Dr Y Beck

Exhibit J

## Resume of the veterinary reports

### 1. Report by Dr Guilmot

### RESUME

The author is interested in the comparison between the kinds of feeding used in parks and zoos for ornamental anseriforms. There follows an analysis of the recommended ration, with the pathologies pertaining to lack and excess in different food combinations:

Following on from this are the rules given in works dealing with feeding given during the force-feeding period.

We contend that for force-feeding, only food which is high in energy is rated. And little or no interest is given to the qualitative aspect of the nutriments used.

In conclusion, one cannot talk of food when speaking of force-feeding, since the foodstuff used does not cover the physiological needs of the animal.

### 2. Report by Dr Heymann

### RESUME

The excessive lipid load observed in the livers of ducks and geese at the end of force-feeding is, from the anatomopathological point of view, a lesion, and not part of the normal physiological process. The lesional character of these alterations is also confirmed by the changes in clinical biology (increase of hepatic enzymes in the blood etc). In no instance, can this increase be considered normal. It is a categoric sign of a diseased state and a clinical symptom (difficulty in breathing, difficulties in regulating temperature, exhaustion, difficulties in making an effort etc.) Therefore one is not making use of a natural physiological process in palmipeds to produce a delicacy but rather a pathological process which can be reproduced in certain species. If the liver of a goose or a duck is used, it is because the pathology is easier to reproduce.

In addition to the lesions caused directly by force-feeding, the immune system, as well as the liver, is rendered frail to cope with any stress to which the animal is subjected.

The animal therefore often develops infections, which can be combatted by the use of antibiotics. This however, poses the very serious problem of having residues of antibiotics within food destined for human consumption.

I acknowledge that foie gras whilst being a completely unnecessary food for man, is a highly appreciated delicacy. Nevertheless, the means of obtaining this delicacy, and the money which it fetches, above all for a minority, does not justify the extremely painful

5

conditions in which this food is produced. An alternative could be found, this time only using the physiological capacity of the animal. In fact, they could willingly eat as much as they wanted and produce a fattier liver than normal. This is, after all, the origin of this traditional product.

### 3. Report by Dr Beck

**RESUME**

*It has been noted that, as well as the pathologies normally attributed to palmipeds (not pursued in this account), force-feeding is the cause of a number of maladies.*

*These ailments are a reflection of the "quality" of the system of production: the "good practice" associated with hygiene, disease prevention, training in use of the force-feeder, etc... to reduce to a certain extent, the resultant knock-on effects on the state of health and well-being of the animals. In certain cases, according to the severity of the deficiencies and the quality of care given, the general state of health alters, indeed, death occurs. Furthermore it also poses the sensitive problem of the residues of their treatment being present in the meat, given the immediacy of slaughter.*

### 4. Report by Dr Van Berchem

**RESUME**

In an era of neuro-psycho-physiology, it seems absurd to only take blood physiology as the sole criterium in evaluating well-being. It is unanimously recognised today, in other species, that certain abnormal behaviour such as stereotypes, hyperagression, pathologies, are proof of mental suffering, and could be the consequence of difficulties in handling certain exterior constraints, and are a reflection of a progressive disturbance of neurotransmitters. It should be agreed, therefore, that a correlation be made between blood <u>and</u> ethological evaluations, before coming to conclusions about well-being solely from blood analysis.

### Report by Professor René Zayan

**RESUME**

Ethological expertise certainly does not affirm, as one often hears, that before the period of force-feeding the ducks are maintained in farming conditions which assure them a maximum of well-being. On the other hand, there is absolutely no doubt, that force-feeding subjects them to physiological and behavioural suffering which dramatically reduces their well-being. This is why the assertion that these animals would not produce foie gras (and in such quantity) if they were maltreated seems to us, untenable. On the contrary, force-feeding constitutes a reprehensible practice from an ethical point of view.

Exhibit J

**Dr Guilmot Jean-Michel**

Médecin vétérinaire agréé

Strombeeksesteenweg ,222
1800 Vilvoorde

Tel 02/267.96.12
Fax 02/267.53.82

Etudes terminées en 1989, Travaille depuis 1989 dans divers parc animaliers avec une préférence pour les oiseaux. Effectue les soins pour le Ranch St Ann ( kangourous, oiseaux divers , anatidés, lamas, yacks, zèbres, autruches.......).
Travaille pour le Amo Safari Parc (principalement autruches, emeus, flamands roses, aras....).
Travaille pour le zoo de Lochristi et Harry Maalter
En 1989 je commence à me spécialiser en sexage des oiseaux par endoscopie.
En 1992, je commence à travailler pour le Parc Paradisio (Parc à vocation oiseaux principalement)
En 1994, je deviens inspecteur de quarantaine pour le Parc Paradisio.
Depuis 1994 , je sexe par endoscopie pour plusieurs importateurs en perroquets et oiseaux exotiques tels que grues, flamands roses .....

Exhibit J

# Comparative report on the feeding of anatides
## by

## Dr J M Guilmot

## Abstract

In this paper the author is interested in the comparison between different types of feed used for ornamental anseriforms in parks and zoos. Herewith is an analysis of the advised rations with the pathologies pertaining to lack and excess of different food constituents;

Included are the rules given in works dealing with feeding during periods of force-feeding.

We contend that for force-feeding, only high energy food is rated. And little or no interest is given to the qualitative aspect of the nutriments used.

In conclusion, one cannot talk of food when speaking of force-feeding, since the foodstuff used does not cover the physiological needs of the animal.

## General Remarks

From the physiological point of view, the growth rate of anseriforms is generally quicker than for galliformes.

Species which live in more extreme latitudes have greater growth, than those which live in our latitudes.

The growth rate appears to be related to the length of the day[1].

There is a lot of information about the feeding of factory-farmed anseriforms but very little about non-domestic species.

In the wild animals have a choice between grains, plants, invertebrates and fish.

The food which wild animals eat varies from species to species according to the periods in the day when the animal feeds itself, as much as by the number of minutes in a day spent feeding.

---

[1] Kear J Feeding and Nutrition. In Fowler ME (ED) Zoo and wild animal medicine Saunders Co 1986 pp.335-341

Exhibit J

This implies that certain animals manage to fill up their crop twice a day and meet their needs for the next 24 hours. This is most marked in animals which have a grain-based diet. On the other hand, animals which feed on vegetables have to spend more time to achieve the same amount of calories[2].

Animals who feed on grains and plants are animals which can be fed easily on commercial food manufactured for poultry, anatides, indeed even those for dogs.

The animals which feed on grass or greenery may also adapt to commercial foodstuffs but only in small quantities. In addition these animals must have permanent access to an outside area containing numerous species of grasses.

The average quantity of food given per duck at the *Wildfowl Trust* at Slimbridge in England is 130gm/bird/grain per day (barley, wheat) and 10gm/bird/baby biscuit.

An average sized goose, only eating grass, eats approximately 750gm/day in winter. In captivity, this number must be revised downwards, for the bird has reduced needs due to inactivity and uses more grains.

During periods where they shed their feathers or in unfavourable climate conditions, the quantities of foods are increased, as they are during reproductive periods.

In this work, we compare the feeding of anseriforms in parks and zoos with those of anseriforms used for meat production or foie gras.

This allows us to see which criteria are considered important for those who derive an income from animal production other than from the sale of domestic animals.

It should be noted that in the case of animals destined for parks or bird fanciers, the longevity of the animals is much greater than for those animals destined for the butchers. There must therefore be certain factors which would have to be taken into account over a long term, which will play less of a role in meat production.

---

[2] Karlson, A.G. Davis C.L. and Cohen M.I Skotochromogenic *Myobacterium avium* from a trumpeter swan Am J Vet Res 23:575, 1962

Exhibit J

# Comparison of different diets

Note: It is important to note that the diets discussed here are the diets calculated to maintain the animals in good health and not for those only destined for meat production.

## Recommended Diet for Ornamental Anseriforms

(Diet calculated by American nutritionalists[3])

Starter for wild ducks (used during the first three weeks of life).

| Ingredients/Ingredients pounds/tonne |
| --- |
| Corn 933 |
| Oats 200 |
| Wheat 300 |
| Soya flour  50% protein, poor in fibre 250 |
| Fish flour 160 |
| Small milk, 55%l lactose 20 |
| Spent grain from the brewing industry 20 |
| Dehydrated alfafa 100000UI Vit A  60 |
| Calcium phosphate 10 |
| Calcium carbonate 30 |
| Salt, Iodine 5 |
| Mangenese sulphate 0.5 |
| Copper sulphate 0.5 |
| Zinc carbonate 0.25 |
| DL-methionine 1 |
|  |
| Vitamins |
| Vitamin A 10000000 (USP) |
| Vitamin D3 1500000 (CUI) |
| Vitamin E 5000 (IU) |
| Riboflavin 3 gm |

Hyde D.O. (Ed) Raising wild ducks in captivity. New York E.P. Dutton & Co 1974

In the treatise on avian medicine by Ritchie Harrison and Harrison one notes:

-   rations designated for commercial feed for ducks are not recommended for use in the long term. These rations are calculated to produce a good carcass and usually contain growth additives and stimulants to promote feather growth.

---

[3] Hyde D.O. (ed): Raising wild ducks in captivity. International wild waterfowl association. New York: E.P. Dutton, 1974 pp 155-167

Exhibit J

The fat contained in foodstuffs for dogs is very much higher than what is acceptable for ducks, especially when grain is also added.

The majority of ducks have a tendency to lay down excess fat in the abdomen, around the heart and stomach. Obese birds frequently die of fatty deterioration of the liver.

Adequate levels of choline have been recommended to protect anseriforms from the accumulation of fat in the liver[4].

Many experimental breeders are convinced that aquatic birds need a ration rich in protein. This belief is inexact and dangerous. Many ducks and geese are mainly herbivores, and the majority of grasses do not have more than 17% protein. A diet rich in protein for animals leads to fatal kidney problems. In conjunction with this problem, the birds require a very high level of liquid intake and even a slight deprivation of water leads to irreversible consequences for the kidneys.

Wild aquatic birds adapt their food intake according to their needs of the moment. Females at the point of laying, for example, increase the amount of food ingested if this foodstuff is poor in calcium. In the same way, animals increase the amount of food rich in energy when preparing for migration.

The same foodstuff given to animals in captivity predisposes them to problems of obesity and problems in the metabolism of fats[5].

