BEFORE THE NEW YORK STATE DEPARTMENT
OF AGRICULTURE AND MARKETS
Albany, New York

In the Matter of the Petition of )
)
    THE HUMANE SOCIETY )      Index No.
    OF THE UNITED STATES, )
    ET AL. )
)
for a Declaratory Ruling )

## AFFIDAVIT OF MEGHAN BEEBY

I, Meghan Beeby, am over 18 years of age and am competent to testify. I have personal knowledge of the facts stated below and, under penalty of perjury, being duly sworn, depose and say:

1. This affidavit is based on my personal knowledge, and if called upon to do so, I would be prepared to testify to its truth and accuracy.

2. On or about September 29, 2005, I received a male duck who was unable to walk, and suffering horribly. That day I took him to Cornell University Hospital where he was admitted under the name Damon. A true and correct copy of the Cornell University record of his examination, which I was given at the time, is attached hereto as Exhibit A.

3. Because his physical condition and prognosis for recovery were so poor, Damon was euthanized on October 1, 2005. Three days later the staff at Cornell performed a necropsy on Damon, discovering that he was suffering from hepatic lipidosis, several bone fractures, and problems with his crop. A true and correct copy of the necropsy report, and diagnostic laboratory report, which I was given at the time, is attached hereto as Exhibit B.

4. Some time after that, and after consulting other experts I know, I e-mailed Dr. Don Schlafer, the veterinary pathologist that examined Damon, to clarify his diagnosis of Damon's crop. In an e-mail dated November 15, 2005, Dr. Schlafer explained that the histopathology examination of the crop showed that it contained a mass, a chronic focal infection with fungi. A true and correct copy of our e-mail correspondence is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day 5/11/2006        /s/ _Meghan Beeby_
                                          Meghan Beeby

Subscribed and Sworn to before me, this day 5/11/2006

Theresa M. Dibble
Notary Public - State of New York
Steuben County #01D15026656
My Commissions Expires 04-25-10

Notary Public      _Theresa Dibble_

# Exhibit A

# CORNELL UNIVERSITY HOSPITAL FOR ANIMALS
## (607) 253-3060

## STATEMENT OF DISCHARGE
### Discharge Date: 9/30/2005
Entry Date: 9/30/2005

| | | |
|---|---|---|
| Case #: 173915 | Species: Avian | Owner: Beeby, Meghan C |
| Patient: Damon | | Address: 344 Halseyville Rd |
| Breed: Other Duck | | Ithaca, NY 14850 |
| Color: White | | Phone(s): (607) 387-3079 |
| DOB: | Sex: Unknown | (607) 227-3669 |
| Referring Vet: | | Referring Vet Phone: |
| Reason for Visit: | | Fax: |

**Admission Date:** 9/29/2005
**Clinician:** Perchick, Jonathan; Bartlett, Susan
**Chief of Service:** Abou-Madi, Noha
**Student:** Lupo, Deborah
**Service:** Emergency SAC

**Problems:** Unable to ambulate, chronic malunion fracture of pelvic limbs bilaterally, bumble foot bilaterally on 4th digits, pressure sores on hocks and keel, pale mucous membranes

**Visit Summary:**
Damon was presented 9/29/2005 in the evening to Cornell emergency. Damon was found by Mrs. Beeby on her porch when she arrived home from work. He was breathing heavily, panting, had diarrhea and could not walk. She tried to offer water but he was not interested and then was brought directly to Cornell.

On physical exam Damon was bright, alert and responsive. His weight was 3.9kg, pulse 216 bpm, pale mucous membranes and respiratory rate was 24 bpm. He was moderately conditioned with a fair amount of flesh surrounding his keel. He has pressure sores on both hocks and his keel. The hock joints were firm and enlarged and fixed in a bent position (ankylosed). There were bilateral tibiotarsal fractures that had healed in an abnormal position. On the right pelvic limb there were proximal and distal tibiotarsal fractures and on the left limb there was a midshaft tibiotarsal fracture. There was hyperplasia and black pigmentation of the tissue on the plantar (bottom) surface of both feet (Bumble Foot) associated with the 4th digit and metatarsal pad.

Damon remained is the hospital overnight. Pain medication was administered intramuscularly (torbugesic 1mg/kg). Fresh water and feed was offered. Damon began to drink immediately.

9/30/2005: Damon was bright, alert and responsive. No additional findings on physical exam from yesterday were noted. 1.5mg/kg of Ketoprofen was administered intramuscularly.

10/1/2005: Damon was bright, alert and respomsive. No additional findings on physical exam from the previous day were noted. Heart rate was 272 bpm, his mucous membranes were pale, and the respiratory rate was 24 bpm. Damon had very green feces today which was very foul smelling. 1.5mg/kg Ketoprofen was administered intramuscularly. Damon can not walk and is very stressed when handled even a small amount. As Damon's quality of life is very poor humane euthanasia was suggested to the owner as an option. Since Damon can not walk he will continue to have pressure and rub sores on his hocks and keel. These wounds are very susceptible to infection. As per the owners

Susan Bartlett

| Owner/Agent | Clinician | Chief of Service |
|---|---|---|
| | Electronic approval on 10/1/2005 | |

173915
9/29/2005

Statement of Discharge
Owner/Agent Copy

10/1/05 11:26 AM
Page 1 of 2

Exhibit K

request blood was submitted for a complete blood count and chemical analysis. The chemistry panel was within normal limits.

