BEFORE THE NEW YORK STATE DEPARTMENT
OF AGRICULTURE AND MARKETS
Albany, New York

In the Matter of the Petition of )
)
   THE HUMANE SOCIETY ) Index No.
   OF THE UNITED STATES, )
   ET AL. )
)
for a Declaratory Ruling )

**AFFIDAVIT OF DR. HOLLY CHEEVER**

I, Dr. Holly Cheever, am over 18 years of age and am competent to testify. I have personal knowledge of the facts stated below and, under penalty of perjury, being duly sworn, depose and say:

1. This affidavit is based on my personal knowledge, and if called upon to do so, I would be prepared to testify to its truth and accuracy.

2. On or about October 2, 2005, I received at my home the corpses of two male ducks. Shortly thereafter, I took both corpses to Dr. Ward Stone, a well-known state wildlife pathologist, and asked that they be necropsied. Dr. Stone returned a written report of his necropsy findings to me, and a true and correct copy of that report, dated December 2, 2005, is attached hereto as Exhibit A.

3. On November 19, 2005, I was invited to visit Hudson Valley Foie Gras, located in Sullivan County, New York, as part of a group of professional invitees to tour the facilities. During the tour, there were samples of the feed used in the forced-feeding process available to the invitees. I kept one such sample, which I immediately froze, and

Exhibit L

in March 2006, I sent the sample to the Dairy One, Inc. forage laboratory in Ithaca, New York.

4. On or about March 20, 2006, I received the Dairy One analysis of that feed, which concluded that the feed could not be a sufficient source of nutrition for the ducks, and was presumed to be a supplement. A true and correct copy of the Dairy One report, dated March 20, 2006, is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day May 8, 2006      /s/ Holly Cheever, DVM
                                       Dr. Holly Cheever

Subscribed and Sworn to before me, this day May 8, 2006

DEAN S. SOMMER
Notary Public, State of New York
No. 5050876
Qualified in Albany County
Commission Expires October 23, 2009

Notary Public

Exhibit L

# Exhibit A

Exhibit L

**New York State Department of Environmental Conserva...**
Division of Fish, Wildlife, and Marine Resources
Wildlife Pathology Unit
108 Game Farm Road, Delmar, NY 12054

## MEMORANDUM

**TO:** Dr. Holly Cheever

**FROM:** Dr. Ward Stone

**SUBJECT:** Progress Report on Mulard Ducks (2)
WPU Case #05-38-07A&B

**DATE:** December 2, 2005

**History:** The hybrid, male ducks were received by the Wildlife Pathology Unit on October 3, 2005.

**Gross Pathology:** Both adult males, with yellow paste filling the esophagus and up to the covering the glottis. The lungs were edematous and hemorrhagic. The livers showed extreme heptamegaly and light color. Both had bumblefoot lesions on the plantar surfaces of both feet. Bony-swellings were present in the right and left lateral bill of (A). Several small pieces of aluminum were present in the gizzard of (A). The diagnosis based on necropsy was that death resulted from pneumonia.

**Histopathology:** Severe steatosis of the liver, acute bronchopnuemonia patchy and consistent with gross pathology impression of an aspiration pneumonia. Severe pulmonary congestion. Autolysis of multiple organs.

**Comments:** The birds died at the time of force feeding. They were filled with food paste from the proventricular area to the region of the glottis. The ducks had pneumonia and severe hepatameglia which causes respiratory stress by displacing air sacs. The birds had sore feet from bumblefoot.

Exhibit L
DEC-02-2005 10:51                                                   p.02/09

-2-

It would appear that the stresses of the final forced-feeding caused an acute respiratory limitation on ducks already suffering from pneumonia and severe hepatameglia restricted respiratory activity due to liver pressure on air sacs. This killed the ducks.

