18002 Vintage River Terrace
Olney, MD  20832


November 15, 1991


To Whom It May Concern,

I am a veterinary practitioner accredited by the USDA and licensed in the states of New York, Maryland, and Pennsylvania. On October 24, 1991, I witnessed the necropsy of two approximately four month old Moulard ducks (Pekin crossed with Muscovy) at the New York State College of Veterinary Medicine (NYSCVM) in Ithaca, New York.

The supervising pathologist on duty, Dr. P. Bouchard, is an avian specialist.

The main finding was that they were both suffering from either a fungal disease of the crop (this is the storage organ which precedes the stomach) or a vitamin A deficiency. Dr. Bouchard stated that fungal infections are caused by either filthy conditions or the chronic ingestion of antibiotics. In a subsequent phone conversation, another pathologist told me that chronic incomplete emptying of the crop may also cause fungal infections. He recommended mixing Mycostatin (an antifungal agent) and vitamin A into the feed, while we waited for the histopathology results.

The livers of the ducks were enlarged and infiltrated with fat.

Their feather condition was extremely poor. This suggests that they were highly stressed and subjected to crowded, dirty living conditions.

One duck had keel bursitis (on the bone that runs along the center of the abdomen), and both had bumblefoot, which is a bacterial infection of the feet. Dr. Bouchard said that keel bursitis and foot infections are common in overweight ducks, caused by constant heavy weight on the feet while standing or walking, and on the abdomen while laying down. This constant pressure on bony areas causes irritation of the tissues, which leaves them open to infection.

Bursitis and bumblefoot are extremely painful conditions, and almost impossible to treat. When the infections are advanced, the birds are unable to lie down or walk normally without suffering from constant pain. It is likely that these two birds were in pain

from these infections, especially while being held down during force-feeding. Prevention of these conditions is far easier than treatment, and includes regular exercise on soft ground, a clean environment, and appropriate maintenance of the body weight to avoid overloading of skeletal and soft tissue structures.

Both birds had been debeaked. Their upper bills were shorter than their lower bills by approximately 1/2 inch. The edges of the cut upper bills were irregular and lumpy due to partial regrowth. Dr. Bouchard stated that an electric cutter (which coagulates at the time of cutting) was probably not used, since the edges of the upper beaks were so ragged.

A culture was taken of the liver, blood, and bone marrow. Cultures of the intestines could not be taken, since the bodies were already starting to decay. Histopathology will be done on their livers and crops. The pathologist suspected an infectious disease since the livers had small areas of hemorrhage, though these may have been due to autolysis (decay of the body). He did not think that the fungal disease killed them.

On November 4, 1991, I conversed with Dr. Lucille, another pathologist at the NYSCVM. He told me that the ducks had liver infections caused by Staphylococcus aureus. This was probably the cause of death. He recommended that the surviving ducks be treated with antibiotics, in particular, erythromycin or tylosin. The organism was also sensitive to tetracycline and ampicillin.

These birds were undoubtedly suffering before they died. This suffering is in part caused by force-feeding. Any practice which deliberately produces such overly stressed, unhealthy animals should be condemned.

Sincerely,

*Wendy Thacher, DVM*

Wendy Thacher, DVM

NYS COLLEGE OF VETERINARY MEDICINE         PATHOLOGY DEPARTMENT/NECROPSY SERVICE
Pathology Case D91-295                                                 12/06/91

Diagnostic Lab # : 616014-0

Case Received : 10/24/91
Contract

REFERRED BY: DR. THACHER                OWNER:

(1462) THACHER,WENDY                    DR. HOLLY CHEEVER
RD. 1, BOX 363                          RD31 Box 363
VOORHEESVILLE, NY  12186                VOORHEESVILLE, NY  12186
(202) 686-2210                          518-765-4213

Note:  Clinicians are responsible for notifying owners of necropsy results.

Animal : Avian-Other Duck               Total animals on premises : 200
   I.D. : Malard                        Affected : 2
   Sex : Male
   Age : 2 MO 3 WK 3 DA
Weight : 4.2 KG                         Manner of Death : Spontaneous
                                        Date/time of death : 10/23/91

EXAM : Gross only                       Date/time of Necropsy : 10/24/91
                                        Post-mortem Interval : 1 Days
Prosector : Bouchard,P                  Pathologist-in-charge : King
Student : DeMuyrck/Gold

Post-mortem Lab Work : Bacteriology


Tissues taken ; Measurements ; Lesions (G => Gross, H => Histo)

  250 Esophagus ; G                     600 Liver ; G


** NOTE ** The following information is for DATA RETRIEVAL purposes ONLY *

Coded findings for Pathology case D91-295

FINAL : (0130-1200.0) Septicemia due to bacteria
FINAL : (0130-1380.0) Septicemia due to Staphylococcus
FINAL : (6370-1900.0) Fungal esophagitis fungal
GROSS : (6370-1900.0) Fungal esophagitis fungal
GROSS : (6800-9170.0) Lipidosis liver

Exhibit M

NYS COLLEGE OF VETERINARY MEDICINE        PATHOLOGY DEPARTMENT/NECROPSY SERVICE
Pathology Case D91-295                                              12/06/91


HISTORY (Owner: Mike Russell)
No illness - found dead.

mbw


GROSS TEXT:
   These are the carcasses of two Mallard male ducks, weighing 4.2 kg and
5.0 kg in very good body condition with moderate autolysis present.
   The liver of each bird is enlarged, pale and friable. One liver has
mottled bloody streaks multifocally throughout the parenchyma.
   Both crops contain multiple locally extensive small, 1 mm to 5 mm, white
raised nodules in the mucosa. The area in the 4.2 kg bird is approximately
10 X 8 cm area and in the 5.0 kg bird approximately 8 X 5 cm area. The 4.2
kg, bird has finely ground feed in its crop, esophagus, and oral cavity.

Gross findings:
Crop: Marked, locally extensive, subacute mycotic esophagitis ("Candidiasis",
   presumptive)
Liver: Marked diffuse hepatic lipidosis

GROSS DIAGNOSIS:
Mycotic esophagitis of the crop

Dr. Summers/cmk 10/28/91
Referring Vet present during necropsy on 10/24/91


FINAL DIAGNOSIS:
Bacterial Septicemia, "Staphylococcus aureus"
Mycotic esophagitis of the crop

Comment: Bacterial cultures of the liver from both animals, and bone marrow
from one animal, was positive for "Staphylococcus aureus" ( sensitivities are
included). Dr. Mutalib and Dr. Lucio of the Department of Avian and Aquatic
Medicine were consulted.

Dr. J. King/cmk 11/13/91

Exhibit M