# Rebuttal to the Claim by INRA Researchers that Force-Feeding Is Not Harmful to the Bird's Health and Liver

**Antoine Comiti[1] - May 2006**

## *SUMMARY OF FINDINGS AND INTRODUCTION*

Foie gras, French for "fatty liver", is produced by force-feeding ducks or geese to the point that their liver expand and fill with fat. In December 1998, the Scientific Committee on Animal Health and Animal Welfare[2] of the European Commission adopted a report on foie gras production in which it stated:

> (...) it appears that the level of steatosis normally found at the end of force feeding would not be sustainable for many of the birds. For this reason, and because normal liver function is seriously impaired in birds with the hypertrophied liver which occurs at the end of force feeding **this level of steatosis should be considered pathological.** (...)
>
> Other clinical signs that force fed birds exhibit which are not seen in age matched birds fed ad libitum on a 'natural' diet include: loose faeces, wet neck, increased time spent sitting and less time carrying out active behaviours, some aversion to the feeding process, increased incidence of bone fractures and liver lesions at the abattoir. (...) The mortality rate in force fed birds varies from 2% to 4% in the two week force feeding period compared with around 0.2% in comparable ducks.
>
> European Commission, Scientific Committee on Animal Health and Animal Welfare, *Welfare Aspects of the Production of Foie Gras in Ducks and Geese*[3], Report adopted 16 December 1998, pages 41, 48, 49, highlighted by us.

Foie gras producers deny that force-feeding is harmful to the birds and their liver, and refer to statements by French scientists who publicly support their position. Among them, the most prominent are researchers from INRA, the French National Institute for Agricultural Research[4].

In this report, we will look at various arguments and studies that these INRA researchers produce to shore up their claim that the liver of a force-fed duck or goose is not pathological, and that the bird's health is not harmed by the force-feeding procedure. As we will see, not only these arguments are very weak, but also the experimental studies to which these researchers themselves refer to, far from establishing the harmlessness of the force-feeding procedure, even provide hard data pointing to the opposite conclusion.

Furthermore, we will see that all these experimental studies on which the INRA researchers base their claims were published *before* the adoption of the European scientific report mentioned above. Therefore, they are not, as sometimes claimed, new data unknown at the time of its adoption, which thus may have compromised its conclusion that, at the end of force-feeding, the state of liver "*should be considered pathological*".

We will then turn to the context in which these INRA researchers got involved in the public debate about the legitimacy of the force-feeding practice. We will provide evidence that the INRA studies were ordered and financed by the French foie gras producers association (the CIFOG), with the avowed intent to develop scientific arguments in support of their practice. This financial conflict of interest is compounded by the fact that the foie gras experimental unit at INRA receives funding from the foie gras producers for much of its research programs beyond the studies discussed here.

---

[1] The author, president of the French nonprofit *Stop Gavage*, can be contacted by email at *contact@stopgavage.com*; Lise Defrance, Corine Graham, Jane Hendy, and Estiva Reus have contributed to this report.

[2] http://europa.eu.int/comm/food/committees/scientific/index_en.htm

[3] http://europa.eu.int/comm/food/fs/sc/scah/out17_en.html

[4] The INRA website has an English section: http://www.international.inra.fr

Exhibit N

## CONTENTS

**PART A: ANALYSIS OF INRA RESEARCHERS' ARGUMENTS THAT FORCE-FEEDING IS NOT HARMFUL TO THE BIRD'S LIVER .......... 3**

1. "THE STEATOSIS PROVOKED BY FORCE-FEEDING IS REVERSIBLE THEREFORE THE LIVER IS NOT DISEASED"? .......... 4
2. "THE LIVER OF A FORCE-FED BIRD IS NOT PATHOLOGICAL"? .......... 7
3. "FORCE-FEEDING EXPLOITS A NATURAL FACULTY OF THEIR LIVER"? .......... 11
4. INRA RESEARCHERS BASE THEIR CLAIM ON EXPERIMENTAL STUDIES THAT WERE KNOWN AT THE TIME OF ADOPTION OF THE EUROPEAN REPORT .......... 15

**PART B: WHAT THE INRA STUDIES OMIT TO REPORT ABOUT THE GENERAL HEALTH OF FORCE-FED BIRDS .......... 17**

5. THE HIGH MORTALITY IN FORCE-FED BIRDS .......... 18
6. EXHAUSTION, INJURIES AND ILLNESSES DUE TO FORCE-FEEDING .......... 20

**PART C: CONFLICTS OF INTEREST OF THE INRA RESEARCHERS ON FOIE GRAS .......... 30**

7. THE INRA STUDIES ARE ORDERED AND FINANCED BY THE FRENCH FOIE GRAS PRODUCERS ASSOCIATION .......... 31
8. HOW FOIE GRAS PRODUCERS INFLUENCE THE FOIE GRAS RESEARCH PROGRAM OF INRA .......... 35
9. THE FRENCH DEPARTMENT OF AGRICULTURE – WHICH CONTROLS INRA – HAS AN AVOWED STRATEGY OF DEFENDING FORCE-FEEDING .......... 40

**ANNEX: FORCE-FEEDING MORTALITY ACCORDING TO INDUSTRY FURNISHED STATISTICS .......... 43**

Exhibit N

# PART A:

# ANALYSIS OF INRA RESEARCHERS' ARGUMENTS THAT FORCE-FEEDING IS NOT HARMFUL TO THE BIRD'S LIVER

To maintain that the liver of a force-fed animal is not diseased, the researchers of INRA base themselves in particular on the following affirmations:

- if we stop force-feeding a palmiped, its liver returns to normal;
- if its liver can return to normal after we stop force-feeding, then it is not diseased;
- the liver of force-fed animals is not (in any case) diseased.

> *La Dépêche du Midi [French daily newspaper]*: Is foie gras a diseased liver, as stated for example by the League of Animal Rights?
>
> *Gérard Guy [INRA]*: The response of the scientists is clear. It is no. The foie gras is not a diseased liver. And I can cite for you two studies, one conducted by Professor René Babilé of the *Ecole nationale supérieure d'agronomie* of Toulouse, and the other led by Professor Patrick Bénard, of the *Ecole nationale vétérinaire* of Toulouse. In these works, the researchers demonstrated reversibility in animals. If we interrupt the force-feeding of a goose, for example, we note that its liver will return to normal. There are no lesions, all the vital and physiological functions of the organ are intact. The foie gras is a fattened liver. That is all.
>
> "Gaver n'est pas torturer", *La Dépêche du Midi*, 5 October 2003

In this part, we shall compare what these INRA researchers say with the information coming from scientific studies that they themselves cite to justify their position.

## 1. "The Steatosis Provoked by Force-Feeding is Reversible Therefore the Liver is Not Diseased"?

In their review article[5], INRA researchers state that:

> The hepatic steatosis produced by force-feeding is a totally reversible, non pathological process.
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87

In support of this statement, they cite in particular a study published in 1996, which furthermore indicates that a force-fed duck will take two months to regain a normal weight:

> As soon as 15 days after the release of the birds from force-feeding, most of the hepatic chemical constituents and plasmatic parameters have values similar to those of non force-fed ducks. (...) 60 days after their release, the average weights [of the animals previously force-fed and still alive, and of the non force-fed control animals] are similar.
>
> R. Babilé, A. Auvergne, V. Andrade, F. Héraut, G. Bénard, M. Bouillier-Oudot, H. Manse, "Réversibilité de la stéatose hépatique chez le canard mulard", *Actes des 2e Journées de la Recherche sur les Palmipèdes à Foie Gras*, 12-13 March 1996, pages 107-110

However, the INRA researchers omit another piece of information reported in the same study:

> **9 out of the 144 ducks that were released died. Mortality increases with the length of the force-feeding period** (1 death among the animals force-fed for 10 days, 2 for those force-fed for 13 days, 6 for those force-fed for 16 days). Analysis of the premature deaths shows that the main cause is connected more to the length of confinement than to the degree of fattening. The animals that died had demonstrated locomotion difficulties and therefore could not drink. (...) this mortality is mostly of mechanical and behavioural origin (locomotion impairment and absence of drinking) (...). The conditions in this experiment reflect current production situations.

Thus, after 10 to 16 days of caged force-feeding, some of these animals were weakened to the point of no longer being able to, or even wishing to, move to the water in order to drink, and so died of thirst under the supervision of the experimenters. With only 3 extra days of force-feeding, the number of animals who did not recover from force-feeding tripled.

In addition to the ducks who do not survive despite the interruption of the force-feeding, must be taken into account those who have already died during the force-feeding process. According to the foie gras industry's own statistics, an average duration of 13 days of force-feeding causes the deaths of about a million ducks and geese each year in France (see chapter 5).

Thus, while INRA researchers:

- necessarily know the fact that a million birds die each year during force-feeding,
- themselves refer to a study that shows that an even greater number would die as a result of force-feeding if they were not killed immediately,

they nevertheless go on stating that force-fed animals remain *"perfectly healthy"*... omitting to specify how many have died in the meantime:

---

[5] This INRA review article is published – in French – on the web site of the French foie gras producers association (CIFOG): http://www.lefoiegras.fr/Pdf/INRA_FR.pdf

> Several teams, particularly some near Toulouse – I'm thinking of Professor Bénard and Professor Babilé – have shown that when you stop the force-feeding, the animal recovers, the animal's liver returns to its original state. There have even been experiments where it was shown that you could repeat the force-feeding and recovery process three times, and that in the end the animal remains perfectly healthy.
>
> Gérard Guy (INRA), in *"Le foie gras : le gavage en question"*, television report on *France 5* TV channel, 24 January 2004

## *"IF A LIVER CAN RETURN TO NORMAL WHEN WE STOP FORCE-FEEDING, IT MEANS IT WAS NEVER PATHOLOGICAL"?*

To say that force-feeding does not provoke pathological states because a bird which has stopped being force-fed can return to normal is like saying:

- "he who shall regain his health is not ill";
- "only incurable illnesses are real illnesses; all others, however serious for the affected individual, are not pathological since they are curable".

The European scientific report on foie gras production (*op. cit.*) reminds us that such reasoning does not make sense:

> **Report of the Scientific Committee of the European Commission:**
>
> The reversibility of steatosis which is reported above for many birds which have been force fed does not mean that the changes in the liver are not pathological. (...) The steatosis is reversible in many birds but reversibility exists for many pathological states[6].

What proof is there that a bird that has a chance of recovery after force-feeding is stopped wasn't in a pathological state during the force feeding?

Astonishingly, what counts for the researchers who claim to evaluate the harmfulness of force-feeding animals, is not the state which the animals are in during the force-feeding, but the hypothetical state which they would be in if the force-feeding was stopped and they were allowed to live long enough to let their organism reverse the effects of overfeeding.

The fact that an animal which has not died has a good chance of returning to a normal state if force-feeding is stopped is for them an argument in favor of force-feeding. But common sense dictates that, on the contrary, it is a fact that pleads against forced overfeeding: it is the stopping of the force-feeding that allows the bird to regain its health. If the researchers wanted to evaluate the effects of force-feeding, instead of stopping the overfeeding of the birds and observing the effects of this stoppage, they would study the state that the animals are in at the end of the force-feeding:

> **Report of the Scientific Committee of the European Commission:**
>
> The experimental study in which the level of steatosis which exists at the end of force feeding is maintained for some days not been carried out. However, if force feeding is continued after three to four days (...), the level of cell damage rises significantly. This is consistent with reports from farmers that indicate that mortality increases if feeding continues for longer

[6] Section 8 "Summary, conclusion and recommendations", page 61.

than usual. Hence it appears that the level of steatosis normally found at the end of force feeding would not be sustainable for many of the birds. For this reason, and because normal liver function is seriously impaired in birds with the hypertrophied liver which occurs at the end of force feeding this level steatosis should be considered pathological[7].

Therefore, confronted with a farming practice which, according to the statistics of the industry itself (see annex), kills in 12 days at least 6 times more animals than normally die, and it kills even more if the practice is intensified (by number of meals per day[8] and/or in length), the researchers of INRA conclude that this practice is not problematic because the troubles it provokes disappear – if the animal is not already dead – when it is stopped in time.

With this type of reasoning, it is possible to justify any sort of mistreatment which does not provoke the death of all mistreated individuals.

> *La Dépêche du Midi [French daily newspaper]*: Is foie gras a diseased liver, as maintained for example by the League of Animal Rights?
>
> *Gérard Guy [INRA]*: The response of the scientists is clear. It is "no". The foie gras is not a diseased liver. And I can cite two studies [in which] the researchers demonstrated reversibility in the animals. If we interrupt the force-feeding of a goose, for example, we note that its liver returns to normal.
>
> "Gaver n'est pas torturer", *La Dépêche du Midi*, 5 October 2003

Applying this reasoning to a practice which would consist of beating animals – to the point that they were covered in bruises, had a few cracked ribs and lost consciousness – and then stopping this treatment before they all died:

> *Question*: Is a cracked rib pathological?
>
> *Scientist defending the practice*: The response of the scientists is clear. It is "no". A cracked rib is not pathological. And I can cite two studies in which the researchers demonstrated reversibility in the animals. If we stop beating a dog, for example, we note that the ribs return to normal.

[7] Section 5.4.3 "Liver function", page 41.

[8] "*The inclusion of a 3rd meal (daily) does not prove to be beneficial. This practice is constraining for the force feeder and generates at the beginning of force-feeding digestive problems and cases of mortality.*" N. Robin, J. Castaing, "Apports alimentaires pour un gavage de canards mulards en moins de 10 jours", *Actes des 5e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Pau, 9-10 October 2002, pages 88-91.

## 2. "THE LIVER OF A FORCE-FED BIRD IS NOT PATHOLOGICAL"?

Regarding the question *"is foie gras a sick liver?"*, we have seen the answer of Gérard Guy (INRA) which leaves no doubt:

> *Gérard Guy [INRA]:* The response of the scientists is clear. It is no. The foie gras is not a sick liver.
>
> "Gaver n'est pas torturer", *La Dépêche du Midi*, 5 October 2003

Concerning the state of the liver of a force-fed animal, let us compare what Gérard Guy says (as well as two of his INRA colleagues) with scientific studies that they themselves cite as references in their review article (cited above).

