BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
Acting U.S. Attorney for the Northern District of California
ERIC WOMACK
Assistant Director, Federal Programs Branch
JASON LEE (CA Bar No. 298140)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Telephone:  (202) 514-3367
Facsimile:  (202) 616-8470
Email:   Jason.Lee3@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE and the Honorable TOM VILSACK, its Secretary, and FOOD SAFETY AND INSPECTION SERVICE and the Honorable ALFRED V. ALMANZA, its Administrator,<br><br>Defendants. | No. 3:15-cv-5063-EMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>[Civil Local Rule 6-1(a)] |

1    COME NOW THE PARTIES, by and through their undersigned counsel, to hereby
2 STIPULATE AND AGREE, pursuant to Civil Local Rule 6-1(a), that Defendants' time to answer
3 Plaintiff's Complaint shall be extended from January 8, 2016, to February 8, 2016.  Accordingly,
4 Defendants' Answer or other responsive pleading under Rule 12 of the Federal Rules of Civil
5 Procedure shall now be filed and served no later than February 8, 2016.  Entry into this
6 stipulation alters neither any hearing date nor other deadline fixed by Court order.

**IT IS SO AGREED AND STIPULATED.**

DATED: December 3, 2015			Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BRIAN STRETCH
Acting U.S. Attorney for the Northern District of California
ERIC WOMACK
Assistant Director, Federal Programs Branch

/s/ *Jason Lee*_____
JASON LEE (CA Bar No. 298140)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20001
(202) 514-3367
(202) 616-8470 (fax)
Jason.Lee3@usdoj.gov

Counsel for Defendants


/s/ *Kelsey Eberly*_____
KELSEY EBERLY (CA Bar No. 301025)
Animal Legal Defense Fund
170 East Cotati Avenue
Cotati, CA 94931
(707) 795-2533
(707) 795-7280 (fax)
keberly@aldf.org

Counsel for Plaintiff

Stipulation Extending Time for Defendants to Answer Plaintiff's Complaint
Case No. 3:15-cv-5063-EMC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

*Animal Legal Def. Fund v. U.S. Dep't of Agric.*, No. 15-cv-5063-EMC

I, Jason Lee, hereby attest that I have obtained the concurrence in the filing of this Stipulation Extending Time for Defendants to Answer Plaintiff's Complaint from Kelsey Eberly, counsel for Plaintiff in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 3, 2015.

/s/ *Jason Lee*
JASON LEE (CA Bar No. 298140)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20001
(202) 514-3367
(202) 616-8470 (fax)
Jason.Lee3@usdoj.gov

Counsel for Defendants

Stipulation Extending Time for Defendants to Answer Plaintiff's Complaint
Case No. 3:15-cv-5063-EMC