KELSEY EBERLY (CA Bar No. 301025)
Animal Legal Defense Fund
170 East Cotati Avenue
Cotati, CA 94931
Telephone:   (707) 795-2533
Facsimile:    (707) 795-7280
Email:         keberly@aldf.org

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, a nonprofit corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE and the Honorable TOM VILSACK, its Secretary, and FOOD SAFETY AND INSPECTION SERVICE and the Honorable ALFRED V. ALMANZA, its Administrator,<br><br>　　　　　　　　　　Defendants. | No. 3:15-cv-05063-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Animal Legal Defense Fund hereby voluntarily dismisses this lawsuit. Pursuant to Fed. R. Civ. P. 41(a)(1)(B) such dismissal shall be without prejudice, with each side to bear its own costs and fees.

DATED: February 10, 2016　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Kelsey Eberly*
　　　　　　　　　　　　　　　　　　　　KELSEY EBERLY (CA Bar No. 301025)
　　　　　　　　　　　　　　　　　　　　Animal Legal Defense Fund
　　　　　　　　　　　　　　　　　　　　170 East Cotati Avenue
　　　　　　　　　　　　　　　　　　　　Cotati, CA 94931
　　　　　　　　　　　　　　　　　　　　(707) 795-2533
　　　　　　　　　　　　　　　　　　　　(707) 795-7280 (fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

keberly@aldf.org

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

*Animal Legal Def. Fund v. U.S. Dep't of Agric.*, No. 15-cv-05063-EMC

    I, Kelsey Eberly, hereby certify that on February 10, 2016, I filed the foregoing submission with the Clerk's office via the CM/ECF system, and served it on Counsel for Defendants Jason Lee by the same means on that date.

                                                         /s/ *Kelsey Eberly*
                                                         KELSEY EBERLY (CA Bar No. 301025)
                                                         Animal Legal Defense Fund
                                                         170 East Cotati Avenue
                                                         Cotati, CA 94931
                                                         (707) 795-2533
                                                         (707) 795-7280 (fax)
                                                         keberly@aldf.org

                                                         *Counsel for Plaintiff*