### Nutritional Needs

Energy Requirements

The dietary needs for energy for ducks and geese is approximately the same as that for chickens. These needs change according to outside temperature. If the temperature goes down, the energy needs increase according to the needs to assure thermogenesis of the animals. It is an error to think that birds 'gorge' themselves so that they have enough reserves for migration[6]. It is true that as autumn approaches, when days start to get shorter, and the temperature gets colder, that birds increase the amount of food they ingest and store fat subcutaneously, and around certain organs, such as the heart, the liver, the kidneys and digestive system.

---

[4] Richie, Harrison and Harrison AVIAN MEDICINE; PRINCIPLES AND APPLICATION 1994 wingers publishing pp 1246-1247

[5] Richie, Harrison and Harrison AVIAN MEDICINE; PRINCIPLES AND APPLICATION 1994 wingers publishing pp 1248

[6] Personal experience at Parc Paradisio on examining +/- 2000 birds of all types inc. cranes, storks, geese ducks...

Exhibit J

It is more difficult to determine the sex of an animal during winter, for there are fat deposits around the genitals and digestive tubes. On the other hand I have never seen a yellow liver through an endoscope (that is on a living animal in satisfactory health) that is estimated satisfactory to be anaesthetised and sexed[7].

## Protein Requirements

There are a number of differences noted in anseriforms which can be explained by their ability to adapt their growth rate to the nutrients available.

A balanced diet could be a mixture containing various cereals such as corn, barley and oats. Fish flour, soya flour and bone powder can also be added. The more diversified the food, the less the risk that there will be a lack in such or such amino acid over the long term. In fact if the diet is always the same and an imbalance in amino acids shows up after a long time, there will be an excess in some and a lack of other amino acids.

With a mixture of this type it is necessary to find all the amino acids necessary or risk insufficiency in methionine, cysteine, and lysine.

## Vitamin Requirements

### Vitamin A:

Requirements of 5-100000 IU. This vitamin is important for increasing the value of the feed.

hypovitaminosis A is associated with weak musculatory development, weakness, and a delay in bone growth, ataxia, paralysis and death. Chronic hypovitaminosis in anseriforms is suspected (but not proven) as the cause of "Bumblefoot" (cracked lesions on the sole of the foot with hyperkeratic production).

### Vitamin D3:

This vitamin plays an essential role in the synthesis and mineralization of the bones. A deficiency in vitamin D3 can occur in animals which show a deficiency in the enzyme responsible for the conversion of the vitamin found in food into an active vitamin (1.25 dihydroxycholecalciferol).

### Vitamin E

Hypovitaminosis E is not associated with anseriforms with encephalomalacy as in other species.

---

[7] Sexing of birds such as cranes, storks...is made by endoscope i.e. insertion of rigid endoscope into the left rear air sac. The examination is undertaken under general anaesthetic

Exhibit J

The muscular dystrophy caused by hypovitaminosis E in ducklings is not prevented by a supplement of cystine (as is the case with galliforms)[8].

The prevention of muscular dystrophy due to a problem with vitamin E is associated more with nutritional deficiencies in selenium. (A weak supply of selenium greatly reduces the need of vitamin E[9]).

*Vitamin B1 (Thiamin)*

Duckings start to lose weight 4 days after having been put on a diet poor in vitamin B1.

*Vitamin B2 (Riboflavin)*

A deficiency in riboflavin in ducklings results in poor growth and higher incidence in mortality. In adults, a deficiency causes a higher incidence of embryonic mortality.

For anseriforms the deformation (inversion) of the toes is not shown to be due to a riboflavin deficiency.

*Nicotin Acid (Nyacin)*

Nyacin requirements are much higher during growth. Nyacin is responsible for the good growth of feet, and a deficiency causes deformation in the arch of these feet. Nyacin is barely present in traditional foodstuffs, a supplement would therefore be necessary.

*Biotin*

Biotin is associated with different types of dermatitis due to deficiencies in certain species. Anseriforms do not appear to suffer from this.

*Chlorin*

A deficiency in chlorin is associated with perosis and fatty degeneration of the liver.

*Requirements and minerals*

*Calcium*

The recommended dose[10] for ducklings is 0.6-0.8%. A dose of 1-1.5% leads from a progressive to serious loss of weight.

Ducklings receiving a dose containing 0.17% show signs of osteoporosis.

---

[8] Scott MI, Dean WF: Nutrition and management of ducks, Ithaca, MI Scott of Ithaca, 1991
[9] Jager FC effect of dietary linoleic acid and selenium on the requirement of vitamin E in ducklings. Nutri and metab 14: 210-227, 1972
[10] Scott MI, Dean WF: nutrition and management of ducks. Ithaca, MI Scott of Ithaca, 1991

Exhibit J

*Phosphorus*

The recommended dose of phosphorus for ducklings is 0.6%. If the dose is increased to 1% no negative or positive effect is shown on weight gain.

*Sodium*

A poor dose of sodium is quickly fatal. The recommended doses of sodium chloride are 0.3%. If a dose of 1% is exceeded a low significance of weight gain is noted.

## Recommended feeding for Barbary Ducks
(Feeding intended for meat production[11])

*The nutrition for an animal species implies knowledge of 1) the digestive use of the foodstuff and its constituents (proteins, lipids, carbohydrates and minerals); 2) regulation of ingestion of the foodstuff and the influencing factors; 3) the needs of the animals taking into account the weight of the live animals and their synthesis. In the case of growing animals, this last aspect mainly covers tissue synthesis[12].*

Adaptation of food ingestion

Like many species, the duck reduces its food consumption if the temperature increases and increases it if the temperature falls.

Ducks can cope with relatively low temperatures by increasing the quantities ingested.

*Force-feeding consists of the daily ingestion by ducks of a large quantity of foodstuffs high in energy, which leads to intensive fattening and the formation of foie gras (fatty liver[13]).*

Energetic needs

In order to meet energetic needs there is a valid formula viable for all species:

$$E = 105P0.75 + 10.4 \, Lip$$

Where E is the daily energy need (K calories)

P is the live weight e (kg)

---

[11] B Sauveur, H de Carville, ed. Le canard de barbarie INRA 1990 pp44-52
[12] Bernard Leclerq
[13] La production de foie gras, Office de promotion des petits elevages en wallonie – centre de zootechnie – rue des champs elysees, 4 B 5300 Ciney

14

Prot is the quantity of protein retained (g)

Lip is the quantity of lipids retained (g)

Attention, this formula is usable as *Maintenance needed under conditions of thermal neutrality (or 25°C for adults).*

Needs in amino acids

These are formed by energetic needs, which are, in general, low in most of the amino acids and for growth needs. The latter depend on the intensity of synthesis.

In works dealing with breeding, the following advice is given:

"It is wise to use food which has the lowest price, according to the price of raw materials, (expressed in per 1000K calories and no longer by kilogram) and which has a fat content compatible with the desired fattening rate of the carcass[14]".

| Recommended Additional Vitamins |
| --- |
| Vitamin A 2600 (IU) |
| Vitamin D3 330 (CIU) |
| Vitamin E 6.67 (IU) |
| Riboflavin 1.33mg |

## Food given during force-feeding

In animals aged 12 weeks, forced feeding in two daily meals of steamed or non-steamed corn over 12-21 days, allows for an average production of foie gras of 450g (maximum 800g).

The foodstuff is comprised of corn, salt (15gr/kg dry corn) and fat (25kg dry corn); salt plays a role in facilitating digestion and the fat a role as lubricant[15].

One can add bicarbonate of soda and starter culture to increase digestibility.

It would appear that the force-feeder plays a role in determining the quantity of corn given for a fixed weight gain.

---

[14] B Sauveur H de Carville, le canard de Barbarie INRA 1990 pp 46
[15] La production de foie gras: Office de promotion des petits elevages en wallonie-centre de zootechnie-rue des champs elysees, 4, B5300 Ciney

Exhibit J

## Conclusion and Personal Interpretation

What is striking about the comparison between the two diets, is the fact that in the feeding of the factory-farmed duck, one only talks about quantity, kcal and level of production.

The feeding during this force-feeding period is directed solely to produce hepatic steatosis; an excess of unbalanced foodstuff is given which is highly energetic; in this instance, corn, fat and salt.

The fat and salt are not directly taken into account because the salt serves just to aid digestion, and the fat only facilitates the work of the force-feeder in helping the foodstuff slide.

Nowhere do we find mention of the possible supplements which should be given at the same time as this *food* to cover the physiological needs of the animal.

It should be remembered that these animals are always (from a physiological point of view) in a growth period. No care is taken, from the nutritional point of view, of the protein needs for the synthesis of this animal.

I have not found any comparison between types of corn, no chemical analysis of the proteins, vitamins, or minerals.

It is obvious that the lack or excess of such or such parameter is not taken into account, because the animal will be slaughtered before showing one or other symptom as a consequence of this excess or lack.

One finds all the data relative to the diameter of the nozzle to use, the way in which to insert the probe or the price per kilo of the feed.

In the first type of diet, one takes care to counter excess, lack and pathologies relative to feeding problems.

The final point to make, is that the animal is not taken into account in the last type of feeding, the only thing that matters is profit, cost and production.

All breeders agree to acknowledge that the Barbary duck is not adapted for force-feeding because of the non-differenciation of its crop, but that doesn't matter, one just has to adapt the animal so that it can be force-fed.

The only thing that I gleaned from all the articles which I read, is that one has to find the right moment to stop feeding the animal, to avoid the prospect of its dying before it has been slaughtered. To conclude: one cannot objectively compare the feeding of ornamental ducks and force-fed ducks, because in the case of force-feeding one cannot talk of feeding.     Dr Guilmot Jean-Michel

Exhibit J

14

**Dr M.Heymann**
*C URRICULUM VITAE*
*Name* Marianne Heimann
*professional address*
Institut de Pathologie et de Génétique
**41 Allée des Templiers**
**6280 Gerpinnes (Loverval)**
**Tél.: 071/ 47.30.47.**
**Fax: 071/ 47 15 20.**
*personal data*
**Birth date 25 December 1962**
**nationality Belgian**
**marital status single**
knowledge in language:
**French, English: fluent**
**Dutch: speaking and reading capacity**
**Spanish: slight speaking and reading capacity**
*Education, training :*
1980-1981 **first candidature in medicine,**
University of Mons, **Cum Laude**
1981-1983 **Candidature in Veterinary Medicine,**
**15**
University of Liège, **Cum Laude.**
1983-1986 **Doctorate in Veterinary Medicine,** University of Liège, **Cum Laude.**
1986-1988 **Residency in veterinary pathology,**
Angell Memorial Animal Hospital
**(AMAH), Boston.**
1988-1989 **First year Residency in Human Pathology**
Mallory Institute of Pathology, **Boston**
1990 **Fellowship in Veterinary Pathology,** Animal Diagnostic Laboratory of Tuft
University, **Boston.**
1990-1991 **Second year Residency in Human Pathology and laboratory Animals**
**Pathology and Toxicology**
Mallory Institute of Pathology, **and** Boston University School of Medicine.
1991 **PhD Program in Special Pathology and Molecular biology, first semester,**
Boston University School of Medicine.
*Professionnal activities :*
**Creation of a Veterinary Pathology Department at the** Institut de Pathologie et
Génétique **Loverval (full time)**
**Secretary of the Working Group of Pathology (BCLAS). Organisation of the slides**
**seminars of the Belgium council for laboratory animal science (BCLAS);**
**Slides echanges and seminars with : the faculty of medecine and veterinary**
**Medecine of**
**Porto with Dr. Fatima Gartner and Manuel Sobrinho, with the Veterinary Faculty**
**of**

Exhibit J

Llubjana, Dermatology Department, Dr. Tina Orozim, with the Dermatopathology group

of Thelma Lee-Gross, USA, with the Belgium Dermatology group, Dr I. Remy, J. Fontaine, L. Beco...