Due to the poor prognosis, the owners consented to humane euthanasia.

**Diagnoses:** right pelvic limb: proximal and distal tibiotarsal fractures
left pelvic limb: midshaft tibiotarsal fracture
Bumblefoot bilaterally
Pressure sores on both hocks and on the keel

**Procedures:** Emergency visit, physical exam, pain management, CBC, blood chemistry, euthanasia

**Medications:** In hospital, ketofen 1.5 mg/kg for pain

**Prognosis:** grave for ambulation

Thank you for caring so much for Damon. We regret we could not do more for him.

*Thank you for bringing Damon to the College of Veterinary Medicine for treatment. We hope that you have been satisfied with the service, treatment, and billing procedure. If you wish to discuss these matters, please feel free to contact us.*

Susan Bartlett

| Owner/Agent | Clinician | Chief of Service |
|---|---|---|
| | Electronic approval on 10/1/2005 | |

# 173915
9/29/2005

Statement of Discharge
Owner/Agent Copy

10/1/05 11:26 AM
Page 2 of 2

Exhibit K

# Exhibit B

# CORNELL UNIVERSITY - COLLEGE OF VETERINARY MEDICINE
# VETERINARY MEDICAL TEACHING HOSPITAL
# NECROPSY REPORT

| | |
|---|---|
| Case #: 173915  Species: Avian | Admission Date: 10/3/05  Discharge Date: 10/3/05 |
| Owner: Beeby,Meghan C | Clinician(s): Morrisey,J |
| Address: 344 Halseyville Rd | Service: Ultrasound/Radiolog  Location: |
| Ithaca, NY 14850 | Referring Vet: |
| Phone(s): (607) 387-3079, (607) 227-3669 | Reason for Visit: Radiographs only |
| Patient: Damon | Discharge Status: Euthanized 10/3/2005 |
| Breed: Other Duck | |
| Color: White | |
| DOB:  Sex: Unknown | |

Method of Death: Fatal Plus  
Date/Time of Death: 10/1/05  
Exam Type: GH  
Date/Time of Exam: 10/4/05  
PM Interval: 3 day(s)  
Body Weight: 3.9 KG  
Duration of Illness:  
# Animals Housed:  
# Animals Affected: 1  
# Animals Died: 1  
Copy(s):  
PM Test(s):  

Necropsy #: N05-295  
Diag Lab #:  
Previous #(s):  
Related #(s):  
Receipt Date: 10/3/05  
Finalized:  
Prosector: Palyada,K.  
Path-in-charge: Schlafer  
Student: Greenberg  

**Tissues**  
Crop ; G  
Liver ; G  
Joint ; G  

### Diagnoses

| | | |
|---|---|---|
| Antem | (2491-4160.0) | Fracture tibiotarsal |
| Gross | (1100-1000.9) | Ulcerative dermatitis, skin disease, dermatosis |
| Gross | (0Y00-8023.A) | Papilloma A |
| Gross | (2370-4160.0) | Fracture tibia |
| Gross | (2480-6102.X) | Rotation laxity tibia, stifle joint |
| Gross | (2400-9120.0) | Osteoarthritis multiple joints |
| Gross | (2400-9300.0) | Arthritis due to unknown |
| Gross | (6800-9170.0) | Lipidosis liver |
| Gross | (0100-3000.X) | Death due to euthanasia |

| Malignancy Codes | |
|---|---|
| A - Benign - no premalignant significance | B - Benign - having premalignant significance |
| D - Neoplasm - malignancy not determined | E - Malignant neoplasm - non-infiltrating |
| F - Malignant neoplasm - differentiated | G - Malignant neoplasm - undifferentiated (anaplastic) |
| H - Malignant neoplasm - differentiation not determined | I - Malignant neoplasm - metastatic site |

History:  
-Duck found abandoned on porch by Mrs. Beeby abandoned.

Case #173915  Necropsy Report  10/12/05 9:18 AM
Visit 10/3/05  Page 1 of 3

# CORNELL UNIVERSITY - COLLEGE OF VETERINARY MEDICINE
# VETERINARY MEDICAL TEACHING HOSPITAL
# NECROPSY REPORT

-PE: Bilateral tibiotarsal fractures
Ankylosis and infection of hock joints bilateral
Keel sore
Bumble foot 4th digits bilaterally


-Tx: 9/29 Butorphanol 5.85mg IM breast SID
9/30 Ketophen  1.5 mg 1kg IM breast SID
10/1 Ketophen  1.5mg 1 kg IM breast SID
10/1 Pentobarb  2ml IV Rt ulnar v.


DDX: Bilateral tibiotarsal fractures (trauma, developmental, congenital, metabolic ??)