*Dr. Ward B. Stone*
Wildlife Pathologist

WBS:rd

National Veterinary Services Laboratories
1800 Dayton Road    Ames, Iowa    50010
Phone (515) 663-7266    Fax (515) 663-7397
Laboratory Test Report    Page    1 of 1

FEDERAL RELAY SERVICE (Voice/TTY/ASCII/Spanish)
1-800-877-8339

Date Received: 10/25/2005    Accession: 405223

Submitted By:    Referral Number:
NEW YORK ST DEPT OF ENV CONS    Retain Number:
WILDLIFE PATHOLOGY UNIT    Date Collected: 10/02/2005
108 GAME FARM ROAD    Collected By:
DELMAR, NY   12054
Fax: 5184783035    Location of Animals (Cty/St):
    NY

Owner:
    Condition on Arrival:
    IP
    Purpose: Surveillance

This is not a billable case

| NVSL ID | Sample ID | Animal ID | Species | Specimen | Disease |
|---|---|---|---|---|---|
| 1351115 | 053807-INTCEC VI | MALLARD DUCK Virus Isolation | DUCK | TISSUE | ND |

AIV Matrix RRT-PCR    Result: NEGATIVE

APMV-1 Matrix    Result: NEGATIVE

No avian paramyxovirus type 1 (APMV-1) or avian
influenza virus (AIV) was isolated when a suspension
of each specimen was inoculated into embryonated
chicken eggs. Also, the specimens were assayed by the
reverse transcription-polymerase chain reaction (RT-PCR)
for the matrix (M) gene of APMV-1 or AIV. All the specimens
were negative for M genes of APMV-1 and AIV.

Distribution:    /s/ Randall L. Levings, DVM   Director
    Submitter    National Veterinary Services Laboratories
11/03/2005

Moulard
05 38 07

Exhibit

**ANTECH DIAGNOSTICS 9066 Lacey Drive Southaven MS 38671 Phone: 888-397-8378**

Jy Dept Envir Cons-Wildlife Path
108 Game Farm Rd
Delmar, NY 12054
Tel: 518-478-3032
Fax: 518-478-3035

Client # 250463
Chart # 053807A

| Accession No. | Doctor | Owner | Pet Name | Received |
|---|---|---|---|---|
| MP12531339 | | P0583807A | MOULARD | 10/07/2005 |
| Species | Breed | Sex | Pet Age | Reported |
| NP | | M | | 10/26/2005 05:46 PM |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|

**CULTURE & SENSITIVITIES**
  Source — Lung
  Status — Final
  Organism #1
    Serratia species
    Heavy growth

  Organism #2
    Heavy growth
    Escherichia coli

  Organism #3
    Scant growth
    Gamma (non-hemolytic) Streptococcus species
    Normal respiratory flora.

**CULTURE (FUNGAL)**
  Source — Lung
  Source
  Status — Final
  Organism #1
    No fungi isolated.

| SENSITIVITES | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|
| Amikacin | S | S | | | |
| Chloramphenicol | S | S | | | |
| Cephalothin | R | S | | | |
| Cipro (ciprofloxacin) | S | S | | | |
| Claforan (cefotaxime) | S | S | | | |
| Doxycycline | R | R | | | |
| Baytril (enrofloxacin) | S | S | | | |
| Gentamicin | S | S | | | |
| Orbax (orbifloxacin) | S | S | | | |
| Penicillin | R | R | | | |
| Piperacil (piperacillin) | S | S | | | |
| Trimethoprim/Sulfa | S | S | | | |

ANTECH DIAGNOSTICS 9066 Lacey Drive Southaven MS 38671  Phone: 888-397-8378

Ny Dept Envir Cons-Wildlife Path           Client # 250463
108 Game Farm Rd                           Chart # 053807A
Delmar, NY 12054
Tel: 518-478-3032
Fax: 518-478-3035

| Accession No. | Doctor | Owner    | Pet Name | Received            |
|---------------|--------|----------|----------|---------------------|
| MP13048048    |        | P053807A | MOULARD  | 11/01/2005          |

| Species | Breed | Sex | Pet Age | Reported             |
|---------|-------|-----|---------|----------------------|
| NP      |       | M   |         | 11/10/2005 02:53 PM  |

| Test Requested | Results | Reference Range | Units |
|---|---|---|---|

HEAVY METAL SCRNII(TISSUE
  SJ568
    Metals Screen(Heavy)
    Arsenic    -  < 1    ppm
    Cadmium    -  < 0.3  ppm
    Copper     -   14.6  ppm
    Iron       -   63.7  ppm
    Lead       -  < 1    ppm
    Magnesium  -   0.50  ppm
    Mercury    -  < 1    ppm
    Molybdenum -  < 0.4  ppm
    Zinc       -   13.2  ppm
TEST PERFORMED AT THE UNIVERSITY OF CALIFORNIA, DAVIS CAMPUS