### *LIVER STRUCTURE*

> Finally, **a good foie gras does not normally present macroscopic lesions, necrotic zones or hemorrhages.** The connective tissue is distended, but the Glisson's capsule which envelops the liver remains intact. **Therefore, a foie gras obtained by force-feeding is therefore under no circumstances a sick organ**, resulting in a deadly hepatonecrosis.
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87, highlighted by us

A study that these three INRA researchers reference a few lines earlier in the same article enlightens us about their prudent usage of the adverb "normally" (*"a good foie gras normally does not present"*) employed to describe the state of the liver of a force-fed bird:

> The livers of animals who died during the experiment and which had an abnormal appearance had on average variable levels of fattening, and variable but non-specific periportal fibrous reactions. One liver presented necrotic zones.
>
> R. Babilé, A. Auvergne, V. Andrade, F. Heraut, G. Bénard, H. Manse, "Réversibilité de la stéatose hépatique chez le canard mulard", *Actes des 2e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Bordeaux, 12-13 March 1996, pages 107-110

Another study that the INRA researchers reference a few lines later indicates, regarding force-fed geese:

> 176 male geese, 15 weeks old, are force-fed for 18 days with a mixture of corn grain/pâté. (...) Histologically we only observe a few signs of hepatic fibrosis (1 liver/15 on average).
>
> R. Babilé, A. Auvergne, J.P. Dubois, G. Bénard, H. Manse, "Réversibilité de la stéatose hépatique chez l'oie", *Actes des 3e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Bordeaux, 27-28 October 1998, pages 45-48

According to the INRA researchers, because *"a good foie gras does not normally present macroscopic lesions, necrotic zones or hemorrhages (...)"*, then *"a foie gras obtained by force-feeding is therefore under no circumstances a sick organ"*. In other words, they state that **by definition** *"a foie gras obtained by force-feeding"* is a *"good foie gras"*, without any pathological signs. The livers of force-fed animals presenting pathological signs are therefore, according to their definition, not foies gras.

By stating as an arbitrary definition that the term "foie gras" designates a healthy organ, we can understand how they can assuredly conclude that "*therefore a foie gras obtained by force-feeding is not under any circumstance a sick organ*".

## LIVER FUNCTION

If these INRA researchers assure that the liver returns to normal if force-feeding is stopped, then it means that they recognize that the liver is not in a normal state during force-feeding. If there was no change, there would be no sense in talking about the "reversibility" of this change.

In the interviews given to the general press, they maintain that the only change affecting the liver due to force-feeding is that it loads up on fat, without any particular incident to this organ, outside the increase of its size and weight (5 to 10 times its normal size):

> *Gérard Guy [INRA]:* If force-feeding is interrupted on a goose, for example, it is noted that its liver returns to normal. There are no lesions, and all the vital and physiological functions of the organ are intact.
>
> "Gaver n'est pas torturer", *La Dépêche du Midi*, 5 October 2003

If we carefully reread what this INRA researcher is stating, it appears that he is being careful by not stating that the "*vital and physiological functions of the organ are intact*" during the force-feeding itself, even if that is the impression we can gather. Gérard Guy is simply saying that these functions return to normal after a certain time if we interrupt force-feeding.

The cautiousness of this INRA researcher is easily understood when we consult one of the studies which he and his two colleagues cite to enhance their statement. After reading this study, it seems indeed difficult to maintain that the functioning of the liver remains "*intact*" during force-feeding:

> It is shown that the fattening of the liver has a real influence on the kinetics of the markers: diminishing of the constant of elimination and the clearance, very important increase of the area under the curve, time of half elimination and average time of residence. (...) These results show that the fattening of the liver has an impact on the kinetics of the markers, on both the central and peripheral distribution as well as on their elimination. **These disturbances are weak during the first 7 days of force-feeding and become very important during the second week.** (...) It helps to note that the regaining of functional activity of the liver does not seem to happen at the same speed for all animals, which is apparently related to the quantity of lipids accumulated during the force-feeding. These data demonstrate that **force-feeding induces disturbances in the hepatic hemodynamic.** (...) this steatosis of nutritional origin could be at the origin of modifications in the metabolism of medications which could be administered during the force-feeding period.
>
> P. Bénard, T. Bengone, G. Bénard, D. Prehn, J. Tanguy, R. Babilé, F. Grimm, "Démonstration de la réversibilité du gavage chez le canard à l'aide de tests d'exploration fonctionnelle hépatique", *Actes des 2e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Bordeaux, 12-13 March 1996, pages 45-48, highlighted by us

## HEPATIC STEATOSIS AND CIRRHOSIS

Daniel Guémené, another INRA scientist, insists that a steatosis provoked by force-feeding is of another nature than a pathological steatosis or cirrhosis.

> The foie gras is not a sick liver and cannot be compared to cirrhosis, confirms Daniel Guémené [INRA].

> "Faut-il interdire le gavage ?", *Que Choisir* [French monthly consumer magazine], volume 399, December 2002

But, in their review article, Daniel Guémené, Gérard Guy and Jean-Michel Faure cite a study from one of their INRA colleagues which shows that the difference between reversible steatosis and cirrhosis is only a difference of degree, not a different nature:

> Therefore, in the goose, we have been able to stop intense force-feedings at 8 days, without any apparent consequences: the animal simply refuses to feed itself during approximately fifteen days and afterwards returns to a normal life. Contrarily, after a prolonged force-feeding (15 to 21 days), recuperation is no longer possible, the foie gras of the animal kept alive evolves towards cirrhosis.
>
> Jean-Claude Blum (INRA), "Caractéristiques anatomiques, physiologiques et biochimiques en relation avec la formation du foie gras chez les palmipèdes", *in* ITAVI, *Le point sur les facteurs de réussite du gavage*, 15 November 1990

## NOT "PATHOLOGICAL" BUT "EXTRAPHYSIOLOGICAL"...

The INRA researchers cannot maintain that the liver of a force-fed bird is still, after 2 weeks of force-feeding, in a normal state: not only is it hypertrophied (5 to 10 times its normal weight), but the studies which they themselves reference show that its functioning is disturbed.

Therefore, to qualify the state of this liver which is neither normal, nor, according to them, pathological, these INRA researchers call the steatosis provoked by force-feeding an "*extra physiological process*":

> (...) the hepatic steatosis, which remains an extraphysiological process (...)
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87

This "*extraphysiological process*" is therefore not, according to these researchers, "*pathological*". Nevertheless it is, according to Gérard Guy and his INRA colleagues, an "*undesirable*" state in all animals except...in palmipeds where it is "*at the origin of the production of foie gras*"!

> In domestic animals, as in man, hepatic steatosis is an undesirable situation, even pathological. The only exception: in palmipeds, where the controlled induction of hepatic steatosis is at the origin of the production of foie gras.
>
> D. Hermier, M.R. Salichon, G. Guy, R. Peresson, J. Mourot, S. Lagarrigue, "La stéatose hépatique des palmipèdes gavés : bases métaboliques et sensibilité génétique[9]", *INRA Productions Animales*, volume 12, number 4, October 1999, pages 265-271

[9] http://www.inra.fr/Internet/Produits/PA/an1999/num994/hermier/dh994.htm

## CONCLUSION:
## "UNDER NO CIRCUMSTANCES A SICK ORGAN"... SO THAT IT IS NOT BANNED?

The INRA researchers insistently maintain that the liver of a force-fed animal is not in a pathological state:

> Force-fed hypertrophy does not have the same histological characteristics as pathological steatosis (...)
>
> A foie gras obtained by force-feeding is under no circumstances a sick organ (...)
>
> Hepatic steatosis via force-feeding is therefore a non-pathological process (...)
>
> The foie gras is a healthy organ which does not result in a pathological steatosis.
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87

We have seen that, to push the confirmation that the liver of a force-fed animal is necessarily healthy, these scientists have utilized:

- an argument such as reversibility:
  - which defies the most elementary logic: "no longer sick? Then never was sick!"
  - is based on observations which do not take into account the animals which died during the experiments ("*we have shown that we could repeat the process of force-feeding and de force-feeding three times and that in the end the animal remained perfectly intact*")
- assertions on the state of the liver of a force-fed animal:
  - which contradicted on several points the studies which they themselves referenced
  - and which are sometimes closer to tautology than to scientific observation ("*a good foie gras does not normally present macroscopic lesions, necrotic zones or hemorrhages (...) A foie gras obtained by force-feeding is therefore under no circumstances a sick organ (...).*")

Does not this debauchery of arguments give evidence of the extreme importance that these researchers place on making sure that the force-fed animal not be officially recognized as a sick animal?

> Outside these nociceptive studies on the effects of the act of force-feeding, animal stress, those related to the pathological state or not of the fattened liver are essential. **If the foie gras is recognized as being from a sick animal, force-feeding would fall fatally under a ban. The foie gras producers association, leaning on the work of INRA, defend the thesis that a fattened liver is not a sick liver.** It is one of the points that have recently been explained by INRA researchers during the conference on the research of foie gras palmipeds in Arcachon on October 7th and 8th.
>
> "Les éleveurs au banc des accusés", *Sud Ouest* [French daily newspaper], 18 October 2004, page 3, highlighted by us

# 3. "Force-Feeding Exploits a Natural Faculty of their Liver"?

> [Daniel Guémené (INRA) remembers] that *"our distant ancestors profited from the **natural capacity** of palmipeds to overfeed themselves and **to accumulate reserves**"*.
>
> "Le gavage des palmipèdes, torture ou récompense ?", *Le Monde*, 17 May 2002, page 30, highlighted by us

The idea that the production of foie gras only reproduces the "*natural capacity of palmipeds to overfeed themselves and to accumulate reserves*" of fat prior to migration is frequently forwarded by the defenders of foie gras.

## *The Force-Fed Birds Are Not, or Are No Longer, Migratory*

First off, as recalls Gérard Guy himself:

> *Gérard Guy [INRA]*: Farmed geese and ducks, today, have lost their migratory instinct.
>
> "Gaver n'est pas torturer", *La Depêche du Midi*, 5 October 2003

In addition, Barbary ducks – where the male is crossed with a common female duck to create mulard ducks which will be force-fed – have never been migratory.

## *The Liver is Not the Natural Storage Region for Fats*

Three of the INRA researchers specialized in the area of foie gras affirm that:

> The liver is the major site [for the synthesis and] the storage of lipids in birds.
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87

However, when we consult the article of another INRA researcher who they themselves cite in reference a few lines above, we read:

> **In birds**, the liver is much more active. It is the privileged area of synthesis of reserve lipids (neutral fats: triglycerides). **Normally, these lipids do not remain in the liver.** They are secreted in the blood under the form of VLDL lipoproteins: these VLDL transport the fatty acids destined for adipose tissue.
>
> Jean-Claude Blum (INRA), "Caractéristiques anatomiques, physiologiques et biochimiques en relation avec la formation du foie gras chez les palmipèdes", *in* ITAVI, *Le point sur les facteurs de réussite du gavage*, 15 November 1990, highlighted by us

Gérard Guy himself signed two other articles in which he contradicts at his turn the thesis of natural storage in the liver, which he otherwise publicly defends:

> In birds, even though lipids are principally synthesized in the liver, the final storage is done in the muscles and the adipose tissue.
>
> G. Guy (INRA) *et al.*, "The effects of overfeeding on myofibre characteristics and metabolical traits of the breast muscle in Muscovy ducks (Cairina moschata)", *Reproduction Nutrition Development*, volume 43, 2003, pages 105–115

> The triglycerides synthesized by the hepatocytes are destined to be incorporated in lipoproteins, principally the VLDL (very low density lipoproteins) and then to be secreted in the blood and exported towards the adipose tissue, to be stored.
>
> S. Davail, G. Guy, J-M. André, R. Hoo-Paris, "Stéatose hépatique, substrats énergétiques et activité de la lipoprotéine-lipase posthéparine chez le canard mulard et pékin au cours du gavage", *Actes des 5e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Pau, 9-10 October 2002, pages 96-99

## *THE ACCUMULATION OF FATS IN THE LIVER IS DUE TO A " DEFECT IN LIPID TRANSPORT"*

What the INRA researchers present in the general press as a "*natural capacity of palmipeds [...] to accumulate reserves*", they write, in a communication done during a scientific conference as "*a "defect" in the transport of lipids*":

> It has been demonstrated that it is a "defect" in lipid transport by the VLDL (Very Low Density Lipoproteins) which limits their transfer towards peripheral storage sites (Blum, 1990).
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87

Here is how the article cited by these researchers – "*(Blum, 1990)*" – describes the mechanism of the formation of hepatic steatosis, and therefore foie gras:

> When the nutritional contribution is weak or slightly excessive (...) the animal fattens up, but it does not have a foie gras: a part of the glucose is utilized for energetic means, the small quantities of neoform lipids are evacuated as they are created towards adipose tissue (...). On the contrary, when the ingestion of food imposed by force-feeding is elevated (...), the lipids accumulate because the transport system is weakened. (...)
>
> In birds, the liver (...) is the privileged area of synthesis of reserve lipids (neutral fats: triglycerides). Normally, these lipids do not remain in the liver. They are secreted in the blood under the form of VLDL lipoproteins: these VLDL transport the fatty acids destined for the adipose tissue. The liver becomes fat because it conserves in situ a portion of the neutral fats intensely synthesized during force-feeding.
>
> Jean-Claude Blum (INRA), "Caractéristiques anatomiques, physiologiques et biochimiques en relation avec la formation du foie gras chez les palmipèdes", *in* ITAVI, *Le point sur les facteurs de réussite du gavage*, 15 November 1990

Other articles signed by Gérard Guy explain in a similar manner the formation of foie gras:

> The excessive accumulation of lipids in the liver is evidence of the consequence of an intense hepatic lipogenesis which happens principally from nutritional carbohydrates massively brought in by force-feeding. (...) It is therefore above all an imbalance between the synthesis and the secretion in the blood of lipids which explains the hepatic fattening of foie gras palmipeds.
>
> S. Davail, G. Guy, D. Hermier, R. Hoo-Paris, "Évolution de la lipoprotéine lipase au cours du gavage", *Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 4-5 October 2000, pages 66-70

## *THE FOOD GIVEN DURING FORCE-FEEDING IS VOLUNTARILY DEFICIENT TO PROVOKE THE DEFECT OF FAT TRANSPORT*

To provoke the formation of foie gras, the birds are not fed with the nutrients they ingest when they are left free in nature, but with corn-based preparations (most often in a semi-liquid paste). The feed is voluntarily deficient to provoke the fat transport defect, as explains this brochure edited by the General Association of Corn Producers (the corn industry controls a large part of the foie gras industry):

**Le maïs est l'aliment gavage par excellence**

* il est riche en amidon, source de glucides.
* il est riche en biotine disponible.
* il est pauvre en facteurs lipotropes.