*Experiences :*

- Mammal, bird, fish and human pathology : **throughout my residency and during a benevolat at the New England Aquarium, IPG.**

- Electromicroscopy : **Mallory Institute; VA medical Centre, Jamaica Plain and IPG.**

- Immunochimistry : **Angell Memorial Animal Hospital (AMAH); Mallory Institute and**

IPG.

- Cytology: **organisation of the AMAH cytology slides collection; Mallory Institute; VA**

**Medical centre, Jamaica Plain and IPG.**

16

- Molecular biology : **PhD Program, Boston University School of Medecine (BUSM); Mallory Institute and IPG.**

- Toxicology and laboratory animals: **Mallory Institute of Pathology; BUSM; Tuft University Animal diagnostic laboratory; IPG.**

*Research and publications :*

**1. Chondrocalsinosis in a dog. Heimann M., Carpenter J., Halverson PB.; Vet.Path. 1990, vol. 27 (2), p : 122-124.**

**2. Canine Ocular Melanocytic Lesion , M Heimann, F. Moore, J Carpenter. To be send to Vet Path. In Preparation.**

**3. Naturally Occurring Ocular Syndrome in DBA/2 Mice; M Heimann, R. Bronson. Research at the Tuft University Animal Laboratory under Dr. Bronson supervision.**

**4. Research on oesophageal precancerous lesions in Fisher Rats fed a zinc deficient diet**

**in association with administration of Methylbenzylnitrosamine, Phenobarbital, Ethoxyquin and**

**-naphtaflavone. Under the supervision of Drs P.M. Newberne and T. Schrager.**

**5. Research on Dimethylhydrazines associated liver carcinogenesis in mice with Choline**

**deficient diet; and inhibition of hepatocarcinogenesis in mice by dietary methyl donors,**

**methionine and choline. Under the supervision of Dr. P.M. Newbern**

**6. Oral-Facial-Digital Syndrome Type I in a New-born Male.**

**Y. Gillerot, M. Heimann, C. Fourneau, CH. Verellen-Demoulin, L. Van Maldergem. Am. J. of Med. Genet., vol. 46 : 335-338 (1993)**

**7. Leucodytrophie à Cellules Globoïdes chez des Terriers West Highland White Elevés**

**en Belgique. L. Poncelet, M. Heimann, F. Coignoul, M. Balligand; Anale de Medecine vétérinaire, November 1994.**

**8. Case reports publication in an educational purpose :**

- Le lymphosarcome chez le cheval; Heimann M., Gerardy C. Vétérinaria, 1994, (I), 36-38

18

Exhibit J

- Dermatofibrose nodulaire associée à l'adénocarcinome rénal chez le Berger Allemand.
Vétérinaria, (III), 36-41
- Carcinome épidermoïde multiple du lit de l'ongle. Heimann, Godefroid.
Vétérinaria, 1994, (IV), 38-42
- Biologie clinique rénale des petits animaux.
Vétérinaria, 1994 (V), 38-40
9 Corneal Ring Ulcer in Three Dogs. Grauwells M., Heimann M.
Presented by doctor Grauwells in United states of America, Congress of Ophthalmology
1994.
10 Toxicology study on rat testicle. Massumbuco M. (UCL), Heimann M.
11. Early modification of dog articulate cartilage in the arthropathy. Balligand M. Heimann M. In preparation.
12. Fibro-odontome améloblastique chez un chat. Dr William Barbe, Dr.Marianne Heimann
Abstract et conference presented at the CNVSPA congress Paris 1995
13. Dermatose paranéoplasique chez un chat. Dr. Jacque Fontaine, Dr. Marianne Heimann.
Abstract et conférence présentée au congrès international européen Bruxelles 1995
14. Torsion d'un testicule intra-abdominale: présentation d'un cas chez un lévrier Barzoï
monorchide.
M. Heyneman, Beco L., M. Heimann, Annales de Médecine Vétérinaire.vol. 140, 239-
272, 1996
15. Ununited epicondyle of the humerus in a dog.
Snaps F., Balligand M., Saunders J., Heimann M., Beths T. In preparation.
16. Développement de candida albicans au sein d'une lésion cutanée chez un chat souffrant d'une dermatopathie multiple. Drs Beco L., Heimann M., Fontaine J. Ready for publication in the Anale de Médecine Vétérinaire.
17. Unusual mass in the pharynx of three Poodle :
Heimann Marianne, Pascal Dufour, Renoy Bernard. Abstract and présentation for the
13th European Congress on Veterinary Pathology of the European Society of Veterinary
Pathology
To be published in the European Journal of Veterinary Pathology
18. Papillary endothelial hyperplasia in dogs.
Marianne Heimann, in preparation
19. Unusual location of a productif carcinoma of the adrenal gland cortex : clinical, radiological and anatomopathological presentation.
Beco L., Saunders J.H., Heimann M, Donderlinger R.F., Francois A., Henroteaux M.

Exhibit J

# REPORT ON NUTRITIONAL HEPATIC STEATOSIS AS HEPATIC PATHOLOGY

Heimann Marianne, Annick Delire

Hepatic steatosis caused by force-feeding in palmipeds is an acquired pathological process whose first symptoms appear as a fatty deterioration of the hepatocytes then by necrosis.

If at the beginning of force-feeding, the process is organised somewhat like, and belongs perhaps even still to, a "physiological process" with centrifugal accumulation in the cells within each lobule, it very quickly goes beyond this state of hepatic adaptability, as in the case of all dietary or metabolic imbalance.

In order to better base my commentaries , I will take up the classical definitions in argumentation, description etc. provided in the literature of (ref: **Veterinary Pathology, Jones and Hunt**, fifth edition, Lea & Febiger, **Pathology of Domestic Animals, Jubb, Kennedy and Palmer**, third edition, Academic Press, **Mechanisms of Disease, Slauson, Cooper**, second edition, Williams & Wilkins, **Pathology, basis of disease, Cotran, Kumar, Robbins,** fifth edition, Saunders).

<u>Cellular Lesion</u> is defined as any change which results in loss of cellular capacity to maintain its homeostatic state. The lesioned cell is therefore incapable of maintaining in balance all the normal processes which regulate its internal environment.

This brings about changes which are detectable by clinical biology, pathological anatomy (ultrastructural, microscopic and macroscopic) and finally by clinical symptoms.

**The pathogeny** of the cellular lesion may be summarised by two main mechanisms: an interference with the energetic supply of the cell or a direct lesion on the cell membrane.

The contributing factors are very variable, I will cite here just the main ones: l'hypoxia (ischaemia, infarcissements) physical factors (traumas, radiation...) chemical factors (toxins, excess of certain elements...) genetic anomalies, biological factors (bacterias, virus...) **malnutrition** (deficiencies, excess).

There are two stages in cellular lesions, the **reversible lesions** and the **irreversible lesions.**

**The reversibility of a lesion absolutely does not mean that there is no pathology and no suffering.**

<u>Reversible lesions:</u> The reversible lesions most frequently observed in histology are **cellular distension and steatosis (fatty change). Cellular distension** is an early universal sign of a pathological process. This cellular swelling comes from the loss of the

Exhibit J

capacity to control the movement of ions across its membrane. It is often associated with a tinctorial variation of the cytoplasm.

**Steatosis** describes an anormal accumulation of triglycerides in the cellular parenchyma. It is observed above all in cells which metabolise a lot of fat. It is observed in the liver, the kidney, the heart and muscular tissue.

At one time steatosis was called fatty degeneration or fat infiltration. Nowadays we prefer the denomination of 'steatosis' because fat is not an infiltrate and because the presence of intracellular lipid does not necessarily indicate a degenerative process.

Such examples are found in geese: under natural conditions, before migration, one can observe with certain migratory birds, a slight accumulation of fat in the peri-lobular hepatocytes. This accumulation is in the form of micro-vacuoles and do not distend the cell. It is physiological and is not associated with symptoms of cellular or animal suffering. In the case of foie gras, on the other hand, as will be described further on, one observes the establishment of fatty degeneration.

<u>**Fatty liver**</u> is a term used to describe a liver which contains more visible lipid (in general in the hepatocytes) than normal. It represents a non-specific response which may be present in several diseases. Morphologically, it shows itself by the presence of vacuoles filled with lipid within the cytoplasm.

The liver fulfils numerous metabolic functions which are indispensable for survival. One of these functions is to transform the fatty acids absorbed by the intestine, or from body fat reserves, into triglycerides, which will be metabolised again into slightly dense lipoproteins. The latter may also be transported in the blood.

**Fatty Acids**

**BLOOD**

Any kind of disturbance in the synthesis of proteins, phospholipids or of ATP has the potential to inhibit the synthesis of lipoproteins as well as the synthesis of triglycerides and the absorption of fatty acids continue leading to an access in the accumulation of triglycerides in the hepatocytes. An excessive uptake of triglycerides or an excessive mobilization of reserves may also surpass the capacity of the liver to metabolise them whilst it continues to store them.

- If the accumulation is slight, the steatosis is not pathological, it does not correspond to a fatty degeneration.

- If the accumulation of fat reaches the stage where it fills the cell, it pushes the nucleus towards the periphery. The nucleus becomes pycnotic. Then one is faced with fatty degeneration. At this stage the lesions whilst showing clinical signs

Exhibit J

(general discomfort, anorexia, general weakness) and biological signs (increase in GPT, GOT, Alk Phosp, LDH…) are still reversible.