Paged Dr. Bunting to make sure that this is truly a Private Cremation.  lcc 10/1/05 - Private cremation confirmed by Dr. Bunting. lcc


Gross description
This is the carcass of a 3.9 kg, male, intact, duck of unknown age in good body condition with moderate autolysis. There is a keel sore and pressure sores on the 3rd and 4th digits bilaterally. There is moderate roughening of the surface of both the femoral heads (osteoarthritis). Over both the tibiotarsal joints the skin is ulcerated and subjacent dermal necrosis extends to the joint capsule. There is a very small amount of fibrinous tissue in the tibial-tarsal joint (presumptive).


Both tibiotarsi show diaphyseal varus deformities. A section of one tibiotarsus shows an old fracture that has healed at a 45 degree angle and turns medially (varus). The intertarsal joints (hocks) bilaterally have 90 degree rotations, resulting in the plantar surfaces of both feet facing medially towards each other. The other limb is similarly involved (old fracture and distal limb deviation).


There is a 1 x 0.5 x 0.25 cm tan, hard, pedunculated 'almond-shaped' mass attached to the mucosa of the crop (papilloma, presumptive). The liver is mildly enlarged and is slightly yellow (hepatic lipidosis, presumptive). There is a 3 x 4 cm area of hemorrhage in the left pectoral muscle (injection site, presumptive).


Gross Findings
Tibiotarsal joints: Bilateral chronic arthritis and ulcerative dermatitis
Tibiotarsus: Healed fractures (bilateral) and resulting varus rotation          Femoral Heads:
Moderate Bilateral osteoarthritis

Exhibit K

Crop: Papilloma, presumptive
Liver: Hepatic lipidosis (presumptive)

**Gross Diagnosis**
Euthanasia
Ulcerative dermatitis with secondary arthritis
Limb deformity

**Comment**
Mycoplasma and Pasteurella most commonly affect the joints of birds and a sample of joint fluid is taken to rule out the said causes. The pedunculated mass observed in the crop is likely a papilloma. Hepatic lipidosis observed on the gross examination is likely incidental. However, hepatic amyloidosis can not be ruled out. The carcass was radiographed and the radiologist report is pending.
DHS/cmk 10/6/05

# Diagnostic Laboratory Report for Susan Bartlett

| Case #: 173915　Species: Avian | Admission Date: | Discharge Date: |
|---|---|---|
| Owner: Beeby, Meghan C | Clinician(s): | |
| Patient: Damon | Service: | Location: |
| Breed: Other Duck | Referring Vet: | |
| Color: White | Reason for Visit: | |
| DOB:　　　Sex: | Discharge Status: | |

*** This report does not reflect results for today. ***

### Bacteriology

AER - Aerobic Bacterial Culture

  10/01/05　116484-05 Joint swab

    Sample: Joint swab

    Qty: Few

      Culture Result: Staphylococcus aureus

    Qty: Few

      Culture Result: Staphylococcus intermedius

    Qty: Few

      Culture Result: E coli

MYCOPL - Mycoplasma Culture

  10/01/05　116484-05 Joint swab

    Sample: Joint swab

    Culture Result: No Mycoplasma spp isolated

# Exhibit C

> > >
> > >>Dear Dr. Schlafer,
> > >>
> > >>I have a question about a necropsy report which
> > you worked on for my duck
> > >>who had to be euthanized. I noticed that the
> > report says the crop had a
> > >>pedunculated mass likely a papilloma, presumptive.
> > Do you think this was
> > >>scar tissue and a granuloma infected with fungi?
> > This was case #173915.
> > >>
> > >>Thank you very much for your time.
> > >>
> > >>Sincerely,
> > >>
> > >>Meghan Beeby
> >
> > >From: Don Schlafer <dhs2@cornell.edu>
> > >To: "Meghan Beeby" <meghanbeeby@hotmail.com>
> > >Subject: Re: Question about necropsy report
> > >Date: Tue, 15 Nov 2005 13:43:03 -0500
> > >
> > >>Ms Beeby,
> > >
> > >The shape and appearance of the small lesion in the
> > crop caused us to
> > >initially consider the small tissue structure to be
> > a small benign tumor
> > >(papilloma). Histopathology (microscopic)
> > examination revealed the area to
> > >be heavily infected with fungal hyphae with and
> > associated intense tissue
> > >response (granuloma) with tissue response
> > (granulation tissue) that was
> > >organized into a polypoid (papilliferous) shape.
> > The bottom line is that
> > >the mass was not a tumor, but a chronic focal
> > infection with fungi.
> > >Interpretation of the path report can be confusing
> > as it lists the initial
> > >gross path findings and the histopathology
> > diagnoses. At the end, the
> > >final diagnoses are listed.
> > >
> > >Hope this helps,
> > >
> > >DHS
> > >
> > >--
> > >Donald H. Schlafer DVM, PhD
> > >Diplomate, ACVP, ACVM, and ACT
> > >Professor of Comparative Reproductive Pathology
> > >T6-020 VRT, Department of Biomedical Sciences
> > >College of Veterinary Medicine, Tower Road
> > >Cornell University, Ithaca, New York 14853
> > >
> > >607-253-3352 (Phone)
> > >607-253-3541 (FAX)
> >
> >
> >

Exhibit K