1-888-838-4636
Antech diagnostics

Exhibit L
DEC-02-2005 10:51

# Exhibit B



**Dairy One**

FORAGE LABORATORY
730 Warren Road, Ithaca, NY 14850
Ph: 800.496.3344 • Fax: 607.257.1350
http://www.dairyone.com

| DATE SAMPLED | LAB RECEIVED | DATE PRINTED | STATE | CO | FARM |
|---|---|---|---|---|---|
| | 03/03/06 | 03/20/06 | | | .906 |

HOLLY CHEEVER DVM
665 CLIPP RD
VOORHEESVILLE, NY 12186

---

ENERGY TABLE - NRC 2001
Body Wt = 1350   Fat % = 3.7   Tprot % = 3.1

| Milk, Lb | NEL Mcal/Lb | NEL Mcal/Kg | Milk, Kg |
|---|---|---|---|
| Dry | 0.95 | 2.10 | Dry |
| 10 | 0.91 | 2.01 | 18 |
| 50 | 0.88 | 1.94 | 27 |
| 80 | 0.84 | 1.85 | 36 |
| 100 | 0.79 | 1.74 | 45 |
| 120+ | 0.74 | 1.63 | 54+ |

| | | |
|---|---|---|
| IEM3X | 0.92 | 2.03 |
| IEG3X | 0.62 | 1.37 |
| IE1X | 1.48 | 3.25 |
| DE1X | 1.66 | 3.66 |
| TDN1X,% | 84 | |

COMMENTS:
1. NRC ENERGIES - SMALL BREEDS - DO NOT USE ENERGIES BEYOND 80 LBS. MILK. LARGE BREEDS - USE 120 LB. ENERGY WITH EXTREME CAUTION.

---

| SAMPLE DESCRIPTION | FARM | CODE | LAB SAMPLE |
|---|---|---|---|
| GRAIN MIX, DRY | | 646 | 9734740 |

**ANALYSIS RESULTS**

| COMPONENTS | AS SAMPLED BASIS | DRY MATTER BASIS |
|---|---|---|
| % Moisture | 9.4 | |
| % Dry Matter | 90.6 | |
| % Crude Protein | 10.0 | 11.1 |
| % Adjusted Crude Protein | 10.0 | 11.1 |
| Soluble Protein % CP | | 11 |
| % Acid Detergent Fiber | 5.5 | 6.1 |
| % Neutral Detergent Fiber | 10.1 | 11.1 |
| % Crude Fat | 4.4 | 4.8 |
| % TDN | 75 | 83 |
| NEL, Mcal/Lb | .81 | .89 |
| NEM, Mcal/Lb | .85 | .94 |
| NEG, Mcal/Lb | .58 | .64 |
| % Calcium | .33 | .36 |
| % Phosphorus | .37 | .40 |
| % Magnesium | .11 | .12 |
| % Potassium | .41 | .45 |
| % Sodium | .364 | .401 |
| PPM Iron | 135 | 149 |
| PPM Zinc | 132 | 145 |
| PPM Copper | 214 | 236 |
| PPM Manganese | 148 | 164 |
| PPM Molybdenum | .8 | .9 |
| % Sulfur | .13 | .14 |
| Horse TDN, % | 77 | 85 |
| Horse DE, Mcal/lb | 1.54 | 1.70 |

Page 1


# Dairy One

730 Warren Road, Ithaca, New York 14850   800-496-3344   Fax: 607-257-6808   www.DairyOne.com

## Communiqué

To: Holly Cheever
Organization:
Fax #: 518-765-7903
Date: 3/20/06
No. of Pages: 3 (including this page)

From: Paul Sirois           Phone: 1 607 257-1272, ext. 2168
      Dairy One Forage Lab  Fax:   1 607 257-6808, 257-1350
      730 Warren Rd.        E-mail: pauls@dairyone.com
      Ithaca, NY 14850
      USA
Message: Duck feed #9734740

Holly,

Thanks for sending your sample to Dairy One. The only information that I could find on duck feed was in the 1994 NRC Nutrient Requirements of Poultry. Accompanying are the daily nutrient requirements for ducks. If the feed in question is supposed to be a complete feed, i.e., the sole feed providing all of the required nutrients, it should mirror the nutrient requirements. If it is meant as a supplement, then the composition will vary depending upon the feeds that it is meant to complement.