1. - La synthèse des lipides a lieu dans le foie à partir du glucose (glucides). Le bon rendement de la synthèse lipidique nécessite :
   * du glucose
   * certaines vitamines en quantité accrue.

2. - L'accumulation hépatique est favorisée par un défaut de facteurs lipotropes (choline, inositol, méthionine).

3. - A l'opposé, l'exportation d'une partie des acides gras synthétisés sous forme de lipoprotéines conduit à un engraissement des carcasses.

*"Corn is by excellence the nutrient of force-feeding (...) It is poor in lipotropic factors. The synthesis of lipids happens in the liver from glucose (carbohydrates). (...) The hepatic accumulation is favored due to a defect in the lipotropic factors."*

*AGPM (Association Générale des Producteurs de Maïs),* Élevage et gavage des canards mulards, *March 2000, page 10*

Two INRA researchers describe a diet "*analogous to the diet of classic force-feeding*" as being "*very incomplete*":

> In the first trial, the feed was very incomplete. Analogous to the diet of classic force-feeding, it contained only corn (74.5%), sugar (20%), tallow (5%) and sodium chloride (0.5%). In the second trial, the feed was complete and balanced. It contained 74% corn, 15% soy flour, 3% fish flour, mineral salts, all the necessary vitamins and the lipotropic factors (choline, methionine).
>
> P. Auffray (INRA) and J.C. Blum (INRA), "Hyperphagie et stéatose hépatique chez l'oie après lésion du noyau ventro-médian de l'hypothalamus", *Comptes rendus de l'Académie des sciences*, volume 270, 1970, pages 2362-2365

## *FORCE-FED BIRDS DEVELOP A FOIE GRAS PRECISELY BECAUSE THEY ARE NOT ADAPTED TO INGEST LARGE QUANTITIES OF FEED*

The INRA researchers affirm that the force-fed geese and ducks are ""*adapted" for the production of foie gras*":

> Palmipeds are "adapted" for the production of foie gras. (...) Only appropriate breeds (Landes geese, Barbary geese) or hybrids (mulard duck) will be able to be utilized with profit as the intensity of the hepatic steatosis, which remains an extraphysiological process, varies according to genotype (...). The genotypes destined for meat production, such as the Polish goose, develop lower steatoses (...).
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87

This affirmation is presented as an argument in favor of force-feeding. However, by looking closer, these researchers mainly teach us that the producers of foie gras utilize species and lineages that have a better capacity to develop a large foie gras at a lower cost, than the species which they do not or no longer use. The contrary would have been astonishing.

Also, through the simple statement that these animals develop a hypertrophy of the liver particularly pronounced when we force-feed them, they conclude that they are "palmipeds adapted for the production of foie gras".

With the same reasoning as that of the INRA researchers, we can establish that:

- the human being is adapted for weight gain, since when we force someone to eat large quantities of food, his body fattens enormously in a natural manner;
- if we compare the manner in which two people fatten who have been forced to ingest the same quantity of food, the one that becomes obese the fastest is the one that is most adapted to the forced ingestion of food.

The absurdity of such reasoning helps us to understand that **it is precisely because the ducks and geese utilized by the producers are NOT adapted to ingest large quantities of food imposed on them during force-feeding, that the producers use them to produce foie gras**. Therefore, as explains Gérard Guy himself, it is because the organism of the common duck better manages to ingest large quantities of fat produced by overfeeding (by evacuating them in time from the liver), that it ""*protects itself" from steatosis*":

> Spontaneously, the common duck associates the overabundance of VLDL with an elevated peripheral fattening. These differences are exacerbated by force-feeding: the common duck "protects itself" from steatosis by an enormous secretion of VLDL, which aggravates its adiposity. The exportation of triglycerides seems less efficient in the Barbary duck, which remains comparatively thinner, but stores its hepatic lipids to the point of developing an authentic foie gras.
>
> D. Hermier, G. Guy, S. Guillaumin, "Bases métaboliques de la sensibilité à la stéatose hépatique du canard", *Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 4-5 October 2000, pages 55-58

It is also the reason for which the common duck is not force-fed by the foie gras producers, contrary to the mulard duck, a sterile hybrid, which does not have the same capacity to protect itself from steatosis. Instead of noticing that the common duck is better adapted to manage the large quantities of food we force it to ingest during force-feeding, Daniel Guémené and Gérard Guy note that it has "*a poor aptitude for steatosis*":

> The common duck (Anas platyrhynchos) therefore presents a good aptitude for depositing covering fat but possesses only weak capacities of ingestion and a poor aptitude for steatosis; it is for these reasons that it is not used in force-feeding.
>
> Daniel Guémené (INRA) and Gérard Guy (INRA), "Gavage et production de foie gras", *La Revue Avicole*, May-June 2004

# 4. INRA Researchers Base Their Claim on Experimental Studies that were Known at the Time of Adoption of the European Report

In 2004, Daniel Guémené, Gérard Guy, and Jean-Michel Faure – the most prominent INRA researchers specialized in foie gras production – have published their review article[10] on the welfare of force-fed birds. This review article contains two sections[11] on the question of whether the liver of a force-fed duck or goose is pathological or not. To assert that it is a healthy organ, these researchers references six articles:

1. Babilé R., Auvergne A., Andrade V., Hérault F., Bénard G., Bouillier-Oudot M., Manse H., "Réversibilité de la stéatose hépatique chez le canard mulard", *Actes des 2e Journées de la Recherche sur les Palmipèdes à Foie Gras*, 12-13 March 1996, pages 107-110.
2. Bénard P., Bengone T., Bénard G., Prehn D., Tanguy J., Babilé R., Grim F., "Démonstration de la réversibilité du gavage chez le canard à l'aide de tests d'exploration fonctionnelle hépatique", *Actes des 2e Journées de la Recherche sur les Palmipèdes à Foie Gras*, 12-13 March 1996, pages 45-48.
3. Babilé R., Auvergne A., Dubois J.P., Bénard G., Manse H., "Réversibilité de la stéatose hépatique chez l'oie", *Actes des 3e Journées de la Recherche sur les Palmipèdes à Foie Gras*, 27-28 October 1998, pages 45-46.
4. Bénard G., Bénard P., Prehn D., Bengone T., Jouglar J.Y., Durand S., "Démonstration de la réversibilité de la stéatose hépatique obtenue par gavage de canards mulards. Etude réalisée sur trois cycles de gavage-dégavage", *Actes des 3e Journées de la Recherche sur les Palmipèdes à Foie Gras*, 27-28 October 1998, pages 49-52.
5. Bénard P., Bénard G., Mespléde A., Jouglar J.Y., "Etude des conséquences du gavage du canard sur la pharmacocinétique des médicaments : exemple du chloramphénicol", *Actes des 3e Journées de la Recherche sur les Palmipèdes à Foie Gras*, 27-28 October 1998, pages 53-57.
6. Bénard G. and Labie C., "Evolution histologique des palmipèdes au cours du gavage", *Actes des 3e Journées de la Recherche sur les Palmipèdes à Foie Gras*, 27-28 October 1998, pages 31-35

The European scientific report was adopted on 16 December 1998. All these studies – on which the INRA researchers base their claim that the liver of a force-fed bird is a healthy organ – were therefore already known before the date of adoption of the European report[12]. They are not, as sometimes claimed, new data discovered after the adoption of the European report and which thus may have compromised its conclusion that, at the end of force-feeding, the state of liver "*should be considered pathological*".

All six articles – which the INRA researchers present as their source for claiming that a foie gras is not pathological – were signed by Geneviève Bénard from the *Ecole Nationale Vétérinaire de Toulouse*. In addition to being a member of the Scientific Council of the *Centre d'Information des Viandes*, the official lobby organization of the French meat industry, Geneviève Bénard is also a member of the *Commission recherche et développement* ("Research and Development Commission") of the CIFOG, the French foie gras producers association[13]. She opens one of these six articles with this pledge of allegiance to the foie gras industry:

> Previous studies have shown the reversibility of force-feeding in both ducks and geese (Bénard P. *et al.*, 1996; Bengone, 1996; Prehn, 1995; Prehn *et al.*, 1997; Babilé *et al.*, 1996), providing a strong argument which, together with anatomo-

[10] This article, titled "*Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !*" ("*Foie gras, force-feeding and animal welfare: towards a little objectivity!*"), was published in *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, the proceedings the 6th research conference on palmipeds used for foie gras production which took place in Arcachon, France, on 7-8 October 2004.
[11] Namely "*3-2 Caractéristiques de la stéatose hépatique de gavage*" and "*3-3 La stéatose hépatique de gavage est un état réversible*".
[12] The first three of these articles are even explicitly referenced in the European report, and Prof. Patrick Bénard was himself a member of the working group which produced the work on which to the European report is based (see page 88 of the European report).
[13] See page 27 of the "*Déclaration publiques d'intérêts*", *Agence française de sécurité sanitaire des aliments* (French food safety public authority), June 2004, http://www.afssa.fr/Ftp/Afssa/28508-28509.pdf.

pathological data, tends to strengthen the notion that a fat liver [foie gras] is not a pathological liver. Nevertheless, in an animal welfare context, we should be looking for ever more demonstrative experimental arguments in order to defend, particularly at the European level, the foie gras industry.

G. Bénard, P. Bénard, D. Prehn, T. Bengone, J.Y. Jouglar, S. Durand, "Démonstration de la réversibilité de la stéatose hépatique obtenue par gavage de canards mulards. Étude réalisée sur trois cycles de gavage dégavage", *Actes des 3e Journées de la Recherche sur les Palmipèdes à Foie Gras*, 1998, pages 49-52.

# PART B:

# WHAT THE INRA STUDIES OMIT TO REPORT ABOUT THE GENERAL HEALTH OF FORCE-FED BIRDS

We have seen (in chapter 1) that Gérard Guy, head of the INRA experimental unit on foie gras, stated that "*it was shown that you could repeat the force-feeding and recovery process three times, and that in the end the animal remains perfectly healthy*".

If Gérard Guy and his INRA colleagues specialized in foie gras broach – to discount it – the pathological character of hepatic steatosis provoked by force-feeding (see part A), they become astonishingly non-loquacious regarding mortality, morbidity, and the physical and sanitary state of force-fed animals.

As we shall see in this part, they pass silently over facts that they cannot ignore, and which attest to the harmful nature of force-feeding for the health of animals.

Some of these elements are found in studies which they themselves reference. Others come from the foie gras industry (through documents publicly available) or by veterinarians who work for it. In addition, most of these facts were already mentioned in the 1998 European report which these researchers know well.

# 5. The High Mortality in Force-Fed Birds

According to the data published by the French producers themselves (see annex), the mortality rate of animals during the force-feeding period is approximately 6 times higher than during the breeding period (without force-feeding) which precedes it:

*Increased mortality in force-fed mulard ducks (compared to a breeding period of the same length), calculated according to data published by producers through the annual CIFOG report and synthesis of the RENAPALM program (see annex)*

The European report indicates that the mortality of force-fed birds is even 10 to 20 times higher than for birds in breeding (indeed must be taken into account that mortality in breeding colonies is high during the first week after birth, but lowers significantly afterwards):

> **Report of the Scientific Committee of the European Commission:**
>
> These figures [mortality rate for force-fed ducks] compare most unfavorably with mortality rates for ducks and geese during normal rearing.
>
> The mortality rate in force fed birds varies from 2% to 4% in the two week force feeding period compared with around 0.2% in comparable ducks[14].

The photo below shows a duck that died in his individual cage during the force-feeding period:

[14] Section 5.5 "Conclusion", page 49.

Exhibit N



*Source:* stopgavage.com, *Gers, Southwest of France, April 2004*

It is stupefying to note that researchers who present themselves as experts regarding force-feeding problems mention nowhere that in a dozen days, force-feeding will multiply the mortality rate according to the data of the producers themselves.

The silence of the INRA researchers is even more incomprehensible because not only do they know the force-feeding mortality statistics[15], but they are brought about themselves, in the practice of their experiments, to observe a large number of animals dying during force-feeding.

Therefore, in one of their force-feeding experiments in cages and collective parks, they reported:

> The non-debeaked birds were issued from a cross F30xEbenne and endured a classic force-feeding program (hydraulic force-feeder, 27 meals, pâté) (...) Mortality was 5.6% for this experiment.
>
> L. Mirabito, E. Sazy, F. Héraut, D. Guémené, J-M. Faure, G. Guy, "Effet de la taille du groupe et de la surface allouée pendant la phase de gavage chez le canard mulard : (I) résultats zootechniques", *Actes des 5e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Pau, 9-10 October 2002, pages 76-79

This rate of 5.6% in force-feeding is 28 times higher than the rate of 0.2% normally noted in breeding (according to the European report cited above).