I mention here an example of the syndrome of feline steatosis well known to clinicians, which is an illness entirely reversible but leads nevertheless to clinical symptoms and easily discernable suffering which would be fatal if not treated in time: the example of equine hyperlipdaemia may be fatal and similarly characterised anatomically by a very severe hepatic lipidosis little associated with a necrosis.

If the aggressive factor is maintained (in the case of force-feeding, nutritional imbalance) a **cellular necrosis** develops, rupture of the cellular membrane, nuclear cariolyse…) This is irreversible. Necrosis is therefore the extreme and final limit of cellular suffering.

Necrosis lesions may develop at variable stages of fatty degeneration.

In the case of intoxication, cellular destruction occurs before the accumulation of fat is severe, before cellular distension.

In the case of nutritional or metabolic imbalance, the aggression is less severe and the pathology more progressive. The accumulation of fat takes a longer time. One therefore has the time to see the cell distend, hepatic insufficiency take place progressively and it is only at the extreme state of distension that the cellular membrane ruptures and necrosis takes place.

Toxic hepatic necrosis would be equivalent to a massive dietetic necrosis and the result of nutritional deficiency.

Taking into account bibliographical data on the origin of necrosis lesions of the liver, three hypotheses may be given in the case of foie gras:

- infection – due to the frequent presence of the source of inflammatory cells;

- toxicity – the understanding of the term toxic includes the absorption of toxins (type microtoxin) brought about by bad quality corn which leads to nutritional imbalance (lack of amino acids, vitamins and oligo-elements in subjects badly prepared for force-feeding).

- circulatory origin – with the phenomenon of tissue anoxia due to a too excessive hypertrophy of the liver at the end of force-feeding, but also defective hygiene and ventilation at the enclosure of the force-feeder, by the cramming in of animals in cages and vehicle transporters. Due to the extreme fragility of these animals, this would be enough to provoke the development of necrosis in the fatty liver, which had been of good quality, within a few hours.

Exhibit J

These different hypotheses, provided by several authors, demonstrate the importance of controlling sanitary conditions during feeding in the production of foie gras in palmipeds, of the kindness, of the control, of the breeders.

Such control cannot be possible in the case of intensive factory farming.

**Morphological Aspect**

In addition to severe steatosis, the liver appears moderately to extremely hyperplasic, with a uniform yellow coloration and coated. The lobular contours are rounded and the surface is smooth. On the cut surface the appearance is uniform, at least if there is no congestion or necrosis.

This is the macroscopic appearance observed in the fatty liver of force-fed animals.

From a histological point of view, even if the accumulation of fat may be physiological at the beginning and at first be present in the periportal region, the histological descriptions provided in the literature quickly reminds one of the hepatic lesions observed during fatty degeneration. This histological image goes hand in hand with the development of clinical signs, and signs of suffering observed in animals (see chapter on ethology) and with the development of changes in clinical biology (see chapter on clinical biology).

The histological evolution provided in particular by doctors C. Labie and C. Bernard is the following:

During force-feeding the hepatic cells store lipids. This storage is in a centrifugal fashion, beginning in the peri-lobular region in order to progressively fill all of the cells of the lobule.

At day 1, the duck's liver weighs +/- 100g and its hepatocytes are only filled with glycogen.

By day 3, the weight has doubled (200-220 gr) the cells are more bulky with a central nucleus. One starts to observe an accumulation of lipids in the form of micro-enclaves (lysosomes). The amount of total soluble sugars gets smaller. This concerns above all the peri-lobular cells (the two or three first peripheral rows of the lobule.

By day 6, the size of the cells has increased considerably. The lipid enclaves are numerous and very fine, giving the cells a spumous appearance. They appear to be completely surrounded by a fine cordon of protoplasm. The nuclei are still visible but often pushed back to the edge of the cell (weight 340gr). This progressively concerns all levels of the hepatic lobule.

By day 9 the rate of fatty material in this liver reaches 42% while the total soluble sugars have decreased and reach 2.5%. The cellular size has increased and it is difficult to

23

recognise the lobular organisation of the liver. Large-size enclaves appear. The cellular membrane is still well conserved (weight 490gr).

By day 12, the lipid enclaves have become even bigger, the previous microvacuoles have fused to make the enclaves which occupy the largest part of the cytoplasm. The amount of fats reaches 42% and the total soluble sugars 1.84%.

By day 15, the fatty overload is complete and homogenous in all the cells. The hepatocyte is engorged with fat however it remains a fine cytoplasmic network, which gives the appearance of being slightly grainy (weight 610gr).

By day 18, the amount of fat reaches 50-60% and the amount of total soluble sugars 1.16-0% (the weight of the liver can go from 6-1000gr or 6-10 times more than the initial size).

In these livers, one sometimes notices ruptured membranes. These cells are very distended.

If the force-feeding continues necrosis will develop.

For the Barbary duck, one can observe a relatively identical evolution. The liver goes from day 2 at more or less 70-80 gr to reach a weight of 500 to 600 gr by day 14.

By day 12 the hepatocytes are described as having transformed into enormous fatty vesicles with some cells having ruptured membranes and a coalescence of fatty vacuoles. The comparison with the fatty overload in the liver of geese and ducks shows that the geese keep the small liposomes limited by a fine net of protoplasm much later, whilst in the Barbary duck the lipids accumulate rapidly in the form of wide valuoles which very quickly occupy the totality of the cell.

Sometimes this membrane ruptures and the lipid enclaves of several adjacent cells converge in a more or less voluminous mass whose polycyclic contours are formed by the fragments of cellular membranes. This type of change is linked to the state of macrovacuolar overload. From a pathological point of view, this type of lesion is also found in different hepatic diseases and is the blatant histological sign of a hepatic disease.

In the histological description we can see that in the case of force-feeding this physiological capacity is greatly exceeded and one is faced with actual fatty degeneration. Different factors allow us to evaluate the exact cellular suffering (clinical biology) and the animal suffering (symptomatology).

In addition the metabolic effects directly connected to the accumulation of these lipids, bring about mechanical problems:

In the force-feeding of geese, the liver reaches a very large size, distends the peritoneum and occupies a place normally reserved for other organs, notably air sacs. This leads to

respiratory difficulties, which have still not yet been detected because the animals, shut into narrow cages, cannot make any muscular effort, and above all have enormous difficulties in controlling their temperature. There is also vessel compression which develops into circulatory problems.

Apart from these facts, we are in the presence of animals which have been made extremely fragile, very sensitive to stress, changes in the environment, and to infections.

This problem with infections, described by dr Yvan Beck (see report) leads to the use, as much as a proplylaxis as a treatment, of antibiotics and other medicines. This raises another important problem for public health, that of **residue of medicines.** In fact if the studies had been carried out on the metabolism of medicines on healthy animals, no one would have been able to affirm that, the catabolic potential of ducks and geese would not be disturbed by force-feeding, and that the residues are eliminated before the end of force-feeding. There is therefore a risk of residues in the muscles and the liver.

**Some pathologies** which resurface in defence of force-feeding (ex **cholera**) are difficult to diagnose histologically given the modifications which have already been provoked by fattening, only the isolation of the pasteurella in the blood and the bone marrow of cadavers may allow such diagnosis. This is not done systematically.

## In conclusion

The excessive lipid load observed in the livers of ducks and geese at the end of force-feeding is, from the anatomopathological point of view, a lesion, and not part of the normal physiological process. The lesional character of these alterations is also confirmed by the changes in clinical biology (increase of hepatic enzymes in the blood etc). In no instance, can this increase be considered normal. It is a categoric sign of a diseased state and a clinical symptom (difficulty in breathing, difficulties in regulating their temperature, exhaustion, difficulties in making an effort etc.) Therefore one is not making use of a natural physiological process in palmipeds to produce a delicacy but rather a pathological process, which can be reproduced in certain species. If the liver of a goose or a duck is used, it is because the pathology is easier to reproduce.

In addition to the lesions caused directly by force-feeding, the immune system as well as the liver is rendered frail to cope with any stress to which the animal is subjected.

The animal therefore often develops infections, which can be combated by the use of antibiotics. This however, poses the very important problem of having residues of antibiotics within food destined for human consumption.

I acknowledge that foie gras whilst being a completely unnecessary food for man, is a highly appreciated delicacy. Nevertheless, the means of obtaining this delicacy, and the money which it fetches, above all for a minority, does not justify the extremely painful conditions in which this food is produced. An alternative could be found, this time only using the physiological capacity of the animal. In fact, they could willingly eat as much

as they wanted and produce a fattier liver than normal. This is, after all, the origin of this traditional product.

## BIBLIOGRAPHY

Veterinary Pathology, Jones and Hunt fifth edition, Lea & Febiger

L'evolution de la steatose hepatique chez le canard mulard en cours de gavage
Prof Labie et col Laboratoire d'hygiene des denrees alimentaires d'origine animale
Ecole Nationale Vet de Toulouse Revue Med Vet 1989 140-8-9 p 809

Pathology of Domestic Animals Jubb, Kennedy & Palmer, third edition, Academic Press

Biochemical changes associated with fatty liver in geese
Prof Bogin et col Dept. of Biochemistry Kimron Vet Inst Israel

Le canard de Barbarie B Sauveur H de Carleville 1990 ed de INRA

Modification of blood plasma components as related to the degree of steatosis in the force fed goose
NIR Dep of animal hygiene and poultry science university of Jerusalem

Poultry Science 51 2044-2049 1972

Modifications of valeurs des normes sanguines en fonction de la steatose hepatique chez l'oie gavee
Blum et col. Annales de recherché veterinaire 1970 1,2 167-168

Contribution a l'optimisation des productions des palmipedes gras
Bernard these deposee a L'Ec Nat de Toulouse le 25/06/92
Hygiene et industrie des denrees alimentaires d'origine animale

Contribution a la recherche de measures objectives a la qualite de foie gras d'oies
These doctorat de G Bartel UNVT 1984

Inspection des viandes des oies et des canards gras
These de doctorat de Castets ENVT 1979

Technologie de l'abattage et de la transformation des palmipedes gras – 2e partie

Mechanisms of disease, Slauson & Cooper second edition, Williams & Wilkins

Pathologic basis of disease, Cotran, Kumar, Robbins, fifth edition, Saunders

Les lesions recontrees a l'inspection des foies de palmipedes gras: les perihepatites
Bernard, Pelletier, Labie, Rev. Med Vet 1992, 143, 5, 435-442

Fat disposition in migratory birds
Ake Lidstrom introductory paper no. 44 Dept of Ecology, Lund University 1986

Exhibit J

CURRICULUM VITAE
Yvan Beck
*Docteur en Médecine Vétérinaire (Ulg)- DES en environnement (Igeat – ULB)*
*123 rue E Cave/I - 1180 Bruxelles*
*Tél: inter 32-2-347-47-86  - Fax 00 32 2 345 84 67*
*email: ybeck@skynet.be*

Date de naissance 11(12/1956 a Watsa ( Zaïre)

## Etudes

- 1981          Université de Liége: Faculté de Médecine Vétérinaire:
                3ème doctorat mention distinction.