The composition of your sample looks like it should be a supplement, meaning that other feeds are making up the bulk of the diet. If it's meant as complete feed, the formulation is too low in protein and too high in trace minerals.

I know this is not a lot of information, but I hope that its helpful. Please contact me if I can be of additional service. Thanks again for using Dairy One.

Best Regards,

Paul K. Sirois
Director Forage Lab Services

Dairy One Cooperative Inc.
Dairy Records Services • Dairy Management Resources • Dairy One Forage Laboratory • Milk Analysis Laboratories

Exhibit L

*NRC - NUTRIENT REQMT'S OF POULTRY*
*9TH ED., 1994*

# 5 Nutrient Requirements of Ducks

Ducks can be grown successfully in either of two environments—an open rearing system, in which the growing house opens to an exercise yard with water for wading or swimming, or a confinement growing system, in which ducks are raised in environmentally controlled houses with litter or combination litter and wire floors.

Pelleted diets are utilized more efficiently by ducks than are diets in mash form primarily because of reduced wastage and ease of consumption (Wilson, 1973; Dean, 1986). Starter diets (0 to 2 weeks) usually are fed as pellets of 3.18 mm (1/8 inch) diameter, and grower diets (after 2 weeks) are given in 4.76-mm (3/16 inch) form (Elkin, 1987).

Ducks typically are given 2 or 3 feeds during the growing period. Information presented in Table 5-1 is on the basis of a two-feed program; a diet containing 22 percent protein for the period of 0 to 2 weeks and a 16 percent protein diet for the period from 2 to 7 weeks (Dean, 1972a, 1986). The need for 22 percent protein during the starting period, however, is questionable because Wilson (1975) and Siregar et al. (1982) reported that protein levels of 18 and 19 percent, respectively, in diets providing 3,000 to 3,025 kcal $ME_n$/kg, were adequate from 0 to 2 weeks. A typical three-feed program may consist of diets containing 20, 18, and 16 percent protein for the periods from 0 to 2, 2 to 4, and 4 to 7 weeks, respectively. The growth rate of ducklings is not affected greatly by the $ME_n$ concentration of the diet; however, feed efficiency is usually improved and carcass fat increased when dietary $ME_n$ is increased (Wilson, 1975; Leclercq, 1986). Few data are available documenting the $ME_n$ values of feed ingredients for ducks. Mohamed et al. (1984) found that the $ME_n$ values of several feedstuffs were very similar for ducks and broiler chickens.

Although most ducks grown commercially in the United States are White Pekins, considerable research

TABLE 5-1 Nutrient Requirements of White Pekin Ducks as Percentages or Units per Kilogram of Diet (90 percent dry matter)

| Nutrient | Unit | 0 to 2 Weeks; 2,900[a] | 2 to 7 Weeks; 3,000[a] | Breeding 2,900[a] |
|---|---|---|---|---|
| **Protein and amino acids** | | | | |
| Protein | % | 22 | 16 | 15 |
| Arginine | % | 1.1 | 1.0 | |
| Isoleucine | % | 0.63 | 0.46 | 0.38 |
| Leucine | % | 1.26 | 0.91 | 0.76 |
| Lysine | % | 0.90 | 0.65 | 0.60 |
| Methionine | % | 0.40 | 0.30 | 0.27 |
| Methionine + cystine | % | 0.70 | 0.55 | 0.50 |
| Tryptophan | % | 0.23 | 0.17 | 0.14 |
| Valine | % | 0.78 | 0.56 | 0.47 |
| **Trace minerals** | | | | |
| Manganese | mg | 50 | ?[b] | ? |
| Selenium | mg | 0.20 | ? | ? |
| Zinc | mg | 60 | ? | ? |
| **Water soluble vitamins** | | | | |
| Niacin | mg | 55 | 55 | 55 |
| Pantothenic acid | mg | 11.0 | 11.0 | 11.0 |
| Pyridoxine | mg | 2.5 | 2.5 | 3.0 |
| Riboflavin | mg | 4.0 | 4.0 | 4.0 |

NOTE: For nutrients not listed or those for which no values are given, see requirements of broiler chickens (Table 2-5) as a guide. Where experimental data are lacking, values typeset in bold italics represent an estimate based on values obtained for other ages or species.

[a] These are typical dietary energy concentrations as expressed in kcal $ME_n$/kg diet.
[b] Question marks indicate that no estimates are available.

42

Exhibit L