However, while they measure during an experiment a force-feeding mortality 28 times superior to the normal mortality in non force-fed animals, and while almost one million birds die each year in France during the force-feeding period (see annex), the force-feeding specialists at INRA offer no explanation on the causes of this mortality. Doing so would lead them to implicitly recognize that force-feeding is harmful to the birds' health.

---

15 Daniel Guémené, Gérard Guy and Jean-Michel Faure reference the industry mortality statistics in their review article "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !, *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7-8 October 2004, pages 81-87.

# 6. Exhaustion, Injuries and Illnesses Due to Force-Feeding

In addition to dramatically increased mortality rates, these researchers can not ignore that the physical state of birds at the end of force-feeding is seriously degraded. As recalls even a simple practical guide created for beginning amateur breeders, some symptoms are indeed observable to the naked eye:

> In this practical guide, *Gamm vert* advises you in raising and caring for ducks and geese, according to the objectives chosen for your farmyard. Thanks to these simple and precise suggestions you will be able to start up your breeding colony or optimize your hobby. (...)
>
> No particular sign allows you to determine in advance the moment when the liver is at its optimal quality. **The fatigued aspect of fattened poultry, their enormous size, the gasping respirations, the animal which shows increasing difficulty in locomotion,** are all reference points. The **fattened geese and ducks should be sacrificed on site to avoid possible deaths during transport.** After a 24 hour fast, they are knocked out and immediately bled.
>
> *"Tout sur l'oie et le canard"*, a practical guide for amateur breeders published by the French store chain *Gamm vert*, highlighted by us

Another manual designated for beginning amateur breeders is itself also very clear about the paltry physical state of the birds at the end of force-feeding:

> This guide will give you an initiation into the modern farming methods of geese and ducks. (...)
>
> A fattened bird is an animal that moves around with difficulty. If force-feeding is pushed to the limit, it risks dying during transport. (...)
>
> A bird at the end of force-feeding is at the lowest state of physical resistance: the slightest anomaly in ventilation or hygrometry, the slightest failure in cleaning can render pathogenic all the bacteria capable of provoking a respiratory illness.
>
> Marie-France Avignon (École Nationale Supérieure Agronomique de Grignon), "Oies et canards", *Flammarion*, 1981, pages 198 and 281

An old publication from the French Department of Agriculture shows that at the time the transport of animals at the end of force-feeding was considered impossible due to the fragility of their health status:

> Fat palmipeds are geese and ducks fattened by force-feeding for the production of foie gras. The slaughter of these poultry presents particularities for many reasons:
>
> - The transport of fat palmipeds from the fattening farm to the slaughterhouse is considered impossible in the measure that it is commonly admitted, in France at least, that the animals cannot support transport (...).
>
> French Department of Agriculture, "Abattage des palmipèdes gras", *In L'aviculture française – Informations techniques des services vétérinaires*, 1986

It is difficult to imagine that the INRA researchers who are worldwide experts in force-feeding can ignore the weakness of these animals at the end of force-feeding when this is not only observable with the naked eye, but equally written about in publications as diverse as guides for beginning amateur breeders and technical publications from the French government.

In addition, in a study that these researchers know (since they reference it – for other reasons – in some of their articles[16]), it is reported that a portion of these animals released at the end of force-feeding have so much trouble moving around that they die of thirst because they cannot go to drink:

> **9 ducks out of the 144 released died. Mortality is accentuated by the length of force-feeding** (1 death for the lot issued 10 days of force-feeding, 2 for 15 days, 6 for 16 days). The analysis of the premature deaths shows that the principal reason is linked more to the length of contention than to the state of fattening. **The animals which died presented difficulties in locomotion and therefore could not quench their thirst. (...) The conditions of this test reflect situations currently encountered in production.**
>
> R. Babilé, A. Auvergne, V. Andrade, F. Héraut, G. Bénard, M. Bouillier-Oudot, H. Manse, "Réversibilité de la stéatose hépatique chez le canard mulard", *Actes des 2e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Bordeaux, 12-13 March 1996, pages 107-110, highlighted by us

## *How is the Health State of Force-Fed Birds Ignored?*

While the INRA researchers know about the symptoms which prove the weakening of the physical state of force-fed animals, how do they go about eluding the subject?

The technique in use consists of stating that *by definition* a force-feeding which provokes injuries and illnesses is not a normal force-feeding:

> In a normal context, in other words in the absence of injury or pathological attacks in ducks, force-feeding does not appear to be an important generator of nociceptive information.
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87

Therefore, all injury or illness observed during force-feeding is not, cannot be, by definition, an effect of force-feeding, but only the consequence of an abnormal context.

The affirmation which states "*force-feeding does not appear to be an important generator of nociceptive information*" is even more stupefying since it references a study – from these same INRA researchers – in which the animals were injured and became sick from force-feeding itself:

> (...) wounding of the esophagus (...) when the feeding tube was inserted (...)
>
> animals suffering from candidosis (infection of the mucous membranes caused by Candida albicans) (...).
>
> J. Servière (INRA), M-D. Bernardet (INRA), G. Guy (INRA), D. Guémené (INRA), "Is nociception a sensory component associated with force-feeding? A neurophysiological approach in the mule duck", *2nd World Waterfowl Conference*, Alexandria, Egypt, 7-9 October 2003, pages 149-158

The apparition of candidosis is an effect of force-feeding[17], and this fact is recognized by Gérard Guy since it is mentioned in a book which he edited for the FAO (the Food and Agriculture Organization of the United Nations):

---

16 For example in D. Guémené, G. Guy, J-M. Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *op. cit.*

17 Here is the description of candidosis given in a veterinary manual destined for practitioners in the foie gras industry, in the section "Les maladies du gavage" ("Diseases caused by force-feeding") : "*The digestive pathology of the goose and the duck during the course of force-feeding shows very distinct causes linked to the operation of force-feeding itself. [...] Candidosis or muguet: this is an illness that is*

> Mycosis of the digestive tract, caused by *Candida albicans*, can occur frequently in some classes of poultry but not in geese. An exception is force-fed birds, where inflammation of the oesophagus may be caused by the insertion of the corn dispenser. This inflammation can then provide a port of entry for *Candida albicans*.
>
> Gérard Guy and Roger Buckland (dir.), "Goose Production[18]", *FAO Animal Production and Health Paper*, volume 154, chapter 14 « Goose Diseases »

According to Professor Bénard, an author that the INRA researchers cite frequently[19], this illness affects a significant proportion of force-fed animals:

> **Report of the Scientific Committee of the European Commission:**
>
> In a study reported by Bénard (pers comm) signs of candidosis were observable in up to 6% of animals in each batch of birds[20].

In addition, these INRA scientists notice themselves that this illness is not necessarily detectable by simple observation of the animals:

> With the exception of a longer digestion time in some individuals (n=7), no exterior clinical sign made it possible to suspect the existence of this pathology [candidosis].
>
> J. Servière (INRA), M-D. Bernardet (INRA), G. Guy (INRA), D. Guémené (INRA), "Is nociception a sensory component associated with force-feeding? A neurophysiological approach in the mule duck", *2nd World Waterfowl Conference*, Alexandria, Egypt, 7-9 October 2003, pages 149-158

Therefore, while these researchers know of the existence of a frequent illness which they judge themselves to be painful and that they recognize is provoked by force-feeding, they nonetheless conclude that "*in a normal context, in other words in the absence of injury or pathological attacks in ducks, force-feeding does not appear to be an important generator of nociceptive information*".

Gutted of its scientific vocabulary, this conclusion can be summarized somewhat as follows: "*when there is no problem with the force-feeding, there is no problem with the force-feeding*". If the same approach was applied to the study of effects of tobacco addiction, it would consist of stating that, by definition, a smoker's lung is a healthy lung, and that the normal act of smoking does not provoke illnesses. Therefore all pathologies detected in a smoker would not be the effect of normal tobacco addiction and could therefore under no circumstances be the cause of this practice.

## FORCE-FEEDING ILLNESSES

In the real world of more than 30 million force-fed birds each year in France, the health problems of the animals are many as attests the diverse literature destined for breeders and veterinarians.

---

*more and more common. Candida albicans is an opportunist profiting from any esophageal lesion, drop in general health state, acid fermentation of the ingluvial contents, of all disturbances or therapeutics (antibiotic abuse destroying the flora balance). The violent inflation of the mucous is accompanied by the formation of a very white sticky coating. The simultaneity of the observed cases is due to the exposure to the same environmental conditions and not to the contagion.*" Didier Villate (dir.), "Manuel pratique des maladies des palmipèdes", *Nouvelles Éditions de Publications Agricoles*, 1989, page 135.

18 http://www.fao.org/documents/show_cdr.asp?url_file=/DOCREP/005/Y4359E/Y4359E00.HTM

19 As an example, Professor Bénard signed 6 of the 33 references in their review article article: D. Guémené, G. Guy, J-M. Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *op. cit.*

20 Section 5.4.6 "General health indicators", page 46.

Hence, we can read in *Les oies et les canards ("Ducks and Geese")*, a "*book aimed for amateur breeders, family-based farms and farmers*":

> Force-fed animals are fragile animals, and the accidents or illnesses during the course of this operation are many and varied: anoxemia, due to insufficient aeration; toxemia, which is an intoxication of the blood; cirrhosis of the liver; candidosis, which is provoked by a yeast which profits from esophageal inflammations (due to the feeding tube, for example); feeding tube injuries, caused by clumsiness, which can go as far as the bursting of the crop; "blue thigh", due to internal muscular hemorrhages provoked by a deficiency in vitamin K and poor manipulation of the animals.
>
> Jean-Claude Périquet, "Les oies et les canards", *Éditions Rustica*, 1999, page 105

The *Manuel pratique des maladies des palmipèdes* ("*Practical guide of palmipeds' diseases*") which "*is addressed to breeders, technicians, and veterinarians*" contains a special section on force-feeding illnesses. We note that this book cannot be accused of trying to discount for the industry since it starts by this statement of faith: "*We hope that this book will accompany the current establishment of a competitive palmiped [French] industry confronted with an international market*", and concludes with a photo of a slice of foie gras accompanied by the legend "*The final product – in all of its nobility*.

> FORCE-FEEDING ILLNESSES
>
> The digestive pathology of the goose and the duck in the midst of force-feeding contains distinct causes linked to the operation of force-feeding, to latent parasitism and to bacterial or fungal infections.
>
> [What follows is the list of affections from force-feeding reviewed in this section:]
>
> Injuries; bowel obstruction; indigestion; tympanism; parasitism; amidostimosis; epomidiostimosis; spirurosis; enteritis; intestinal indigestion; fibrosis of the liver; hypoglycemic coma; bronchial obstruction.
>
> Didier Villate (dir.), "Manuel pratique des maladies des palmipèdes", *Nouvelles Éditions de Publications Agricoles*, 1989, pages 133-139

In the section on enterotoxemias for example, this veterinary book explains the link between overfeeding and the apparition of this type of illness:

> Enterotoxemias - This enteritis, linked to a very important multiplication of anaerobic germs in the intestine, is observed in subjects during the period of forced fattening (force-feeding). This accident results most often from a poor preparation of the force-feeding. We first note a loss of weather-proofing in the plumage: the geese "get wet", motor uncoordination with partial paralysis, extreme thirst and mainly enteritis: the excrement, originally soft and cloudy, off-white, rapidly become greenish and nauseating. These droppings soil and stick to the plumage of the perianal region. (...)
>
> **The determining causes are of nutritional origin. The excess of starch** creates a diminishing intestinal pH; it results in an unbalanced microbial intestinal flora favoring the implantation and multiplication of toxin producing germs; clostridia, colibacillus, salmonella...
>
> Didier Villate (dir.), "Manuel pratique des maladies des palmipèdes", *Nouvelles Éditions de Publications Agricoles*, 1989, page 75, highlighted by us

The photo below is from page 74 of the same veterinary book (the legend says: "*Symptoms of enterotoxemia on a mulard duck during the force-feeding period: dull, wet, dirty plumage, motor uncoordination*"):



**88** Symptômes d'entérotoxémie sur un canard mulard en gavage : plumage terne, mouillé, sale, incoordination motrice.

Remember that the excess of starch is ingested by force in these force-fed birds as the consequence of a choice made by the producers:

> Corn is the ideal force-feeding feed. It is rich in starch, source of carbohydrates (...). The synthesis of these lipids happens in the liver from glucose (carbohydrates).
>
> AGPM-Technique, "Élevage et gavage des canards mulards", *Arvalis*, March 2000, page 10.

## FORCE-FEEDING INJURIES

The INRA researchers relegate, by definition, the injuries (provoked by the placing of the feeding tube) out of the "*normal context*" of forced overfeeding. But these injuries are nonetheless very real in the daily life of animals kept in force-feeding halls, as attests this excerpt of the veterinary book already cited:

> FORCE-FEEDING ILLNESSES – Injuries (...)
>
> Determining causes: Esophageal injury provoked by an injurious feeding tube, an over energetic massage to this organ, brutal manipulations, burning corn or defensive reactions of the animal.
>
> Symptoms and lesions: These accidents are essentially produced during the first ten days of force-feeding. The neck is inflamed, painful and hard. This can go from the simple ingluvial indigestion to the bursting of the esophagus, with hemorrhagic inflammation in the neck region, formation of false crops by a splitting of anatomical planes and suppuration between these planes. There is often a colonization of opportunistic germs in these traumatisms.
>
> Treatment: When treatment is possible, it consists of a momentary stoppage of force-feeding with administration of antiseptics orally. Restart force-feeding one month later. Antibiotic injections may be necessary for important infections.
>
> Didier Villate (dir.), "Manuel pratique des maladies des palmipèdes", *Nouvelles Éditions de Publications Agricoles*, 1989, page 133

The act of force-feeding is indeed a brutal act as it consists of pushing a tube down the throat of an animal which is usually fighting. The forcing in is so rapid that the time between grabbing the birds neck, placement of the tube, the force-feeding, the extraction of the tube, and then the passing on to the next bird is 6.9 seconds on average[21] (the force-feeding itself takes 5.6 seconds on average).