-1993           Université Libre de Bruxelles:
                Licence Spéciale interfacultaire en Environnement:
                3ème cycle organisé par la faculté des Sciences:
                mention Grande Distinction.

## Activités professionnelles

* **Praticien** en Médecine des Petits Animaux depuis 1981 dans un cabinet vétérinaire
situé au 123 rue ECavelI 1180 Bruxelles - Belgique.

* ***Activités en biologie clinique vétérinaire:***

-1982: Création et Responsable du Département de Biologie Clinique des Petits Animaux: laboratoire LAMA (rue du Sillon 1070 Bruxelles)

-1985: Création Département de Diagnostic des Maladies Virales des Carnivores Domestiques en collaboration avec le Service de Virologie et de Pathologie des maladies virales de l'Université d'Etat de Liège. Depuis lors statut de collaborateur au sein de cette université.

- Fusion du LAMA et de BIORIM. Responsable du Département de Biologie Clinique Vétérinaire du laboratoire Biorim (chée de Charlero 1060 Bruxel les) jusqu'en 09/92.

-1992: Fusion Biorim et V-I ab. Co-responsable du département vétérinaire de V-lab (av de Sellier de Moranville 86 1080 Bxl tel : 468 2322), puis consultant pour V-lab.

Exhibit J

## * Activités dans les médias

de 1986 ai 990: Vétérinaire et présentateur de l'émission télévisée journalière "Poils et Plumes" sur RTL devenue Tv team à Bruxelles.

## * Activités associatives

- /10/1993: Délégué Permanent pour le Comité Anti-Fourrure au sein de Institut Belge de Normalisation (29 av de la Brabançonne 1040 Bruxelles. tel 734 92 05)
– Expert scientifique au sein de la délégation belge de I'IBN à Utrecht (1994>, Denver (1995 et Londres (1996)

- Depuis janvier 1996 Président de l'asbl R.N.S - Planète Vie (Rassemblement pour une Nouvelle Société - mouvement de protection animale et de sauvegarde de la nature) fondée en 1984 par le sénateur R. Gillet - siège social et secrétariat:123 rue Edith Cavell 1180 Bruxelles

- Depuis 2001 Administrateur et Membre fondateur de la Maison de l'Eau et de la Vie, 171/3 rue Royale 1210 Bruxelles : responsable du Centre d'Ethique

## * Publications

- Rédaction du *Biorim Vet News* distribué aux Vétérinaires jusqu'en 1992
- co-Rédacteur du *V-Iab News* distribué aux Vétérinaires
        Sujets traités: actualités en biologie clinique vétérinaire

- *Le Monde Vétérinaire:*
   1-Biologie Clinique et Hypercorticisme:1991
   2-Biologie Clinique et Hypothyroidie: n~35 02/92
   3-Syndrome Mal-Absorption Mal-Digestion : $n^0$ 37 09/92

- *Annales de Médecine Vétérinaires:* l'incidence de l'infection du chat par le virus de la leucose féline ( Felv ) en Belgique:1 986-130-527 à 530 Beck Zygraich Verhoeven Lutz Pastoret

## * Livres

- L'Animal L'Homme La Vie, trouver le sens ; éditions les Eperonniers ; 1998
- Liberté pour les dauphins, éditions Labor ; 2000

Exhibit J

**Report on diseases whose origin is caused directly or indirectly by the practice of force-feeding.**

**Dr Y Beck**

Hepatic Steatosis: Synoptic Table of hepatic ailments
*Schema 12*



HEPATIC STEATOSIS

↕

1- Finality

Force-feeding

↕

2- Extra-hepatic complications

Accidents during manipulation

Accidents due to infection

Exhibit J

## 2. Hepatic steatosis: synoptic table of hepatic ailments

As illustrated on the previous page, steatosis is the intermediary stage of a general process of fatty overload of the liver, of which the final stage is degeneration or steatonenecrosis. It is up to everyone, according to his sensitivity, or training (clinician, pathologist, biochemist) to fix the threshold which separates overload and degeneration at the cellular level and the implications of this for animal suffering. This threshold determines largely the moment the palmipeds will be slaughtered at the end of the fattening period.

The clinical description of the animals at this point is illustrated by Dr Castets, in his thesis presented to the ENVT (Ecole National Veterinaire Toulouse) in 1979 (28):

*These animals at the end of force-feeding show:*
*a great increase in weight (which can double)*
*paleness of the skin and mucus membranes*
*a coat stuck by a coating of fat*
*difficulties in walking, a large abdominal ptosis (heavy abdomen) and dyspnea (panting breath)*
*…"if the force-feeding continues, the animals lie down, with no energy left, asphyxiate and die…"*

Hepatic ailments linked to steatosis are repeated below:

1 hepatomegaly
2 hepatic lesions encountered during necroscopic examination of force-fed animals
2a perihepatitus
2b hepatic necrosis
3 circulatory problems associated with portal hypertension
4 encephalo-hepatitis
5 overall insufficiency of the liver

### 2.1 Hepatomegaly

This concerns an increase in the volume of the liver provoked in this particular case, by the accumulation of fats in the hepatic cells during the steotosis process. The repercussions of hepatomegaly on the general state of health are essentially 'mechanic' and include:
Heaviness and abdominal ptosis
Problems in walking
Respiratory problems (due to compression of air sacks) accentuated by the absence of a diaphragm in birds.

This hepatomegaly is especially accentuated in ducks from the 10th day of force-feeding, and accelerates during the last third period of fattening (21 page 57)

Exhibit J

### 2.2 Hepatic lesions encountered during necropsic examination

#### a. Perihepatitis (21-36)

*"...inspection of palmidped livers in the evisceration rooms and abattoirs has shown a notably frequency of lesions of a perihepatitis type. Several macroscopic and histological aspects are described and consequences for their health are considered."*

In conclusion, the result of this study shows that the lesions of perihepatitis are the result of inflammatory phenomenon connected to:
Frequency of suffering of respiratory sacs
More rarely, a perforation of the oesophagus during manipulation
Finally, a circulatory deficiency which could be the result of pulmonary problems.
Superficial lesions in the beginning (Glisson capsule) can nevertheless have profound repercussions on the liver (not deemed suitable for consumption)

#### b. Necrosis (21-37)

*"... after having recalled the different kinds of necrosis observed in the liver, the authors present a series of cases taken from the livers of fat palmipeds, during their preparation in the abattoir and evisceration rooms..."*

Three hypotheses are deduced as regards etiology of lesions in evidence:
1 an infectious origin source being respiratory or digestive
2 toxic origin consequence of either absorption of mycotoxins in bad quality corn, or unbalanced nutrition in individuals badly prepared for force-feeding
3 circulatory origin, consequence of tissue anoxia on the livers at the end of force-feeding.

### 2.3 Circulatory Problems

Changes brought about by steatosis to the hepatic structure are a source of a hypertension of the circulatory system, the consequences of which are multiple:
During autopsy the animals show signs of"
Ascites liquid in the abdomen (21-36-37)
Splenomegaly
Heart or kidney insufficiency
These different pathologies may appear on their own or in combination with each other.

### 2.4 Encephalo-hepatitis

This ailment is the result of an endogenous intoxication due to suffering of the liver, the liver can no longer play its role as circulatory filter. This results in the appearance different metabolites in the blood normally stopped by the liver (ammonium, mercaptans,

Exhibit J

short-chain fatty acid) which may reach the central nervous system (particularly sensitive to these components) which then cause problems for the central nervous system such as:
Circling movement
Epileptiform crises
Phenomenon of increase in intra-cranium pressure accompanied by migraines...
And finally stupor, coma and death.

## 2.5 Hepatic insufficiency

In addition to hepatatic lesions or peri-hepatitis already described, steatosis is part of a global pathological process of which the final stage, steatonecrosis is irreversible, and leads to death of the individual due to hepatic insufficiency.

Numerous studies carried out by veterinary services interested by this type of production (service of hygiene of veterinary foodstuffs ENVT: 21-36-37, service of biochemical and metabolic toxology ENVT: 16, animal biology and poultry science (Veterinary University, Jerusalem: 17) as well as doctoral theses of veterinary doctors (21-28-36-37) show notably:
The presence of hepatic function during and at the end of force-feeding
The presence of biochemical changes associated with these hepatic disfunctions
The type of hepatic pathology concerned

These prove that force-fed animals develop at different degrees, according to their sensitivity, the hepatic pathologies induced by steatosis. This can not be considered as a physiologically normal process, steatosis of the liver is certainly a pathological liver.

At the end of its development, the global incapacity of the organ to maintain its metabolic functions, shows itself according to a clinical table which is very diversified associated or not with metabolic problems of glucides, lipids, proteins, water, problems with coagulation, secretory problems (gastroenteritis, icterus...) ...anaemia...
At these stages, the steatonecrosis lesions are generally irreversible and condemn the ill animal.

## 3. Extra-hepatic ailments caused directly or indirectly by the practice of force-feeding

We have illustrated the different pathologies induced by force-feeding of the liver. Other extra-hepatic complications this time are associated with this practice either
Directly: these are essentially trauma during handling caused by the end of the force-feeding instrument, the handler in (massaging the neck) or by the foodstuff (too hot);
Indirectly: they regroup a number of factors in close interaction, in which the feeding and breeding conditions play an essential role.