[21] Table 3 from the article of N. Robin, É. Sazy et J. Castaing, "Modes de logement du canard mulard en gavage : observations de gavage et performances zootechniques", *Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 4-5 October 2000, page 135.

The European report signals that the foie gras industry, while interrogated on this subject, had not given information concerning the frequency of injuries and lesions due to force-feeding:

> **Report of the Scientific Committee of the European Commission:**
>
> The working group was informed that ducks at the end of the force feeding period can have serious injuries to the esophagus or, more usually, having clear evidence of tissue damage in the esophagus. (...) The prevalence of esophageal lesions is not known at present although the industry has been asked for this information[22].

While they publish articles to affirm that *"in a normal context, in other words in the absence of injury"* force-feeding is not painful, the INRA researchers remain silent, like the industry, on the number of birds injured during force-feeding in a real context.

The statement of injuries and pathologies observed by two French veterinary clinics – working for producers of foie gras – published in the *Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras*, attests that injuries such as tearing of the crop (*"déchirure [du] jabot"*)) are a part of the reality of force-feeding[23]:

Tableau 3 : nombre de cas par pathologie en 1997, 1998 et 1999, canards mulards en gavage.

| mulards en gavage | 1997 | 1998 | 1999 |
|---|---|---|---|
| nombre d'examens | 140 | 121 | 79 |
| RAS | 12 | 12 | 7 |
| METABOLIQUE | 35 | 35 | 20 |
| surgavage | 7 | 7 | 2 |
| chaleur | 9 | 9 | 4 |
| déchirure jabot | 18 | 18 | 8 |
| Néphrites | 1 | 1 | |
| fausses déglutitions | * | * | 6 |

*T. Gavaret, X. Chatenet, R. Planel, J. L. Boucaud, « Tendance de la pathologie des canards mulards destinés à la production de foies gras en Pays de Loire en 1999 »,* Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras, *Arcachon, 4-5 October 2000, pages 92-95*

## *LESIONS AND FRACTURES TO THE WINGS, FEET AND WISHBONE*

The European report mentions certain lesions which caged animals can suffer from during force-feeding:

> **Report of the Scientific Committee of the European Commission:**

[22] Section 5.4.6 "General health indicators", page 46.

[23] *"The basis of this work is constituted of pathological data encountered on the land in the Pays de Loire, collected by two veterinary clinics that had four work sites (...) on the basis of necroscopic or complimentary examinations practiced at the biologic veterinary laboratory Labovet and Labo 79. (...) When a lot is brought in for control and no pathological observation is made, the term RAS, for nothing to signal, is utilized. (...) The number of cases [in the table] is defined by the number of lots examined (and not by the number of subjects) on which a diagnostic was carried out. (...) The retained data does not permit to claim an extensive study of the pathology of the mulard in the Pays de Loire, or to determine the prevalence. The interest of the study was mainly to see the evolution from one year to the next more than to attach absolute values to the observations."*

> Another frequent lesion is localized on the sternum, where a necrosis of the skin can be observed. This is observed on animals maintained in cages but it is unusual on animals kept on the floor. The prevalence is again more important in Mulard ducks (40-70%) whereas it is under 6% in muscovy ducks[24]. (...)
>
> Poor quality floors may cause foot injuries[25].

In their review article, the INRA researchers evoke the existence of these lesions to highlight that the makers of the cages are concerned:

> To ease the defects of certain models, which cause lesions (wings, feet, wishbone), the manufacturers of cages have evolved the conception and materials.
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87

The proportion of animals which continue to suffer from these lesions is however not mentioned by these researchers, leaving us to believe that today these problems are resolved.

Daniel Guémené affirms that "*no scientific element permits us to say that [force-feeding] is a source of animal discomfort*", while he himself and his colleagues know – as do the industry professionals – the large frequency of bone fractures in force-fed animals, and know that individual cages aggravate the problem:

> There are, in effect, many cases of broken wings in force-fed ducks. This can happen in different areas: in the force-feeding cage (those who want to eliminate this installation advance this argument), or during the manipulations which precede the transport of the animal to the slaughterhouse (we take it out of the cage to place it in a crate), or when we hook it onto the slaughtering chain.
>
> Daniel Rousselot-Pailley (head of the INRA experimental unit on foie gras from 1979 to 2000), *Archorales-INRA*, volume 7[26], 2002, page 34

> Individual cage raising leads to bone demineralization and therefore fragility of the skeleton which can indirectly favor the apparition of fractures during manipulation and slaughter of the animals.
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87

Even if the individual cage exacerbates the problem, the fragility of the skeleton is not limited to force-fed birds in this type of lodging:

> **Force-feeding per se leads to a diminishment of bone mineralization** (...). In the field, the frequency of fractures of humeral heads is 35%, with force-feeding in cages it rises to 54% (Sazy, pers comm). Force-feeding with corn creates a deficit in calcium and phosphorous during 15 days compared to finishing feed.

[24] Section 5.4.6 "General health indicators", page 46.
[25] Section 8 "Summary, conclusion and recommendations", page 64.
[26] http://www.inra.fr/archorales/t7-1Rousselot.pdf

> F. Guinotte and G. Guy, "Peut-on améliorer la minéralisation du squelette du canard mulard ?", *Actes des 2e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Bordeaux, 12-13 March 1996, pages 49-52, highlighted by us

Another study signed by Gérard Guy confirms that the problem of fragilization of the skeleton – and the resulting fractures – is not limited to force-feeding in individual cages:

> The ducks are placed in collective cages with 5 ducks per cage (...). The most important point however is the absence of bone growth during the force-feeding phase regardless of the treatment [in the occurrence of diverse quantities of phosphorous introduced in the feed]. It results in a reduction of the part of the bone in the entire carcass and a rupture of the allometric growth of the bone, these last points supporting the need for much stronger constraints.
>
> M-D. Bernardet (INRA), Y. Nys (INRA), G. Guy (INRA), "Détermination du besoin en phosphore chez le canard mulard mâle durant la phase de croissance et de finition", *Actes des 5e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Pau, 9-10 October 2002, pages 224-227

## *PANTING*

At the end of force-feeding, ducks pant intensely. Here is the opinion of the INRA researchers on this behavior:

> People sometimes say that ducks pant at the end period of force-feeding, as if the filling of their stomach prevents them from breathing. Those opposed to force-feeding have utilized this image as a lancehead in the fight against foie gras. But, this panting is a thermoregulation reflex, set off simply by feeding: birds do not have sweat glands and their capacity to eliminate heat through air contact is limited by insulating properties in their plumage. They must open their beak and "pant" to eliminate heat (the water contained in the saliva evaporates and absorbs heat, called latent heat evaporation). It is their method of "burning" the caloric excess of food origin, a natural reflex, organized by the respiratory centers in the rachidian bulb. (...) Panting at the end period of force-feeding is not a pain indicator.
>
> Daniel Guémené (INRA), Gérard Guy (INRA), Jacques Servière (INRA), "Le gavage est-il indolore[27] ?", *Cerveau & Psycho*, volume 10, June 2005, pages 70-73

The novice reader – to which this article is destined – retains that panting at the end of force-feeding is a natural phenomenon, which denotes no discomfort in force-fed birds.

What is it really?

Note to begin with that the argument is specious: observing that the panting is spontaneously produced when the animal is overfed, these researchers qualify that the behavior is a "*natural reflex*", counting on the positive connotation often associated with the word "natural" to lead us to conclude that the situation is not difficult for the birds. But what would an artificial reflex be, and in what aspect does the natural portion of a reflex protect it from suffering? Note that suffocation is spontaneously produced when an animal is placed in an atmosphere with difficult respirability, would these researchers conclude that "this suffocation is a respiratory reflex set off by the simple act of breathing an oxygen-poor air, a natural reflex organized by the respiratory centers in the rachidian bulb"? And therefore the behavior of the asphyxiating animal cannot reveal a sentiment of distress?

The reality – that the preceding affirmations of the INRA scientists do not contradict – is the following: the ducks pant at the end of force-feeding because they are too hot due to being overfed. Some are affected to the point of dying due to heat stress.

[27] http://www.cerveauetpsycho.com

Indeed, let us note to begin with that the INRA researchers themselves report (in another article, destined for scientists and foie gras professionals this time), that their studies of panting permit them to conclude that:

> We observe a global increase in open beak behavior during the course of force-feeding independent of ambient temperature. (...) This result shows that the **animals therefore have thermoregulation problems.** (...) it is the classic hyperventilation posture where the animal has its beak open and breathes rapidly. (...) This behavior is even more frequent as we approach the end period of force-feeding (...). **The problem of thermoregulation** which translates into the increase in the open beak frequency **is therefore directly linked to force-feeding**.
>
> J-M. Faure, G. Guy, D. Guémené, "Comportement exprimé par le canard mulard en fonction du mode de logement pendant la période de gavage", *Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 4-5 October 2000, pages 42-45, highlighted by us

In this same article, the INRA researchers track the curve below, which shows the increase with the days of force-feeding:

Figure 1 :
a : Evolution des comportements au cours de la période de gavage.
b : Fréquence de l'hyper-ventilation

They also note that a good management of the temperature in the force-feeding halls diminishes the number of animals which die during force-feeding:

> The layout of the force-feeding halls in dedicated buildings has permitted the optimization of ambient conditions **(temperature**, hygrometry, air circulation). This evolution has [contributed] to achieve better zootechnical results (...) **including a lower mortality** (...).
>
> Daniel Guémené, Gérard Guy, Jean-Michel Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7 October 2004, pages 81-87, highlighted by us

The statement of the observed pathologies at two French veterinary clinics – working for the foie gras producers – published in *Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras*, attests that heat ("*chaleur*") stress is a reality of force-feeding:

Tableau 3 : nombre de cas par pathologie en 1997, 1998 et 1999, canards mulards en gavage.

| mulards en gavage | 1997 | 1998 | 1999 |
|---|---|---|---|
| nombre d'examens | 140 | 121 | 79 |
| RAS | 12 | 12 | 7 |
| METABOLIQUE | 35 | 35 | 20 |
| surgavage | 7 | 7 | 2 |
| chaleur ⟸ | 9 | 9 | 4 |
| dechirure jabot | 18 | 18 | 8 |
| Néphrites | 1 | 1 | |
| fausses déglutitions | * | * | 6 |

*T. Gavaret, X. Chatenet, R. Planel, JL Boucaud, "Tendance de la pathologie des canards mulards destinés à la production de foies gras en Pays de Loire en 1999"*, Actes des 4e Journées de la Recherche sur les Palmipèdes à Foie Gras, *Arcachon, 4-5 October 2000, pages 92-95*

The European rapport notes that heat stress appears among the three possible explanations of mortality in force-fed animals:

> **Report of the Scientific Committee of the European Commission:**
>
> Surveys on mortality rates or losses during the two weeks of the force feeding period were carried out in France, Belgium and Spain. (...) **The precise causes of this mortality have not been documented but are likely to include** physical injury, **heat stress** and liver failure[28].
>
> *[Highlighted by us]*

Therefore, INRA researchers can well conclude that panting during force-feeding is a "*natural reflex*", it doesn't change the fact that force-feeding affects the thermoregulation of animals to the point that heat stress is one of the factors of the high mortality observed during force-feeding.

Animals pant at the end of force-feeding because they are hot due to forced overfeeding. Some are so hot that they die.

[28] Section 8 "Summary, conclusion and recommendations", page 62.

# PART C:

# CONFLICTS OF INTEREST OF THE INRA RESEARCHERS ON FOIE GRAS

Here is how the head of the INRA experimental unit on foie gras sees the increasing importance given to animal welfare in the European recommendations:

> When there is a modification and re-discussion of European recommendations, generally they tend to become less flexible. Unfortunately that's how it is. (...) I think that you [foie gras producers] should be vigilant, but firm and optimistic at the same time. We should be able to influence the debates in the right direction [i.e. saving the practice of force-feeding from an outright ban] thanks to this research and the data that we've got.
>
> *Gerard Guy (INRA) speaking at a meeting of European foie gras producers[29] which was held on 22 June 2004 in Pau (France)*

As we shall see in this part, such enthusiasm to defend the practice of force-feeding is reinforced by the strong financial conflicts of interest bearing upon foie gras research at INRA.

[29] This meeting was held under the supervision of Alain Labarthe, President of CIFOG, http://www.web-agri.fr/outils/fiches/fichesDetail.asp?id=17216.

# 7. The INRA Studies are Ordered and Financed By the French Foie Gras Producers Association

The President of CIFOG – the French foie gras producers association – makes no attempt to hide the fact that it funds scientific research aimed at legitimizing force-feeding:

> Alain Labarthe, President of CIFOG, has emphasised the special attention paid by the profession to drawing up a scientific argument in favour of foie gras production. He stated that since 1999, in order to comply with the demands of the Council of Europe recommendation, CIFOG has spent more than a million euros. Added to this sum is the money contributed by the government.
>
> "Palmipèdes : les scientifiques au secours du foie gras – La pratique du gavage légitimée aux Journées de la recherche à Arcachon", *Filières avicoles*, November 2004, page 8

The scientists' own written declarations reveal that most INRA research into foie gras is financed by CIFOG.

Let's have a look at the INRA communications presented during the last two "*Journées de la Recherche sur les Palmipèdes à Foie Gras*", a conference organized every 2 years[30] by CIFOG, INRA and other organizations. As described by the organizers' website[31]: "*For two days, all researchers working with Foie Gras palmipeds will present their latest results. All the industry's partners will be represented at this gathering, which will reflect the development of rationalised farming and the huge effort that France is putting into research.*"

CIFOG finance is usually indicated in the "thank-you" section of the scientific articles. For example, below is the reference on page 68 of the proceedings of the 5th "Journées de la Recherche", at the end of a typical INRA article on foie gras[32]:

> **Remerciements**
>
> Nous remercions Maryse Garreau-Mills, Pascal Gouraud et Isabelle Doussan pour leur précieuse collaboration et la Société Grimaud-Frères Sélection pour la fourniture des canards. Cette recherche a été, en partie, financée par le CIFOG.