33

### 3. Lesions caused directly by force-feeding

a) Injury to the neck or crop (1-2-22-28)

This ailment is revealed in two clinical forms:
Firstly: high location – (oedema and peri-pharyngeal inflammation) resulting from too brutal introduction of the end of the instrument by the force feeder;
Second: low location (the inclined part of the oesophagus and the proventricule) is a septic necrosis resulting from micro trauma or a perforation of the oesophagus during the passage of the instrument (inflammation of the oesophagus). It is often aggravated by the manipulations of the force feeder who wants to speed up the descent of the corn into the dilated oesophagus by a too rapid mass of grains. Burning of the corn, or the defensive actions of the bird also figure among the determining causes.

b) Asphyxiation due to incorrect swallowing (or error in placing) i.e. accidental entry of the corn into the trachea during force-feeding.

c) Nevroses at the end of force-feeding

These are characterised by convulsions followed by the sudden death of the animals, due to a hypoglyceamic crisis. They appear most often following an interruption in the distribution of food during force-feeding (for example, no food on Sundays).

d) Sudden death by hepatic haemorrage, following the rupture of Glisson's capsule (which surrounds the liver) due to the effects of stress or crushing within the gaggle.

e) Other accidents may also be brought about notably due to bad conditions of confinement: wounds to feet on the grid, anoxia due to bad ventilation or over-population…

### 3.2 Diseases indirectly induced by force-feeding

Changes in the mode or type of feeding, puts an enormous stress on the organism. Secondary infections germs caught due to immuno-depression. The price to pay for growth in productivity. Three factors come into play:

a) The general conditions of factory farming which group a number of factors acting in synergy, such as density of population, hygienic conditions (temperature and ventilation of the premises, disinfection…) the stress to which the animals are subjected etc…

b) The brutal change in the type of food: the change from a habitual diet to one of an unbalanced and considerably enriched one, deeply disturbs the birds' intestinal flora and digestion.

Exhibit J

c) The parasites in the environment (pressure of infection) which play a determining role in the intensive farms which provide force-fed birds.

All of these factors act alone or in association with stressed or weakened animals, produce the ideal hatching conditions for infections which come from parasites, bacteria or fungus, which are then grouped into the global definition "germes de sortie" infection due to depression of immune system.

Parasites (intestinal vermin)

It should be emphasized that all parasites encountered in adult palmipeds are found during force-feeding; it is therefore indispensable to respect the prophylactic methods put in place in battery farms and to establish a control process (parasitic contamination) before accepting the birds for force-feeding.

Notably one should check:
Oesophagus-crop: capillaries (rare)
Gullet and proventricule:

a) amidomostome: the most frequent parasite and the most dangerous: hematophage: this causes the appearance of a table of dysphagia, anaemia, weight loss and death. Infestation is very often unnoticeable at first, the problems appear only at the beginning of force-feeding by overloading of the anterior parts of the digestive tract.
b) Epomidiostome
c) Spirures

Fungal Infections

Candida or thrush principally attacks the oesophagus and the crop. This is a disease which is becoming more and more frequent. Candida albicans is an opportunist which takes advantage of any kind of lesion of the oesophagus or weakness in general health to spread (following changes to rations, hormonal climate, therapy using antiobiotics.

Bacterial Infections

These are the source of four important complications.

c-1 Enteritus

Acute enteritus of the small intestine or force-feeding enteritus is characterised by a syndrome of paresis, desperate thirst, immobility and diarrhoea

Source: a number of causes are cited which predispose the animals to this infection, climatic conditions (excessive temperature, humidity, ventilation…) and over-feeding. Force-feeding unbalances the intestinal flora (appearance of germs which produce toxins)

Exhibit J

a massive amount of glucides which surpaces the enzymes capacity of the digestive tract, to which may be added digestive atony due to acidosis. The abuse of antibiotics at the beginning of force-feeding and the emergence of candida are also cited. This table may also be the source of horrible deaths by septicaemia or enterotoxaemia.

2. Chronic enteritis

Acute enteritis may follow or develop straight away.

c-2 Enterotoxaemia caused by force feeding or green diarrhoea.

It appears after the first fortnight of force-feeding and is associated with digestive problems (gastro-enteritis) and nervous problems (convulsions) and then sudden death. Source: - either a toxic infection due to anerobic germs (Clostridium perfringens)
      - or a proliferation of acidophiles germs (Colibaciles) which produce a large quantity of toxins responsible for the death of the sick animals (22 page 42). It is important to underline that a high proportion of geese and ducks have enterotoxaemia within the first two weeks of force-feeding. They get better after adequate antibiotic treatment which raises the question of the permanence of the residues left in meat delivered for consumption.

c-3 Respiratory diseases (28 page 43)

*"... these problems greatly concern the force-feeding of ducks and in particular geese because of their frequency and their seriousness at this present time..."*

They manifest as lesions to the aerosacculite, pericardite and peri-hepatititis. They are due to the interaction of several factors such as:

First endemics of aerosacculite in factory farms (bacteria and mycoplasms)
Stress and bad hygiene during force-feeding
Source of lowering of productivity (slowing down of fattening process) indeed of mortality.

c-4 Cholera (Pasteurella multicoda)

Cholera epidemics can also re-emerge during force-feeding, in contaminated or insufficiently immunised gaggles/herds (vaccination should be carried out in factory farms and a booster three weeks before force-feeding begins.

c-5 Other non-infectious complications of the digestive tract are cited- to recap:
    1. "Engouement" stenosis: of the oesophagus after a bout of oesophagitis.
    2. Tympanitis: indigestion, leading to a large production of gas due to fermentation in the crop.

36

3.  Intestinal indigestion: appears in over fed animals, living completely in the inside without exercise.  It appears as a problem of transit which may lead to a complete intestinal obstruction, by the formation of balls of excrement in the intestine.

Hypoglycemic coma
Fibrosis of the liver

## BIBLIOGRAPHY

1.  Le gavage des palmipedes et la production de foie gras: une approche globale d'un choix de societe. Memoire de fin d'etude presente dans le cadre de la licence speciale interfacultaire en environnement ULB (Free University of Brussels) 1994.
2.  Le foie gras: un choix de societe Rapport de RNS sur base des commentaries de trente scientifiques. 1995

Exhibit J

CURRICULUM VITAE
VAN BERCHEM, Christine H.
Rue Haute 260
1000 Bruxelles
Tel./Fax. :02/502.34.27
Date of Birth : 4th of July, 1964
Grand Duchy of Luxembourg
Nationality : Belgian
Civil status : Single
Education : * Dental Science, ULB, 1983
* Doctor in Veterinary Medicine, ULG & Faculty of Veterinary Medicine, Cureghem-Brussels, 1984 - 1989.
Other : * Course of lectures on Apiculture at the IRSN (Royal Institute of Natural Science of Belgium).
* Member of the GERC (Groupe d'Etude & Recherche sur le Comportement), since 1990.
* Member of the European Society for Veterinary Clinical Ethology.
Languages : French : mother tongue
English : fluent
Dutch : satisfactory.
Professional Experience
1989 * Training in Small Animal Practices, Dr. Dulière, Brussels.
27
* Serial of locum jobs in Small Animal Practices, France.
1990 * Blue Cross Animals Hospital, Grimsby, England
Internist Veterinary Surgeon (12.000 patients a year for 2 veterinary surgeons positions).
1991 - present * Own practice, Brussels.
* Regular locum in England : Blue Cross Hospital & .
small animal private practice
1995 * BPT Congress, sept. 21-24, 1995
Braunschweig, Germany
Speaker at the 2nd ESVCE Symposium : "The use of
Clonidine in behaviour disorder in dogs ".
Activities in Medical Research
Institut Jules Bordet, Brussels.
Laboratory of Pharmacokinetics, Dr. Pierre Dodion.
* "Fondation Roi Baudouin"
Conversion of Anthracyclines to Non-Fluoresent Derivates.
Dr. P. Dodion with the cooperation of Misses D. Lucas, B. Peeters, C. Van Berchem.
Abstracts
- De Valeriola D., Dodion P., Peeters B., Van Berchem C., Crespeigne N., Kenis Y. :
*Phase I trial with oral menogaril (NSC 269148)"*.
Proc. Fall Meeting of the Pharmacokinetics and Metabolism Group of the EORTC,
November 1986, Brussels.

38

Exhibit J

- De Valeriola D., Dodion P., Piccart M., Joggi, Peeters B., Van Berchem C., Crespeigne N., Wery F. and Kenis Y. :
*"Phase I trial with oral menogaril (NSC 269148)"*
Proc. Amer Assoc Cancer Res 1987, 28, 230.
- Dodion P., De Valeriola D., Piccart M., Joggi J., Tueni E., Peeters B., Van Berchem C., Crespeigne N., Wery F. and Kenis Y. :
*"Phase I trial with oral menogaril (Men; NSC 269148)"*
Proc. 4th European Conference Clinical Oncology 1987, abs. 273.
Publications
- Dodion P., Abrams J., Gérard B., Crespeigne N., Peeters B., Van Berchem C. and Kenis Y. :
*"Clinical and pharmacokinetic phase I trial with the diethylaminoester of flavons acetic acid"* (LM 985, 1087; 23 : 837 - 842.
- Dodion P., De Valeriola D., Piccart M., Tueni E., Joggi J., Crespeigne N., Wery F., Peeters B., Van Berchem C. and Kenis Y. :
*"Phase I clinical and pharmacokinetic trial of oral menogaril administered on 3 consecutive days".* European J Cancer Clinical Oncology 1988; 24 : 1019 - 1026.
- Dodion P., De Valerio D., Piccart M., Tueni E., Joggi J., Crespeigne N., Wery F., Peeters B., Van Berchem C. and Kenis Y. :
*" Phase I clinical trial of oral menogaril administered on 3 consecutive days".*
Acta Oncologica 1988; 27 : 517 - 520.

Exhibit J

# Ethological Report

## Dr C.  Van Berchem

## And

## Etological Expert
## Professor R Zayan

In an era of neuro-psycho-physiology, it seems absurd to only take blood physiology as the sole criterium in evaluating well-being.  It is unanimously recognised today, in other species, that certain abnormal behaviour such as stereotypes, hyper-aggression, pathologies, are proof of mental suffering, and could be the consequence of difficulties in handling certain exterior constraints, and are a reflection of a progressive disturbance of neurotransmitters. It should be agreed, therefore, that a correlation be made between blood _and_ ethological evaluations, before coming to conclusions about well-being solely from blood analysis.

In addition ethology has an advantage by taking into account temporal and dynamic dimensions in the notion of well-being, which selective blood tests do not take into account. Consistent with the observation of the development of behaviour, it does not interfere with the conditions of the experiments, whilst the manipulations to achieve blood samples constitute (in the case where the aim is the evaluation of stress) interference with experimental conditions.

The presence of anxiety, stereotypes of hyper-aggression, are signs of behavioural pathology which show an absence of well-being[1]

Let us remember the universal definition of health by Hippocrates: health is not just an absence of sickness but a state of physical _and_ mental well-being.

It is commonly agreed, as much by psychiatrists of whatever school, and by ethologists, that the presence of gratuitous behaviour, abnormal/frequently repetitive and deviant, is a sign of behavioural pathology.