The sentence underlined above ("*Cette recherche a été, en partie, financée par le CIFOG*") says: "*This research was partly financed by CIFOG*".

The proceedings of the last two "Journées de la Recherche" contain a total of 9 articles on the welfare of force-fed birds, signed or co-signed by INRA researchers, in the section "The animal in its environment":

30 The 5th edition was held at Pau (France) on 9-10 October 2002; the 6th at Arcachon (France) on 7-8 October 2004.

31 http://www.journees-de-la-recherche-avicole.org/JRFG/page-JRFG1024.php.

32 The article mentioned here is titled "*Réactions de peur et de stress chez les mulards et les deux espèces parentes*"

THEME 2

L'ANIMAL DANS SON MILIEU

Importance du bien-être animal dans la perception du foie gras par le consommateur — 52
*Jacquinet M., Magdelaine Pascale, Mirabito L.*

1. Effet de la familiarisation à l'homme sur les réponses comportementales de peur chez le canard mulard. — 58
*Guémené D., Faure J.M., Gobin Emilie, Garreau-Mills Maryse, Doussan Isabelle, Gourrau P., Guy G.*

2. Réactions de peur et de stress chez les Mulards et les deux espèces parentes. — 64
*Faure J.M., Val-Laillet D., Guy G., Bernadet Marie-Dominique, Guémené D.*

3. Données neurophysiologiques sur la nociception potentiellement associée à l'ingestion forcée chez le canard mulard. — 70
*Servière J., Bernadet M.D., Guy G., Guémené D.*

4. Effet de la taille du groupe et de la surface allouée pendant la phase de gavage chez le canard mulard : I résultats zootechniques — 76
*Mirabito L, Sazy Evelyne, Héraut F., Guémené D., Faure J.M., Guy G. [poster]*

5. Effet de la taille du groupe et de la surface allouée pendant la phase de gavage chez le canard mulard : II résultats comportementaux — 80
*Mirabito L., Sazy Evelyne, Héraut F., Faure J.M., Guémené D., Guy G.*

6. Effet de la taille du groupe et de la surface allouée pendant la période de gavage chez le canard mulard : III corticostéronémie. — 84
*Mirabito L., Guémené D., Doussan I., Guy G., Héraut F., sazy Evelyne, Faure J.M. [poster]*

THEME 3

L'ANIMAL DANS SON MILIEU

7. Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité ! le point sur l'évolution des pratiques de production et les acquis de la recherche — 81
*Guémené D., Guy G., Faure J.M. [synthèse]*

8. La réponse d'extravasation plasmatique neurogène, signe d'inflammation du tractus digestif supérieur chez le mulard ? Evolution au cours du gavage, comparaison avec une inflammation expérimentale aigue — 89
*Servière J., Bernadet Marie Dominique, Guy G.*

Etourdissement avant l'abattage des canards et des oies gavés – effet de l'intensité du courant lors de l'électronarcose « tête seulement » sur les fonctions cérébrales — 95
*Fernandez X., Beyssen C., Babilé R., Lepretre S., Dubois J.P.*

9. Couleur du plumage et déterminisme génétique des comportements de peur chez le canard mulard — 99
*Guémené D., Larzul Catherine, Bouy S., Bernadet Marie-Dominique., Guy G., Faure J.M.*

Le logement collectif : vers un compromis entre le bien-être des canards et le confort des éleveurs ? [synthèse] — 105
*Mirabito L., Sazy Evelyne*

The two tables below give, for each article, the extract mentioning CIFOG financing:

| 5e Journées de la Recherche sur les Palmipèdes à Foie Gras | |
|---|---|
| G. Guémené, J.M. Faure, E. Gobin, M. Garreau-Mills, I. Doussan, P. Gourrau, G. Guy, "Effet de la familiarisation à l'homme sur les réponses comportementales de peur chez le canard mulard" | *"This experiment was carried out with the financial contribution (...) of CIFOG."* |
| J.M. Faure, D. Val-Laillet, G. Guy, M.D. Bernadet, D. Guémené, "Réactions de peur et de stress chez les Mulards et les deux espèces parentes" | *"This research was partially financed by CIFOG."* |
| J. Servière, M.D. Bernadet, G. Guy, D. Guémené, "Données neurophysiologiques sur la nociception potentiellement associée à l'ingestion forcée chez le canard mulard" | The article does not give its financing sources, but one of its authors, Jacques Servière, admitted during the television talk-show "*Merci pour l'Info*" on *Canal Plus* TV channel on 18 December 2003 that CIFOG was one of its sponsors. |
| L. Mirabito, E. Sazy, F. Héraut, D. Guémené, J.M. Faure, G. Guy, "Effet de la taille du groupe et de la surface allouée pendant la phase de gavage chez le canard mulard : (I) résultats zootechniques" | *"We sincerely thank (...) CIFOG for their financial support."* |
| L. Mirabito, E. Sazy, F. Héraut, J.M. Faure, D. Guémené, G. Guy, "Effet de la taille du groupe et de la surface allouée pendant la phase de gavage chez le canard mulard : (II) résultats comportementaux" | *"We thank (...) CIFOG for their financial support."* |
| L. Mirabito, D. Guémené, I. Doussan, G. Guy, F. Héraut, E. Sazy, J.M. Faure, "Effet de la taille du groupe et de la surface allouée pendant la période de gavage chez le canard mulard : (III) corticostéronémie" | The article does not give its sources of finance, but the research is the third part of a series of experiments financed by CIFOG (see the 2 preceding studies). |

| 6e Journées de la Recherche sur les Palmipèdes à Foie Gras | |
|---|---|
| D. Guémené, G. Guy, J.M. Faure, "Foie-Gras, Gavage et Bien-être animal : vers un peu d'objectivité !" | *"None of the experimental results presented in this review article could have been obtained without the financial contribution (...) of the professionals of the industry through the intervention of CIFOG."* |
| J. Servière, M.D. Bernadet, G. Guy, "La réponse d'extravasation plasmatique neurogène, signe d'inflammation du tractus digestif supérieur chez le mulard ?" | *"This work was partially financed by CIFOG."* |
| D. Guéméné, C. Larzul, S. Bouy, M.D. Bernadet, G. Guy, J.M. Faure, "Couleur du plumage et déterminisme génétique des comportements de peur chez le canard mulard" | *"This experiment was carried out with the financial contribution (...) of CIFOG."* |

Thus, according to INRA researchers, all INRA communications relating directly to the problem of welfare of force-fed birds published in the last two available proceedings of the *Journées de la Recherche sur les Palmipèdes à Foie Gras,* refer to research partially financed by CIFOG.

Are the results of applied research independent of the interests of those who are paying for the research? The available data would make you think not otherwise. In order to supply factual elements to this debate, studies were indeed carried out to determine what influence an interested sponsor could have on research results. These studies support the thesis of the existence of a link between:

- o scientific research funding by an interested sponsor;
- o research conclusion favourable to the sponsor.

For example, research[33] showed that scientists who had a link with the tobacco industry were much more likely to reach the conclusion that passive smoking is not harmful:

> This study, published in *JAMA* [*Journal of the American Medical Association*], looked at what characteristics determined the conclusions of review articles on passive smoking. The authors identified 106 reviews, with 37% concluding that passive smoking was not harmful and the rest that it was. A multiple regression analysis controlling for article quality, peer review status, article topic, and year of publication found that **the only factor associated with the review's conclusion was whether the author was affiliated with the tobacco industry. Three quarters of the articles concluding that passive smoking was not harmful were written by tobacco industry affiliates.**
>
> Richard Smith (Editor of the BMJ), "Beyond conflict of interest – Transparency is the key[34]", *British Medical Journal*, volume 317, 1 August 1998, pages 291-292 highlighted by us

The authors of this research make the following hypothesis on the strategy of the tobacco industry:

> These findings suggest that **the tobacco industry may be attempting to influence scientific opinion by flooding the scientific literature with large numbers of review articles supporting its position that passive smoking is not harmful** to health. This conclusion is consistent with the industry's previous strategies relating to tobacco. For example, internal documents have shown that one **of the tobacco industry's key strategies has been to suggest that there is doubt or controversy about scientific knowledge related to the health effects of tobacco** [references of the original article omitted here]. In this way, the industry is able to argue that government regulations are not warranted.
>
> *D.E. Barnes, L.A. Bero*, "Why Review Articles on the Health Effects of Passive Smoking Reach Different Conclusions[35]", *Journal of the American Medical Association*, volume 279, 20 May 1998, pages 1566-1570, highlighted by us

Other research has since confirmed the influence of funding sources on the results of scientific studies in areas other than those linked to the tobacco industry:

> Financial interests are not the only, or necessarily the most powerful, secondary interests faced by investigators and academic institutions. For investigators, other pressures, including the desire for professional recognition and the need to compete successfully for research funding, are intrinsic to the research process. Institutions also confront myriad pressures arising from balancing the needs of diverse departments and constituencies. However, financial interests related to biomedical research are non obligatory and often unrecognized unless disclosed. They are the focus of current national discussion because they induce public anxiety about the influence of money on the research process (...)
>
> **Strong and consistent evidence shows that industry-sponsored research tends to draw pro-industry conclusions.** By combining data from articles examining 1140 studies, we found that industry-sponsored studies were significantly more likely to reach conclusions that were favorable to the sponsor than were nonindustry studies.
>
> Justin E. Bekelman, Yan Li, Cary P. Gross, "Scope and Impact of Financial Conflicts of Interest in Biomedical Research – A systematic review[36]", *Journal of the American Medical Association*, volume 289, 22 January 2003, pages 454-465, highlighted by us

Noting the growing number of studies showing the influence of funding sources on scientists' conclusions, the editor of the *British Medical Journal* comments:

---

[33] Barnes DE, Bero LA, "Why review articles on the health effects of passive smoking reach different conclusions", *Journal of the American Medical Association* 1998, 279 : 1566-1570; full article (for which you have to pay) on http://jama.ama-assn.org/cgi/content/full/279/19/1566.

[34] http://bmj.bmjjournals.com/cgi/content/full/317/7154/291.

[35] http://jama.ama-assn.org/cgi/content/full/279/19/1566.

[36] http://jama.ama-assn.org/cgi/content/full/289/4/454.

> Those who argue against concerns about conflict of interest say that science is science, methods are transparent, data either support the conclusions or do not, and it is neither here nor there whether researchers have, for example, shares in a company that manufactures a drug included in a trial.
>
> This argument is becoming steadily less tenable as **evidence accumulates on the influence of conflict of interest.**
>
> Richard Smith (Editor of the BMJ), "Beyond conflict of interest – Transparency is the key[37]", *British Medical Journal*, volume 317, 1 August 1998, pages 291-292 highlighted by us

An article published in *Nature*[38], based on a survey of several thousand scientists, reports the frequency with which the latter admit to using questionable practices in the carrying out or the presentation of their work. In particular, among the scientists in mid-career interviewed, 20.6 % admit to "*changing the design, methodology or result of a study in response to pressure from a funding source*" in the 3 years previous to the survey.

[37] http://bmj.bmjjournals.com/cgi/content/full/317/7154/291.

[38] http://www.nature.com/nature/journal/v435/n7043/pdf/435737a.pdf.

# 8. How Foie Gras Producers Influence the Foie Gras Research Program of INRA

In France, researchers who take part in the force-feeding debate – a debate whose outcome is extremely important for the future of the foie gras industry – are those whose research is financed by the industry itself. In this debate, these researchers claim to be independent public experts.

In order to understand how the foie gras industry contrived this situation, one has to be familiar with the strong links binding this industry to INRA research units.

## *A Close Partnership to "Enable the Reinforcing of the Foie Gras Industry in a [Hostile] European Context"*

Financing by the foie gras industry of INRA research into the welfare problems of force-fed animals is just part of a much wider partnership.

Most research carried out by INRA scientists on the foie gras theme is not concerned with welfare. It is intended to help producers to optimize and increase their production. This is how INRA units working on foie gras define their own official objectives:

> Better knowledge of zoo-technical problems should help to **improve performance at every level in the industry:** producers of ducklings and foie gras producers who respect quality standards. **This research enables the reinforcing of the foie gras industry in a European context that is largely opposed to this type of production.**
>
> *Extract from the page[39] defining the objectives and socio-economic issues of the* "Genetics of fat palmiped" *activity of the UR631 and UE89 (Foie gras palmipeds Experimental Unit)*, highlighted by us

> **Improvement of numerical productivity and quantitative and qualitative production of foie gras and meat** of geese and cross-bred ducks. Stress evaluation and study of the behaviour of force-fed palmipeds.
>
> *Extract from the page[40] defining the objectives and socio-economic issues of the* "Nutrition, reproduction and behavioural adaptation of palmipeds" *activity of the UE89 unit (Foie Gras Palmipeds Experimental Unit)*, highlighted by us

These research units provide further information about the researchers' objectives.

> The objectives (of genetic improvement) are **improved quantitative and qualitative performance of force-fed animals.** (...) INRA has done research into techniques of feeding chicks, preparation for force-feeding, and force-feeding adapted to **factory farming**, based on short rearing periods (12 weeks) and **maximum productivity**.
>
> *INRA document[41] describing its research activities into geese foie gras production*, highlighted by us

[39] http://compact.jouy.inra.fr/compact/CONSULTER/INTER/externe/activites/ecrans/705.
[40] http://compact.jouy.inra.fr/compact/CONSULTER/INTER/externe/activites/ecrans/38.
[41] "Le foie gras d'oie", http://www.inra.fr/Internet/Produits/dpenv/scienceauquotidien/ficheshtml/88C.htm

Exhibit N

## *Self-Financing of the INRA Experimental Unit by Fees for Services and Research Activities for the Foie Gras Industry*

The INRA experimental unit specializing in foie gras is situated on the Artiguères estate, at Benquet, near Mont-de-Marsan in the Landes.