Veterinaries of the French School of Animal Psychology have an ethological approach to behaviour which is based on a sequential analysis of different behaviours proper to a species, that is: in all species all normal behaviour may be divided into 3 phases:

1st Appetite phase

---

[1] act repeated regularly without reason

40

2nd Consumption phase

3rd Appeasement phase

(Ex: regarding feeding behaviour: One is hungry, one eats, one is satiated).

During actual pathological behaviour, this sequence is generally modified. Often the 3rd phase disappears (responsible for an end of the behaviour by a kind of retro-control) then of the first (or occasionally a sequential disorganisation emerging on repetitive behaviour). Substitute activities are already part of the manifestations of anxiety as much as pathology. Behaviour is considered pathological as soon as the animal is incapable of adapting to changes in its environment. I quote Pageat: "We define anxiety as a reactionary state characterised by an increase in the probability of triggering an emotional reaction analogous to that of fear in response to any variation in environment. It is the result of a disorganisation of autocontrols". With dogs, for example, this process of inflexibility in behavioural responses is studied at the moment by means of very specific comparative medical tests in order to show which neurotransmitters are involved in which function. Pageat attempted to show that a progressive evolution exists over time between different pathological behaviour tables, each defined by him as being characterised by the involvement of certain precise neurotransmitters, proof being that the way such or such medicine works in curing a problem is specific and well-known. The constant for all these tables, that the spontaneously observed cure rate is very slight without treatment.

It would appear that substitution[2] activities may lead to stereotypical behaviour in dogs over time.

Within a thought system, which likes to think it is valid for all species, such as anxiety as much as the presence of stereotypic EST, a pathological system which is truly characterised by subtle neuro-physiological changes are difficult to study directly. (Tomography positron emissions).

On the other hand, evidence on the constraints which force-feeding exerts on palmipeds with regard to execution of their behavioural repertoire are described logically and point by point by Professor R. Zayan in his capacity as ethological expert. The harmful constraints (put in a cage, separation from the 'mother') have an effect on behaviour which has been proved for a long time as innate and irreversible, such as imprinting (the recognition of the first object seen as being the mother) which may be easily manipulated for profitable ends, but which are intolerable for the animals' well-being.

Equally, the manifestation in ducks of hyper-aggression and cannibalism due to the high density of the population per m2 are symptoms of stress know for a long time for their implications for productivity for breeders (decrease in profitability).

---

[2] normal in a species but repeated abnormally, frequently to resolve internal conflict such as scratching the chin in humans or licking for dogs

41

In the light of this knowledge, the article published by INRA (Institut National de la Recherche Agronomique) which attempts to show the variation in the state of stress of palmipeds according to different types of contention, appears to be scientific imposture, as an absurd example of the mis-use of the rigour of the scientific method.

The form is superb but it is fundamentally biased.

The protocol used may give information on the stressed state of the animals but this is in no way significative of the state of well-being of the animals.

If it is admitted scientifically that the increase of cortisol in the blood or urine is increased in the case of extreme stress and even 'chronic' in cats for example, the possible absence of this increase would in itself not serve as an argument to prove the well-being of the animal in question.

Nowadays the behavioural dimension is no longer ignored, and at this moment, conscientious biologists concerned about objectivity are attempting to establish in cats (whose well-being or not does not have many financial or economic implications) a correlation between the possible changes in the blood and changes in behaviour in order to validate the blood dosages, which may perhaps, one day, allow a quantitative and easy evaluation of well-being. But this has yet to be proved.

In addition the comparative study by INRA is likely to be scientifically incorrect in another way: all force-fed ducks – the conditions being abnormally constricting for a duck – are likely to present suprarenal exhaustion rendering them incapable of reacting to added stress – hence from there a lack of reliability. It would admit to prove that these ducks did not have a suprarenal reactivity less than the ducks raised in conditions which respected their behavioural needs.

Adding to this the criticism that the notion of well-being would only respond to a dynamic analysis. In this way one could be a manic depressive and only be completely stressed in a manic phase. Here this shows again the limits of specific physiological analysis; some neurological disturbances develop in phases over a period of time. In the same way if one photographs a force-fed duck as it carried out stereotypical behaviour, it would appear normal when it is not the case.

Only a sequential and ethological approach takes into account the temporal and dynamic dimension in its evaluation of well-being.

In conclusion, at the risk of sounding tautological, the evaluation of an animal's well-being must take ethological analysis into consideration.

Ethological expertise certainly does not affirm, as one often hears, that before the period of force-feeding the ducks are maintained in farming conditions which assure them a

42.

maximum of well-being. On the other hand, there is absolutely no doubt, that force-feeding subjects them to physiological and behavioural suffering which dramatically reduces their well-being. This is why the assertion that these animals would not produce foie gras (and in such quantity) if they were maltreated seems to us, untenable. On the contrary, force-feeding constitutes a reprehensible practice from an ethical point of view.

References

D M Broom and K G Johnson Stress and Animal Welfare Chapman Hall 1993
P Pageat Pathologie du comportement du chien – etats pathologiques elementaires p80-95 Ed Point Veterinaire
Welfare problems in dogs and cats Schilder MBH 2nd symposium of the European Society for Veterinary Clinical Ethology-Braunschweig 1995
Carlstead, C LJ Brown and Strawn (1993) Behavioural and physiological correlates of stress in laboratory cats
Oedberg FO 1978 Abnormal behaviours steretypies 1st congress on Ethology applied to zootechnics. Ed Garsi Madrid 475-480
Neuro-transmitters drugs and diseases RA Webster C.C. Jordan p 398 Animal model of anxiety Blackwell 1989
Manic-depressive illness F K Goodwin K Redfield Jamison Oxford University Press 1990 Animal models p. 403
Critical evaluation of clinical-biological correlates p 488
Neuro-transmitters J M Meunier A Shvalov 1992 Masson
Abrege de neuro-psycho-physiologie tome 2 M Meulders, N Biosacq-Schepens, Masson
La Recherche no 280 Oct 1995 Les medicaments de l'esprit

Exhibit J

# ETHOLOGICAL EXPERTISE CONCERNING FORCE-FEEDING DUCKS
## Professor René Zayan

A vet is competent to show that force-feeding the liver makes animals sick.

An ethologist, i.e. a specialist in animal behaviour, is competent to show that force-feeding causes suffering. The ethologist demonstrates this not on species in the wild, but directly, in scientific research, conducted on domestic animals and more particularly on species or breeds raised for production such as laying chickens. In addition, experimental research in animal psychology allows one to get to know the motivations, emotions, perceptions and the mental representations in higher vertebrates (birds and mammals).

Suffering corresponds to a critical reduction (either signficative or a fortiori, important) of a subjective state of the animal which one calls its degree of well-being. Their well-being results in a relative and temporary satisfaction of a certain number of basic needs. The latter are defined by the genetic predispositions in the physical and social environment. Elements capable of assuring the biological viability of the animal, its survival, but also its health, growth and reproduction. The genetic programming of the species or domestic breeds determine its needs which would be present, or on the contrary not present, in the artificial environment of captivity; the former conditions may be damaging, but a human being may also do its best for the animal with regard to the conditions of well-being that the animal looks for since his birth.

Therefore, the suffering of an animal results in the objective fact that one or other of its basic needs are insufficiently met or a fortiori, completely unsatisfactory. But in addition, animal suffering will be caused specifically, by the stimuli of the environment exercising a detrimental effect on the capacity of the animal to cope, notably by stimuli caused by pain and from stress.

## Deprivation of behavioural needs (ethological)

Ducks, like all the laying chickens, have a genetic programme of natural activities which they must be able to carry out within their captive environment, above all during the period just after birth. The conditions of accommodation during force-feeding are incompatible with well-being, for the following characteristic reasons.

### 1. Confinement

In the battery cages on grating for ducks and in the more intensive systems the area of ground per animal (<375cm2) is even less than that for laying hens (500 cm2), whilst it has been shown that they require at least 900 cm2 per animal in battery cages. The animals cannot move about normally and they are aggravated or hurt by the grills (notably when the neck, progressively deplumed, goes outside of the cage). When they become too large, the animals can even put their head outside of the cage. Obviously it is out of the question that the birds can fly, they can barely move.

44

## 2. Overpopulation

In the "collective parks" or "force-feeding parks" 15-18 animals are heaped up into boxes +/- 3m2 with a ground area (intermediary type) (1600-200 cm2 by animal which are known to cause pecking from aggressive beaks and cannibalism (this is the reason for debeaking in duck collective parks for meat production.

## 3. Absence of Water

Even for animals raised outside before the force-feeding period it is impossible for them to swim or clean their plumage, which remains dehydrated because the natural lubrication of the feathers cannot take place.

## 4. Passive Eating and Drinking

By definition, force-feeding consists of fattening the animal by force. In addition to the fact that the animal can no longer look for and eat food spontaneoudly.   It is deprived of the need (demonstrated experimentally) to dedicate at least 35% of its ration of industrial flour to the active search for food. All the same the fact of mixing the corn power with water constitutes a passive feeding process which deprives the duck of the need to drink whilst eating.

## 5. Deprivation of Physiological Needs

Food (cooked salted powdered corn mixed with water) constitutes a scarcely balanced food serving to cause and maintain a hypertrophic process of fatty liver cells (adipose). The ducks cannot eat spontaneously and above all they do not consume such a large quantity as 400-500 grams each day in the wild.  Hyperplaegia, does not correspond to a natural need, contrary to the argument according to which migratory birds, such as ducks, accumulate fat around the liver (without taking into account the fact that domestic ducks are never confronted with very low temperatures nor to periods of penury which wild migratory birds of their species encounter). Nor can an argument be made from the fact that "pre-force-fed" the animals can swallow the food themselves, on the one hand, the animals receive a reasonable quantity of food (220g a day) and, on the other hand, this "pre-force-feeding" is applied precisely to allow the animal to get used to excessive quantities of food.  In short, autoforce-feeding does not exist in ducks in their natural state and, if hyperplaegia is observed in a duck in daily life, it is always pathological behaviour, symptomatic of physical and social stress.  In no case no-one can affirm that force-feeding satisfies in a maximum way a visceral or basic physiological need, in as much as the need for food in an animal is accompanied by a choice, spontaneous or learned, and an active search of adequate food for the maintenance of health.

45

Exhibit J

6. Deprivation of social needs

All gregarious species search for contact with fellow creatures from birth and look to form stable groups where individual recognition makes cooperation prevails over competition, notably of the aggressive type.