With the exception of employees' salaries which are paid by INRA, this unit has to finance itself. In order to do this, it mainly provides services and research activities for foie gras producers. Daniel Rousselot-Pailley, head of this experimental unit from 1979 to 2000, provides details about this in an interview carried out and published by INRA:

> Today, **a structure like ours must find 75% self-financing in order to exist. Before, this self-financing was raised thanks to the sale of products (foie gras**, chicks, adult animals). Every year we managed to earn a lot of income that we budgeted for the following year, which allowed us to invest. We succeeded in creating an experimental centre equal to our needs. However, since the 1980s, we have continually needed to increase our budget. **Today, the sale of products does not bring in enough profits to continue self-financing,** and the basic financing has not increased. **We have to look for other resources, which implies fees for services or looking for research contracts.** (...)
>
> Today, **most of our contracts are with the industry (CIFOG (...)).** It is encouraging for us because this means that our professional partners have confidence in us and want to work with us. Moreover, as I was saying before, **we manage to get the industry to finance some fundamental research programmes** (...). (...)
>
> *Question: How many people work at Artiguères?*
>
> There are 18 people receiving salaries from INRA, 3 engineers and 15 technicians (...). (...)
>
> (...) **we aren't a big expense for INRA (except for salaries of course)**: at Artiguères, we receive basic programme finance of 350,000 francs for a total budget of 1,500,000 francs, so we ourselves are earning most of our budgetary resources.
>
> Daniel Rousselot-Pailley (head of the INRA experimental unit on foie gras from 1979 to 2000), *Archorales INRA*, volume 7[42], 2002, page 34, highlighted by us

Over and above the self-financing of the INRA experimental unit by research services for the industry, Gérard Guy, its current manager, even states that this unit must carry out a *"production activity"* which is "*essential to the station's financial well-being*[43]".

## *Close Ties With the Industry*

The INRA foie gras palmiped experimental unit:

— has among its official objectives "*to improve performances at all levels of the industry" and to "enable[s] the reinforcing of the foie gras industry in a European context that is largely opposed to this type of production"*;
— in order to obtain funding, has to provide services and research contracts, usually for CIFOG, the French foie gras producers association.

This situation leads to what the unit itself calls a *"close relationship"* with the industry and CIFOG.

---

[42] http://www.inra.fr/archorales/t7-1Rousselot.pdf. The interview was conducted on 21 September 1998 and 2 October 2000.
[43] "Filière palmipèdes gras – Un pôle interrégional de recherche, expérimentation, développement", *Agritaine Info – Lettre d'information de la Chambre régionale d'agriculture d'Aquitaine*, volume 35, June 2005, page 3.

> The unit (foie gras palmiped experimental unit) enjoys a close relationship with the industry through its professional association (CIFOG).
>
> *Official presentation of the experimental unit* "UE89 Palmipèdes à foie gras" *on the INRA site*[44]

Another INRA document describes the relationship with the industry as "*very close*".

> **Research carried out by INRA (...) concerns** not only the study of the physiological mechanisms governing palmiped production, but **also the solutions to problems raised by the industry with which the Institute has always maintained very close ties.**
>
> *INRA document*[45] *describing its research activities into geese foie gras production, pages 18 and 52,* highlighted by us

When presenting INRA's foie gras research partners, Daniel Guémené (an INRA researcher who specializes in foie gras) gives pride of place to CIFOG.

*Slide number 2 of the "Foie-Gras, Gavage et Bien-être animal. Vers un peu d'objectivité !" presentation by Daniel Guémené (INRA), Commission Palmipèdes à Foie Gras, 28 October 2004, published by Ofival*[46].

As stated by the previous head of the INRA experimental unit, these "*very close relationships*" are also concerned with studies on the welfare of force-fed animals:

> All these questions on animal suffering are delicate. We are trying to deal with them as well as we can, and we remain in contact with the industry.
>
> Daniel Rousselot-Pailley (head of the INRA experimental unit on foie gras from 1979 to 2000), *Archorales-INRA*, volume 7[47], 2002, page 45

[44] See http://compact.jouy.inra.fr/compact/CONSULTER/INTER/externe/unites/ecrans/89.
[45] "Le foie gras d'oie", http://www.inra.fr/Internet/Produits/dpenv/scienceauquotidien/ficheshtml/88C.htm
[46] http://www.ofival.fr/marches_filieres/conjoncture/diaporama/topoINRA%20.pdf.
[47] http://www.inra.fr/archorales/t7-1Rousselot.pdf

## *CIFOG's Influence on Research Topics*

INRA researchers being in an economically dependant relationship with regard to CIFOG, the latter has an influence over their research topics. This influence can be seen especially in a coordination structure called The Palmiped Inter-Station Group ("GISPalm"), as described in an INRA document:

> **The foie gras palmiped industry, with the INRA experimental station at Artiguères, the [INRA] poultry research station at Tours and the [INRA] genetics station at Toulouse, participates in a long-standing common program with the Foie Gras Interprofessional Committee (CIFOG).** The partnership is organized in the form of a scientific interest group, created in 1992: **The Palmiped Inter-Station Group.** All the organizations of the greater south west involved in palmiped research (INRA, ENSA Toulouse, ITAVI, AGPM, Landes Chamber of Agriculture, agricultural high schools, selectors, Dordogne Breeders' Association) are included. Its aim is to coordinate all the research in this production sector so as to avoid repetition and to create synergy between the different groups working together.
>
> *INRA report*[48] "Recherche, Agriculture, Territoires... – Quels partenariats ?", 2000, page 31-32, highlighted by us

A GISPalm press release elaborates on the group's objectives:

> Objectives: To make available quality meat and foie gras production at the best price
>
> Missions: Research **actions into the needs of the industry according to CIFOG.** Coordination of research actions.
>
> *GISPalm press release distributed for the* "SITELIS 2004" *trade show,* 22 June 2004, highlighted by us

Gérard Guy, manager of the INRA experimental station is mentioned as "*GISPalm partner*":

The link between the INRA experimental station and CIFOG is reinforced in a reciprocal way by the presence of INRA researchers within the CIFOG Research Commission:

> Besides, (INRA) has presided over the scientific college of the Research and Development Commission of the Foie Gras Interprofessional Committee (CIFOG) for fifteen years.
>
> *INRA document*[49] *describing its research activities into geese foie gras production.*

[48] http://www.inra.fr/actualites/pdf/rapport-parten02.pdf
[49] "Le foie gras d'oie", http://www.inra.fr/Internet/Produits/dpenv/scienceauquotidien/ficheshtml/88C.htm

## SUCCESSFULLY APPLIED VETO BY THE FOIE GRAS INDUSTRY TO INRA ACTIVITIES WHICH HARMED ITS INTERESTS

The former head of the INRA experimental unit on foie gras gives examples of cases of the foie gras industry intervening (through its politico-economic connections) to stop INRA activities considered by the industry to be contrary to its interests:

> (...) a very serious crisis in 1979, with an attack on INRA at the *Assemblée Nationale* [National Assembly of the French Parliament], initiated by industry professionals. Their spokesman emphasised the economic consequences for the French foie gras industry of INRA exporting geese and production techniques to Japan. One mustn't forget that the Artiguères estate was basically self-financed (and that it still is for the most part). (...) The Managing Director of INRA was questioned by foie gras professionals, (...) who had obtained an oral agreement that Monachon, the then station manager, would be removed. (...) As usual, the industry professionals used their political influence, which extended as far as the French President, who at the time was Valéry Giscard d'Estaing. Within 48 hours a decision was reached, and Monachon received a letter relieving him of his responsibilities (...).
>
> (...)
>
> It is only the Hungarians who have something to teach us. For several years we have had regular exchanges with them. Every year we visit our Hungarian colleagues, and they come to see us at Artiguères, but we don't collaborate with them on problems relating to foie gras production. This is because of pressure from the industry which practises protectionism on this question.
>
> (...)
>
> *Question: Could you tell us about the research carried out in collaboration with our colleague Auffray with a view to trying to produce foie gras without force-feeding (research carried out in the 1970s). What was the scientific basis for this research? Why was it abandoned?* (...)
>
> In any event, the explosive reaction by industry professionals against this idea put an end to this research programme (...).
>
> Daniel Rousselot-Pailley, *Archorales-INRA*, volume 7[50], 2002, pages 15, 16, 36, 45

[50] http://www.inra.fr/archorales/t7-1Rousselot.pdf

# 9. The French Department of Agriculture – Which Controls INRA – has an Avowed Strategy of Defending Force-Feeding

Placed into question on the financing of his research by the French foie gras producers association, a colleague of Daniel Guémené justifies himself by recalling that his work was equally financed by the French Department of Agriculture:

> *Jacques Servière (INRA)*: I am going to take back a little bit of the torch because I have the impression that we are in the debate, and that there is little science there! France is one of the only countries in the world which can offer to pay a few researchers... independent researchers, moreover...
>
> *Antoine Comiti (opponent to force-feeding)*: Your research is financed by CIFOG, the foie gras producers association.
>
> *Jacques Servière*: I am paid by the state, and I was also subsidized by DGAL[51], since you are throwing out acronyms, which is the Department of Agriculture.
>
> Television talk-show *"Merci pour l'info- Le foie gras : crime ou délice ?"*, *Canal Plus* TV channel, 18 December 2003

If the interests of so many sensitive beings weren't in play, the idea that financing by the French Department of Agriculture could constitute a guarantee of independence regarding the foie gras industry could set off a frank hilarity. Today, this Department constitutes in effect a militant force engaged alongside the foie gras producers in the strategy to defend force-feeding. As such, noting an intensifying of the dispute to force-feeding in the international opinion, the French Department of Agriculture has increased the public subsidies accorded to the foie gras interprofession *"in order to permit this organization to develop its communication action"*:

> The denigration campaigns of these products and the associated agricultural practices, which focus notably on foie gras, are a subject of preoccupation. (...) the State is already participating via the OFIVAL [National Interprofessional Office of Meat, Breeding and Aviculture], with a budget of the foie gras interprofessional committee (CIFOG) of 310 000 euros per year. In order to permit this organization to develop its communication action, this participation will increase in 2004 and will rise to 325 000 euros
>
> Response of the French government to question number 32192 from deputy Alain Merly, 12th legislature, *Journal Officiel*[52], 30 March 2004, page 2529

Here are a few excerpts of a report from the French Department of Agriculture which shows his great worry faced with a European opinion and legislation increasingly favorable to animal protection:

> Is foie gras, finial of French gastronomy, menaced today?

---

[51] *"The* Direction Générale de l'Alimentation *(DGAL) is an administration of the French Department of Agriculture. Its field of competency is centered on food hygiene, animal and plant health, the supervision of quality systems, and more generally the security of the agricultural and feed industry."*, http://www.vie-publique.fr/documents-vp/dgal.shtml.

[52] The text of the questions asked by the deputies and the responses given by the government are consultable on the National Assembly website: http://questions.assemblee-nationale.fr/.

Will future European regulations or associations opposed to force-feeding geese and ducks cause the prohibition one day of this dish which has made the reputation of some of the greatest French tables? For the entire "fat palmiped" industry, it would be a mistake to ignore the danger represented by certain pressure groups pretending to strive of animal protection.

The United Kingdom, which incarnates the power of traditions in many respects, has just officially mandated the end of the very traditional « hunting with dogs » (...)

Domestic animals do not lack defenders either. In the name of animal well-being, two types of breeding facilities are prohibited: butcher veal calves raised in individual cages and attached sows. (...)

Defined as sensitive beings at the national level (article L-214.1 of the rural code) as on the European level (article III-5 of the Amsterdam Treaty), animal protection is assured by the intermediary of imposed obligations for the holder so that the animal is placed "in conditions compatible with the biological requirements of its species".

In France, the question of the legal status of the animal in the civil code could very soon, based on the proposal of the Department of Justice, pass from "furniture property" to "protected property, living and sensitive".

Comité permanent de coordination des inspections du ministère de l'agriculture, *"Foie gras et patrimoine culinaire français - Foie gras et bien-être animal"*, report delivered to the French Minister of Agriculture on 14 June 2005, pages 4-5

This same report from the French Department of Agriculture presents *"a summary of scientific studies available in the matter of fat palmiped well-being in France"* with the admitted objective of finding arguments permitting to defend the practice of force-feeding:

It is in this context that it is necessary to write a summary of scientific studies available in the matter of fat palmiped well-being in France including alternatives to force-feeding for the production of foie gras.

In addition, in the hypothesis where the conclusions to these studies would not suffice, could France, in the name of the tradition of gastronomic patrimony, maintain in its state or slightly modified, the current practices assuring the production of foie gras?

In parallel to the publication of this report, the French Department of Agriculture effectively worked, in concert with the foie gras producers, the defense of force-feeding at the legislative level. In 2005, Parliament voted, in conformity with the minister's wishes[53], a legal article stipulating: *"Foie gras is a part of the cultural and gastronomical patrimony protected in France. We understand by foie gras the liver of a duck or a goose specially fattened by force-feeding[54]"*. In order to justify that the practice of force-feeding is not harmful to the birds, the exposé of the motives which introduce this amendment refer to the report of the French Department of Agriculture:

---

[53] Excerpt of a response from the French Department of Agriculture to the question number 54141 from deputy Eric Raoult, 12th legislature, published in *Journal Officiel* the 8 February 2005, page 1314: *"[...] reflections will be done to preserve the practice of force-feeding in conferring to foie gras the legal recognition of a product issued from a French cultural and gastronomic tradition."*, http://questions.assemblee-nationale.fr/q12/12-54141QE.htm.