Well, ducks are most often confined individually in cages with grills (15cm x 25 cm); this partial isolation produces a separation which frustrates the animal from having normal affiliative relations with its fellow creatures (visible to him) and which is expressed in activities such as mutual grooming.

In addition, females are excluded from the battery so that the males are deprived of sexual relations, which are in general preferentially expressed in paired reproducing couples. Such frustration (demonstrated in the inverse case with laying hens) is the cause of social stress.

However the worst suffering in terms of social needs resides in the abusive use of the ethological process of filial impregnation extremely characteristic of ducks and geese. One should be honest and make it clear that, it appears that this use is not at all intentional by the foie gras producers, who are not aware of it and should be enlightened on this point.

The ducks have a genetic predisposition to follow the first object which they see move in front of it after birth; they learn the morphological characteristics of this first encountered parent and attach themselves to it in an almost irreversible way until sexual maturity. This filial impregnation is addressed towards humans if the latter are the first "animal parents" which the duckling sees during the 3 first days after birth (especially during the 5th-24th hour) and we know that the ducklings arrive at the factory to be fattened at a day old, when they are not born at the force-feeders itself. The duckling will prefer to follow, often even exclusively, the humans who give them heating (artificial), protection, and food, this affective dependence can last 30 days. It is such an attachment which explains the approachable response towards the breeders who feed them and who believe in good faith, that the ducks are "gluttons" to the point of subsequently easily accepting to be force-fed. In any event, this positive response towards humans facililtates pre-force-feeding during which the animals swallow 220g of food a day by themselves, which still constitutes a reasonable quantity for a (docile!) duck. But then, we know that the ducks show a flight response when the increasing quantity of the food becomes associated with manipulations imposed by the force-feeder. The force feeder has to sometimes pursue and catch the animals, or at the very least restrain them manually to prevent their flight, in such a way that the animals are going to suffer an intense emotional conflict between their tendency to be social towards humans and their tendency towards mistrust then of fear towards the force-feeder. This anxiety will increase with the repetition of the cause of the stress and the pain associated with the procedure of force-feeding. Even the most well-intentioned force-feeders will only maintain this emotional problem by excessive amounts of caresses after each force-feed, which reinforces the emotional relationship. To avoid the stress of transporting the ducks, some have advocated producing the

ducklings in the factory of the force feeder itself, but when you understand the problems of this imprinting it is better to avoid this emotional conflict. In fact the ducklings would be even more impregnated to the breeders who they would see during the critical period of filial response towards "animal-parents" (13th-16th hour after birth).

## Suffering caused by the force-feeding procedures

### The pain

It may occur if the sensory receptors called nociceptors of the mouth and the gullet (nervous fibres Aδ & C) are stimulated too intensively by the instrument used to force-feed (solid or flexible tube or funnel) and by food which is too hot. At the same time increase of the rate of dilatation of the liver (up to 7-9 times its normal volume) exerts pressure on the abdomen and the lungs. Poultry does not have a diaphram the pain receptors are (amongst others) localised under the intestinal mucus membrane with the muscles of the intenstine (C fibres in particular). The repetitive contact with the grill of the cages induces deplumage and lesions on the neck, throat, chest and the wings (above all with the most agitated animals).

### Hepatic Encephalopathy

Ammonium and other substances which are insufficiently eliminated attack the central nervous system and produce behavioural problems (motor stereotypes, ataxia, immobility and apathy).

### Stress (physiology)

The repeated perturbations of the environment imposed on the animal excessive adaptation mechanisms which end by being damaging for the health. In poultry, a prolonged state of stress ensues, after the activation of the medullosurrenales (which secrete adrenalin and noradrenalin) an activation of the corticosurrenales, which secrete the corticosteriodienne hormones. The specific stress is accompanied by an acceleration in the cardiac rhythm and motor responses associated with stress (flight above all, which is impossible in force-feeding cages). The chronic stress which is accompanied by a decrease in immune defence and precedes several pathologies (cardiac, gastro-interitis) often even death in the case of domestic poultry destined for production. One knows, for example, that the manipulations and other human actions cause an intense physiological stress in hens and chickens. There is no doubt that when the force-feeder grabs the ducks by the head or the neck to force it to open its beak the animals react strongly and then show after force-feeding, pathological behaviour called motor stereotypes (such that the fact of turning around in a confined cage and moving the head). Other stress factors, shown experimentally, are caused by the transport by lorry and by train, of one day old ducklings, as well as the deprivation of food which precedes the journey. The repeated stress which the ducks are subjected to, explains the high rate of mortality of between 4 and 10% which are confirmed (officially) up to slaughter.

Exhibit J

## General Conclusions

Ethological expertise certainly cannot allow the attestation, as one often hears, that before the force-feeding period the ducks are maintained in breeding conditions which assures them a maximum of well-being. On the other hand, there is no doubt that force-feeding subjects the ducks to physiological and behavioural suffering which dramatically reduces their well-being. This is why it seems untenable for us to attest that these animals would not produce foie gras (in such quantity) if they were maltreated. On the contrary, force-feeding seems to constitute a practice which is criticised ethically.

Exhibit J

## AFTERWORD BY DR Y BECK

### Physiological and ethological suffering

All animals must be provided with housing, food and care that is appropriate for its species, its stage of development, adaptability or domestication, acknowledging its physiological and ethological needs conforming to acquired experience and scientific knowledge.

(Titre 1- Art 3)

The food given to palmipeds does not cover the physiological needs of this species. It is an unbalanced diet, designed to artificially cause hepatic lipidosis.

Given the fact that in the wild, the birds have refused to eat it.

Given the fact that if it were given in normal quantities the birds would not survive long term with the deficiencies it would cause.

2.2 The techniques of factory farming do not respect the ethological needs of the species concerned. For example, ducks and geese are aquatic species. If we just consider this one aspect, - can we really imagine that suspending a pipette above the birds so that water could land drop by drop onto their heads while they are enclosed in individual cages would ever replace access to a pond, which they have the right to aspire to ... seeing as they are an aquatic species?

### 2- Suffering linked to factory farming conditions

Freedom of movement attributed to the animal, taking into account its species and conforming to acquired experience and scientific knowledge, must not be hampered so much that it is at risk of avoidable suffering or damage.
(Title 1 - Art 4-para 1)

Foie gras is presented as a natural product. A regional product, part of a long tradition. The reality of the facts is completely different. There is no longer any common link between what goes on in the wild, what was carried out in times gone by, and the unrestrained industrialisation in which we take part today: 80% of force-fed ducks are in individual cages 20-21cm in width by 45-50 length and 27-33 height ( a shoe box in which they can barely turn around). Can this be considered as respect for the freedom of movement of this species?

**The construction of new battery installations has been forbidden in Europe since 1st January 2003. The existing installations must disappear by 1st January 2012 and be replaced by alternative systems.**

Exhibit J

### 3- <u>Suffering linked directly or indirectly to force-feeding</u>

No animal may be fed in such a way that it results in avoidable suffering or damage, and its food must not contain substances which may result in avoidable suffering or damage. (Title 1 – Art 6)

**Foie gras is a diseased organ**

3.1 One of the most often advanced arguments from the food production sector is that foie gras cannot be considered a diseased organ because the process of transforming the liver is reversible. We have pointed out on several occasions how this argument is fallacious, and for the following important two reasons:

- The majority of diseases, of whatever kind are reversible, happily enough for the therapists and their disease. The reversibility of lesions does not therefore exclude the fact that it is a disease…

In the case of foie gras, the process becomes irreversible and leads to the death of the ducks when it exceeds a certain threshold.

This is why one finds in the conclusions of the European report the statement that **foie gras must be considered as an organ rendered artificially diseased:** *In conclusion, there is sufficient proof to show that the structure as much as the hepatic function is seriously altered and modified in force-fed geese.* This degeneration of the liver orchestrated methodically by man on a living animal is directly and indirectly the source of **suffering** according to many scientists.

**Force-feeding**

3.2 The report by the European Union insists again on the fact that: *"the traditional methods of force-feeding have been dramatically modified during the last thirty years in order to rationalise and industrialise production in order to increase profits. This has resulted in a direct impact on the species submitted to the process and in the conditions of their detention and the composition of the foodstuff which they are given to consume. These modifications have been made **without any consideration** for the well-being of the animal. It is obvious that not only have the conditions towards their well-being not been improved, but that on the contrary, they have deteriorated".*

It should be noted that placing an oesophagus probe into domestic species is forbidden whatever species is under consideration except for palmipeds…for which an exception has been made on cultural grounds.

The only justification which the European Union accords to force-feeding is…**socio-economic reasons.** For the rest *"the scientific community suggests initiatives to improve*

50

*the fate of these birds in the short term; and in the long term, recommend studies into* **alternative methods of force-feeding.** All of this, in view of that which has preceded, shows perfectly the contradiction between European laws concerning the protection of animals in factory farming, and the persistence of a practice which neither takes into consideration the physiological or the etological needs of the subjected animals.

6. <u>**Suffering linked to death**</u>

Finally what one takes from them... at the end of the process is their most precious need: life.

## <u>INDIVIDUAL AND COLLECTIVE ETHICAL RESPONSIBILITY</u>

The debate concerning foie gras should not be impassioned. It reflects the appropriateness that the whole of society has the right to expect between ethical values, which are posed at a given moment, and their application in all aspects of their activities. In the instance of the production and consumption of foie gras:

If the European Union wishes to conserve current ethical values, the Member States should abide by the recommendations given to them by the reports of experts. Alternative methods of force-feeding must replace current practices.

If certain states continue to produce foie gras, they must clearly state that it is for cultural reasons, and socio-economic ones. All misleading pronouncements should be prohibited in advertising used by the industrial sector to promote its products.

As for the consumers, s/he must be confronted with the implications of their choice. In order to achieve this, it would simply necessitate the labelling of the product and attaching the following statements: "Foie gras is a diseased organ. Its production is in contravention to European Directives concerning the protection of farmed animals."

**In Europe, Denmark, Norway, Germany and Poland, have created specific legislation to prohibit force-feeding due to its cruelty to animals; other countries such as England and Switzerland have prohibited its use, using even more wide-ranging legal articles regarding animal cruelty, which concern the non-respect of ethological and physiological needs of animals which are force-fed.**

Every effort is made to ensure that the information provided is accurate, but no legal responsibility is accepted for any errors or omissions in that information and no responsibility is accepted in regard to the standing of any firms, companies or individuals mentioned. In case of doubt, the French language original should be consulted as the authoritative text.