Excerpt of a letter sent by Dominique Bussereau, French minister of agriculture, to Alain Labarthe, president of CIFOG the 3 June 2005 : *"Finally, as you know, a study was recently entrusted to the Permanent Committee of Inspection Coordination (COPERCI) of the Department of Agriculture, feed, fishing and rurality, on the one hand to create a state of the location of scientific knowledge available today concerning the well-being of fat palmipeds and, on the other hand, to propose the most pertinent solutions in order to assure the protection of foie gras as a product. Already, certain legislative tracks have been identified; they could be inserted into the framework of the legal project of agricultural orientation which will soon be discussed in Parliament."* http://stopgavage.com/lettre_ministre.php.

[54] Article L. 654-27-1 of the rural code, inserted in the latter by the article 74 of the law n° 2006-11 from 5 January 2006 of agricultural orientation.

> The conclusions of the Permanent committee of inspection coordination given to the Department of Agriculture in June 2005, comes to enforce very usefully our defense strategy of the production of French foie gras as much on the national level as on the European level. (...)
>
> From a scientific viewpoint, the state of the research permits to respond in an incontestable manner to the received ideas on fat palmiped well-being during the force-feeding period. The liver of a force-fed palmiped is not pathological, it is a physiological storage of fats which is only possible when there is no stress or suffering on the part of the animal, a reversible phenomenon, and not a hepatic lesion.
>
> Summary exposé of amendment number 354 of the law n° 2006-11 of 5 January 2006 of agricultural orientation[55], presented by deputies Herth, Roumegoux and Peiro on 30 September 2005

In the government report, the "*scientific studies available in the matter of fat palmiped well-being in France*" which come to enforce these affirmations are, not surprisingly, the studies of INRA[56] financed by the foie gras producers and the French Department of Agriculture itself.

The militant commitment of the French Department of Agriculture in the favor of force-feeding is such that the financing by the latter of INRA studies on the welfare of force-fed animals, far from constituting a guarantee of independence to these studies, reinforces on the contrary the conflict of interest to which the concerned researchers are submitted to:

In addition, the French Department of Agriculture is the main tutelage organization of INRA. Under these conditions, it is not surprising that the researchers employed by this institute do not publish studies prejudicial to the defense of force-feeding (force-feeding mortality, physical and sanitary state of force-fed animals, etc.). The financing by the French Department of Agriculture of studies – and teams – from INRA permit the foie gras producers to limit their own investments while increasing the volume of funds on which they exercise their influence to "*elaborate a scientific argument in favor of foie gras production*":

> Remember that CIFOG has invested close to a million euros since 1999 for studies and scientific work in favor of foie gras production, the study of palmiped well-being or the research on alternative methods. The effort of French government, in particular by the contribution of INRA research stations, has equally been consequential.
>
> *Foie Gras Info* (CIFOG newsletter), volume 77, July 2004, page 2

[55] The complete text of this amendment is consultable at http://www.assemblee-nationale.fr/12/amendements/2341/234100354.asp.
[56] In the Department of Agriculture report, the 12 studies cited (in the sections "2.3.3 Sciences of palmiped behavior and well-being" and "2.3.4 The neurosciences") to enforce the thesis that force-fed birds do not suffer from their treatment are authored by MM. Guémené, Guy and/or Faure of INRA : Guy et al. (1998); Guémené et Guy (2004); Faure et al. (1996); Guémené et al. (1996), (1998a), (2001); Faure et al. (2000); Mirabito et al. (2002); Faure et al. (2001); Servière et al. (2000), (2002), (2004).

# ANNEX:

# FORCE-FEEDING MORTALITY ACCORDING TO INDUSTRY FURNISHED STATISTICS

The mortality statistics of birds used to produce foie gras in France are supplied by the Technical Institute of Aviculture (ITAVI). This organization is, as explains its website, "*an association authorized by the French Department of agriculture and ADAR [Agricultural and Rural Development Agency, public administrative establishment placed under the tutelage of the French Department of Agriculture and Department of Commerce], with the objective of bringing to breeders and more globally the ensemble of industries, the information, the scientific, technical and economic elements, and the know-how which will permit the improvement of the economic competitiveness and the quality of production*[57]."

As explains J. Chalimbaud, of the Economic Department of ITAVI: "*Since 1987, ITAVI has centralized, treated and analyzed the technical-economic results of the producers of foie gras palmipeds in the framework of the applied technical program «RENAPALM». These results come from, in 2003, the GTE [Technical Economic Management] of 14 production organizations (breeding and/or force-feeding) of the greater southwest representing more than 5 million force-fed ducks and 100,000 force-fed geese*[58]".

A document regrouping the latest results of the RENAPALM program is published regularly by ITAVI. Notably we find the force-feeding mortality statistics in the French foie gras industry.

In its annual report[59], CIFOG, the French foie gras producers association, had published up until 2003 the mortality rates gathered in the framework of the RENAPALM program. The CIFOG Economic report for the year 2002 published the data for the period 1992-2002.

The mortality statistics for mulard ducks in France is found on page 13 (rate in breeding facilities) and page 14 (rate in force-feeding) of this document. The corresponding tables are reproduced below:

57 http://www.itavi.asso.fr/fichiers/presentation/index.php.
58 J. Chalimbaud, "Technical-economic results of foie gras palmiped breeders and force-feeders – Results from 2003 of the RENAPALM program", *Actes des 6e Journées de la Recherche sur les Palmipèdes à Foie Gras*, Arcachon, 7-8 october2004, pages 31-34.
59 Available for purchase by the intermediary of ITAVI under the reference: "*The foie gras production and market - ITAVI - REF : ECO 012*".

Les tableaux ci-après sont issus de la Gestion Technico-Economique (GTE), système de collecte d'informations techniques et économiques en place dans la filière depuis 1987.

- ELEVAGE des MULARDS : En 10 ans, la durée d'élevage reste stable (89-90 jours), de même que la consommation d'aliment (16.5 kg) et le poids des animaux sortis (4 – 4.1 kg). En conséquence, l'Indice de Consommation s'est sensiblement amélioré. L'amélioration génétique des souches et la qualité croissante de l'aliment peuvent expliquer ces tendances. Le taux de perte semble stabilisé dans une fourchette de 2.5 % à 3.0 %. La marge sur coût alimentaire par tête perd 0.50 euro par tête en 10 ans mais la taille des bandes passe de 1 400 animaux à près de 2500 en 2002.

| ANNEES | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nombre de bandes | 497 | 546 | 779 | 881 | 919 | 840 | 1 202 | 1 295 | 1 236 | 959 | 1186 |
| Taille des bandes | 1 314 | 1 765 | 1 623 | 1 745 | 1 674 | 1 715 | 1 923 | 2 002 | 2 245 | 2 374 | 2495 |
| Durée d'élevage (jours) | 87.8 | 87.5 | 89.0 | 89.6 | 90.8 | 89.0 | 91.1 | 87.9 | 89.5 | 89.9 | 89.7 |
| Consommation (Kg) | 17.9 | 16.3 | 16.7 | 16.6 | 16.9 | 16.2 | 16.7 | 16.4 | 18.3 | 16.4 | 16.8 |
| Indice de consommation | 4.20 | 4.06 | 4.08 | 4.05 | 4.1 | 3.98 | 4.03 | 4.09 | 4.04 | 4.05 | 4.05 |
| Poids animal sorti (Kg) | 4.30 | 3.99 | 4.07 | 4.11 | 4.14 | 4.12 | 4.14 | 4.04 | 4.08 | 4.07 | 4.10 |
| % de perte | 3.1 | 2.6 | 2.7 | 2.3 | 2.1 | 2.5 | 2.8 | 3.0 | 3.1 | 3.2 | 3.2 |
| Recettes totales (euro /tête) | 9.99 | 9.82 | 9.41 | 8.95 | 8.04 | 8.78 | 8.51 | 8.02 | 7.91 | 8.02 | 8.06 |
| MCAA (euro/ tête) | 2.59 | 2.96 | 2.93 | 2.61 | 2.47 | 2.52 | 2.36 | 2.07 | 2.09 | 2.09 | 2.05 |

(Source : GTE Palmipèdes gras, changement de mode de centralisation à partir de 2000)

- ENGRAISSEMENT des MULARDS : En 10 ans, la taille moyenne des bandes a plus que triplé. Le poids moyen de foie s'est stabilisé autour de 525 g, avec toutefois une légère progression autour de 540 g ces dernières années et une quantité totale de maïs ingéré moindre (-1.5 kg). La durée d'engraissement en sensible diminution (- 2 jours). Cela permet là encore de mesurer d'une part les effets de la sélection de souches de plus en plus performantes, et d'autre part les progrès liés à l'utilisation et la bonne maîtrise des nouvelles techniques de gavage.

Assemblée générale du CIFOG du 3 juillet 2003 13

La mortalité s'est stabilisée sous la barre des 4 %. A l'instar du prix de foie (- 4.52 euro / kg entre 1992 et 2002), les recettes totales perdent plus de 2 euro par animal. La marge sur coût alimentaire poursuit une tendance baissière depuis 1997.

| ANNEES | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nombre de bandes | 5 182 | 4 182 | 4 026 | 3 768 | 6 230 | 5 719 | 6 593 | 7 744 | 7 844 | 8 251 | 7655 |
| Taille des bandes | 191 | 226 | 255 | 289 | 290 | 390 | 479 | 563 | 551 | 558 | 618 |
| Age à l'engraissement (jours) | 88.7 | 88.8 | 87.2 | 87.6 | 86.7 | 87.3 | 88.7 | 87.8 | 88.6 | 88.6 | 89.4 |
| Durée engraissement (jours) | 15.1 | 15.0 | 15.5 | 15.6 | 14.9 | 15.2 | 14.6 | 14.4 | 13.9 | 13.8 | 13.4 |
| Quantité de maïs (Kg) | 12.0 | 12.2 | 12.3 | 11.9 | 11.4 | 11.4 | 11.4 | 11.1 | 10.0 | 10.7 | 10.6 |
| % de perte | 3.9 | 4.1 | 4.2 | 4.0 | 3.3 | 3.7 | 3.8 | 3.6 | 3.3 | 4.3 | 3.0 |
| Poids des foies (g) | 524 | 555 | 520 | 528 | 528 | 525 | 530 | 529 | 548 | 539 | 549 |
| Prix du Kg de foie (euro) | 20.43 | 20.44 | 19.88 | 18.48 | 18.64 | 17.52 | 17.15 | 18.14 | 17.65 | 17.3 | 15.91 |
| Prix du Kg de paletot (euro) | 2.65 | 2.82 | 2.67 | 2.53 | 2.79 | 2.62 | 2.71 | 2.82 | 2.36 | 2.48 | 2.49 |
| Recettes totales (euro / tête) | 16.92 | 17.23 | 17 | 15.98 | 16.25 | 16.31 | 15.76 | 15.03 | 15.66 | 15.46 | 14.89 |
| MCAA (euro / tête) | 4.31 | 4.99 | 4.99 | 4.25 | 4.86 | 4.99 | 4.79 | 4.77 | 4.47 | 4.5 | 4.45 |

(Source : GTE Palmipèdes gras)

These tables indicate that in 2002, after 13.4 days of force-feeding, 8% of the birds are already dead, whereas 3.2% die in 89.7 days of breeding without force-feeding. Therefore, according to the results published by CIFOG itself for 2002, the mortality in force-feeding is 6.28 times higher than in breeding[60].

The following graph describes the abnormally high death rate in force-feeding of mulard ducks, which represents 97% of birds used for the production of foie gras[61]:

Surmortalité en gavage

1200%
1000%
800%
600%
400%
200%
0%
1987
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003

Note that if the abnormally high death rate of ducks in force-feeding diminished in 2003, it was not because of a decrease in the mortality rate of force-feeding (which remained at 3%, as in 2002), but because the mortality rate in breeding facilities increased that year.

60 To render the results comparable, they must be expressed over an identical length: 3.2% of birds die in 89.7 days of breeding, therefore 0.478% die in 13.4 days of breeding, thus 6.28 times less than in 13.4 days of force-feeding.

61 For the period 1992-2002, the results represented – issued from the RENAPALM program – are those published in the *Economic report for the year 2002* from CIFOG.
For the year 2003, they are cited in J. Chalimbaud, "Technical-economic results of foie gras palmiped breeders and force-feeders – Results from 2003 of the RENAPALM program", *op. cit.*

Exhibit N

As for geese, their mortality rate in force-feeding is even more elevated than that of the ducks[62], according to published results in the document "*Technical-economic management of foie gras palmiped breeding facilities (RENAPALM program) – Results for 2002 and the 1st trimester of 2003*", edited by ITAVI:

For the year 2002 (last year in which we dispose of mortality rates for geese in force-feeding), we can estimate the number of birds (geese and ducks) which died in France during the force-feeding period:

- The *Economic report for the year 2002* from CIFOG indicates 29 574 000 "*controlled slaughters of fattened ducks*" (page 17) – this number does not include the "*slaughters carried out on farms*" – and creates a mortality rate for ducks in force-feeding of 3.0% (page 14). Supposing that no ducks died during transport between the force-feeding halls and the slaughterhouses (optimistic hypothesis since "*A living fattened bird is an animal that transports poorly. If force-feeding is pushed to the limit, it risks dying during transport*[63]"), this signifies that more than 915.000 ducks died in 2002 during force-feeding.
- This same report indicates that the foies gras of approximately 800 000 geese were produced that same year (page 43). The RENAPALM program gives a mortality rate of 6.33% for geese in force-feeding. This means that approximately 54 000 geese died in 2002 during force-feeding.

[62] According to the statistics service of the French Department of Agriculture : in 2002, the number of "*controlled slaughters*" of ducks was 29.574.000 (number not including farm slaughters); according to the *Economic report for the year 2002* from CIFOG, the foies gras of approximately 800,000 geese were produced that same year. According to the statistics service of the French Department of Agriculture: in 2004, 39,244,000 force-feeding ducklings were sold (France and export), compared to 840,000 force-feeding goslings. The statistics of the French Department of Agriculture are available at http://www.agreste.agriculture.gouv.fr

[63] Marie-France Avignon, "Oies Canards", *Flammarion*, 1981, page 198.

Exhibit N